| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | **Voluntary Petition** |
|---|---|

| Name of Debtor (If Individual, enter Last, First, Middle):<br>**The Preserve, LLC, a California Limited Liability Company** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names): | All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D. No.<br>(if more than one, state all): 75-3088666 | Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D. No.<br>(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State, & Zip Code):<br>**4191 Brockton**<br>**Riverside, CA 92501**<br><br>Zip Code: **92501** | Street Address of Debtor (No. & Street, City, State, & Zip Code):<br><br>Zip Code |
| County of Residence or of the<br>Principal Place of Business: | County of Residence or of the<br>Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**7006 Magnolia Ave, PMB No. 309**<br>**Riverside, CA 92506**<br><br>Zip Code: **92506** | Mailing Address of Debtor (if different from street address):<br><br>Zip Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor (Form of Organization)**
(Check one box.)
- ☐ Individual (included Joint Debtors)
- ☒ Corporation (included LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box.)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. §101(51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☒ other

**Tax-Exempt Entity**
(Check one box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which The Petition is Filed (Check one box)**
- ☐ Chapter 7
- ☒ Chapter 11
- ☐ Chapter 9
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts (Check one box)**
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. §101(8) as "incurred by an individual primarily for a personal, family, or house-hold purpose."
- ☒ Debts are primarily business debts.

**Filing Fee (Check one box)**
- ☒ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business as defined in 11 U.S.C. §101(5ID).
- ☒ Debtor is not a small business debtor as defined in 11 U.S.C. §101(5ID).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts owed to non-insiders or affiliates are less than $2 million

Check all applicable boxes:
- ☐ A plan is being filed with this petition
- ☐ Acceptances of the plan were solicited Prepetition from one or more classes of creditors, in accordance with 11 U.S.C. §1126(b)

**Statistical/Administrative Information**
- ☒ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

**THIS SPACE FOR COURT USE ONLY**

**Estimated Number Of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s): The Preserve, LLC,<br>a California Limited Liability Company |
|---|---|

**Prior Bankruptcy Case Filed Within Last 8 Years (If more than one, attach additional sheet)**

| Location<br>Where Filed: **Not Applicable** | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by an Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)**

| Name of Debtor:<br><br>**Not Applicable** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit "A"**<br><br>(To be completed if debtor is required to file periodic reports, e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit "B"**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. §342(b)<br><br>X _____      _____<br>   Signature of Attorney for Debtor(s)            Date |
|---|---|

| **Exhibit "C"**<br>Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>☐ Yes, and Exhibit "C" is attached and made a part of this petition.<br><br>☒ No. | **Exhibit "D"**<br>**(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D).**<br><br>☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br><br>If this is a joint petition:<br><br>☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |
|---|---|

**Information Regarding the Debtor - Venue**

Check any applicable box

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding (in a federal or state court) in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**

Check all applicable boxes

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following)

_____

(Name of landlord that obtained judgment)

_____

(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court for any rent that would become due during the 30-day period after the filing of the petition/

☐ Debtor certifies that he/she has served this Landlord with this certification (11 U.S.C. § 362(1)).

Voluntary Petition
*(This page must be completed and filed in every case)*

Case 2:10-bk-18429-BB  Doc 1  Filed 09/25/08  Entered 09/25/08 13:52:49  Desc  FORM B1, Page 3
Main Document  Page 3 of 32

Name of Debtor(s): The Preserve, LLC,
a California Limited Liability Company

## Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative of a Recognized Foreign Proceedings |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition) I have obtained and read the notice required by 11 U.S.C. §342(b).<br><br>I request relief in accordance with the chapter of the title 11, United States Code, specified in this petition.<br><br>X _____<br>(Signature of Debtor)<br><br>_____<br>(Signature of Joint Debtor)<br><br>_____<br>Telephone and Fax Number (If not represented by attorney)<br><br>Date: _____ | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign main proceeding, and that I am authorized to file this petition. (Check one box)<br>☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. §1515, I request relief in accordance with the chapter of title 11 specified in this petition.  A certified copy of the order granting recognition is attached<br><br>X _____<br>(Signature of Foreign Representative)<br><br>_____<br>(Printed Name of Foreign Representative)<br><br>_____<br>(Date) |

| Signature of Attorney | Signature of Non-Attorney Petition Preparer |
|---|---|
| X *[signature]*<br>Signature of Attorney for Debtor<br><br>Jeffrey W. Broker        STATE BAR NO. 53226<br>Printed Name of Attorney for Debtor<br><br>BROKER & ASSOCIATES PROFESSIONAL CORPORATION<br>Firm Name<br><br>18191 Von Karman Avenue, Suite 470<br>Irvine, CA 92612-7114<br>Address<br><br>Telephone:  (949)-222-2000<br>Facsimile:  (949) 222-2022<br>Email: jbroker@brokerlaw.biz<br><br>Date:  September 24, 2008<br><br>In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§110(b), 110(h), and 342(b); and (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. §110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19B is attached.<br><br>_____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>_____<br>Social Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. §110.)<br><br>Address<br>_____<br>_____ |

| Signature of Debtor (Corporation/Partnership) | |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br>The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X *[signature]*<br>Signature of Authorized Individual<br><br>Scott H. Krenkel<br>Printed Name of Authorized Individual<br>Manager of Beaumont 1600, LLC, the Manager of Debtor<br>Title of Authorized Individual<br><br>Date:  September 24, 2008 | X _____<br>  Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.<br><br>Names and Social Security numbers for all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §156.* |

