1  JEFFREY W. BROKER – State Bar No. 53226
   BROKER & ASSOCIATES PROFESSIONAL CORPORATION
2  18191 Von Karman Avenue, Suite 470
   Irvine, CA 92612-7114
3
   Telephone:  (949) 222-2000
4  Facsimile:  (949) 222-2022
   email:      *jbroker@brokerlaw.biz*
5
   Proposed General Reorganization Counsel
6  for Debtor and Debtor-in-Possession

7

8              UNITED STATES BANKRUPTCY COURT

9             CENTRAL DISTRICT OF CALIFORNIA

10                  RIVERSIDE DIVISION

11
                                     |  Case No.  6:08-bk-23006-BB
12  In re                            |  Chapter 11 Proceeding
13                                   |  **FILING OF DEBTOR'S SUMMARY OF**
    THE PRESERVE, LLC, a California Limited | **SCHEDULES AND SCHEDULES A, B, D,**
14  Liability Company,               |  **E, F, G AND H**
15          Debtor and              |  Date:
            Debtor-in-Possession    |  Time:     [No hearing required]
16                                   |  Ctrm:
17

18       Please take notice that attached hereto are the **DEBTOR'S SUMMARY OF**

19  **SCHEDULES AND SCHEDULES A, B, D, E, F, G AND H.**

20

21  Dated: October  8  , 2008

22  BROKER & ASSOCIATES
    PROFESSIONAL CORPORATION
23

24  By: _____
25      Jeffrey W. Broker
    Proposed General Reorganization Counsel for
26  Debtor and Debtor-in-Possession

27

28

                                    G:\40410.2 The Preserve CH 11\0510\Notice-Schedules.doc

Official Form B6 Statistical Summary (10/06)                                          2006 USBC, Central District of California

# United States Bankruptcy Court
## Central District of California

In re:                                                            Case No.

**The Preserve, LLC, a California Limited Liability Company,**            6:08-bk-23006-BB

                                                       Debtor                                    (If known)

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amount from schedules D, E, ad F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| | NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|---|
| A | Real Property | Yes | 1 | $119,245,000 | | |
| B | Personal Property | Yes | 3 | $60,248,116 | | |
| C | Property Claimed as Exempt | No | 0 | | | |
| D | Creditor Holding Secured Claims | Yes | 3 | | $44,051,517 | |
| E | Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 3 | | $0 | |
| F | Creditors Holding Unsecured Nonpriority Claims | Yes | 2 | | $6,081,824 | |
| G | Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H | Codebtors | Yes | 1 | | | |
| I | Current Income of Individual Debtor(s) | No | 0 | | | |
| J | Current Expenditures of Individual Debtor(s) | No | 0 | | | |
| | TOTAL | | 14 | $179,493,116 | $50,133,341 | |

**Official Form B6 Statistical Summary (10/06)**                                   **2006 USBC, Central District of California**

# United States Bankruptcy Court
## Central District of California

In re:

**The Preserve, LLC, a California Limited Liability Company**

Debtor

CHAPTER:.**11**

CASE NO:**6:08-bk-23006-BB**

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

Summarize the following types of liabilities, as reported in the Schedules, and total them.

## NOT APPLICABLE

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) (whether disputed or undisputed) | $ |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) | $ |
| Student Loan Obligations (from Schedule F) | $ |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ |
| Total | $ |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $ |
| Average Expenses (from Schedule J, Line18) | $ |
| Current Monthly Income (from  Form 22A Line 12:**OR,** Form 22B Line 11, **OR,** Form 22C Line 20) | $ |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule 0, 'UNSECURED PORTION, IF ANY" column | | $ |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY' column | | $ |
| 4. Total from Schedule F | | $ |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ |

In re: **The Preserve, LLC, a California Limited Liability Company,**   Case No.   **6:08-bk-23006-BB**

Debtor    (If known)

## SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned by a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "none" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G- Executory Contracts and Unexpired Leases.

If any entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | Husband, Wife, Joint or Community | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| Approximately 1,284 Acres of vacant land under development in Riverside County, CA, known as the "Legacy Highlands" | Fee Simple ownership | | $103,000,000 as the Legacy Highlands development | $32,324,020 (Disputed) $1,117,597 (Undisputed) |
| Office Building, 4191 Brockton Avenue, Riverside, CA 92502 | Owner/purchaser under a land sale contract | | $700,000 | $575,000 |
| Residential lot in Adelanto, San Bernardino County, CA | Fee Simple ownership | | $45,000 | $0 |
| 112 Acres of vacant land under development in Riverside County, CA | Fee Simple ownership | | $15,500,000 | $11,242,497 |

