1 | MARK C. SCHNITZER, State Bar No. 48628
MARTHA A. WARRINER, State Bar No. 76132
2 | **REID & HELLYER**
A Professional Corporation
3 | 3880 Lemon Street, Fifth Floor
Post Office Box 1300
4 | Riverside, California 92502-1300
Telephone: (951) 682-1771
5 | Facsimile: (951) 686-2415

6 | Attorneys for Deep Canyon Holdings, Inc.

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

RIVERSIDE DIVISION

| In re | ) CASE NO. 6:08-bk-23006BB |
| --- | --- |
| | ) Chapter 11 Proceeding |
| THE PRESERVE, LLC, a California Limited Liability Company, | ) |
| | ) **JOINDER OF DEEP CANYON HOLDINGS, INC., IN SUPPORT OF DEBTOR'S MOTION FOR ORDER AUTHORIZING EXTENSION OF (1) DEADLINE TO FILE A PLAN AND DISCLOSURE STATEMENT; AND (2) EXCLUSIVITY PERIOD REGARDING SOLICITATION OF ACCEPTANCES AND REJECTION TO PLAN** |
| Debtor and Debtor-in Possession | ) |

DATE:   March 11, 2009
TIME:   11:00 a.m.
CRTRM.: 303

TO THE HONORABLE SHERI BLUEBOND, UNITED STATES BANKRUPTCY JUDGE; THE OFFICE OF THE UNITED STATES TRUSTEE; CREDITORS AND PARTIES IN INTEREST:

Deep Canyon Holdings, Inc. ("Deep Canyon"), files this Joinder in support of The Preserve's ("Debtor") MOTION FOR ORDER AUTHORIZING EXTENSION OF (1) DEADLINE TO FILE A PLAN AND DISCLOSURE STATEMENT; AND (2) EXCLUSIVITY PERIOD REGARDING SOLICITATION OF ACCEPTANCES AND REJECTION TO PLAN ("Motion"), and respectfully represents:

-1-

Deep Canyon is the largest fractional, non Point Center related, investor in the Point Center loan with the Debtor ("Loan"). Deep Canyon is scheduled by the Debtor as having a secured claim in the original amount of $1,341,600, representing its fractional investment in the Loan ("Secured Claim"). The Secured Claim is not indicated to be disputed, contingent or unliquidated.

In addition, Deep Canyon is scheduled by the Debtor as having an unsecured claim in the original amount of $4,302,000 ("Unsecured Claim"). The Unsecured claim is the largest scheduled unsecured claim and is not indicated to be disputed, contingent or unliquidated.

Deep Canyon has reviewed the Motion, the opposition filed by Point Center to the Motion and the Debtor's Reply. Deep Canyon has its own disputes with Point Center regarding the Loan and Point Center's acting as servicer of the Loan. Deep Canyon is informed and believes that Point Center is not acting in the best interests of Deep Canyon in this matter. Although this statement is not intended to be a waiver of any legal obligation Point Center may have to Deep Canyon with regard to the Loan, Deep Canyon has previously informed Point Center that Point Center is not authorized to speak for Deep Canyon in this case and intends to represent its own interests. If the disputes between the Debtor and Point Center are referred to mediation, Deep Canyon will want to participate to represent its own interests regarding the Loan and Point Center's authority to act as servicer.

Deep Canyon has been in discussions with the Debtor and believes it is in its best interest and the best interest of creditors if the Debtor is given the opportunity to reorganize. Deep Canyon, therefor, supports the Motion and would urge the court to grant the extensions requested by the Debtor.

DATED: March 5, 2009

Respectfully submitted,

REID & HELLYER
A PROFESSIONAL CORPORATION

By: _____
MARK C. SCHNITZER
MARTHA A. WARRINER
Attorneys for Deep Canyon Holdings, Inc.

-2-

| In re:                                                      | CHAPTER 11                       |
|-------------------------------------------------------------|----------------------------------|
| THE PRESERVE, LLC, a California Limited Liability Company   |                                  |
| Debtor(s).                                                  | CASE NUMBER 6:08-BK-23006BB      |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

3880 Lemon Street, 5th Floor, Riverside, CA 92501
Mailing Address: P.O. Box 1300, Riverside, CA 92502-1300

The foregoing document described **JOINDER OF DEEP CANYON HOLDING, INC., IN SUPPORT OF DEBTOR'S MOTION FOR ORDER AUTHORIZING EXTENSION OF (1) DEADLINE TO FILE A PLAN AND DISCLOSURE STATEMENT; AND (2) EXCLUSIVITY PERIOD REGARDING SOLICITATION OF ACCEPTANCES AND REJECTION TO PLAN** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On March 5, 2009 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On March 5, 2009 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

Honorable Sheri Bluebond
United States Bankruptcy Court
Edward R. Roybal Federal Building
255 E. Temple Street, Room 940
Los Angeles, CA 90012

☐ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on March 5, 2009 I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☐ Service information continued on attached page

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                           **F 9013-3.1**

| In re:                                                          | CHAPTER 11                    |
|-----------------------------------------------------------------|-------------------------------|
| THE PRESERVE, LLC, a California Limited Liability Company       |                               |
|                                                    Debtor(s).  | CASE NUMBER 6:08-BK-23006BB   |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| March 5, 2009 | Lori Bequette | *(signed)* Lori Bequette |
|---------------|---------------|--------------------------|
| *Date*        | *Type Name*   | *Signature*              |

**Courtesy NEF:**

| Don Fisher           | dfisher@ptwww.com          |
| David R. Zaro        | dzaro@allenmatkins.com     |
| Joshua del Castillo  | jdelcastillo@allenmatkins.com |

| Don Fisher, Palmieri, Tyler, Wiener Wilhelm & Waldron LLP, Creditor | dfisher@ptwww.com           |
| Robert P. Goe, Attorney for Point Center Financial Inc.             | kmurphy@goeforlaw.com       |
| Jeffrey W. Broker, Attorney for Debtor                              | jbroker@brokerlaw.biz       |
| Elizabeth A. Lossing, United States Trustee                         | Elizabeth.lossing@usdoj.gov |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

**F 9013-3.1**