1  JEFFREY W. BROKER – State Bar No. 53226
   BROKER & ASSOCIATES PROFESSIONAL CORPORATION
2  18191 Von Karman Avenue, Suite 470
   Irvine, CA 92612-7114
3
   Telephone:  (949) 222-2000
4  Facsimile:   (949) 222-2022
   email:       *jbroker@brokerlaw.biz*
5
   General Reorganization Counsel
6  for Debtor and Debtor-in-Possession

**FILED & ENTERED**

**MAR 18 2009**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY wesley    DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### RIVERSIDE DIVISION

| | |
|---|---|
| In re<br><br>The Preserve, LLC, a California Limited Liability Company,<br><br>        Debtor and<br>        Debtor-in-Possession | Case No.  6:08-bk-23006-BB<br><br>Chapter 11 Proceeding<br><br>**ORDER GRANTING MOTION OF DEBTOR AND DEBTOR-IN-POSSESSION AUTHORIZING EXTENSION OF (1) DEADLINE TO FILE A PLAN AND DISCLOSURE STATEMENT; AND (2) EXCLUSIVITY PERIOD REGARDING SOLICITATION OF ACCEPTANCES AND REJECTIONS TO PLAN**<br><br>Date:  March 11, 2009<br>Time   11:00 a.m.<br>Ctrm:  303 |

The matter of the hearing on the *MOTION OF DEBTOR AND DEBTOR-IN-POSSESSION AUTHORIZING EXTENSION OF (1) DEADLINE TO FILE A PLAN AND DISCLOSURE STATEMENT; AND (2) EXCLUSIVITY PERIOD REGARDING SOLICITATION OF ACCEPTANCES AND REJECTIONS TO PLAN* (the "Motion") came on regularly for hearing before the undersigned United States Bankruptcy Judge on March 11, 2009 at the hour of 11:00 a.m.  Jeffrey W. Broker, Esq., of Broker & Associates Professional Corporation appeared as general reorganization counsel to the Debtor.  John C. Nolan, Esq., of Gresham Savage Nolan & Tilden

1  APC appeared as special litigation counsel to the Debtor in the CEQA Litigation. Mark C.
2  Schnitzer, Esq., of Reid & Hellyer APC appeared on behalf of creditor Deep Canyon Holdings, Inc.
3  in support of the Motion. Robert P. Goe, Esq., of Goe & Forsythe, LLP appeared on behalf of
4  objecting party Point Center Financial, Inc. Timothy Farris, Esq., appeared on behalf of The Office
5  of the United States Trustee. Other appearances are as noted in the record of the hearing

6  The Court having issued a tentative ruling to grant the Motion in the form annexed
7  hereto, and after hearing argument from counsel, and after reviewing the pleadings on file in the
8  case in connection with the Motion, and for the reasons stated on the record at the hearing, and
9  good cause appearing, it is hereby:

10  ORDERED that the Motion is granted; and it is

11  FURTHER ORDERED that the time within which the Debtor has the exclusive right to file a
12  Plan is extended to and including May 22, 2009; and it is

13  FURTHER ORDERED that the time within which the Debtor has the exclusive right to
14  solicit acceptances and rejections to a Plan is extended to and including July22, 2009; and it is

15  FURTHER ORDERED that this Order is without prejudice to the Debtor's seeking a further
16  extension of the exclusivity periods, upon appropriate motion and notice.

###

DATED: March 18, 2009

United States Bankruptcy Judge

-2-

-3-

1  Tentative Ruling:

2  Grant Motion.  Court agrees that it would be difficult at this point for the debtor to craft a plan of reorganization in light of uncertainties surrounding the amount of the secured creditor's claim; however, debtor should be aware that Court is not inclined to extend exclusivity until the likely end of litigation with the debtor's secured creditor.  If debtor wishes to maintain exclusivity, it will need to figure out how to propose a plan that includes alternate treatments for the lender's secured claim, depending on the outcome of the litigation.

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-4-

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 18191 Von Karman Ave., Suite 470, Irvine, CA 92612.

The foregoing document described *ORDER GRANTING MOTION OF DEBTOR AND DEBTOR-IN-POSSESSION AUTHORIZING EXTENSION OF (1) DEADLINE TO FILE A PLAN AND DISCLOSURE STATEMENT; AND (2) EXCLUSIVITY PERIOD REGARDING SOLICITATION OF ACCEPTANCES AND REJECTIONS TO PLAN* will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served)**:**
On March 13, 2009 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, **first class, postage prepaid**, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

The Honorable Sheri Bluebond 255 East Temple Street, Suite 1482, Los Angeles, CA 90012

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| March 13, 2009 | Rebecca Kolodziej | s/s Rebecca Kolodziej |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

**NOTE TO USERS OF THIS FORM**:

**1)** Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
**4**) **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*)_____
_____ was entered on the date indicated as Entered on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)** Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order.   As of _____ the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

jbroker@brokerlaw.biz (Counsel for Debtor)
dfisher@ptwww.com (Palmieri Tyler et al.)
kmurphy@goeforlaw.com (Goe & Forsythe, LLP) [counsel for Point Center Financial, Inc.]
ustregion16.rs.ecf@usdoj.gov (United States Trustee)
elizabeth.lossing@usdoj.gov   (United States Trustee)
mcschnitzer@rhlaw.com (Reid & Hellyer) [counsel for Deep Canyon Holdings
dzaro@allenmatkins.com (courtesy NEF)
jdelcastillo@allenmatkins.com (courtesy NEF)

☐Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by U.S. Mail to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an Entered stamp, the party lodging the judgment or order will serve a complete copy bearing an Entered stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

☐Service information continued on attached page