## Escrow Professionals, Inc.
33161 Camino Capistrano Unit H
San Juan Capistrano, CA  92675
P: (949) 661-8066 • F: (949) 661-9727

The Preserve LLC

7006 Magnolia Avenue #909
Riverside, Ca. 92506

Date: October 25, 2006
Escrow No.: 57323

RE: Property Address:  1.300+ Acres Located Beamont, Ca, , CA

We are please to inform you that the above referenced escrow was closed on **October 23, 2006** and we enclose the following for your records:

    Our Check in the amount of **$218,062.17** representing your refund.   WIRED
    Final HUD-I and Closing Statement.

**Loan Information:**

    First Deed of Trust in favor of: **Point Center Financial, Inc., as Designated Lender for Multi-Beneficiaries.** (Lender will notify you regarding payments.)

Any documents to which you are entitled will be forwarded to you directly from the appropriate governing party.

We hope this transaction has been handled to your satisfaction, and that we may serve you again in the future.

**Escrow Professionals, Inc.**

Beverly A. Miali
Escrow Officer / Manager

Exhibit _____1_____
Page _____30_____

Exhibit _____1_____
Page _____19_____

# ESCROW CLOSING STATEMENT

**POINT CENTER FINANCIAL, INC.**
30900 RANCHO VIEJO ROAD, #100
SAN JUAN CAPISTRANO CA 92675

Escrow Number: 206070
Escrow Officer: Beverly A. Miali
Date Recorded:

Borrower: THE PRESERVE LLC, a California limited liability company

Property: SW of I-10 and SR60
Beaumont CA

Page: 1

| DESCRIPTION | DEBIT | CREDIT |
|---|---|---|
| **Funds Deposited To Escrow:** | | |
| RICHARD T. BREENE  ( 0.13%) | | 49,920.00 |
| STEVEN C. COLBURN  ( 0.13%) | | 49,920.00 |
| PAUL P. KRASNER, M.D., TRUSTEE  ( 0.13%) | | 49,920.00 |
| Point Center Mortgage Fund I, LLC  (Jul-12-2006 99.49%) | | 38,800,320.00 |
| DONOVAN H. RITTENBACH, TRUSTEE  ( 0.13%) | | 49,920.00 |
| | | |
| **Demands Paid Through Escrow:** | | |
| Point Center Financial, Inc. | | |
| Principal | 19,000,000.00 | |
| Interest From 10/01/06 To 10/30/06 | 173,602.70 | |
| Less the Trust Account Balance | -4,890.13 | |
| | 19,168,712.57 | 19,168,712.57 |
| | | |
| **Payments Made on Authorization of Borrower:** | | |
| Beneficiary Statement Fees | 45.00 | |
| Credit for Partialy Funded Loan | | 6,456.02 |
| Re-imbursemnt of Appraisal to THE PRESERVE, LLC | 16,000.00 | |
| | | |
| **Costs and Expenses:** | | |
| Escrow Fee | 10,250.00 | |
| Title Insurance Policy | 28,000.00 | |
| Notary Fee | 40.00 | |
| Recording Fees | 200.00 | |
| Credit Investigation Fees | 81.00 | |
| Processing Fee | 500.00 | |
| Underwriting Fee | 5,000.00 | |
| Documentation Fee | 300.00 | |
| Securitization Fee | 1,000.00 | |
| County Property Tax Reserves (24 months) | 250,000.00 | |
| Interest Reserves (24 months) | 9,650,000.00 | |
| PCF Inspection Site Fee | 250.00 | |
| Construction Hold Back | 7,251,736.00 | |
| | | |
| **Other Items Paid Through Escrow:** | | |
| Broker's Commission | 2,340,000.00 | |
| Prepaid Interest From 10/30/06 To 11/01/06 @ $13,356.16/day | 26,712.32 | |
| | | |
| **Check To Borrower** | 257,629.13 | |
| | | |
| **Totals** | 39,006,456.02 | 39,006,456.02 |

Exhibit  1
Page  31

Exhibit
Page  20

INITIAL HERE

**Escrow Professionals, Inc.**

33161 Camino Capistrano, Unit. H
San Juan Capistrano, CA 92675
Phone: (949) 661-8086 • Fax: (949) 661-9727

BORROWER STATEMENT
Final

| | |
|---|---|
| Escrow Number: 57323 | Title Order Number: 09301656-12 |
| Escrow Officer: Beverly A. Miali | Date: 10/25/2006 - 10:30:29AM |
| | Closing Date: 10/23/2006 |
| Borrower:    The Preserve LLC | |

**Property:**    1.300+ Acres Located Beamont, Ca, CA

| DESCRIPTION | DEBITS | CREDITS |
|---|---|---|
| TOTAL CONSIDERATION | | |
| **TITLE CHARGES** | | |
| Lender/Mortgagee Premium for 39,000,000.00: Land America Lawyers Title | 26,520.00 | |
| Mortgage Recording Fee: Land America Lawyers Title | 223.00 | |
| Agreement fee: Land America Lawyers Title | 82.00 | |
| UCC Financing Statement: Land America Lawyers Title | 20.00 | |
| Inspection fee: Land America Lawyers Title | 50.00 | |
| **ESCROW CHARGES TO: Escrow Professionals, Inc.** | | |
| Escrow Fee | 10,250.00 | |
| Wire Fee | 45.00 | |
| Audit & Assessment Fee | 9.50 | |
| **LENDER CHARGES** | | |
| New  to Point Center Financial, Inc., as Designated Lender for Multi-Beneficiaries: | | 39,000,000.00 |
| Loan Fee @ 0.00 %: Point Center Financial, Inc., as Designated Lender for Multi-Beneficiaries | 2,340,000.00 | |
| Interest Adjustment From 10/20/2006 To 11/01/2006, 11 Days, @ 7,520.3300/per day: Point Center Financial, Inc., as Designated Lender for Multi-Beneficiaries | 90,243.96 | |
| Underwriting Fee: Point Center Financial, Inc., as Designated Lender for Multi-Beneficiaries | 5,000.00 | |
| Credit Investigation Fee: Point Center Financial, Inc., as Designated Lender for Multi-Beneficiaries | 81.00 | |
| Processing Fee: Point Center Financial, Inc., as Designated Lender for Multi-Beneficiaries | 500.00 | |
| Documntation Fee: Point Center Financial, Inc., as Designated Lender for Multi-Beneficiaries | 300.00 | |
| Securitization Fee: Point Center Financial, Inc., as Designated Lender for Multi-Beneficiaries | 1,000.00 | |
| County Property Tax Resrves (24 Months): Point Center Financial, Inc., as Designated Lender for Multi-Beneficiaries | 250,000.00 | |
| Interest Reserves (24 Months): Point Center Financial, Inc., as Designated Lender for Multi-Beneficiaries | 9,650,000.00 | |
| Pcf Inspeciton Site Fee: Point Center Financial, Inc., as Designated Lender for Multi-Beneficiaries | 250.00 | |
| Construction Hold Back: Point Center Financial, Inc., as Designated Lender for Multi-Beneficiaries | 7,251,736.00 | |
| **LOAN PAYOFF: Point Center Financial** | | |
| Principal Balance    19,000,000.00 | | |
| Interest Per Diem From 10/01/2006 To 10/19/2006, 18 Days, @ 6,069.4444    113,739.70 | | |
| Less The Trust Account Balance    -2,434.58 | | |
| Total Loan Payoff | 19,113,739.70 | 2,434.58 |
| **TAXES:** | | |
| Property Tax to: Riverside County Tax Collector | 44,322.25 | |
| **ADDITIONAL DISBURSEMENTS:** | | |
| Reimbursement Of Appraisal: The Preserve LLC | 16,000.00 | |
| Funds Returned To PCF For Reserves: Point Center Financial | 202,062.17 | |
| **TOTALS** | 39,002,434.58 | 39,002,434.58 |

Exhibit ___1___      Exhibit ___1___
Page ___32___       Page ___21___

THIS IS A FINAL CLOSING STATEMENT

**A.** U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT
SETTLEMENT STATEMENT

| | LOAN |
|---|---|
| 1. ☐ FHA | 2. ☐ FHMA | 3. ☒ CONV. UNINS. |
| 4. ☐ VA | 5. ☐ CONV. INS. | |

6. FILE NUMBER:       7. LOAN NUMBER:
57323

8. MORTGAGE INS. CASE NO.:

**C. NOTE:** This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "(p.o.c.)" were paid outside the closing; they are shown here for informational purposes and are not included in the totals.

