JEFFREY W. BROKER – State Bar No. 53226
PAMELA J. ZYLSTRA – State Bar No. 147977
BROKER & ASSOCIATES PROFESSIONAL CORPORATION
18191 Von Karman Avenue, Suite 470
Irvine, CA 92612-7114

Telephone:  (949) 222-2000
Facsimile:   (949) 222-2022
email:        *jbroker@brokerlaw.biz*

General Reorganization Counsel
for Debtor and Debtor-in-Possession

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## RIVERSIDE DIVISION

| | |
|---|---|
| In re<br><br>THE PRESERVE, LLC, a California Limited Liability Company,<br><br>Debtor and<br>Debtor-in-Possession | Case No. 6:08-bk-23006-BB<br><br>Chapter 11 Proceeding<br><br>**SUPPLEMENTAL DECLARATION OF DAVID GOLKAR IN SUPPORT OF MOTION BY DEBTOR AND DEBTOR-IN-POSSESSION FOR ORDER AUTHORIZING SECOND EXTENSION OF (1) DEADLINE TO FILE A PLAN AND DISCLOSURE STATEMENT; AND (2) EXCLUSIVITY PERIOD REGARDING SOLICITATION OF ACCEPTANCES AND REJECTIONS TO PLAN**<br><br>Date: July 29, 2009<br>Time: 2:00 p.m.<br>Ctrm: 303 |

I, David Golkar, declare and state as follows:

1. I am over the age of 21 and the matters stated herein are true and correct and are within my personal knowledge, and if called upon to testify as a witness, I could and would testify competently thereto. This declaration is made on behalf of Rox Consulting Group, Inc. ("Rox") of which I am president and principal engineer, which is the project manager and lead consultant for the Legacy Highlands specific plan in Beaumont, California.

2. I am a registered professional civil engineer with the State of California and Texas. I have over twenty five years of professional engineering experience in infrastructure planning and design for land development projects. I served as the Planning Commissioner, Chairman and head of the Architectural Committee for the City of Mission Viejo, CA. I am also a member of the American Society of Civil Engineers, Urban Land Institute and Building Industry Association.

3. Rox provides a wide variety of civil engineering and construction services for various land development projects including master planned communities, residential developments, commercial developments, recreational developments, golf course developments, offices and parks, and as such is familiar with 'entitlements' that pertain to real estate developments. Rox is the principal engineer, project manager, and lead consultant for the Legacy Highlands project. Rox's services included the preparation of the Specific Plan, CFD Formation, Tentative Tract Map and Final Parcel Map and is working with the Debtor towards annexation of the Property to the City of Beaumont (the "City"). Rox was responsible for the design of all infra-structure utilities, grading, storm drain design, water and sewer design, including parks, trails, and open space of the Legacy Highlands project. I am also familiar with the Environmental Impact Report ("EIR"), a portion of which pertaining to water was found to be deficient in the judgment relating to the CEQA Challenge.

4. The Specific Plan for the Legacy Highlands project that sets the Zoning Standards for this site was approved in January of 2008 after six years and several million dollars spent on design, engineering and specific plan approvals by the professionals and consultants employed by the Debtor and managed by Beaumont 1600. The Specific Plan and the Zoning Standards are considered to be 'entitlements' for the Legacy Highlands project and are not affected by the judgment relating to the CEQA Challenge. There exists a Tentative Parcel Map, subdividing the property into 44 legal parcels. The Tentative Parcel Map is considered to be an 'entitlement' for the Legacy Highlands project and is not affected by the judgment relating to the CEQA Challenge. There exists a 25 year Development Agreement with two five year extensions of time that was

1  approved by the City of Beaumont's City Council in January of 2008 regarding the Legacy
2  Highlands project. The Development Agreement is an 'entitlement' for the Legacy Highlands
3  project and is not affected by the judgment relating to the CEQA Challenge. This Final Parcel Map
4  is ready to record and is not affected by the judgment relating to the CEQA Challenge.

5.  All the "backbone" infra-structure improvement plans for Portero Parkway, 4th Street, and South Loop Road have been designed and prepared, and are ready to submit for final approval, and are not affected by the judgment relating to the CEQA Challenge.. All the in-tract infra-structure including water, sewer, storm drain, grading, and final maps for Planning Areas 1.1 through 1.9, 3.1 through 3.3, and 4.1 through 4.4 consisting of the first 1106 units are completed, and have been submitted for "plan check" to the City where they are at the present time. The tentative tract maps for the entire specific plan have also been prepared and submitted to the City for review and approval. This specific part of the development process has been affected by the judgment relating to the CEQA Challenge. However, all tract maps, and all improvement plans are, with the exception of storm drain, still being processed presently with the City of Beaumont.

6.  The City supports the Legacy Highlands project and is proceeding with the corrective work regarding the water portion of the EIR pertaining to the judgment relating to the CEQA Challenge. The City is in the process of hiring Wildermuth Environmental, Inc., an outside consulting firm, for the purpose of producing a report that will satisfy the requirements of the judgment relating to the CEQA Challenge that pertains to the water issue. It is my understanding that the report should be ready for submission to the City in approximately 60 days from now. After the report is submitted to the City, there will be a 45 day public review and comment period regarding the new circulated portion of the EIR pertaining to the water issue. The City will then respond to public review comments and incorporate its responses to the public comments in the circulated portion of the EIR, and then will schedule the circulated portion of the EIR for public hearing before the Beaumont City Council. It is my belief that the Beaumont City Council, after the public hearing, will approve and re-certify the circulated portion of the EIR, which is the water analysis prepared by the outside consulting firm that will contain the corrective work.

1      I declare under penalty of perjury under the laws of the State of California and the United
2 States of America that the foregoing is true and correct and that this declaration was executed this
3 _17_ day of July, 2009 at _BEVERLY HILLS_, California.

                                        _/s/ David Golkar_

                                        David Golkar

-4-

| In re:<br>THE PRESERVE, LLC | | CHAPTER 11 |
|---|---|---|
| | Debtor(s). | CASE NUMBER 6:08-bk-23006-BB |

NOTE: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 18191 Von Karman Avenue, Suite 470, Irvine, CA 92612

A true and correct copy of the foregoing document described as **SUPPLEMENTAL DECLARATION OF DAVID GOLKAR IN SUPPORT OF MOTION BY DEBTOR AND DEBTOR-IN-POSSESSION FOR ORDER AUTHORIZING SECOND EXTENSION OF (1) DEADLINE TO FILE A PLAN AND DISCLOSURE STATEMENT; AND (2) EXCLUSIVITY PERIOD REGARDING SOLICITATION OF ACCEPTANCES AND REJECTIONS TO PLAN** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On July 22, 2009 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

dfisher@ptwww.com ( Don Fisher at Palmieri Tyler et al.)
kmurphy@goeforlaw.com (Robert P. Goe at Goe & Forsythe, LLP)
ustregion16.rs.ecf@usdoj.gov (United States Trustee)
elizabeth.lossing@usdoj.gov (Elizabeth Lossing at Office of the United States Trustee)
mcschnitzer@rhlaw.com (Mark Schnitzer at Reid & Hellyer)
dzaro@allenmatkins.com (David R. Zaro at Allen Matkins)
jdelcastillo@allenmatkins.com (Joshua del Castillo at Allen Matkins)
dickatlaw@cox.net (Richard Harvey)

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On July 22, 2009 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

The Hon. Sheri Bluebond, 255 East Temple Street, Suite 1482, Los Angeles, CA 90012

☐ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| July 22, 2009 | Barbara Jean Little-Raphael | /s/ Barbara Jean Little-Raphael |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                    F 9013-3.1