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| JEFFREY W. BROKER<br>BROKER & ASSOCIATES P.C.<br>18191 VON KARMAN AVE., SUITE 470, IRVINE, CA 92612<br>(TEL) 949-222-2000    (FAX) 949-222-2022<br><br>☒ Attorney for: DEBTOR | |

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

| In re: THE PRESERVE, LLC, a California Limited Liability Company | CASE NO.: |
|---|---|
| | CHAPTER: 11 |
| Debtor(s). | ADV. NO.: |

### ELECTRONIC FILING DECLARATION
### (CORPORATION/PARTNERSHIP)

☒ Petition, statement of affairs, schedules or lists      Date Filed: _____
☐ Amendments to the petition, statement of affairs, schedules or lists      Date Filed: _____
☐ Other: _____      Date Filed: _____

## PART I - DECLARATION OF AUTHORIZED SIGNATORY OF DEBTOR OR OTHER PARTY

I, the undersigned, hereby declare under penalty of perjury that: (1) I have been authorized by the Debtor or other party on whose behalf the above-referenced document is being filed (Filing Party) to sign and to file, on behalf of the Filing Party, the above-referenced document being filed electronically (Filed Document); (2) I have read and understand the Filed Document; (3) the information provided in the Filed Document is true, correct and complete; (4) the "/s/," followed by my name, on the signature lines for the Filing Party in the Filed Document serves as my signature on behalf of the Filing Party and denotes the making of such declarations, requests, statements, verifications and certifications by me and by the Filing Party to the same extent and effect as my actual signature on such signature lines; (5) I have actually signed a true and correct hard copy of the Filed Document in such places on behalf of the Filing Party and provided the executed hard copy of the Filed Document to the Filing Party's attorney; and (6) I, on behalf of the Filing Party, have authorized the Filing Party's attorney to file the electronic version of the Filed Document and this *Declaration* with the United States Bankruptcy Court for the Central District of California.

_____    9/24/08
*Signature of Authorized Signatory of Filing Party*    Date

SCOTT H. KRENTEL
_____
*Printed Name of Authorized Signatory of Filing Party*

MANAGER OF MANAGER OF DEBTOR
_____
*Title of Authorized Signatory of Filing Party*

## PART II - DECLARATION OF ATTORNEY FOR FILING PARTY

I, the undersigned Attorney for the Filing Party, hereby declare under penalty of perjury that: (1) the "/s/," followed by my name, on the signature lines for the Attorney for the Filing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature lines; (2) an authorized signatory of the Filing Party signed the *Declaration of Authorized Signatory of Debtor or Other Party* before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (3) I have actually signed a true and correct hard copy of the Filed Document in the locations that are indicated by "/s/," followed by my name, and have obtained the signature of the authorized signatory of the Filing Party in the locations that are indicated by "/s/," followed by the name of the Filing Party's authorized signatory, on the true and correct hard copy of the Filed Document; (4) I shall maintain the executed originals of this *Declaration*, the *Declaration of Authorized Signatory of Debtor or Other Party*, and the Filed Document for a period of five years after the closing of the case in which they are filed; and (5) I shall make the executed originals of this *Declaration*, the *Declaration of Authorized Signatory of Debtor or Other Party*, and the Filed Document available for review upon request of the Court or other parties.

_____    9/24/08
*Signature of Attorney for Filing Party*    Date

JEFFREY W. BROKER
_____
*Printed Name of Attorney for Filing Party*

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

November 2006

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**RIVERSIDE DIVISION**

In re :   **The Preserve, LLC, a California Limited Liability Company,**          Case No.  _____
                                                                Debtor          Chapter   **11**

# STATEMENT REGARDING AUTHORITY BY RESOLUTION  TO SIGN AND FILE CHAPTER 11 PETITION

I, Scott H. Krentel, declare under penalty of perjury that I am the Manager of Beaumont 1600, LLC, a California Limited Liability Company, the Manager of The Preserve, LLC, a California Limited Liability Company (the "Company"), and that on September 18, 2008  the following resolution was duly adopted by the members of the Company:

"Whereas, it is in the best interest of this Company to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that Scott H. Krentel, the Manager of Beaumont 1600, LLC, a California Limited Liability Company, the Manager of this Company, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 11 voluntary bankruptcy case on behalf of the Company; and

Be It Further Resolved, that Scott H. Krentel, the Manager of Beaumont 1600, LLC, a California Limited Liability Company, the Manager of this Company, is authorized and directed to appear in all bankruptcy proceedings on behalf of the Company or as he directs, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Company in connection with such bankruptcy case; and

Be It Further Resolved, that Scott H. Krentel, the Manager of Beaumont 1600, LLC, a California Limited Liability Company, the Manager of this Company, is authorized and directed to employ Jeffrey W. Broker, attorney, and the law firm of Broker & Associates Professional Corporation to represent the Company in such bankruptcy case."