Page 1 of 1                                        Schedule Total | $119,245,000

In re: **The Preserve, LLC, a California Limited Liability Company,**      Case No.    **6:08-bk-23006-BB**

                                                                Debtor                                   (If known)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "X" in the appropriate position in the column labeled "None" If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts are Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage house, or cooperatives. | | UBS Financial Services | | $33,636 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | X | | | |
| 12. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |

In re:   **The Preserve, LLC, a California Limited Liability Company,**                     Case No.     6:08-bk-23006-BB
                                                                         Debtor                                          (If known)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 13. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 14. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 15. Accounts receivable. | X | | | |
| 16. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 17. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 18. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 19. Contingent or non-contingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | Claims pending against Point Center Financial and others for Civil Rico, Fraud, Conversion, Breach of Contract, Breach of the Implied Covenant of Good Faith and Fair Dealing and equitable relief.  Suit has been initiated in Riverside County Superior Court, Case No. RIC 508877 | | $60,000,000+ |
| | | Claim against NAMCO for an advanced commission that was not earned | | $57,703 |
| | | Claim against Cherry Valley Pass Acres and Neighbors, a California non-profit corporation and Cherry Valley Environmental Planning Group, a California non-profit corporation, for attorneys' fees in connection with proceeding pending in Riverside County Superior Court, Case No. RIC 492830 | | $150,000 |
| 21. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |

In re:  **The Preserve, LLC, a California Limited Liability Company,** _____  Case No.  6:08-bk-23006-BB _____
                                             Debtor                                                    (If known)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 22. Licenses, franchises, and other general intangibles. Give particulars. | | | | |
| 23. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 24. Boats, motors, and accessories. | X | | | |
| 25. Aircraft and accessories. | X | | | |
| 26. Office equipment, furnishings, and supplies. | | Computer and Office Equipment | | $6,777 |
| 27. Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 28. Inventory. | X | | | |
| 29. Animals. | X | | | |
| 30. Crop - growing or harvested. Give particulars. | X | | | |
| 31. Farming equipment and implements. | X | | | |
| 32. Farm supplies, chemicals, and feed. | X | | | |
| 33. Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | Total: | $60,248,116 |

In re: **The Preserve, LLC, a California Limited Liability Company**       Case No. **6:08-bk-23006-BB**
Debtor                                                                                (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding claims secured by property of the debtor as of the date of filing petition. List creditors holding all types of secured interest such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interest. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the olumn labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete schedule H- Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C," in the column labeled "Husband, Wife, Joint or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If th claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed in this schedule in the box labeled "Total" on the last sheet of the completd schedule. Repeat this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Point Center Financial as purported servicing agent on behalf of multiple lenders holding fractional interests<br><br>7 Argonaut<br>Aliso Viejo, CA 92656 | | | October 2006; loan<br><br>Secured by a portion of the Legacy Highlands development in Riverside County, CA.<br><br>Note: Debtor contends that a 46 acre portion of the land in the legal description attached to the Deed of Trust securing this loan was erroneously contained therein. | X | X | X | $32,234,020 | $0 |
| Deep Canyon Holdings, Inc.<br>P.O. Box 10723<br>Palm Desert, CA 92255 | | | Acquisition in 2007 and 2008 of a total of at least 3.4401% undivided interest in the Debtor's alleged obligation and its security to Point Center Financial as purported servicing agent on behalf of other lenders. This creditor has notified the Debtor that it is representing itself in connection with this claim and that Point Center Financial is not representing the interests of this creditor in this case as servicing agent or otherwise.<br><br>Secured by a portion of the Legacy Highlands development in Riverside County, CA. | | | | $1,341,600, plus interest, to be deducted from secured claim being purportedly serviced by Point Center Financial described above. | $0 |

In re:  **The Preserve, LLC, a California Limited Liability Company**         Case No.  __6:08-bk-23006-BB__
_____                              _____
                           Debtor                                                              (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| The William Marano Living Trust c/o Steve Coldwell 3239 North Verdugo Road Glendale, CA 91208-1633 | | | January 2003; loan. Secured by 112 acre parcel in Riverside, CA. | X | | | $10,125,000 | $0 |
| Scott H. Krentel 7006 Magnolia, PMB No. 309 Riverside, CA 92506 | | | March 2008; loan Secured by a portion of the Legacy Highlands development in Riverside County, CA, and all of the 112 acre parcel located in Riverside, CA. | | | | $1,117,497 | $0 |
| Barry Hildebrandt 29866 Indigo Point Riverside, CA  92508 | | | February 2007. Remaining obligation under purchase contract for Brockton Office Building. | | | | $575,000 | $0 |
| Riverside County Tax Collector PO Box 12005 Riverside, CA 92502-2205 | | | Notice Purposes Only | | | | $0 | |