**D. NAME & ADDRESS**
OF BORROWER:       The Preserve LLC

**E. NAME & ADDRESS**
OF SELLER:

**F. NAME & ADDRESS**      Point Center Financial, Inc., as Designated Lender for Multi-Beneficiaries
OF LENDER:      30900 Rancho Viejo Road #110, San Juan Capistrano, CA 92675

**G.** PROPERTY LOCATION:   1,300+ Acres Located Beamont, Ca, , CA

**H.** SETTLEMENT AGENT:   Escrow Professionals, Inc.
PLACE OF SETTLEMENT: 33161 Camino Capistrano Unit H, San Juan Capistrano, CA  92675 (949) 661-8066

**I.** SETTLEMENT DATE:    10/23/2006  Final

| J.          Summary of Borrower's Transaction | | K.          Summary of Seller's Transaction | |
|---|---|---|---|
| **100. Gross Amount Due From Borrower:** | | **400. Gross Amount Due To Seller:** | |
| 101. Contract sales price | | 401. Contract sales price | |
| 102. Personal property | | 402. Personal property | |
| 103. Settlement charges to borrower: (line 1400) | 19,844,372.63 | 403. | |
| 104. Property Tax | 44,322.25 | 404. | |
| 105. Payoff To Point Center Financial | 19,111,305.12 | 405. | |
| | | | |
| | | | |
| | | | |
| | | | |
| Adjustments For Items Paid By Seller In Advance: | | Adjustments For Items Paid By Seller In Advance: | |
| 106. City/town taxes          to | | 406. City/town taxes          to | |
| 107. County taxes          to | | 407. County taxes          to | |
| 108. Assessments          to | | 408. Assessments          to | |
| 109. | | 409. | |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| 113. | | 413. | |
| 114. | | 414. | |
| 115. | | 415. | |
| 116. | | 416. | |
| **120. Gross Amount Due From Borrower:** | 39,000,000.00 | **420. Gross Amount Due To Seller:** | |
| **200. Amounts Paid By Or In Behalf Of Borrower:** | | **500. Reductions In Amount Due To Seller:** | |
| 201. Deposit or earnest money | | 501. Excess deposit (see instructions) | |
| 202. Principal amount of new loan(s) | 39,000,000.00 | 502. Settlement charges to seller (line 1400) | |
| 203. Existing loan(s) taken subject to | | 503. Existing loan(s) taken subject to | |
| 204. | | 504. Payoff 1st Mtg. Ln. | |
| 205. | | 505. Payoff 2nd Mtg. Ln. | |
| 206. | | 506. | |
| 207. | | 507. | |
| 208. | | 508. | |
| 209. | | 509. | |
| | | | |
| | | | |
| Adjustments For Items Unpaid By Seller: | | Adjustments For Items Unpaid By Seller: | |
| 210. City/town taxes          to | | 510. City/town taxes          to | |
| 211. County taxes          to | | 511. County taxes          to | |
| 212. Assessments          to | | 512. Assessments          to | |
| 213. | | 513. | |
| 214. | | 514. | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| | | | |
| **220. Total Paid By/For Borrower:** | 39,000,000.00 | **520. Total Reductions In Amount Due Seller:** | |
| **300. Cash At Settlement From/To Borrower:** | | **600. Cash At Settlement From/To Borrower:** | |
| 301. Gross amount due from borrower (line 120) | 39,000,000.00 | 601. Gross amount due to seller (line 420) | |
| 302. Less amount paid by/for borrower (line 220) | 39,000,000.00 | 602. Less reductions in amount due seller (line 520) | |
| **303. Cash (☐FROM) (☐TO) Borrower:** | 0.00 | **603. Cash (☐TO) (☐FROM) Seller:** | 0.00 |

Previous Edition Is Obsolete
Form No. 1581
3/86

SB-4-3538-00U-1
HUD-1 (3-86)
RESPA, HB 4305.2

| 700. Total Sales/Broker's Commission Based On Price | SETTLEMENT CHARGES | Paid From Borrower's Funds At Settlement | Paid From Seller's Funds At Settlement |
|---|---|---|---|
| Division of Commission (line 700) As Follows: | | | |
| 701. $    to | | | |
| 702. $    to | | | |
| 703. Commission paid at settlement | | | |
| 704. | | | |
| 800. Items Payable In Connection With Loan: | | | |
| 801. Loan Origination fee    % | | | |
| 802. Loan Discount    % | | | |
| 803. Appraisal fee to: | | | |
| 804. Credit report to: | | | |
| 805. Lender's inspection fee | | | |
| 806. Mortgage insurance application fee to | | | |
| 807. Assumption fee | | | |
| 808. Loan Fee To: Point Center Financial, Inc., as Designated Lender for Multi-Beneficiaries | | 2,340,000.00 | |
| 809. Securitization Fee To: Point Center Financial, Inc., as Designated Lender for Multi-Beneficiaries | | 1,000.00 | |
| 810. County Property Tax Reserves (24 Months) To: Point Center Financial, Inc., as Designated Lender for M | | 250,000.00 | |
| 811. Interest Reserves (24 Months) To: Point Center Financial, Inc., as Designated Lender for Multi-Benef | | 9,650,000.00 | |
| 812. Pcf Inspeciton Site Fee To: Point Center Financial, Inc., as Designated Lender for Multi-Beneficiari | | 250.00 | |
| 813. Construction Hold Back To: Point Center Financial, Inc., as Designated Lender for Multi-Beneficiarie | | 7,251,736.00 | |
| 814. Underwriting Fee To: Point Center Financial, Inc., as Designated Lender for Multi-Beneficiaries | | 5,000.00 | |
| 815. Credit Investigation Fee To: Point Center Financial, Inc., as Designated Lender for Multi-Beneficiar | | 81.00 | |
| 816. Exhibit "C" Attached Hereto | | 800.00 | |
| 900. Items Required By Lender To Be Paid In Advance: | | | |
| 901. Interest from 10/20/2006 to 11/01/2006 @$ 7,520.3300 /day | | 90,243.96 | |
| 902. Mortgage insurance premium for    mo. to | | | |
| 903. Hazard insurance premium for    yrs. to | | | |
| 904. Flood insurance premium for    yrs. to | | | |
| 905. | | | |
| 906. | | | |
| 1000. Reserves Deposited With Lender: | | | |
| 1001. Hazard insurance    months @ $    per month | | | |
| 1002. Mortgage insurance    months @ $    per month | | | |
| 1003. City property taxes    months @ $    per month | | | |
| 1004. County property taxes    months @ $    per month | | | |
| 1005. Annual assessments    months @ $    per month | | | |
| 1006. Flood insurance    months @ $    per month | | | |
| 1007.    months @ $    per month | | | |
| 1008. Aggregate Adjustment | | | |
| 1009. | | | |
| 1100. Title Charges | | | |
| 1101. Settlement or closing fee to Escrow Professionals, Inc. | | 10,250.00 | |
| 1102. Abstract or title search to | | | |
| 1103. Title examination to | | | |
| 1104. Title insurance binder to | | | |
| 1105. Document preparation to | | | |
| 1106. Notary fees to | | | |
| 1107. Attorney's fees to | | | |
|    (includes above item Numbers:    ) | | | |
| 1108. Title insurance to Land America Lawyers Title | | | |
|    (includes above item Numbers:    ) | | 26,520.00 | |
| 1109. Lender's coverage $ 39000,000.00 Premium: $26520.00 | | | |
| 1110. Owner's coverage $ | | | |
| 1111. Wire Fee to Escrow Professionals, Inc. | | 45.00 | |
| 1112. Audit & Assessment Fee to Escrow Professionals, Inc. | | 9.50 | |
| 1113. Agreement fee to Land America Lawyers Title | | 82.00 | |
| 1114. Exhibit "D" Attached Hereto | | 70.00 | |
| 1200. Government Recording and Transfer Charges: | | | |
| 1201. Recording fees: Deed $    ;Mortgage $ 223.00    ;Releases $ | | 223.00 | |
| 1202. City/county tax/stamps: Deed $    ;Mortgage $ | | | |
| 1203. State tax/Stamps:    Deed $    ;Mortgage $ | | | |
| 1204. | | | |
| 1205. | | | |
| 1300. Additional Settlement Charges: | | | |
| 1301. Survey to | | | |
| 1302. Pest inspection to | | | |
| 1303. Reimbursement Of Appraisal to The Preserve LLC | | 16,000.00 | |
| 1304. Funds Returned To PCF For Reserves to Point Center Financial | | 202,062.17 | |
| 1305. | | | |
| 1306. | | | |
| 1307. | | | |
| 1308. | | | |
| 1309. | | | |
| 1310. | | | |
| 1311. | | | |
| 1312. | | | |
| 1313. | | | |
| 1400. Total Settlement Charge (Enter on line 103, Section J - and - line 502, Section K) | | 19,844,372.63 | |