Executed on:  September 24, 2008

The Preserve LLC
A California Limited Liability Company

By:      Beaumont 1600, LLC
         A California Limited Liability Company
         Its:  Manager

         _____
         By: Scott H. Krentel
         Its: Manager

84281

1  JEFFREY W. BROKER – State Bar No. 53226
   BROKER & ASSOCIATES PROFESSIONAL CORPORATION
2  18191 Von Karman Avenue, Suite 470
   Irvine, CA 92612-7114
3
4  Telephone: (949) 222-2000
   Facsimile: (949) 222-2022
5  email:    *jbroker@brokerlaw.biz*

6  Proposed Counsel to Debtor
   and Debtor in Possession
7

8                UNITED STATES BANKRUPTCY COURT

9                CENTRAL DISTRICT OF CALIFORNIA

10                     RIVERSIDE DIVISION

11  In re                                    Case No. _____
                                             Chapter 11 Case
12  THE PRESERVE, LLC, a California Limited
    Liability Company,                       **DECLARATION REGARDING**
13                                           **CORPORATE OWNERSHIP OF DEBTOR**
               Debtor and Debtor-in-Possession,   **(CORPORATE OWNERSHIP**
14                                           **STATEMENT)**
15                                           [Federal Rules of Bankruptcy
                                             Procedure §§1007(a)(1) and 7007.1]
16

17       I, Scott H. Krentel, declare:

18       1. I am the Manager of Beaumont 1600, a California Limited Liability Company, which is the

19  Manager of The Preserve, LLC, a California Limited Liability Company (the "Debtor"). I am

20  authorized by the Debtor to make this statement to disclose the ownership of the Debtor. All matters

21  set forth in this declaration are true of my own personal knowledge and if called upon to testify I could

22  testify competently thereto.

23       2. I understand that pursuant to Rule 1007(a)(1) and Rule 7007.1 of the Federal Rules of

24  Bankruptcy Procedure, the Debtor must identify any 'corporation' (as defined in 11 U.S.C. §101(9))

25  that directly or indirectly owns 10% or more of any class of the corporation's equity interests.

26       3. The following entities are disclosed as having 10% or more of any class of the ownership

27  interests in the Debtor:

28

                                        DECLARATION RE CORPORATE OWNERSHIP

1       MGM Property Holdings, LLC        75% membership interest

2       Kamran Group II, LLC           25% membership interest

3

4         I declare under penalty of perjury under the laws of the State of California and the United

5 States of America that the foregoing is true and correct and that this declaration was executed this

6 25th day of September, 2008 at Irvine, California.

7

8                              SCOTT H. KRENTEL

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States Bankruptcy Court**
**Central District of California**

In re :    **The Preserve, LLC, a California Limited Liability Company,**

Debtor

Case No.  6:08-bk-_____

Chapter  11

# List Of Creditors Holding 20 Largest Unsecured Claims

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this Chapter 11 case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. §112; Fed. R. Bankr. P. 1007(m).

| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or dept. of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Amir Raza<br>655 Central Avenue, 17th Floor<br>Glendale, CA | (818) 649-7782<br><br>Amir Raza | Legal fees | | $13,212 |
| Applied Planning<br>5817 Pine Avenue, Suite A<br>Chino Hills, CA | (909) 937-0333 | Planning services | | $5,160 |
| Bandari, Beach et al.<br>12424 Wilshire Blvd., Suite 750<br>Los Angeles, CA 90025 | (310) 447-1234<br><br>Doug Beach | Accounting services | | $52,946 |
| DPFG<br>27127 Calle Arroyo, Suite 1910<br>San Juan Capistrano, CA 92675 | (949) 388-9269 | Consulting services | | $13,573 |
| Gresham Savage, et al.<br>3750 University Ave., Suite 250<br>Riverside, CA 92501-3335 | (951) 684-2171<br><br>John Nolan | Legal services | | unknown |
| Palmeiri Tyler, et al.<br>2603 Main Street, East Tower<br>Suite 1300<br>Irvine, CA 92614 | (949) 851-7239<br><br>Gregory Weiler | Legal services | | $7,415.75 |

| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or dept. of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Rox Consulting 575 Anton, Suite 820 Costa Mesa, CA 92626 | (949) 502-8100  David Golkar | Engineering services | | $156,250 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

I, Scott H. Krentel, the Manager of Beaumont 1600, a California Limited Liability Company, the Manager of the named debtor in this case, declare under penalty of perjury that I have read the foregoing List and that it is true and correct to the best of my information and belief.