In re:  **The Preserve, LLC, a California Limited Liability Company**       Case No.   6:08-bk-23006-BB
                                  Debtor                                                              (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| San Bernardino County Tax Collector 172 West Third St., First Floor San Bernardino, CA 91425-0360 | | | Notice Purposes Only | ' | | | $0 | |
| | | | | | | | $44,051,517 | |

FORM B6D - Cont.
(12/95

Form B6E - (10/05)

| In re: | Case No. | |
|--------|----------|---|
| The Preserve, LLC, a California Limited Liability Company, | **6:08-bk-23006-BB** | |
| Debtor | | (If known) |

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. §112; Fed.R.Bankr.P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C," in the column labeled "Husband, Wife, Joint or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts who file a case under chapter 7 or 13 report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all amounts <u>not</u> entitled to priority listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts who file a case under chapter 7 report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations.** Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extend provided in 11 U.S.C. §507(a)(1).

☐ **Extensions of credit in an involuntary case:** Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before earlier of the appointment of a trustee or the order for relief. 11U.S.C.§ 507(a)(3).

☐ **Wages, salaries, and commissions:** Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,000* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans.** Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. §507(a)(5).

☐ **Certain farmers and fishermen:** Claims of certain farmers and fishermen, up to $4,650* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals:** Claims of individuals up to a maximum of $2,100* for deposits for the purchase, lease, or rental of property or services for personal, family, household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☒ **Taxes and certain other debts owed to governmental units:** Taxes, customs, duties, and penalties owing to federal, state and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

Form B6E - (10/05)

☐ **Commitments to maintain the capital of an insured depository institution:** Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9)

☐ **Claims for Death or Personal Injury While Debtor was Intoxicated.** Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or other substance. 11 U.S.C. §50&(a)(10).

\* Amounts are subject to adjustment on April 1, 2007, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

One (1) Continuation Sheet attached

Schedule E.doc

Form B6E – Contd.
(10/05)

| In re:<br>**The Preserve, LLC, a California Limited Liability Company,**<br>Debtor | Case No.<br>**6:08-bk-23006-BB**<br>(If known) |
|---|---|

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

<u>Taxes</u>

TYPE OF PRIORITY

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Franchise Tax Board<br><br>Attention: Bankruptcy<br><br>P.O. Box 2952<br><br>Sacramento, CA 95812-2952 | | | Notice Purposes Only | | | | $0 | | |
| Internal Revenue Service<br><br>P.O. Box 21126<br><br>Philadelphia, PA 19114 | | | Notice Purposes Only | | | | $0 | | |

Sheet no. 1 of 1 Continuation
Sheets attached to Schedule of Creditors
Holding Unsecured Priority Claims

In re:  __The Preserve, LLC, a California Limited Liability Company,__        Case No.  __6:08-23006-BB__
_____Debtor_____                                                    (If known)

# SCHEDULE F – CREDITORS HOLDING UNSECURED NON-PRIORITY CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding unsecured claims without priority against the debtor or the property of the debtor as of the date of filing of the petition. Do not include claims listed in Schedule D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Co-Debtor," include the entity on the appropriate schedule of creditors, and complete schedule H – Co-Debtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C," in the column labeled "Husband, Wife, Joint or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed in this schedule on the box labeled "Total" on the last sheet of the completed schedule. Repeat this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured non-priority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Amir Raza<br>655 Central Avenue, 17th Floor<br>Glendale, CA 91203 | | | Legal services for land use consulting, to have been paid out of loan reserve with Point Center Financial for 'soft costs' from October 2007 forward | | | | $13,212.00 |
| Bandari, Beach, Lim & Cleland<br>12424 Wilshire Blvd., Suite 750<br>Los Angeles, CA 90025 | | | Project accounting services to have been paid out of loan reserve with Point Center Financial for 'soft costs' from October 2007 forward | | | | $52,946.00 |
| Cherry Valley Pass Acres and Neighbors<br>c/o Rogers Joseph O'Donnell<br>311 California Street<br>San Francisco, CA 94104 | | | Possible claim for legal fees in State Court CEQA litigation, Case No. RIC 492830 | X | X | X | Unknown |
| Cherry Valley Environmental Planning Group<br>c/o Rogers Joseph O'Donnell<br>311 California Street<br>San Francisco, CA 94104 | | | Possible claim for legal fees in State Court CEQA litigation, Case No. RIC 492830 | X | X | X | Unknown |

Page 1 of 2

In re:  **The Preserve, LLC, a California Limited Liability Company,**  Case No.  **6:08-bk-23006-BB**