Form No. 1582

SB-4-3538-00011

**SELLER'S AND/OR BORROWER'S STATEMENT**

I have carefully reviewed the HUD-1 Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a copy of the HUD-1 Settlement Statement.

The HUD-1 Settlement Statement which I have prepared is a true and accurate account of this transaction. I have caused or will cause the funds to be disbursed in accordance with this statement.

Settlement Agent: _____    Date: _____
                Beverly A. Miali, Escrow Professionals, Inc.

**WARNING:** It is a crime to knowingly make false statements to the United States on this or any other similar form. Penalties upon conviction can include a fine or imprisonment. For details see: Title 18 U.S. Code Section 1001 and Section 1010.

Exhibit ___1___
Page ___35___

Exhibit ___1___
Page ___24___

ATTACHMENT TO HUD                                                                57323

Settlement Date: 10/23/2006                          Title No.:        09301656-12
                                                                 Page:      1

EXHIBIT A: Tax Payment Breakdown
Breakdown of Tax Payments:
County Taxes

| Year | Amount | Interest | Penalty |
|------|--------|----------|---------|

EXHIBIT B: (HUD Section 100)                                    Buyer Amount
Gross Amount Due From Borrower - Loan Payoff Breakdown:

Point Center Financial

| | Buyer Amount |
|---|---|
| Principal Balance To: Point Center Financial | 19,000,000.00 |
| Interest Per Diem From 10/01/2006 to 10/19/2006 @ $   6,069.4444 To: Point Center Fi | 113,739.70 |
| Less The Trust Account Balance To: Point Center Financial | -2,434.58 |
| Total: | 19111,305.12 |

EXHIBIT C: (HUD Section 800 )                                   Buyer Amount
Items Payable In Connection With Loan:

| | Buyer Amount |
|---|---|
| Processing Fee To: Point Center Financial, Inc., as Designated Lender for Multi-Benefici | 500.00 |
| Documntation Fee To: Point Center Financial, Inc., as Designated Lender for Multi-Bene | 300.00 |
| Total: | 800.00 |

EXHIBIT D: (HUD Section 1100)                                   Buyer Amount
Title Charges:

| | Buyer Amount |
|---|---|
| UCC Financing Statement to Land America Lawyers Title | 20.00 |
| Inspection fee to Land America Lawyers Title | 50.00 |
| Total: | 70.00 |

Exhibit ___I___        Exhibit ___I___
Page ___36___          Page ___25___

1 │ Richard A. Harvey, Esq. (SBN 61442)
  │ LAW OFFICE OF RICHARD A. HARVEY
2 │ 21076 Bake Parkway, Suite 106
  │ Lake Forest, CA 92630
3 │ Tel: (949) 472-5433 Ext. 35
  │ Fax: (949) 380-9801
4 │
  │ Special Litigation Counsel to
5 │ Debtor and Debtor-in-Possession
6 │
7 │
8 │                 UNITED STATES BANKRUPTCY COURT
9 │        CENTRAL DISTRICT OF CALIFORNIA, RIVERSIDE DIVISION
10 │
11 │ In re                          )   Case No.:  6:08-23006 BB
                                    )
12 │ THE PRESERVE, LLC              )   Chapter 11
                                    )
13 │          Debtor,               )   Adv. No. 6:08-01497 BB
                                    )
14 │                                )
   │ ─────────────────────────────  )
15 │ In re:                         )
                                    )
16 │                                )   THE PRESERVE, LLC'S DEMAND
   │ THE PRESERVE, LLC,             )   FOR PRODUCTION OF DOCUMENTS
17 │                                )   PROPOUNDED TO POINT CENTER
   │          Plaintiff,            )   FINANCIAL, INC. PER
18 │                                )   BANKRUPTCY RULE 7034 AND
   │ v.                             )   F.R.C.P. §34
19 │                                )
20 │ POINT CENTER FINANCIAL, INC.,  )
   │ ESCROW PROFESSIONALS, INC., POINT )  DATE:  May 7, 2009
21 │ CENTER MORTGAGE FUND, I, LLC,  )   TIME:  10:00 a.m.
   │ NATIONAL FINANCIAL LENDING, INC., )  PLACE:
22 │ NATIONAL FINANCIAL LENDING, LLC, )   Law Office of
   │ DANIEL J. HARKEY aka DANNY JOE )     Richard A. Harvey
23 │ HARKEY, VERNON ALAN BERGFELD,  )    21076 Bake Pkwy., Ste. 106
   │ STEPHAN GEORGE LIVINGSTON,     )    Lake Forest, CA 92630
24 │ TD SERVICE COMPANY, RENE E.    )
25 │ ESPARZA, M. GWEN MELANSON, LOIS )
   │ R. BEJERANO, JOSHUA RETA, and  )
26 │ DOES 1-1000, inclusive,        )
27 │                                )
   │          Defendants.           )
28 │ ─────────────────────────────  )

Exhibit __2__

Page __37__

─────────────────────────────────────────────────────────────
                                  1
─────────────────────────────────────────────────────────────
THE PRESERVE, LLC'S DEMAND FOR PRODUCTION OF DOCUMENTS PROPOUNDED TO POINT
   CENTER FINANCIAL, INC. PER BANKRUPTCY RULE 7034 AND F.R.C.P. §34

1  PROPOUNDING PARTY:  THE PRESERVE, LLC

2  RESPONDING PARTY:   POINT CENTER FINANCIAL, INC.

3  SET NO.:            ONE

4      TO POINT CENTER FINANCIAL, INC. AND TO ITS ATTORNEY OF

5  RECORD:

6      Pursuant to California Code of Civil Procedure Sections

7  2031.010 et seq., THE PRESERVE, LLC hereby requires that POINT

8  CENTER FINANCIAL, INC. ("RESPONDING PARTY"), produce and permit

9  the inspection and reproduction, copying and photographing of

10 the below specified documents or other tangible things which

11 are in the possession, custody or control of POINT CENTER

12 FINANCIAL, INC., and/or any person or entity acting on its

13 behalf.  Such production shall be on May 7, 2009 at 10:00 a.m.

14 at the Law Office of Richard A. Harvey, 21076 Bake Parkway,

15 Suite 106, Lake Forest, California 92630.

16     You are also notified that you are required, within thirty

17 (30) days after service of this inspection demand, to serve the

18 original of the response to the inspection demand on

19 propounding party, with a copy of the response to all the

20 parties who appeared in the action.  Failure to so respond will

21 cause RESPONDING PARTY to waive any objection to the demand,

22 including objections based on privilege or protection for work

23 product.

24     RESPONDING PARTY, in the event the information and data is

25 electronically stored, may produce such information or data on

26 a CD in Word format.

27     Said documents must be produced as they are kept in the

28 usual course of business or organized and labeled to correspond

THE PRESERVE, LLC'S DEMAND FOR PRODUCTION OF DOCUMENTS PROPOUNDED TO POINT
CENTER FINANCIAL, INC. PER BANKRUPTCY RULE 7034 AND F.R.C.P. §34

1  to the categories in this request.  The time frame within which

2  to respond is within 30 days of the request being served.

3  Compliance with the procedures designated by F.R.C.P. §34 is

4  required.

### DEFINITIONS

6      "DOCUMENT(S)", as used in this request to produce, shall

7  mean any and all writings including, but not limited to, all

8  writings in your custody, possession or control whether

9  printed, recorded or otherwise reproducible by any method,

10  including, but not limited to, reports, memoranda,

11  applications, correspondence, messages, contracts, agreements,

12  notes, summaries, commitment letters, email messages, fax

13  transmittals, working papers, writings, drawings, graphs,

14  charts, sound recordings, images, and other data or data

15  compilations stored in any medium from which information may be

16  obtained either directly or if necessary after translation by

17  the RESPONDING PARTY into a reasonable usable form.

18      "THE PRESERVE LOAN 1" shall refer to that certain loan for

19  $19,000,000.00 to THE PRESERVE as borrower.

20      "THE PRESERVE LOAN 2" shall refer to that certain loan for

21  $39,000,000.00 to THE PRESERVE as borrower.

22      "RELATE", "RELATE TO", or any tense thereof, shall mean

23  concerning, regarding, supporting, pertaining to, or otherwise

24  having any connection, directly or indirectly, in or in part,

25  to the subject request.

26      "RESPONDING PARTY", "YOU" and/or "YOUR" shall refer to

27  POINT CENTER FINANCIAL, INC.

28  ///

Exhibit ___2___

Page ___39___

3

THE PRESERVE, LLC'S DEMAND FOR PRODUCTION OF DOCUMENTS PROPOUNDED TO POINT
CENTER FINANCIAL, INC. PER BANKRUPTCY RULE 7034 AND F.R.C.P. §34

1    The requested DOCUMENTS are as follows:

2  NO. 1:

3    DOCUMENTS which provide the name, last known address, and

4  telephone number for every investor whom RESPONDING PARTY

5  solicited to invest in THE PRESERVE LOAN 1.

6  NO. 2:

7    DOCUMENTS which provide the name, last known address, and

8  telephone number for every investor whom RESPONDING PARTY

9  solicited to invest in THE PRESERVE LOAN 2.

10  NO. 3:

11    Copies of all insurance policies which do or may RELATE TO

12  insurance coverage for RESPONDING PARTY and all employees of

13  RESPONDING PARTY pursuant to the allegations of the Complaint.

14  NO. 4:

15    All operating manuals and directives utilized by

16  representatives of POINT CENTER to contact prospective investors

17  for investment into THE PRESERVE LOAN 1.

18  NO. 5:

19    All operating manuals and directives utilized by

20  representatives of POINT CENTER to contact prospective investors

21  for investment into THE PRESERVE LOAN 2.

22  NO. 6:

23    DOCUMENTS which indicate all money received by POINT CENTER

24  or any of its agents from investors for investment into THE

25  PRESERVE for THE PRESERVE LOAN 1.

26  ///

27  ///

28  ///

Exhibit __2__

Page __40__

4

THE PRESERVE, LLC'S DEMAND FOR PRODUCTION OF DOCUMENTS PROPOUNDED TO POINT
CENTER FINANCIAL, INC. PER BANKRUPTCY RULE 7034 AND F.R.C.P. §34

NO. 7:

DOCUMENTS which indicate all money received by POINT CENTER or any of its agents from investors for investment into THE PRESERVE for THE PRESERVE LOAN 2.

NO. 8:

The name, address, and telephone number of every depository bank together with the deposit account number wherein proceeds from investors who invested in THE PRESERVE deposited their investment for use as funds for THE PRESERVE LOAN 1.

NO. 9:

The name, address, and telephone number of every depository bank together with the deposit account number wherein proceeds from investors who invested in THE PRESERVE deposited their investment for use as funds for THE PRESERVE LOAN 2.

NO. 10:

DOCUMENTS indicating the individual or individuals who possessed the appropriate license to perform the services performed by POINT CENTER on behalf of all investors who invested in THE PRESERVE for THE PRESERVE LOAN 1.

NO. 11:

DOCUMENTS indicating the individual or individuals who possessed the appropriate license to perform the services performed by POINT CENTER on behalf of all investors who invested in THE PRESERVE for THE PRESERVE LOAN 2.

NO. 12:

DOCUMENTS including, but not limited to, correspondence from RESPONDING PARTY to the licensing agency for every state jurisdiction within the United States which allowed

Exhibit __2__

Page __41.__

5

1    representatives of POINT CENTER to market THE PRESERVE as an

2    investment.

3    NO. 13:

4         DOCUMENTS which show any and all licenses from the state of

5    California for POINT CENTER to comply with the regulations by

6    any and all California state agencies.

7    NO. 14:

8         DOCUMENTS which show any and all licenses from the state of

9    California for POINT CENTER to comply with the regulations by

10   any and all federal agencies.    .

11   NO. 15:

12        DOCUMENTS that indicate POINT CENTER has complied with

13   California Civil Code §2941.9 with respect to all loans made or

14   arranged by POINT CENTER with regard to THE PRESERVE.

15   NO. 16:

16        DOCUMENTS which show all commissions, costs, expenses,

17   interest payments, and consideration of any type, nature, or

18   repayments received by POINT CENTER RELATED TO THE PRESERVE

19   LOAN 1.

20   NO. 17:

21        DOCUMENTS which show all commissions, costs, expenses,

22   interest payments, and consideration of any type, nature, or

23   repayments received by POINT CENTER RELATED TO THE PRESERVE

24   LOAN 2.

25   NO. 18:

26        DOCUMENTS which indicate POINT CENTER possesses authority

27   to act on behalf of all investors in THE PRESERVE LOAN 1.

28   ///

Exhibit ___2___

Page ___42___

THE PRESERVE, LLC'S DEMAND FOR PRODUCTION OF DOCUMENTS PROPOUNDED TO POINT
CENTER FINANCIAL, INC. PER BANKRUPTCY RULE 7034 AND F.R.C.P. §34

NO. 19:

DOCUMENTS which indicate POINT CENTER possesses authority to act on behalf of all investors in THE PRESERVE LOAN 2.

NO. 20:

DOCUMENTS which indicate POINT CENTER possesses authority to act on behalf of any investors in THE PRESERVE.

NO. 21:

DOCUMENTS that indicate the present and past extent of POINT CENTER's interest in the investment known as "Hampton Land".

NO. 22:

DOCUMENTS that indicate the present and past extent of POINT CENTER's interest in the investment known as "Buckeye".

NO. 23:

DOCUMENTS that indicate the present and past extent of POINT CENTER's interest in the investment known as "Summerwind".

NO. 24:

DOCUMENTS that indicate the present and past extent of POINT CENTER's interest in the investment known as "Atascadero Investments LLC".

NO. 25:

DOCUMENTS that indicate the present and past extent of POINT CENTER's interest in the investment known as "Meridian Realty Consultants".

///
///
///
///

Exhibit __2__

Page __43__

7

THE PRESERVE, LLC'S DEMAND FOR PRODUCTION OF DOCUMENTS PROPOUNDED TO POINT
CENTER FINANCIAL, INC. PER BANKRUPTCY RULE 7034 AND F.R.C.P. §34

1  NO. 26:

2    DOCUMENTS indicating the name and address of all borrowers

3  to whom POINT CENTER made or arranged for loans which loans

4  included the requirement that the borrower must deposit unfunded

5  amounts of the stated loan amount or be in default.

6  NO. 27:

7    DOCUMENTS indicating the name and address of all borrowers

8  to whom POINT CENTER made or arranged loans in which the

9  borrower was advised that there were unfunded amounts from the

10  stated loan but that borrower did not need to replace the

11  unfunded amounts to avoid default.

12  NO. 28:

13    DOCUMENTS which will indicate all amounts received by POINT

14  CENTER including the date said amounts were solicited, the date

15  said amounts were received, and the source of the investment for

16  each amount so received (i.e. name, address, and telephone

17  number for each investor) for THE PRESERVE LOAN 1.

18  NO. 29:

19    DOCUMENTS which will indicate all amounts received by POINT

20  CENTER including the date said amounts were solicited, the date

21  said amounts were received, and the source of the investment for

22  each amount so received (i.e. name, address, and telephone

23  number for each investor) for THE PRESERVE LOAN 2.

24  NO. 30:

25    DOCUMENTS that indicate each and every complaint made

26  against POINT CENTER for the period 2002 to the present date

27  relating to investments made or arranged by POINT CENTER.

28  ///

Exhibit __2__

Page __44__

8

1  NO. 31:

2      DOCUMENTS which identify monies received by POINT CENTER

3  for loans made or arranged by POINT CENTER for the project

4  identified in POINT CENTER's records as the "Beaumont Loan".

5  NO. 32:

6      DOCUMENTS which identify monies received by POINT CENTER

7  for loans made or arranged by POINT CENTER for the project

8  identified in POINT CENTER's records as the "St. Clair Loan".

9  NO. 33:

10      DOCUMENTS which identify every person and/or entity who has

11  ever held any ownership interest in POINT CENTER from January 1,

12  2002 to the present date.

13

14  Date:  April  6 , 2009        LAW OFFICE OF RICHARD A. HARVEY

15

16                      By: _____

17                           Richard A. Harvey,
                             Special Litigation Counsel to
18                           Debtor and Debtor-in-Possession

19

20  RFPD to Point Center Financial, Inc. (Preserve BK Adv. Case)

21

22

23

24

25

26

27                                        Exhibit ___2___

28                                        Page ___45___

                              9

THE PRESERVE, LLC'S DEMAND FOR PRODUCTION OF DOCUMENTS PROPOUNDED TO POINT
  CENTER FINANCIAL, INC. PER BANKRUPTCY RULE 7034 AND F.R.C.P. §34

1

## PROOF OF SERVICE

2 STATE OF CALIFORNIA, COUNTY OF ORANGE

3      I am employed in the County of Orange, State of California.
I am over the age of 18 and not a party to the within action; my
4 business address is 21076 Bake Parkway, Suite 106, Lake Forest,
5 CA 92630.

6      On April  6 , 2009, I served the document described as
**THE PRESERVE, LLC'S DEMAND FOR PRODUCTION OF DOCUMENTS**
7 **PROPOUNDED TO POINT CENTER FINANCIAL, INC. PER BANKRUPTCY**
**RULE 7034 AND F.R.C.P. §34** on the interested parties in this
8 action by providing a true copy thereof by:

9
[XX] (By Hand) I caused the above-referenced document to be
10 delivered by hand to:

11
Jeffrey S. Benice, Esq.          Attorney for Defendants
12 Law Offices of Jeffrey S. Benice   Point Center Financial,
650 Town Center Dr., Suite 1300     Inc., Escrow Professionals,
13 Costa Mesa, CA 92626               Inc., Point Center Mortgage
                                    Fund, I, LLC, National
14                                   Financial Lending, Inc.,
15                                   National Financial Lending,
                                    LLC, Daniel J. Harkey aka
16                                   Danny Joe Harkey, Vernon
                                    Alan Bergfeld, Stephan
17                                   George Livingston, Rene E.
18                                   Esparza, M. Gwen Melanson,
                                    Lois R. Bejerano, Joshua
19                                   Reta

20

21 [XX] (FEDERAL) I declare that I am employed in the office of a
member of the bar of this court at whose direction the service
22 was made.

23      Executed on April  6 , 2009 at Lake Forest, California.

24

25                    _Gaylene Oyama_
                      Gaylene Oyama
26

27                                                    Exhibit   2
28                                                    Page      46

THE PRESERVE, LLC'S DEMAND FOR PRODUCTION OF DOCUMENTS PROPOUNDED TO POINT
CENTER FINANCIAL, INC. PER BANKRUPTCY RULE 7034 AND F.R.C.P. §34

1   JEFFREY S. BENICE, ESQ., State Bar No. 81583
    *A Professional Law Corporation*
2   650 Town Center Drive, Suite 1300
    Costa Mesa, CA 92626
3   Telephone: (714) 641-3600
    Facsimile: (714) 641-3604
4   Website: www.JeffreyBenice.com
    E-Mail: JSB@JeffreyBenice.com
5
    Attorney for Defendants,
6   Point Center Financial, Inc., Escrow
    Professionals, Inc., Point Center Mortgage
7   Fund, I, LLC, National Financial Lending Inc.,
    National Financial Lending, LLC, Daniel J.
8   Harkey aka Danny Joe Harkey, Vernon
    Alan Bergfeld, Stephan George Livingston,
9   Rene E. Esparza, M. Gwen Melanson, Lois
    R. Bejerano, and Joshua Reta
10
11              UNITED STATES BANKRUPTCY COURT
12              CENTRAL DISTRICT OF CALIFORNIA

13   In re                          )   **CASE NO. 6:08-23006 BB**
                                     )   **Chapter 11**
14   THE PRESERVE, LLC,             )   **Adv. No. 6:08-01497 BB**
                                     )
15              Debtor,             )   **DEFENDANT POINT CENTER**
                                     )   **FINANCIAL, INC.'S RESPONSE TO**
16   In re:                         )   **REQUEST FOR PRODUCTION OF**
                                     )   **DOCUMENTS**
17   THE PRESERVE, LLC,             )
                                     )   **[SET ONE]**
18              Plaintiff,          )
                                     )
19   v.                             )
                                     )
20   POINT CENTER FINANCIAL, INC.;  )
     ESCROW PROFESSIONALS, INC.;    )
21   POINT CENTER MORTGAGE FUND, I, )
     LLC; NATIONAL FINANCIAL        )
22   LENDING, INC.; NATIONAL        )
     FINANCIAL LENDING, LLC; DANIEL J. )
23   HARKEY aka DANNY JOE HARKEY;   )
     VERNON ALAN BERGFELD,;         )
24   STEPHAN GEORGE LIVINGSTON; TD  )
     SERVICE COMPANY; RENE E.       )
25   ESPARZA; M. GWEN MELANSON,;    )
     LOIS R. BEJERANO; JOSHUA RETA; )
26   and DOES 1 through 1000, inclusive, )
                Defendants.         )
27                                   )
28   Point Center Response to Request for Production of Documents.wpd        1

Exhibit ___ 2
Page ___ 47

DEFENDANT POINT CENTER FINANCIAL INC'S
RESPONSE TO REQUEST FOR PRODUCTION OF DOCUMENTS

1    **PROPOUNDING PARTY:**   PLAINTIFF, THE PRESERVE, LLC

2    **RESPONDING PARTY:**    DEFENDANT, POINT CENTER FINANCIAL, INC.

3    **SET NO.:**           **ONE (1)**

5       Pursuant to Section 2031.010 of the California Code of Civil Procedure (and Rule 34 of the

6 Federal Rules of Civil Procedure), Defendant Point Center Financial, Inc. ("Defendant" and/or

7 "Point Center") responds to Plaintiff's ("Plaintiff"), Request for the Production of Documents, as

8 follows.

**1.**

**PRELIMINARY STATEMENT**

11       Defendant is making a good faith and diligent effort to respond to the request to produce,

12 subject to the objections and qualifications set forth herein. Such responses will be based upon

13 information and documents presently available and known to Defendant. Defendant's discovery and

14 investigation is ongoing, however, and Defendant reserves the right (i) to rely upon facts, documents

15 and witnesses subsequently uncovered as a result of such ongoing discovery and investigation, and

16 (ii) to revise, correct, supplement or clarify the responses contained herein.

17       Defendant generally asserts attorney client privilege; work product privilege; relevancy; and

18 burdensomeness objections to each request herein.

**2.**

**RESPONSES TO DOCUMENT REQUESTS**

**REQUEST FOR DOCUMENT DEMAND NO. 1:**

22       DOCUMENTS which provide the name, last known address, and telephone number for every

23 investor whom RESPONDING PARTY solicited to invest in THE PRESERVE LOAN 1.

**RESPONSE TO DOCUMENT DEMAND NO. 1:**

25       Point Center hereby objects to the request because it seeks confidential information

26 concerning third party investors that Point Center maintains pursuant to applicable law as

27 confidential.

Exhibit 3

Page 48

Point Center Response to Request for Production of Documents.wpd      2

**REQUEST FOR DOCUMENT DEMAND NO. 2:**

DOCUMENTS which provide the name, last known address, and telephone number for every investor whom RESPONDING PARTY solicited to invest in THE PRESERVE LOAN 2.

**RESPONSE TO DOCUMENT DEMAND NO. 2:**

Point Center hereby objects to the request because it seeks confidential information concerning third party investors that Point Center maintains pursuant to applicable law as confidential.

**REQUEST FOR DOCUMENT DEMAND NO. 3:**

Copies of all insurance policies which do or may RELATE TO insurance coverage for RESPONDING PARTY and all employees of RESPONDING PARTY pursuant to the allegations of the Complaint.

**RESPONSE TO DOCUMENT DEMAND NO. 3.:**

No such insurance policies exist.

**REQUEST FOR DOCUMENT DEMAND NO. 4:**

All operating manuals and directives utilized by representatives of POINT CENTER to contact prospective investors for investment into THE PRESERVE LOAN 1.

**RESPONSE TO DOCUMENT DEMAND NO. 4:**

No such "operating manuals and directives" exist.

**REQUEST FOR DOCUMENT DEMAND NO. 5:**

All operating manuals and directives utilized by representatives of POINT CENTER to contact prospective investors for investment into THE PRESERVE LOAN 2.

**RESPONSE TO DOCUMENT DEMAND NO. 5:**

No such "operating manuals and directives" exist.

**REQUEST FOR DOCUMENT DEMAND NO. 6:**

DOCUMENTS which indicate all money received by POINT CENTER or any of its agents from investors into THE PRESERVE for THE PRESERVE LOAN 1.

///

Point Center Response to Request for Production of Documents.wpd                3

Exhibit _2_

Page _49_

1  **RESPONSE TO DOCUMENT DEMAND NO. 6:**

2      Point Center hereby objects to the request because it seeks confidential information

3  concerning third party investors that Point Center maintains pursuant to applicable law as

4  confidential.

5  **REQUEST FOR DOCUMENT DEMAND NO. 7:**

6      DOCUMENTS which indicate all money received by POINT CENTER or any of its agents

7  from investors into THE PRESERVE for THE PRESERVE LOAN 2.

8  **RESPONSE TO DOCUMENT DEMAND NO. 7:**

9      Point Center hereby objects to the request because it seeks confidential information

10 concerning third party investors that Point Center maintains pursuant to applicable law as

11 confidential.

12 **REQUEST FOR DOCUMENT DEMAND NO. 8:**

13     The name, address, and telephone number of every depository bank together with the deposit

14 account number wherein proceeds from investors who invested in THE PRESERVE deposited their

15 investment for use as funds for THE PRESERVE LOAN 1.

16 **RESPONSE TO DOCUMENT DEMAND NO. 8:**

17     Point Center hereby objects to the request because it seeks confidential information

18 concerning third party investors that Point Center maintains pursuant to applicable law as

19 confidential.

20 **REQUEST FOR DOCUMENT DEMAND NO. 9:**

21     The name, address, and telephone number of every depository bank together with the deposit

22 account number wherein proceeds from investors who invested in THE PRESERVE deposited their

23 investment for use as funds for THE PRESERVE LOAN 2.

24 **RESPONSE TO DOCUMENT DEMAND NO. 9:**

25     Point Center hereby objects to the request because it seeks confidential information

26 concerning third party investors that Point Center maintains pursuant to applicable law as

27 confidential.

28 Point Center Response to Request for Production of Documents.wpd        4        Exhibit 3

Page 50

DEFENDANT POINT CENTER FINANCIAL INC'S
RESPONSE TO REQUEST FOR PRODUCTION OF DOCUMENTS

05/18/2009 12:01 PM FROM: Fax PAGE 006/15

Case 2:10-bk-18429-BB Doc 96-1 Filed 05/20/09 Entered 05/20/09 11:58:59 Desc
Exhibit Second Extension pt 2 of 2 Page 22 of 33

1  **REQUEST FOR DOCUMENT DEMAND NO. 10:**

2  DOCUMENTS indicating the individual or individuals who possessed the appropriate license

3  to perform the services performed by POINT CENTER on behalf of all investors who invested in

4  THE PRESERVE for THE PRESERVE LOAN 1.

5  **RESPONSE TO DOCUMENT DEMAND NO. 10:**

6  Point Center will produce the requested documents provided such documents are in Point

7  Center's possession; custody; and control.

8  **REQUEST FOR DOCUMENT DEMAND NO. 11:**

9  DOCUMENTS indicating the individual or individuals who possessed the appropriate license

10 to perform the services performed by POINT CENTER on behalf of all investors who invested in

11 THE PRESERVE for THE PRESERVE LOAN 2.

12 **RESPONSE TO DOCUMENT DEMAND NO. 11:**

13 Point Center will produce the requested documents provided such documents are in Point

14 Center's possession; custody; and control.

15 **REQUEST FOR DOCUMENT DEMAND NO. 12:**

16 DOCUMENTS including, but not limited to, correspondence from RESPONDING PARTY

17 to the licensing agency for every state jurisdiction within the United States which allowed

18 representatives of POINT CENTER to market THE PRESERVE as an investment.

19 **RESPONSE TO DOCUMENT DEMAND NO. 12:**

20 Point Center will produce the requested documents provided such documents are in Point

21 Center's possession; custody; and control.

22 **REQUEST FOR DOCUMENT DEMAND NO. 13:**

23 DOCUMENTS which show any and all licenses from the state of California for POINT

24 CENTER to comply with the regulations by any and all California state agencies.

25 **RESPONSE TO DOCUMENT DEMAND NO. 13:**

26 Point Center will produce the requested documents provided such documents are in Point

27 Center's possession; custody; and control.

28 Point Center Response to Request for Production of Documents.wpd                    5

Exhibit **3**
Page **51**

DEFENDANT POINT CENTER FINANCIAL INC'S
RESPONSE TO REQUEST FOR PRODUCTION OF DOCUMENTS

**REQUEST FOR DOCUMENT DEMAND NO. 14:**

DOCUMENTS which show any and all licenses from the state of California for POINT CENTER to comply with the regulations by any and all federal agencies.

**RESPONSE TO DOCUMENT DEMAND NO. 14:**

Point Center will produce the requested documents provided such documents are in Point Center's possession; custody; and control.

**REQUEST FOR DOCUMENT DEMAND NO. 15:**

DOCUMENTS that indicate POINT CENTER has complied with California Civil Code §2941.9 with respect to all loans made or arranged by POINT CENTER with regard to THE PRESERVE.

**RESPONSE TO DOCUMENT DEMAND NO. 15:**

Point Center will produce the requested documents provided such documents are in Point Center's possession; custody; and control.

**REQUEST FOR DOCUMENT DEMAND NO. 16:**

DOCUMENTS which show all commissions, costs, expenses, interest payments, and consideration of any type, nature, or repayments received by POINT CENTER RELATED TO THE PRESERVE LOAN 1.

**RESPONSE TO DOCUMENT DEMAND NO. 16:**

Point Center will produce the requested documents provided such documents are in Point Center's possession; custody; and control.

**REQUEST FOR DOCUMENT DEMAND NO. 17:**

DOCUMENTS which show all commissions, costs, expenses, interest payments, and consideration of any type, nature, or repayments received by POINT CENTER RELATED TO THE PRESERVE LOAN 2.

**RESPONSE TO DOCUMENT DEMAND NO. 17:**

Point Center will produce the requested documents provided such documents are in Point Center's possession; custody; and control.

Point Center Response to Request for Production of Documents.wpd

6

Exhibit **3**
Page **52**

DEFENDANT POINT CENTER FINANCIAL INC'S
RESPONSE TO REQUEST FOR PRODUCTION OF DOCUMENTS

1. **REQUEST FOR DOCUMENT DEMAND NO. 18:**

2. DOCUMENTS which indicate POINT CENTER possess authority to act on behalf of all

3. investors in THE PRESERVE LOAN 1.

4. **RESPONSE TO DOCUMENT DEMAND NO. 18:**

5. Point Center will produce the requested documents provided such documents are in Point

6. Center's possession; custody; and control.

7. **REQUEST FOR DOCUMENT DEMAND NO. 19:**

8. DOCUMENTS which indicate POINT CENTER possess authority to act on behalf of all

9. investors in THE PRESERVE LOAN 2.

10. **RESPONSE TO DOCUMENT DEMAND NO. 19:**

11. Point Center will produce the requested documents provided such documents are in Point

12. Center's possession; custody; and control.

13. **REQUEST FOR DOCUMENT DEMAND NO. 20:**

14. DOCUMENTS which indicate POINT CENTER possess authority to act on behalf of any

15. investors in THE PRESERVE.

16. **RESPONSE TO DOCUMENT DEMAND NO. 20:**

17. Point Center will produce the requested documents provided such documents are in Point

18. Center's possession; custody; and control.

19. **REQUEST FOR DOCUMENT DEMAND NO. 21:**

20. DOCUMENTS that indicate the present and past extent of POINT CENTER's interest in the

21. investment known as "Hampton Land".

22. **RESPONSE TO DOCUMENT DEMAND NO. 21:**

23. Point Center hereby objects to this request; the request seeks confidential and/or irrelevant

24. documents; is burdensome; and vague and ambiguous as to the phrase "in the investment known as

25. Hampton Land".

26. **REQUEST FOR DOCUMENT DEMAND NO. 22:**

27. DOCUMENTS that indicate the present and past extent of POINT CENTER's interest in the

28. Point Center Response to Request for Production of Documents.wpd

7

Exhibit **2**

Page **53**

1    investment known as "Buckeye".

2    **RESPONSE TO DOCUMENT DEMAND NO. 22:**

3          Point Center hereby objects to this request; the request seeks confidential and/or irrelevant

4    documents; is burdensome; and vague and ambiguous as to the phrase "in the investment known as

5    Buckeye".

6    **REQUEST FOR DOCUMENT DEMAND NO. 23:**

7          DOCUMENTS that indicate the present and past extent of POINT CENTER's interest in the

8    investment known as "Summerwind".

9    **RESPONSE TO DOCUMENT DEMAND NO. 23:**

10         Point Center hereby objects to this request; the request seeks confidential and/or irrelevant

11   documents; is burdensome; and vague and ambiguous as to the phrase "in the investment known as

12   Summerwind".

13   **REQUEST FOR DOCUMENT DEMAND NO. 24:**

14         DOCUMENTS that indicate the present and past extent of POINT CENTER's interest in the

15   investment known as "Atascadero Investments LLC".

16   **RESPONSE TO DOCUMENT DEMAND NO. 24:**

17         Point Center hereby objects to this request; the request seeks confidential and/or irrelevant

18   documents; is burdensome; and vague and ambiguous as to the phrase "in the investment known as

19   Atascadero Investments LLC".

20   **REQUEST FOR DOCUMENT DEMAND NO. 25:**

21         DOCUMENTS that indicate the present and past extent of POINT CENTER's interest in the

22   investment known as "Meridian Realty Consultants".

23   **RESPONSE TO DOCUMENT DEMAND NO. 25:**

24         Point Center hereby objects to this request; the request seeks confidential and/or irrelevant

25   documents; is burdensome; and vague and ambiguous as to the phrase "in the investment known as

26   Meridian Realty Consultants".

27   ///

28   Point Center Response to Request for Production of Documents.wpd          8

Exhibit __3__

Page __54__

**REQUEST FOR DOCUMENT DEMAND NO. 26:**

DOCUMENTS indicating the name and address of all borrowers to whom POINT CENTER made or arranged for loans which loans included the requirement that the borrower must deposit unfunded amounts of the stated loan amount or be in default.

**RESPONSE TO DOCUMENT DEMAND NO. 26:**

Point Center hereby objects to the request because it seeks confidential information concerning third party investors that Point Center maintains pursuant to applicable law as confidential.

**REQUEST FOR DOCUMENT DEMAND NO. 27:**

DOCUMENTS indicating the name and address of all borrowers to whom POINT CENTER made or arranged loans in which the borrower did not need to replace the unfunded amounts to avoid default.

**RESPONSE TO DOCUMENT DEMAND NO. 27:**

Point Center hereby objects to the request because it seeks confidential information concerning third party investors that Point Center maintains pursuant to applicable law as confidential.

**REQUEST FOR DOCUMENT DEMAND NO. 28:**

DOCUMENTS which will indicate all amounts received by POINT CENTER including the date said amounts were solicited, the date said amounts were received, and the source of the investment for each amount so received (i.e. name, address, and telephone number for each investor) for THE PRESERVE LOAN 1.

**RESPONSE TO DOCUMENT DEMAND NO. 28:**

Point Center will produce the requested documents provided such documents are in Point Center's possession; custody; and control.

**REQUEST FOR DOCUMENT DEMAND NO. 29:**

DOCUMENTS which will indicate all amounts received by POINT CENTER including the date said amounts were solicited, the date said amounts were received, and the source of the

Exhibit **3**

Page **55**

DEFENDANT POINT CENTER FINANCIAL INC'S
RESPONSE TO REQUEST FOR PRODUCTION OF DOCUMENTS

1  investment for each amount so received (i.e. name, address, and telephone number for each investor)

2  for THE PRESERVE LOAN 2.

3  **RESPONSE TO DOCUMENT DEMAND NO. 29:**

4  Point Center will produce the requested documents provided such documents are in Point

5  Center's possession; custody; and control.

6  **REQUEST FOR DOCUMENT DEMAND NO. 30:**

7  DOCUMENTS that indicate each and every complaint made against POINT CENTER for the

8  period 2002 to the present date relating to investments made or arranged by POINT CENTER.

9  **RESPONSE TO DOCUMENT DEMAND NO. 30:**

10  Point Center hereby objects to this request; the request seeks confidential and/or irrelevant

11  documents; is burdensome; and vague and ambiguous.

12  **REQUEST FOR DOCUMENT DEMAND NO. 31:**

13  DOCUMENTS which identify monies received by POINT CENTER for loans made or

14  arranged by POINT CENTER for the project identified in POINT CENTER'S records as the

15  "Beaumont Loan".

16  **RESPONSE TO DOCUMENT DEMAND NO. 31:**

17  Point Center hereby objects to this request; the request seeks confidential and/or irrelevant

18  documents; is burdensome; and vague and ambiguous.

19  **REQUEST FOR DOCUMENT DEMAND NO. 32:**

20  DOCUMENTS which identify monies received by POINT CENTER for loans made or

21  arranged by POINT CENTER for the project identified in POINT CENTER'S records as the "St.

22  Clair Loan".

23  **RESPONSE TO DOCUMENT DEMAND NO. 32:**

24  Point Center hereby objects to this request; the request seeks confidential and/or irrelevant

25  documents; is burdensome; and vague and ambiguous.

26  **REQUEST FOR DOCUMENT DEMAND NO. 33:**

27  DOCUMENTS which identify every person and/or entity who has ever held any ownership

28  
Point Center Response to Request for Production of Documents.wpd

10

Exhibit __3__

Page __56__

DEFENDANT POINT CENTER FINANCIAL INC'S
RESPONSE TO REQUEST FOR PRODUCTION OF DOCUMENTS

1  interest in POINT CENTER from January 1, 2002 to the present date.

2  **RESPONSE TO DOCUMENT DEMAND NO. 33:**

3      Point Center hereby objects to this request; the request seeks confidential and/or irrelevant

4  documents; is burdensome; and vague and ambiguous.

5

6

7  Dated:  May 7, 2009                 Respectfully Submitted,

8

9

10

11                                   Jeffrey S. Benice

                                 Attorney for Defendant,

12                                   Point Center Financial, Inc.

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Exhibit **3**

Page **57**

DEFENDANT POINT CENTER FINANCIAL INC'S
RESPONSE TO REQUEST FOR PRODUCTION OF DOCUMENTS

05/18/2009 10:00 8 349380998l

Case 2:10-bk-18429-BB    Doc 96-1    Filed 05/20/09    Entered 05/20/09 11:58:59    Desc Q3/15
Exhibit Second Extension pt 2 of 2    Page 29 of 33

1

<u>**VERIFICATION**</u>

2        I, Dan Harkey, am a defendant in this matter and am authorized to execute this Verification

3  on behalf of Point Center Financial, Inc. I have read the foregoing Responses to Request for the

4  Production of Documents, and, verify the contents thereof, and those allegations alleged on

5  information and belief, I believe them to be true and correct.

6        I declare under penalty of perjury under the laws of the State of California and United States

7  of America that the foregoing is true and correct and that this declaration is executed on May 7,

8  2009, at _____, California.

9

10

11

12                                         _____

13                                         Dan Harkey

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Exhibit **3**

Page **58**

DEFENDANT POINT CENTER FINANCIAL INC'S
RESPONSE TO REQUEST FOR PRODUCTION OF DOCUMENTS

**PROOF OF SERVICE**

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

I am employed in the City of Costa Mesa, County of Orange, State of California. I am over the age of 18 years and not a party to the within action. My business address is 650 Town Center Drive, Suite 1300, Costa Mesa, California 92626. On May 7, 2009, I served the documents named below on the parties in this action as follows:

DOCUMENT(S) SERVED:  **DEFENDANT POINT CENTER FINANCIAL, INC.'S RESPONSE TO REQUEST FOR PRODUCTION OF DOCUMENTS**

SERVED UPON:  **SEE ATTACHED SERVICE LIST**

[  ]  (BY MAIL) I caused each such envelope, with postage thereon fully prepaid, to be placed in the United States mail at Costa Mesa, California. I am readily familiar with the practice of collection and processing of correspondence for mailing, said practice being that in the ordinary course of business, mail is deposited in the United States Postal Service the same day as it is placed for collection.

[  ]  (BY PERSONAL SERVICE) I delivered to an authorized courier or driver authorized by Courier to receive documents to be delivered on the same date. A proof of service signed by the authorized courier will be filed forthwith.

[ ✓ ]  (BY OVERNITE EXPRESS) I am readily familiar with the practice of collection and processing of correspondence for overnight delivery and know that the document(s) described herein will be deposited in a box or other facility regularly maintained for overnight delivery.

[  ]  (BY FACSIMILE) I caused to be transmitted the document(s) described herein at approximately  N/A  via the fax number(s) listed on the attached service list.

[ ✓ ]  (STATE) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[  ]  (FEDERAL) I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on May 7, 2009 at Costa Mesa, California.

Catherine Pittman

Exhibit **3**

Page **59**

Point Center Response to Request for Production of Documents.wpd

13

05/18/2009  10:00    9493809881

Case 2:10-bk-18429-BB    Doc 96-1    Filed 05/20/09    Entered 05/20/09 11:58:59    Desc
Exhibit Second Extension pt 2 of 2    Page 31 of 33

1

2

### SERVICE LIST

3

4  **ATTORNEY FOR PLAINTIFF:**
Richard A. Harvey, Esq.
5  LAW OFFICE OF RICHARD A. HARVEY
21076 Bake Parkway, Suite 106
6  Lake Forest, CA 92630

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Point Center Response to Request for Production of Documents.wpd                    14

Exhibit __3__
Page ___6D___

DEFENDANT POINT CENTER FINANCIAL INC'S
RESPONSE TO REQUEST FOR PRODUCTION OF DOCUMENTS

| In re:<br>THE PRESERVE, LLC | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER 6:08-bk-23006-BB |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is 18191 Von Karman Avenue, Suite 470, Irvine, CA 92612

The foregoing document described **DEBTOR'S NOTICE OF MOTION AND MOTION FOR ORDER AUTHORIZING EXTENSION OF (1) DEADLINE TO FILE A PLAN AND DISCLOSURE STATEMENT; AND (2) EXCLUSIVITY PERIOD REGARDING SOLICITATION OF ACCEPTANCES AND REJECTIONS TO PLAN; MEMORANDUM OF POINTS AND AUTHORITIES AND DECLARATIONS OF SCOTT KRENTEL AND RICHARD HARVEY IN SUPPORT THEREOF** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On May 20, 2009 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

dfisher@ptwww.com ( Don Fisher at Palmieri Tyler et al.)
kmurphy@goeforlaw.com (Robert P. Goe at Goe & Forsythe, LLP)
ustregion16.rs.ecf@usdoj.gov (United States Trustee)
elizabeth.lossing@usdoj.gov (Elizabeth Lossing at Office of the United States Trustee)
mcschnitzer@rhlaw.com (Mark Schnitzer at Reid & Hellyer)
dzaro@allenmatkins.com (David R. Zaro at Allen Matkins)
jdelcastillo@allenmatkins.com (Joshua del Castillo at Allen Matkins)

☐ Service information continued on attached page

**II.  SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On May 20, 2009 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

The Hon. Sheri Bluebond, 255 East Temple Street, Suite 1482, Los Angeles, CA 90012  [via mail]
Elizabeth Lossing, Esq., Office of the United States Trustee, 3685 Main Street, Riverside, CA 92501  [via mail]

☒ Service information continued on attached page

**III.  SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served)**:** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such consented method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| May 20, 2009 | Barbara Jean Little-Raphael | *[signature]* |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

Richard A. Harvey, Esq.
21076 Bake Parkway, Suite 106
Lake Forest, CA 92630

The Preserve, LLC
7006 Magnolia Ave., PMB 309
Riverside, CA 92506

Internal Revenue Service
P.O. Box 21126
Philadelphia, PA 19114

Riverside County Tax collector
P.O. Box 12005
Riverside, CA 92502-2205

Scott H. Krentel
7006 Magnolia Ave., PMB 309
Riverside, CA 92506

Franchise Tax Board
Attention:  Bankruptcy
PO Box 2952
Sacramento, CA 95812-2952

Deep Canyon Holdings, Inc.
P.O. Box 10723
Palm Desert, CA 92255

San Bernardino County Tax Collector
172 West Third St., First Floor
San Bernardino, CA 91425-0360

Aamir Raza
655 Central Avenue, 17th Floor
Glendale, CA 91203

Gresham Savage Nolan & Tilden
3750 University Avenue,
Suite 250
Riverside, CA 92501-3335

Bandari Beach Lim & Cleland
12424 Wilshire Blvd. Suite 750
Los Angeles, CA 90025

Rox Consulting Group, Inc
575 Anton, Suite 880
Costa Mesa, CA 92626

Barry Hildebrandt
20886 Indigo Point
Riverside, CA 92508

Lloyd Charton
14 Monarch Bay Plaza No. 310
Dana Point, CA 92629

National Financial Lending, LLC
7 Argonaut
Aliso Viejo, CA 92656

The William Marano Living Trust
c/o Steve Coldwell
3239 North Verdugo Road
Glendale, CA 91208-1633

Sherry Ikezawa
6349 Riverside Avenue
Riverside, CA 92506

Point Central Financial, Inc.
"PCFU" and "PCF1"
7Argonaut
Aliso Viejo, Ca 92656

Cherry Valley Pass Acres
c/o Rogers Joseph O'Donnell
311 California Street
San Francisco, CA 94104

Cherry Valley Environmental
c/o Rogers Joseph O'Donnell
311 California Street
San Francisco, CA 94104

Office of the US Trustee
3685 Main Street, Suite 300
Riverside, CA  92501
**[via ECF notice]**

David Zaro, Esq.
Allen Matkins et al
515 S. Figueroa Street, 9th Floor
Los Angeles, CA 90071
**[via ECF notice]**

Mark Schnitzer, Esq.
Reid & Hellyer
P.O. Box 1300
Riverside, CA 92502-1300
**[via ECF notice]**

Palmieri Tyler et al
2603 Main Street, East Tower
Suite 1300
Irvine, CA 92614
[Special Notice] **[via ECF notice]**

Robert P. Goe, Esq.
Goe & Forsythe, LLP
18101 Von Karman, Suite 510
Irvine, CA 92612
[Special Notice] **[via ECF notice]**