Date:  September 24, 2008

Scott H. Krentel

| | |
|---|---|
| **Name** | Jeffrey W. Broker – State Bar #53226 |
| | Broker & Associates Professional Corporation |
| **Address** | 18191 Von Karman Avenue, Suite 470 |
| | Irvine, CA 92612-7114 |
| **Telephone** | (949) 222-2000   (949) 222-2022 (fax) |
| | Attorneys For Debtor |

(CLERK'S STAMP)

## UNITED STATES BANKRUPTCY COURT

## CENTRAL   DISTRICT OF   CALIFORNIA

In re                                                                     Case No.

**The Preserve, LLC, a California Limited Liability Company,**

**LIST OF EQUITY SECURITY HOLDERS**

Debtor

(Set forth here all names, including trade names used by debtor(s) within last 6 years.)

Debtor's Employer's Tax Identification No.        75-3088666

| REGISTERED NAME OF HOLDER OF SECURITY LAST KNOW ADDRESS OR PLACE OF BUSINESS | CLASS OF SECURITY | NUMBER REGISTERED | KIND OF INTEREST REGISTERED |
|---|---|---|---|
| MGM Property Holdings, LLC<br>7006 Magnolia Ave., PMB No. 309<br>Riverside, CA 92506 | Membership interest | 75% | Membership interest |
| Kamran Group II, LLC<br>575 Anton Blvd., Suite 820<br>Costa Mesa, CA 92626 | Membership interest | 25% | Membership interest |

I, Scott Krentel, the Manager of Beaumont 1600, a California Limited Liability Company, the Manager of the named debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    September 25, 2008

Signature _____
                          Scott H. Krentel

| Party Name, Address, and Telephone Number (*CA State Bar No. If applicable*) | FOR COURT USE ONLY |
|---|---|
| Jeffrey W. Broker - State Bar No. 53226<br>BROKER & ASSOCIATES PROFESSIONAL CORPORATION<br>18191 Von Karman Avenue, Suite 470<br>Irvine, CA 92612-7114<br>Tele:  (949) 222-2000  /  Fax(949) 222-2022 | |
| **UNITED STATES BANKRUPTCY COURT** | |
| In re:<br><br>**The Preserve, LLC, a California Limited Liability Company,**<br><br><div align=right>Debtor.</div> | CHAPTER 11<br>CASE NUMBER _____<br><br><br><div align=center>(No Hearing Required)</div> |

## VENUE DISCLOSURE FORM
## FOR CORPORATIONS FILING CHAPTER 11
## (*Required by General Order 97-02*)

*\*Attach additional sheets as necessary and indicate so in each section\**

1.   Specify the address of the principal office of the Debtor currently on file with the California Secretary of State
     (from Form S0100, S0200, or S0300):

     7006 Magnolia, PMB No. 309
     Riverside, CA 92506-2803

2.   Specify the address of the principal office of the Debtor listed on the Debtor's most recent federal tax return:

     7006 Magnolia, PMB No. 309
     Riverside, CA 92506-2803

3.   Disclose the current business address(es) for all corporate officers:

     4191 Brockton
     Riverside, CA 92501

4.   Disclose the current business address(es) where the Debtor's books and records are located:

     12424 Wilshire Blvd., Suite 750
     Los Angeles, CA 90025

---

*Rev. 12/99* This form is required pursuant to General Order 97-02.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

<div align=right>**VEN-C**</div>

| In re | CHAPTER 11 |
|---|---|
| **The Preserve, LLC, a California Limited Liability Company** | CASE NUMBER |
| Debtor. | |

5.  List the address(es) where the majority of the Debtor's assets are located based on a book value determination as set forth on the Debtor's most recent balance sheet:

    **Riverside County, CA**

6.  Disclose any different address(es) to those listed above within six months prior to the filing of the petition and state the reasons for the change in address(es):

    N/A

7.  State the name and address of the officer signing this Statement and the relationship of such person to the Debtor (specify):

    **Scott H. Krentel, Manager of Beaumont 1600, LLC, a California Limited Liability Company, the Manager of the Debtor**

8.  Total number of attached pages of supporting documentation:  0

9.  I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct.

Executed on the 24th day of September, 2008 at Irvine, California.

**Scott H. Krentel**
_____
*Type Name of Officer*

**Manager of Beaumont 1600, LLC, a
California Limited Liability Company,
the Manager of the Debtor**
_____
*Position or Title of Officer*

_____
*Signature of Declarant*

Local Rule 1015-2

## STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LOCAL RULE 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.    A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete case number and title of each such prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate.  Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

     **NONE**

2.    (If petitioner is a partnership or joint venture)  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows:  (Set forth the complete case number and title of such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate.  Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

     **N/A**

3.    (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows:  (Set forth the complete case number and title of such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof.  If none, so indicate.  Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

     **NONE**

4.    (If petitioner is an individual) A petition under the Bankruptcy Reform Act, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof.  If none, so indicate.  Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

     **N/A**

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at    Irvine, California

Dated    September 24, 2008

The Preserve, LLC, a California Limited Liability Company

Debtor

By:    Beaumont 1600, LLC,
       a California Limited Liability Company
       Its:  Manager

       By: Scott H. Krentel
       Its:  Manager

**F 1015-2.1**

Official Form 7
(10/05)

## FORM 7. STATEMENT OF FINANCIAL AFFAIRS

### UNITED STATES BANKRUPTCY COURT

### CENTRAL DISTRICT OF CALIFORNIA

In re: **The Preserve, LLC, a California Limited Liability Company**

Case No. _____
(if known)

Debtor

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment..

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives, affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

1.     **Income from employment or operation of business**

None
☒

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE<br>(if more than one) |
|---|---|
| 2008 - $0 | |
| 2007 - $0 | |
| 2006 - $0 | |

**2.    Income other than from employment or operation of business**

None
☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| | AMOUNT | SOURCE |
|---|---|---|
| 2008 | $1,183 | Interest & Dividends |
| 2007 | $25,855 | Interest & Dividends |
| 2006 | $109 | Interest & Dividends |

**3.    Payments to creditors**

*Complete a, or b, as appropriate, and c*

None
☒

a. *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts, to any creditor made within **90 days** immediately preceding the commencement of this case if the aggregate value of all property that constitutes or is affected by such transfer is not less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF | AMOUNT PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|---|
| | | | | |

None
☐

b. *Debtor whose debts are not primarily consumer debts:* List all payments made within 90 days immediately preceding the commencement of the case if the aggregate value of all property that constitutes or is affected by such transfer is not less than $5,000. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfer by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

See attached Schedule 3(b)

| None ☐ | c. *All debtors.* Debtor whose debts are not primarily consumer debts: List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) |
|---|---|

| NAME AND ADDRESS OF CREDITOR | DATES OF | AMOUNT PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|---|

See attached Schedule 3(c)

### 4.    Suits and administrative proceedings, executions, garnishments and attachments

| None ☐ | a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) |
|---|---|

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|

See attached Schedule 4

| None ☒ | b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint, petition is filed, unless the spouses are separated and a joint petition is not filed.) |
|---|---|

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 5.    Repossessions, foreclosures and returns

| None ☒ | List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) |
|---|---|

| NAME AND ADDRESS CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 6.    Assignments and receiverships

| None ☒ | a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) |
|---|---|

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

14 - Statement of Financial Affairs.doc

None
☒

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE, TITLE AND NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7.    Gifts

None
☒

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

### 8.    Losses

None
☒

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

### 9.    Payments related to debt counseling or bankruptcy

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR, IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Broker & Associates PC | March – July 2008<br>September 2008 | $44,840<br>$125,000 |

### 10.    Other transfers

None
☒

a. List all other property, other than property transferred in the ordinary Course of the business or financial affairs of the debtor, transferred either absolutely or as security within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBED PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

14 - Statement of Financial Affairs.doc

None ☒

b. List all other property, transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or similar devise of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVISE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

N/A

### 11. Closed financial accounts

None ☒

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE AND NUMBER OF ACCOUNT AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

### 12. Safe deposit boxes

None ☒

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless We spouses am separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAME AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

### 13. Setoffs

None ☒

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

### 14. Property held for another person

None ☒

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF CREDITOR | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

15.      **Prior address of debtor**

None
☒

If the debtor has moved within the **two years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case.  If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---------|-----------|---------------------|

---

16.      **Spouses and Former Spouses**

None
☒

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the **six-year period** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

---

17.      **Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

---

None
☒

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law.  Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|-----------------------|----------------------------------------|-----------------|--------------------|

---

None
☒

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material.  Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|-----------------------|----------------------------------------|-----------------|--------------------|

---

None
☒

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law, with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

18.     **Nature, location and name of business**

None
☒

a. If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within the **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the **six years** immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

| NAME | TAXPAYER ID NO. | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

None
☒

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within the **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or otherwise self-employed.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

19.     **Books, records and financial statements**

None
☐

a. List all bookkeepers and accountants who within the **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| Douglas Beach, CPA<br>Bandari Beach Lim & Cleland LLP<br>12424 Wilshire Blvd., Suite 750<br>Los Angeles, CA 90025 | 2003 to present |

14 - Statement of Financial Affairs.doc

None ☐

b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| Douglas Beach, CPA<br>Bandari Beach Lim & Cleland LLP<br>12424 Wilshire Blvd., Suite 750<br>Los Angeles, CA 90025 | August 2006; prepared a compiled financial statement |

None ☐

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

**NAME AND ADDRESS**

Douglas Beach, CPA
Bandari Beach Lim & Cleland LLP
12424 Wilshire Blvd., Suite 750
Los Angeles, CA 90025

None ☐

d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the **two years** immediately preceding the commencement of this case by the debtor.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| Point Center Financial<br>7 Argonaut<br>Aliso Viejo, CA 92656 | August 2006 |

20.    **Inventories**

None ☒

a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cut marks or other basis) |
|---|---|---|

None ☒

b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

21.    **Current Partners, Officers, Directors and Shareholders**

None ☒

a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESSES | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ☐
b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESSES | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| MGM Property Holdings, LLC 7006 Magnolia Ave., PMB No. 309 Riverside, CA 92506 | | 75% Membership interest |
| Kamran Group II, LLC 575 Anton Blvd., Suite 820 Costa Mesa, CA 92626 | | 25% Membership interest |
| Beaumont 1600, LLC 7006 Magnolia Ave., PMB No. 309 Riverside, CA 92506 | Manager | None |

22.    **Former partners, officers, directors and shareholders**

None ☒
a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESSES | DATE OF WITHDRAWAL |
|---|---|---|

None ☒
b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESSES | TITLE | DATE OF TERMINATION |
|---|---|---|

23.    **Withdrawals from a partnership or distributions by a corporation**

None ☒
If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESSES OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

24.    **Tax Consolidation Group.**

None ☒
If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within the **six-year period** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER |
|---|---|

25.    **Pension Funds.**

None ☒
If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within the **six-year period** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER |
|---|---|

* * * * * *

14 - Statement of Financial Affairs.doc

*[If completed by an individual or individual and spouse]*
I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date _____

Signature _____
of Debtor

Date _____

Signature _____
of Joint Debtor
(if any)

*[If completed on behalf of a partnership or corporation]*

I, declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge information and belief.

Date  September 25, 2008

The Preserve, LLC, a California Limited Liability Company

By:       Beaumont 1600, LLC,
          a California Limited Liability Company
Its:      Manager

By: Scott H. Krentel
Its:  Manager

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

[Three (3) continuation sheets attached]

*Penalty for making a false statement. Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. § 152 and 3571*

---

**CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. §110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§110(b), 110(h), and 342(b); and (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. §110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____        _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer          Social Security No. (Required by 11 U.S.C. §110)

*If the bankruptcy petition prepared is not an individual, state the name, title (if any) address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____

_____
Address

X _____        _____
   Signature of Bankruptcy Petition Preparer                                        Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document if the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

**A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  18 U.S.C. § 156.**

-10-

14 - Statement of Financial Affairs

# The Preserve, LLC
## Bill Payments for All Vendors
### July through September 2008

| Name | Type | Num | Date | Amount |
|------|------|-----|------|--------|
| **Jul - Sep 08** | | | | |
| Aamir Raza | Bill Pmt -Check | 467 | 09/01/2008 | 11,550.00 |
| BBLC | Bill Pmt -Check | 456 | 08/16/2008 | 25,000.00 |
| BBLC | Bill Pmt -Check | 465 | 09/16/2008 | 10,540.00 |
| Beaumont 1600, LLC | Bill Pmt -Check | 451 | 07/01/2008 | 20,000.00 |
| Beaumont 1600, LLC | Bill Pmt -Check | 462 | 08/16/2008 | 20,000.00 |
| Beaumont 1600, LLC | Bill Pmt -Check | 464 | 09/01/2008 | 20,000.00 |
| Broker & Associates | Bill Pmt -Check | 452 | 07/01/2008 | 15,000.00 |
| Gresham Savage Nolan & Tilden | Bill Pmt -Check | 454 | 07/16/2008 | 10,198.50 |
| Gresham Savage Nolan & Tilden | Bill Pmt -Check | 460 | 08/16/2008 | 9,961.50 |
| Gresham Savage Nolan & Tilden | Bill Pmt -Check | 461 | 09/01/2008 | 13,051.00 |
| Guaranty Bank | Bill Pmt -Check | 455 | 07/01/2008 | 21,295.01 |
| Guaranty Bank | Bill Pmt -Check | 463 | 08/16/2008 | 7,763.95 |
| JAMS | Bill Pmt -Check | 466 | 08/19/2008 | 3,525.00 |
| Palmieri, Tyler | Bill Pmt -Check | 457 | 08/16/2008 | 7,415.75 |
| Richard Harvey | Bill Pmt -Check | 453 | 07/01/2008 | 5,135.00 |
| Richard Harvey | Bill Pmt -Check | 458 | 08/16/2008 | 3,510.00 |
| Richard Harvey | Bill Pmt -Check | 459 | 09/01/2008 | 6,597.50 |
| **Jul - Sep 08** | | | | **210,543.21** |

Schedule 3 (b)

The Preserve, LLC.
Payments to Insiders
All Transactions

| Name | Type | Num | Date | Amount | |
|------|------|-----|------|--------|--|
| Beaumont 1600, LLC | Bill Pmt -Check | 390 | 10/01/2007 | 20,000.00 | Management Fees |
| Beaumont 1600, LLC | Bill Pmt -Check | 394 | 11/01/2007 | 20,000.00 | Management Fees |
| Beaumont 1600, LLC | Bill Pmt -Check | 399 | 12/01/2007 | 20,000.00 | Management Fees |
| Beaumont 1600, LLC | Bill Pmt -Check | Journal | 02/08/2008 | 20,000.00 | Management Fees |
| Beaumont 1600, LLC | Bill Pmt -Check | 414 | 03/01/2008 | 20,000.00 | Management Fees |
| Beaumont 1600, LLC | Bill Pmt -Check | 416 | 03/01/2008 | 20,628.24 | Management Fees + Reimbursed Expenses |
| Beaumont 1600, LLC | Bill Pmt -Check | 425 | 04/01/2008 | 20,014.01 | Management Fees + Reimbursed Expenses |
| Beaumont 1600, LLC | Bill Pmt -Check | 440 | 05/16/2008 | 20,013.36 | Management Fees + Reimbursed Expenses |
| Beaumont 1600, LLC | Bill Pmt -Check | 442 | 06/01/2008 | 20,000.00 | Management Fees |
| Beaumont 1600, LLC | Bill Pmt -Check | 451 | 07/01/2008 | 20,000.00 | Management Fees |
| Beaumont 1600, LLC | Bill Pmt -Check | 462 | 08/16/2008 | 20,000.00 | Management Fees |
| Beaumont 1600, LLC | Bill Pmt -Check | 464 | 09/01/2008 | 20,000.00 | Management Fees |
| Guaranty Bank | Bill Pmt -Check | 393 | 10/01/2007 | 7,154.16 | Reimbursement of Expenses paid by Beaumont 1600, LLC |
| Guaranty Bank | Bill Pmt -Check | 398 | 12/01/2007 | 6,600.00 | Reimbursement of Expenses paid by Beaumont 1600, LLC |
| Guaranty Bank | Bill Pmt -Check | 406 | 01/01/2008 | 4,235.36 | Reimbursement of Expenses paid by Beaumont 1600, LLC |
| Guaranty Bank | Bill Pmt -Check | 410 | 02/01/2008 | 3,445.21 | Reimbursement of Expenses paid by Beaumont 1600, LLC |
| Guaranty Bank | Bill Pmt -Check | 426 | 04/01/2008 | 7,683.87 | Reimbursement of Expenses paid by Beaumont 1600, LLC |
| Guaranty Bank | Bill Pmt -Check | 441 | 06/01/2008 | 6,625.72 | Reimbursement of Expenses paid by Beaumont 1600, LLC |
| Guaranty Bank | Bill Pmt -Check | 455 | 07/01/2008 | 21,295.01 | Reimbursement of Expenses paid by Beaumont 1600, LLC |
| Guaranty Bank | Bill Pmt -Check | 463 | 08/16/2008 | 7,763.95 | Reimbursement of Expenses paid by Beaumont 1600, LLC |
| | | | | 305,458.89 | |

Schedule 3 (c)

<u>Schedule 4</u>

**Suits and administrative proceedings**

(1)

Cherry Valley Pass Acres and Neighbors, et al., Petitioners,
v.
City of Beaumont, a municipal corporation, Respondent; The Preserve, LLC as Real
Party in Interest

The proceeding is a *PETITION FOR WRIT OF MANDATE UNDER THE CALIFORNIA
ENVIRONMENTAL QUALITY ACT* (otherwise known as a "CEQA Challenge"), filed on
February 14, 2008, case no. RIC 492830

The matter is pending in the Superior Court of California, County of Riverside

(2)

The Preserve, LLC, a California Limited Liability Company, Plaintiff
v.
Point Center Financial, Inc.; Escrow Professionals, Inc.; Point Center Mortgage Fund I,
LLC; National Financial Lending, Inc.; National Financial Lending, LLC; Daniel J.
Harkey aka Danny Joe Harkey; Vernon Alan Bergfeld; Stephan George Livingston; TD
Service Company; Rene E. Esparza; M. Gwen Melanson; Lois R. Bejerano; Joshua Reta;
and Does 1-1000

The Complaint is for (1) Civil Rico, (2) Fraud – Intentional Misrepresentation, (3)
Conversion, (4) Breach of Contract, (5) Breach of the Implied Covenant of Good Faith
and Fair Dealing, (6) Rescission, (7) Reformation, (8) Injunctive Relief, and (9)
Appointment of Receiver, filed on September 24, 2008, case no. RIC 508877

The matter is pending in the Superior Court of California, County of Riverside

## United States Bankruptcy Court
## Central District of California

| | |
|---|---|
| In re :   The Preserve, LLC, a California Limited Liability Company,<br><br>Debtor | Case No. _____<br>Chapter   11 |
| | **DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR** |

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above mentioned debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept for services to be rendered | $ | 125,000.00 |
| Prior to the filing of this statement, I have received payment of | $ | 44,840.00 |
| Unpaid balance of retainer is | $ | 0 |

2   The source of compensation paid to me was:

☒ Debtor                                    ☐ Other (specify)

3.  The source of compensation to be paid to me is:

☒ Debtor                                    ☐ Other (specify)

4.  ☒   I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐   I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a)   Analysis of the debtor's financial situation, and rendering advice and assistance to the debtor in determining whether to file a petition under Title 11, United States Code;

b)   Preparation and filing of any petition, schedule, statement of affairs, and other documents required by the court;

c)   Representation of the debtor at the meeting of creditors, confirmation hearing and any adjourned hearings thereof;

d)   Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

e)   (Other provisions as needed)  **See Application to Employ Broker & Associates Professional Corporation and its exhibits to be filed with the Court (the "Application").**

6.  By agreement  with the debtor the above disclosed fee does not include the following services:  **See Application**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or agreement for payment to me for representation of the debtor in this bankruptcy proceeding.

Dated:  September **25**, 2008

_____
Jeffrey W. Broker  State Bar No. 53226
Broker & Associates Professional Corporation
Attorney for Debtor

84325

Verification of Creditor Mailing List - (Rev. 4/01)                    2001 USBC, Central District of California

## MASTER MAILING LIST
### Verification Pursuant to Local Rule 1007-2(d)

Name      Jeffrey W. Broker, State Bar No. 53226

Broker & Associates Professional Corporation

Address      18191 Von Karman Ave., Suite 470, Irvine, CA 92612

Telephone      949/222-2000  949/222-2022 (Fax)

☒ Attorney for Debtor(s)
☐ Debtor in Pro Per

| UNITED STATES BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA | |
|---|---|
| List all names including trade names, used by Debtor(s) within last 8 years: | Case No. |
| | Chapter 11 |
| The Preserve, LLC, a California Limited Liability Company | |

## VERIFICATION OF CREDITOR MAILING LIST

The above named debtor, or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors the addresses of which are known by the Debtor, presently consisting of four (4) sheet(s) is complete, correct and consistent with the debtor's schedules pursuant to Local Rule 1007-2(d) and I/we assume all responsibility for errors and omissions.

Date:  September 25, 2008                    The Preserve, LLC, a California Limited Liability Company

By:      Beaumont 1600, LLC,
Its:      a California Limited Liability Company
          Manager

By:      Scott H. Krentel
Its:      Manager

The Preserve  LLC
7006 Magnolia Ave  PMB No  309
Riverside, CA 92506


Jeffrey W Broker Esq
18191 Von Karman Ave
Suite 470
Irvine, CA 92612-7114


Office of the US Trustee
3685 Main Street  Suite 300
Riverside, CA  92501

Franchise Tax Board
Attention  Bankruptcy
P O Box 2952
Sacramento, CA 95812-2952


Internal Revenue Service
P O Box 21126
Philadelphia, PA 19114


Riverside County Tax Collector
P O Box 12005
Riverside, CA 92502-2205


San Bernardino County Tax Collector
172 West Third Street  First Floor
San Bernardino, CA 91425-0360


Point Center Financial Inc
7 Argonaut
Aliso Viejo, CA 92656


The William Marano Living Trust
c/o Steve Coldwell
3239 North Verdugo Road
Glendale, CA 91208-1633

Scott H Krentel
7006 Magnolia  PMB No 309
Riverside, CA 92506


Amir Raza
655 Central Avenue 17th Floor
Glendale, CA 91203

Bandari Beach Lim & Cleland
12424 Wilshire Blvd  Suite 750
Los Angeles, CA 90025

Gresham Savage Nolan & Tilden
3750 University Avenue  Suite 250
Riverside, CA 92501-3335

Palmieri Tyler et al
2603 Main Street  East Tower
Suite 1300
Irvine, CA  92614

Rox Consulting Group Inc.
575 Anton Suite 820
Costa Mesa, CA  92626

Barry Hildebrandt
29866 Indigo Point
Riverside, CA  92508

Sherry Ikezawa
6349 Riverside Avenue
Riverside, CA  92506

Deep Canyon Holdings Inc.
P O Box 10723
Palm Desert, CA  92255

National Financial Lending LLC
7 Argonaut
Aliso Viejo, CA 92656

Point Center Financial Inc (PCF1)
7 Argonaut
Aliso Viejo, CA 92656


Point Center Financial Inc (PCFU)
7 Argonaut
Aliso Viejo, CA 92656


Lloyd Charton
14 Monarch Bay Plaza No. 310
Dana Point, CA  92629