Debtor                                                             (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NON-PRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| Deep Canyon Holdings, Inc. P.O. Box 10723 Palm Desert, CA 92255 | | Availability fee | | | | $4,302,000 |
| Gresham Savage Nolan & Tilden 3750 University Ave., Suite 250 Riverside, CA 92501-3335 | | Legal services for CEQA challenge regarding the Legacy Highlands to have been paid out of loan reserve with Point Center Financial for 'soft costs' from October 2007 forward | | | | Unknown |
| Palmieri, Tyler et al. 2603 Main Street, East Tower Suite 1300 Irvine, CA 92614 | | Legal services as a result of defalcation by Point Center Financial to have been paid out of loan reserve with Point Center Financial for 'soft costs' from October 2007 forward | | | | $7,416.00 |
| Rox Consulting Group, Inc. 575 Anton, Suite 820 Costa Mesa, CA 92626 | | Engineering Services regarding the Legacy Highlands to have been paid out of loan reserve with Point Center Financial for 'soft costs' from October 2007 forward | | | | $156,250.00 |
| Sherry Ikezawa 6349 Riverside Avenue Riverside, CA 92506 | | Commission | X | | | $1,550,000.00 |
| | | | | | Schedule Total | $6,081,824.00 |

In re:  **The Preserve, LLC, a California Limited Liability Company,**  Case No.  **6:08-bk-23006-BB**
Debtor (If known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES*

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests.

State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease.

Provide the names and complete mailing addresses of all other parties to each lease or contract described.

**NOTE: A PARTY LISTED ON THIS SCHEDULE WILL NOT RECEIVE NOTICE OF THE FILING OF THIS CASE UNLESS THE PARTY IS ALSO SCHEDULED IN THE APPROPRIATE SCHEDULE OF CREDITORS.**

☒ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT* | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |

## * FOOTNOTE TO SCHEDULE G

The information set forth herein was derived from the Debtor's books and records. The Debtor reserves the right to amend any of the items set forth herein if and when more updated information becomes available.

This list of Executory Contracts is furnished for informational purposes only to apprise parties in interest of possible contractual relationships of the Debtor as of the date of filing and is derived from documents in the possession of the Debtor. **This statement is not an admission or recognition that any contractual relationship existed or that, if such relationship existed, said relationship presently exists.** The Debtor does not waive any rights of rescission or reformation or defense respecting any contract.

Similarly, this Statement is not an admission or recognition that any contractual relationship constitutes an "executory contract." Some contracts listed in this Statement may have been validly terminated or expired by their own terms prior to the date of filing but have been listed notwithstanding such possible termination or expiration in order to provide a complete presentation of the Debtor's affairs and in the event that one or more parties in interest may take the position that an executory contract existed as of the date of filing.

Form B6G
(12/95)

In re: **The Preserve, LLC, a California Limited Liability Company,**
_____
                                    Debtor

Case No. **6:08-bk-23006-BB** _____
                          (If known)

# SCHEDULE H - CODEBTORS

     Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors.  Include all guarantors and co-signors.  In community property states, a married debtor not filing a joint return should report the name and address of the nondebtor spouse on this schedule.  Include all names used by the nondebtor spouse during the six months immediately preceding the commencement of this case.

☒ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
|  |  |

Form B6G
(12/95)

FORM B6 Declaration (Rev. 10-06)

Case No.   **6:08-bk-23006 BB**
(If known)

In re:   The Preserve, LLC, a California Limited Liability Company
Debtor

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of
_____ sheets, and that they are true and correct to the best of my knowledge, information and belief.

(Total shown on summary page plus 2)

Date _____     Signature: _____
Debtor

Date _____     Signature: _____
(Joint Debtor, if any)

[If joint case, both spouses must sign.]

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

### CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____                          _____
Printed or Typed Name of Bankruptcy Petition Preparer          Social Security No.

_____
Address

Name and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

X _____                          _____
Signature of Bankruptcy Petition Preparer                Date

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment.*
*11 U.S.C. § 110; 18 U.S.C. § 156.*

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I am the Manager of Beaumont 1600, LLC, a California Limited Liability Company, the Manager of The Preserve, LLC, the Limited Liability Company named as debtor in this case, and I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of 16 sheets, and that they are true and correct to the best of my knowledge, information and belief.

Date   October 7, 2008            Signature: _____

The Preserve, LLC, a California Limited Liability Company
By: Beaumont 1600, LLC, a California Limited Liability Company, its Manager

By: Scott H. Krentel, Manager
[Print or type name of individual signing on behalf of debtor.]

[An individual signing on behalf of a partnership of corporation must indicate position or relationship to debtor.]

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -