EXHIBIT D

**California Provisions**

17. <u>Remedies.</u>

(a)    Beneficiary may enter upon, take immediate possession of, manage, and operate the Trust Property or any part thereof, make repairs and alterations and do any acts that Beneficiary deems reasonable to protect the security of the Deed of Trust, including remedies contained in any of the Other Security Documents; and either with or without taking possession, in its own name, collect the rents, issues and profits, including those past due and unpaid, and apply the rents, less costs and expenses of operation and collection, including reasonable attorneys' fees and the Beneficiary's costs, upon the Indebtedness and in such order as Beneficiary determines.  If Beneficiary requests, Trustor shall assemble and make available to Beneficiary at the Premises any of the Trust Property that has been removed.  None of the foregoing actions shall cure or waive any Event of Default and Beneficiary shall be entitled to exercise every remedy allowed in this Deed of Trust or by law after an Event of Default.

(b)    Beneficiary shall be entitled to the immediate ex parte appointment of a receiver, without notice, to take possession of and protect the Trust Property and to operate it and collect the rents, issues and profits from it.

(c)    Beneficiary may bring suit to foreclose this Deed of Trust or to enforce any of its provisions.

(d)    Trustee may, upon Beneficiary's request, elect to sell the Trust Property or its parts as follows:

(i)    Trustee may proceed as if all of the Trust Property were real property in accordance with subparagraph (iv) below, or Trustee may elect to treat any of the Trust Property which consists of a right in action or which is property that can be severed from the Premises without causing structural damage thereto as if the same were personal property and dispose of the same in accordance with subparagraph (iii) below, separate from the sale of real property, the remainder of the Trust Property being treated as real property.

(ii)    Trustee may cause any such sale or other disposition to be conducted immediately following the expiration of any grace period, if any, provided in this Deed of Trust or the Note, or Trustee may delay any such sale or other disposition as Trustee deems to be in its best interest.  If Trustee conducts more than one sale, Trustee may, at its option, cause the sales to be conducted simultaneously, or successively on the same day, or at different days or times and in such order as Trustee may deem to be in its best interest.

(iii)    If Trustee elects to dispose of Trust Property as personal property as permitted in subparagraph (i) above, it or Beneficiary may dispose of any part thereof in any manner permitted by Article 9 of the California Commercial Code.

- 1 -



Exhibit _____

Page _____

EXHIBIT D

**California Provisions**

17.    <u>Remedies.</u>

(a)    Beneficiary may enter upon, take immediate possession of, manage, and operate the Trust Property or any part thereof, make repairs and alterations and do any acts that Beneficiary deems reasonable to protect the security of the Deed of Trust, including remedies contained in any of the Other Security Documents; and either with or without taking possession, in its own name, collect the rents, issues and profits, including those past due and unpaid, and apply the rents, less costs and expenses of operation and collection, including reasonable attorneys' fees and the Beneficiary's costs, upon the Indebtedness and in such order as Beneficiary determines. If Beneficiary requests, Trustor shall assemble and make available to Beneficiary at the Premises any of the Trust Property that has been removed. None of the foregoing actions shall cure or waive any Event of Default and Beneficiary shall be entitled to exercise every remedy allowed in this Deed of Trust or by law after an Event of Default.

(b)    Beneficiary shall be entitled to the immediate ex parte appointment of a receiver, without notice, to take possession of and protect the Trust Property and to operate it and collect the rents, issues and profits from it.

(c)    Beneficiary may bring suit to foreclose this Deed of Trust or to enforce any of its provisions.

(d)    Trustee may, upon Beneficiary's request, elect to sell the Trust Property or its parts as follows:

(i)    Trustee may proceed as if all of the Trust Property were real property in accordance with subparagraph (iv) below, or Trustee may elect to treat any of the Trust Property which consists of a right in action or which is property that can be severed from the Premises without causing structural damage thereto as if the same were personal property and dispose of the same in accordance with subparagraph (iii) below, separate from the sale of real property, the remainder of the Trust Property being treated as real property.

(ii)    Trustee may cause any such sale or other disposition to be conducted immediately following the expiration of any grace period, if any, provided in this Deed of Trust or the Note, or Trustee may delay any such sale or other disposition as Trustee deems to be in its best interest. If Trustee conducts more than one sale, Trustee may, at its option, cause the sales to be conducted simultaneously, or successively on the same day, or at different days or times and in such order as Trustee may deem to be in its best interest.

(iii)    If Trustee elects to dispose of Trust Property as personal property as permitted in subparagraph (i) above, it or Beneficiary may dispose of any part thereof in any manner permitted by Article 9 of the California Commercial Code.

- 1 -



Exhibit ___6___
Page ___92___

Both Trustor and Beneficiary shall be eligible to purchase any part of such property at any sale. Any such disposition may be either public or private, as Trustee or Beneficiary may so elect, subject to the provisions of the California Commercial Code.

Trustee or Beneficiary shall give Trustor at least ten (10) days' prior written notice of the time and place of any public sale or other disposition of such property, and if such notice is sent to Trustor at the address above, it shall constitute reasonable notice to Trustor.

Without limiting the generality of the foregoing, Trustee is expressly authorized to conduct a "unified sale" under Section 9604 of the California Commercial Code.

(iv)    If Trustee elects to sell the Trust Property which is real property or which it has elected to treat as real property, upon such election, Trustee shall give such Notice of Default and election to sell as may then be required by law. Thereafter, upon the expiration of such time and the giving of such Notice of Sale as may then be required by law, Trustee, at the time and place specified by the Notice of Sale, shall sell such Trust Property, or any portion thereof specified by Trustee, at public auction to the highest bidder for cash in lawful money of the United States. Trustee may, and upon request of Beneficiary shall, from time to time, postpone the sale by public announcement at the time and place noticed for the sale. If the Trust Property consists of several lots or parcels, Trustee may designate the order in which such lots or parcels are offered for sale or sold. Any person, including Trustor, Trustee, or Beneficiary may purchase at the sale. Beneficiary shall have the right to credit upon the amount of the bid made, to the extent necessary to satisfy such bid, the Indebtedness owing to Beneficiary, or if Beneficiary holds less than all of such indebtedness the pro rata part owing to Beneficiary, accounting to all other beneficiaries or noteholders not joining in such bid in cash for the portion of such bid or bids apportionable to such nonbidding beneficiary or noteholder. At the sale the Trustee shall execute and deliver to the purchaser, a deed conveying the property so sold, but without any covenant or warranty, express or implied, after which the purchaser shall be entitled to immediate possession.

(v)    If a foreclosure is commenced by the then Trustee, the Beneficiary may at any time before the sale of the Trust Property direct the Trustee to abandon the sale, and may then institute or complete a suit for the collection of the Note and the other Indebtedness, and for judicial foreclosure of this Deed of Trust. It is agreed that if the Beneficiary institutes a suit for the collection of the Note or any other Indebtedness and for the judicial foreclosure of this Deed of Trust, the Beneficiary may at any time before the entry of a final judgment in said suit dismiss it, and require the Trustee to sell the Trust Property under the provisions of this Deed of Trust.

(vi)    The recital of facts, such as default, the giving of Notice of Default, and Notice of Sale, terms of sale, purchaser, payment of purchase money,

- 2 -



Exhibit ___6___
Page ___93___



and any other fact affecting the regularity or validity of such sale or disposition in a trustee's deed or other conveyance, shall be conclusive proof of the truth of those facts and conclusive against all persons.

(vii)    The proceeds of any sale or disposition, together with any other sums which then may be held by Trustee or Beneficiary, shall be applied as follows: FIRST, to the expenses of such sale or disposition together with Trustee's fees and reasonable attorneys' fees and expenses, Beneficiary's costs and the actual cost of publishing, recording, mailing and posting notice; SECOND, to the cost of any search or other policy of title procured in connection with the sale, if applicable, and recordation and transfer taxes and other charges, if any, on any release or deed of reconveyance; THIRD, to the payment of all amounts secured by this Deed of Trust and all other sums due Beneficiary from Trustor; FOURTH, to all other sums secured hereby; and the remainder, if any, to the person or persons legally entitled thereto in the order of their priority.

25.    <u>Fixture Filing</u>.  From the date of its recording, this Deed of Trust shall be effective as a financing statement filed as a fixture filing as to all goods constituting part of the Trust Property which are or become fixtures related to the real estate described in this Deed of Trust and the Agreements.  For this purpose, the following information is set forth:

(a)    Name and address of Debtor:  (See Exhibit A).
(b)    Name and Address of Secured Party:
c/o Point Center Financial, Inc.
30900 Rancho Viejo Road,
Suite 100
San Juan Capistrano, CA 92675
(c)    This document covers goods that are or are to become fixtures.
(d)    Description of Real Estate: See Exhibit "B".
(e)    Owner of Record of Real Estate: Trustor.
(f)    This Financing Statement covers Proceeds.
(g)    This Financing Statement covers Products of the Collateral.

28.    <u>Environmental Provisions</u>.

(f)    <u>Request for Information</u>.  Trustor and Beneficiary agree that:

(i)    paragraph 28 of the Deed of Trust is intended as Beneficiary's written request for information and Trustor's written response concerning the environmental condition of the Trust Property as provided by California Code of Civil Procedure §726.5; and

(ii)    each representation, warranty, covenant, or indemnity made by Trustor in this Article or in any other provision of this Deed of Trust or any Loan Document that relates to the environmental condition of the Trust Property is

Exhibit ___ 6 ___
Page ___ 94 ___



intended by Trustor and Beneficiary to be an environmental provision for purposes of California Code of Civil Procedure §736 and will survive the payment of the Indebtedness and the termination or expiration of this Deed of Trust and will not be affected by Beneficiary's acquisition of any interest in the Trust Property, whether by credit bid at foreclosure, deed in lieu of that, or otherwise. If there is any transfer of any portion of Trustor's interest in the Trust Property, any successor-in-interest to Trustor agrees by its succession to that interest that the written request made pursuant to this Article will be deemed remade to the successor-in-interest without any further or additional action on the part of Beneficiary and that by assuming the debt secured by this Deed of Trust or by accepting the interest of Trustor subject to the lien of this Deed of Trust, the successor remakes each of the representations and warranties in this Deed of Trust and agrees to be bound by each covenant in this Deed of Trust, including, but not limited to, any indemnity provision.

44.  <u>Waiver of Rights</u>.  Trustor hereby expressly (a) waives any rights it may have under California Civil Code §2954.10 to prepay the Note, in whole or in part, without penalty, upon acceleration of the maturity of the Note, and (b) agrees that if, for any reason, a prepayment of any or all of the Note is made, whether voluntary or upon or following any acceleration of the maturity of the Note by Beneficiary on account of any default by Trustor, including, but not limited to, any transfer or disposition as prohibited or restricted by paragraph 11, then Trustor shall be obligated to pay, concurrently therewith, the prepayment fee, if any, specified in the Note for a voluntary prepayment of the Note at such time.  By initialing in the space provided below, Trustor hereby declares that Beneficiary's agreement to make the Loan at the interest rate and for the term set forth in the Note constitutes adequate consideration, given individual weight by Trustor, for this waiver and agreement.

Exhibit ___6___

Page ___95___



## ACKNOWLEDGMENT

STATE OF CALIFORNIA
COUNTY OF ORANGE

On SEPTEMBER 27, 2006 before me, MIKE BURCHARTZ, NOTARY PUBLIC,
(here insert name and title of officer)

personally appeared SCOTT H. KRENTEL

_____

_____,

personally known to me (or proved to me on satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s) or the entity upon behalf of which the person(s) acted, executed the instrument.

Witness my hand and official seal.

Signature _____

(Seal)

MIKE BURCHARTZ
COMM. #1464954
NOTARY PUBLIC • CALIFORNIA
ORANGE COUNTY
Comm. Exp. JAN. 24, 2008

Exhibit __6__

Page __96__

Order # 09301656-12
Loan # 206070

**Exhibit E**
Partial Release Rider To Deed Of Trust

At any time, from time to time, provided no default or event which would constitute a default with the giving of notice or the passage of time, or both, exists under the terms of this Deed of Trust, the Note, or any Loan Document, Trustor shall be entitled to partial release of a portion of the Trust Property (a "Parcel"), upon and subject to the following conditions:

(a) Any portion of the Trust Property to be released must be a legal parcel on a recorded final map pursuant to applicable state law. Notwithstanding anything herein to the contrary, it shall be a condition precedent to Trustor's right to obtain releases hereunder that Trustor, at its sole expense, shall have fully complied with all applicable federal, state, and local laws and rules, and all local ordinances pertaining thereto in connection with any Parcel so released and the unreleased portion of the Trust Property. If Trustor fails to comply with any of the provisions of this paragraph, Trustor shall not be relieved in any way of its obligations under the Loan Documents.

(b) Trustor shall be entitled to the partial release of a Parcel upon the payment to Beneficiary in cash of a release price (the "Release Price") in accordance with Exhibit E-1 hereto.

(c) All remaining Trust Property shall have adequate ingress and egress and direct access to dedicated public streets and utilities.

(d) The following procedures shall be used for all releases:

(i) Trustor's written request for the release must give the legal description of the portion of the Trust Property to be released,

(ii) Within a reasonable time after its approval of a release, Beneficiary will deposit the authorization for the partial release and its demand in the escrow, but Beneficiary shall be obligated to do so only if Beneficiary has received from Trustor satisfactory evidence that all of the conditions to the release set forth herein have been fulfilled.

(iii) Trustor will pay all costs and expenses incurred in connection with any releases, including, but not limited to, any and all trustee's fees, reconveyance fees, recording fees, premiums for title insurance endorsements, Beneficiary's costs in connection with such release(s), and escrow fees.

THE PRESERVE, LLC, a California limited liability company
BY: Beaumont 1600, LLC, a California limited liability company, Manager

By: _____
Scott H. Krentel, Managing Member

Exhibit ___ 6
Page ___ 97

ACKNOWLEDGMENT

STATE OF CALIFORNIA
COUNTY OF _ORANGE_

On _SEPTEMBER 27 2006_ before me, _MIKE BURCHARTZ, NOTARY PUBLIC_,
(here insert name and title of officer)
personally appeared _SCOTT H. KRENTEL_ _____

_____

_____,

personally known to me (or proved to me on satisfactory evidence) to be the person(s)
whose name(s) is/are subscribed to the within instrument and acknowledged to me that
he/she/they executed the same in his/her/their authorized capacity(ies), and that by
his/her/their signature(s) on the instrument the person(s) or the entity upon behalf of
which the person(s) acted, executed the instrument.

Witness my hand and official seal.

Signature _____            (Seal)

MIKE BURCHARTZ
COMM. #1464954
NOTARY PUBLIC • CALIFORNIA
ORANGE COUNTY
Comm. Exp. JAN. 24, 2008

Exhibit _____  6
Page _____  98

| In re: The Preserve, LLC, a California Limited Liability Company | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER 6:08-bk-23006BB |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 2030 Main Street, Irvine, CA  92614

A true and correct copy of the foregoing document described <u>DECLARATION OF JESSICA M. LOUIE IN SUPPORT OF OPPOSITION OF REAL PARTIES IN INTEREST TO MOTION BY POINT CENTER FINANCIAL, INC. TO MOTION FOR RELIEF FROM STAY</u> will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II.  SERVED BY OVERNIGHT MAIL**(indicate method for each person or entity served):
On July 20, 2009_____I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

See Attachment.

☒ Service information continued on attached page

**III.  SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

Honorable Sheri Bluebond, 225 E. Temple St., Room 940, Los Angeles, CA  90012

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| July 10, 2009 | Gerry Lynn Gauden | |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                          Page ___   F 9013-3.1

**Robert P Goe**
Goe & Forsythe, LLP
660 Newport Center Drive, Suite 320
Newport Beach, Ca 92660
(949) 467-3780
(949) 721-0409 (fax)
kmurphy@goeforlaw.com
*Assigned: 10/08/2008*

representing

**Point Center Financial Inc**
Point Center Financial, Inc.
660 Newport Center Drive
Suite 320
Newport Beach, CA 92660
(949) 467-3780
rgoe@goeforlaw.com

**Elizabeth A Lossing**
3685 Main St Ste 300
Riverside, CA 92501
951-276-6354
951-276-6973 (fax)
elizabeth.lossing@usdoj.gov
*Assigned: 10/02/2008*

representing

**United States Trustee (RS)**
3685 Main Street, Suite 300
Riverside, CA 92501
ustpregion16.rs.ecf@usdoj.gov
*(U.S. Trustee)*

**Mark C Schnitzer**
Reid & Hellyer APC
P O Box 1300
Riverside, CA 92502-1300
951-682-1771
mschnitzer@rhlaw.com
*Assigned: 10/27/2008*
*Assigned: 11/14/2008*

representing

**Courtesy NEF**
*(Interested Party)*

representing

**Deep Canyon Holdings, Inc.**
*(Creditor)*

**David R Zaro**
515 S Figueroa St 7th Fl
Los Angeles, CA 90071-3398
213-622-5555
213-620-8816 (fax)
dzaro@allenmatkins.com
*Assigned: 11/07/2008*

representing

**Courtesy NEF**
*(Interested Party)*

**Joshua del Castillo**
515 S Figueroa St
7th Fl
Los Angeles, CA 90071
213-622-5555
213-620-8816 (fax)
jdelcastillo@allenmatkins.com
*Assigned: 11/07/2008*

representing

**Courtesy NEF**
*(Interested Party)*

Exhibit _____ 6
Page _____ 100

**Jeffrey W Broker**
18191 Von Karman Ave Ste 470
Irvine, CA 92612-7114
949-222-2000
949-222-2022 (fax)
jbroker@brokerlaw.biz
  *Assigned: 09/25/2008*

representing

**The Preserve, LLC**
7006 Magnolia Ave
PMB No 309
Riverside, CA 92506
*(Debtor)*

**Don Fisher**
2603 Main St E Tower Ste1300
Irvine, CA 92614-6228
949-851-9400
949-757-1225 (fax)
dfisher@ptwww.com
  *Assigned: 11/12/2008*

representing

**Courtesy NEF**
*(Interested Party)*

**PALMIERI, TYLER, WIENER
WILHELM & WALDRON LLP**
2603 Main St
Suite 1300
Irvine, CA 92614-9712
(949) 851-9400
(949) 757-1225 (fax)
dfisher@ptwww.com
*(Creditor)*

representing

Creditor

**Marc C Forsythe**
18101 Von Karman Avenue Ste 510
Irvine, CA 92612
949-798-2460
949-955-9437 (fax)
kmurphy@goeforlaw.com
  *Assigned: 05/26/2009*

representing

**Point Center Financial Inc**
Point Center Financial, Inc.
660 Newport Center Drive
Suite 320
Newport Beach, CA 92660
(949) 467-3780
rgoe@goeforlaw.com
*(Creditor)*

Exhibit _____ 6
Page _____ 101

David C. Grant (SBN 053635)
Catherine Convy (SBN 178208)
Amanda R. Breneman (SBN 252810)
GRANT, GENOVESE & BARATTA, LLP
2030 Main Street, Suite 1600
Irvine, CA 92614
Telephone: (949) 660-1600
Facsimile: (949) 660-6060
Email: dcg@ggb-law.com
        catherine@ggb-law.com
        arb@ggb-law.com

Attorneys for Real Parties in Interest

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## RIVERSIDE DIVISION

In re

THE PRESERVE, LLC, a California Limited
Liability Company,

        Debtor and
        Debtor-in Possession

Case No. 6:08-bk-23006BB
Chapter 11 Proceeding

**DECLARATION OF WANDA HARRELL
IN SUPPORT OF OPPOSITION TO
MOTION FOR RELIEF FROM STAY**

DATE    :    July 14, 2009
TIME    :    10:00 a.m.
CRTRM. :    303

I, WANDA HARRELL, DECLARE AND STATE AS FOLLOWS:

1.   I am a Real Party in Interest/ Investor in the project known as The Preserve, LLC. The matters stated herein are true and correct and are within my personal knowledge. If called upon to testify as a witness I could and would competently testify thereto.

2.   I invested approximately $199,680 in the Point Center offered direct trust deed, known as The Preserve, LLC.

Exhibit _7_
Page _102_

3.   Point Center Financial is the manager of my investment.  I depend on Point Center Financial to keep me informed of the status of my investment.

4.   At no time has the investment manager, Point Center Financial, informed me that the borrower, The Preserve, LLC, ever sought to contact investors, who are the real parties in interest, to discuss a possible reorganization plan.

5.   As a real party in interest, I need and would like to be kept informed of all proceedings which take place concerning my investment's security.

6.   As a real party in interest, I object to any actions being taken with respect to the land asset, which secures my indebtedness, without proper notice being provided to me and without my prior authorization.  I need due process.

7.   At this time, as I have not been provided with any information.   I object to any foreclosure as not in the best interest of the real parties in interest—the investors and me.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct and that this Declaration was executed this 9th day of July , 2009 at ___Orange County___ , California.

WANDA HARRELL Wells

2

Exhibit _____ 7
Page _____ 103

| In re: The Preserve, LLC, a California Limited Liability Company | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER 6:08-bk-23006BB |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 2030 Main Street, Irvine, CA  92614

A true and correct copy of the foregoing document described <u>DECLARATION OF WANDA HARRELL IN SUPPORT OF OPPOSITION OF REAL PARTIES IN INTEREST TO MOTION BY POINT CENTER FINANCIAL, INC. TO MOTION FOR RELIEF FROM STAY</u> will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II.  SERVED BY OVERNIGHT MAIL**(indicate method for each person or entity served):
On <u>July 20, 2009</u>_____I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

See Attachment.

☒ Service information continued on attached page

**III.  SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge <u>will be</u> completed no later than 24 hours after the document is filed.

Honorable Sheri Bluebond, 225 E. Temple St., Room 940, Los Angeles, CA  90012

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| July 10, 2009 | Gerry Lynn Gauden | |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                                  **F 9013-3.1**

**Robert P Goe**
Goe & Forsythe, LLP
660 Newport Center Drive, Suite 320
Newport Beach, Ca 92660
(949) 467-3780
(949) 721-0409 (fax)
kmurphy@goeforlaw.com
*Assigned: 10/08/2008*

representing

**Point Center Financial Inc**
Point Center Financial, Inc.
660 Newport Center Drive
Suite 320
Newport Beach, CA 92660
(949) 467-3780
rgoe@goeforlaw.com

**Elizabeth A Lossing**
3685 Main St Ste 300
Riverside, CA 92501
951-276-6354
951-276-6973 (fax)
elizabeth.lossing@usdoj.gov
*Assigned: 10/02/2008*

representing

**United States Trustee (RS)**
3685 Main Street, Suite 300
Riverside, CA 92501
ustpregion16.rs.ecf@usdoj.gov
*(U.S. Trustee)*

**Mark C Schnitzer**
Reid & Hellyer APC
P O Box 1300
Riverside, CA 92502-1300
951-682-1771
mschnitzer@rhlaw.com
*Assigned: 10/27/2008*
*Assigned: 11/14/2008*

representing

**Courtesy NEF**
*(Interested Party)*

representing

**Deep Canyon Holdings, Inc.**
*(Creditor)*

**David R Zaro**
515 S Figueroa St 7th Fl
Los Angeles, CA 90071-3398
213-622-5555
213-620-8816 (fax)
dzaro@allenmatkins.com
*Assigned: 11/07/2008*

representing

**Courtesy NEF**
*(Interested Party)*

**Joshua del Castillo**
515 S Figueroa St
7th Fl
Los Angeles, CA 90071
213-622-5555
213-620-8816 (fax)
jdelcastillo@allenmatkins.com
*Assigned: 11/07/2008*

representing

**Courtesy NEF**
*(Interested Party)*

Exhibit 7
105

**Jeffrey W Broker**
18191 Von Karman Ave Ste 470
Irvine, CA 92612-7114
949-222-2000
949-222-2022 (fax)
jbroker@brokerlaw.biz
  *Assigned: 09/25/2008*

representing

**The Preserve, LLC**
7006 Magnolia Ave
PMB No 309
Riverside, CA 92506
*(Debtor)*

**Don Fisher**
2603 Main St E Tower Ste1300
Irvine, CA 92614-6228
949-851-9400
949-757-1225 (fax)
dfisher@ptwww.com
  *Assigned: 11/12/2008*

representing

**Courtesy NEF**
*(Interested Party)*

**PALMIERI, TYLER, WIENER
WILHELM & WALDRON LLP**
2603 Main St
Suite 1300
Irvine, CA 92614-9712
(949) 851-9400
(949) 757-1225 (fax)
dfisher@ptwww.com
*(Creditor)*

representing

Creditor

**Marc C Forsythe**
18101 Von Karman Avenue Ste 510
Irvine, CA 92612
949-798-2460
949-955-9437 (fax)
kmurphy@goeforlaw.com
  *Assigned: 05/26/2009*

representing

**Point Center Financial Inc**
Point Center Financial, Inc.
660 Newport Center Drive
Suite 320
Newport Beach, CA 92660
(949) 467-3780
rgoe@goeforlaw.com
*(Creditor)*

Exhibit _____ 7
Page _____ 106

1  David C. Grant (SBN 053635)
   Catherine Convy (SBN 178208)
2  Amanda R. Breneman (SBN 252810)
   GRANT, GENOVESE & BARATTA, LLP
3  2030 Main Street, Suite 1600
   Irvine, CA 92614
4  Telephone: (949) 660-1600
   Facsimile: (949) 660-6060
5  Email: dcg@ggb-law.com
          catherine@ggb-law.com
6          arb@ggb-law.com

7  Attorneys for Real Parties in Interest

8              UNITED STATES BANKRUPTCY COURT

9               CENTRAL DISTRICT OF CALIFORNIA

10                     RIVERSIDE DIVISION

11

12 In re                              Case No. 6:08-bk-23006BB
                                      Chapter 11 Proceeding
13 THE PRESERVE, LLC, a California Limited
14 Liability Company,                 **DECLARATION OF ROBERT L. WELLS
                                      IN SUPPORT OF OPPOSITION TO
15             Debtor and             MOTION FOR RELIEF FROM STAY**
               Debtor-in Possession
16                                    DATE    :    July 14, 2009
17                                    TIME    :    10:00 a.m.
                                      CRTRM. :    303
18

19

20        I, ROBERT L. WELLS, DECLARE AND STATE AS FOLLOWS:

21

22        1.   I am a Real Party in Interest/ Investor in the project known as The Preserve, LLC.  The

23 matters stated herein are true and correct and are within my personal knowledge.  If called upon to

24 testify as a witness I could and would competently testify thereto.

25

26        2.   As Trustee of The Robert L. Wells Trust I invested approximately $199,680 in the

27 Point Center offered direct trust deed, known as The Preserve, LLC.

28

Exhibit ___8___

Page ___107___

1

3.   Point Center Financial is the manager of my investment.   I depend on Point Center Financial to keep me informed of the status of my investment.

4.   At no time has the investment manager, Point Center Financial, informed me that the borrower, The Preserve, LLC, ever sought to contact investors, who are the real parties in interest, to discuss a possible reorganization plan.

5.   As a real party in interest, I need and would like to be kept informed of all proceedings which take place concerning my investment's security.

6.   As a real party in interest, I object to any actions being taken with respect to the land asset, which secures my indebtedness, without proper notice being provided to me and without my prior authorization.   I need due process.

7.   At this time, as I have not been provided with any information.   I object to any foreclosure as not in the best interest of the real parties in interest—the investors and me.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct and that this Declaration was executed this 9th day of July , 2009 at _Orange County_, California.

ROBERT L. WELLS

2

Exhibit _____ 8
Page _____ 108

| In re: The Preserve, LLC, a California Limited Liability Company | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER 6:08-bk-23006BB |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 2030 Main Street, Irvine, CA 92614

A true and correct copy of the foregoing document described <u>DECLARATION OF ROBERT L. WELLS IN SUPPORT OF OPPOSITION OF REAL PARTIES IN INTEREST TO MOTION BY POINT CENTER FINANCIAL, INC. TO MOTION FOR RELIEF FROM STAY</u> will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II.  SERVED BY OVERNIGHT MAIL**(indicate method for each person or entity served):
On July 20, 2009 _____ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

See Attachment.

☒ Service information continued on attached page

**III.  SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

Honorable Sheri Bluebond, 225 E. Temple St., Room 940, Los Angeles, CA  90012

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| July 10, 2009 | Gerry Lynn Gauden | _Gerry_ |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

Exhibit

Page *109*

9013-3.1

**Jeffrey W Broker**
18191 Von Karman Ave Ste 470
Irvine, CA 92612-7114
949-222-2000
949-222-2022 (fax)
jbroker@brokerlaw.biz
 Assigned: 09/25/2008

representing

**The Preserve, LLC**
7006 Magnolia Ave
PMB No 309
Riverside, CA 92506
*(Debtor)*

**Don Fisher**
2603 Main St E Tower Ste1300
Irvine, CA 92614-6228
949-851-9400
949-757-1225 (fax)
dfisher@ptwww.com
 Assigned: 11/12/2008

representing

**Courtesy NEF**
*(Interested Party)*

**PALMIERI, TYLER, WIENER
WILHELM & WALDRON LLP**
2603 Main St
Suite 1300
Irvine, CA 92614-9712
(949) 851-9400
(949) 757-1225 (fax)
dfisher@ptwww.com
*(Creditor)*

representing

Creditor

**Marc C Forsythe**
18101 Von Karman Avenue Ste 510
Irvine, CA 92612
949-798-2460
949-955-9437 (fax)
kmurphy@goeforlaw.com
 Assigned: 05/26/2009

representing

**Point Center Financial Inc**
Point Center Financial, Inc.
660 Newport Center Drive
Suite 320
Newport Beach, CA 92660
(949) 467-3780
rgoe@goeforlaw.com
*(Creditor)*

Exhibit    8
Page    110

David C. Grant (SBN 053635)
Catherine Convy (SBN 178208)
Amanda R. Breneman (SBN 252810)
GRANT, GENOVESE & BARATTA, LLP
2030 Main Street, Suite 1600
Irvine, CA 92614
Telephone: (949) 660-1600
Facsimile: (949) 660-6060
Email: dcg@ggb-law.com
       catherine@ggb-law.com
       arb@ggb-law.com

Attorneys for Real Parties in Interest

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## RIVERSIDE DIVISION

In re

THE PRESERVE, LLC, a California Limited
Liability Company,

      Debtor and
      Debtor-in Possession

Case No. 6:08-bk-23006BB
Chapter 11 Proceeding

**DECLARATION OF MAX PERRY IN
SUPPORT OF OPPOSITION TO
MOTION FOR RELIEF FROM STAY**

DATE     :   July 14, 2009
TIME     :   10:00 a.m.
CRTRM. :   303

I, MAX PERRY, DECLARE AND STATE AS FOLLOWS:

1.   I am a Real Party in Interest/ Investor in the project known as The Preserve, LLC.  The matters stated herein are true and correct and are within my personal knowledge.  If called upon to testify as a witness I could and would competently testify thereto.

2.   As co-trustee of the Alder Creek Family Trust I invested approximately $100,000 in the Point Center offered direct trust deed, known as The Preserve, LLC.

Exhibit __9__

Page __111__

3.   Point Center Financial is the manager of my investment.   I depend on Point Center Financial to keep me informed of the status of my investment.

4.   At no time has the investment manager, Point Center Financial, informed me that the borrower, The Preserve, LLC, ever sought to contact investors, who are the real parties in interest, to discuss a possible reorganization plan.

5.   As a real party in interest, I need and would like to be kept informed of all proceedings which take place concerning my investment's security.

6.   As a real party in interest, I object to any actions being taken with respect to the land asset, which secures my indebtedness, without proper notice being provided to me and without my prior authorization.   I need due process.

7.   At this time, as I have not been provided with any information.   I object to any foreclosure as not in the best interest of the real parties in interest—the investors and me.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct and that this Declaration was executed this 9th day of July , 2009 at _Los Angeles_ , California.

MAX PERRY

2

Exhibit ___9___

Page ___112___

| In re: The Preserve, LLC, a California Limited Liability Company | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER 6:08-bk-23006BB |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
2030 Main Street, Irvine, CA 92614

A true and correct copy of the foregoing document described <u>DECLARATION OF MAX PERRY IN SUPPORT OF OPPOSITION OF REAL PARTIES IN INTEREST TO MOTION BY POINT CENTER FINANCIAL, INC. TO MOTION FOR RELIEF FROM STAY</u> will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II.  SERVED BY OVERNIGHT MAIL**(indicate method for each person or entity served):
On <u>July 20, 2009</u> I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

See Attachment.

☒ Service information continued on attached page

**III.  SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge <u>will be</u> completed no later than 24 hours after the document is filed.

Honorable Sheri Bluebond, 225 E. Temple St., Room 940, Los Angeles, CA 90012

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| July 10, 2009 | Gerry Lynn Gauden | _signature_ |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*

Exhibit

Page _____ 113

**9013-3.1**

**Robert P Goe**
Goe & Forsythe, LLP
660 Newport Center Drive, Suite 320
Newport Beach, Ca 92660
(949) 467-3780
(949) 721-0409 (fax)
kmurphy@goeforlaw.com
*Assigned: 10/08/2008*

representing

**Point Center Financial Inc**
Point Center Financial, Inc.
660 Newport Center Drive
Suite 320
Newport Beach, CA 92660
(949) 467-3780
rgoe@goeforlaw.com

**Elizabeth A Lossing**
3685 Main St Ste 300
Riverside, CA 92501
951-276-6354
951-276-6973 (fax)
elizabeth.lossing@usdoj.gov
*Assigned: 10/02/2008*

representing

**United States Trustee (RS)**
3685 Main Street, Suite 300
Riverside, CA 92501
ustpregion16.rs.ecf@usdoj.gov
*(U.S. Trustee)*

**Mark C Schnitzer**
Reid & Hellyer APC
P O Box 1300
Riverside, CA 92502-1300
951-682-1771
mschnitzer@rhlaw.com
*Assigned: 10/27/2008*
*Assigned: 11/14/2008*

representing

**Courtesy NEF**
*(Interested Party)*

representing

**Deep Canyon Holdings, Inc.**
*(Creditor)*

**David R Zaro**
515 S Figueroa St 7th Fl
Los Angeles, CA 90071-3398
213-622-5555
213-620-8816 (fax)
dzaro@allenmatkins.com
*Assigned: 11/07/2008*

representing

**Courtesy NEF**
*(Interested Party)*

**Joshua del Castillo**
515 S Figueroa St
7th Fl
Los Angeles, CA 90071
213-622-5555
213-620-8816 (fax)
jdelcastillo@allenmatkins.com
*Assigned: 11/07/2008*

representing

**Courtesy NEF**
*(Interested Party)*

Exhibit ___ 9
Page ___ 114

**Jeffrey W Broker**
18191 Von Karman Ave Ste 470
Irvine, CA 92612-7114
949-222-2000
949-222-2022 (fax)
jbroker@brokerlaw.biz
 *Assigned: 09/25/2008*

representing

**The Preserve, LLC**
7006 Magnolia Ave
PMB No 309
Riverside, CA 92506
*(Debtor)*

**Don Fisher**
2603 Main St E Tower Ste1300
Irvine, CA 92614-6228
949-851-9400
949-757-1225 (fax)
dfisher@ptwww.com
 *Assigned: 11/12/2008*

representing

**Courtesy NEF**
*(Interested Party)*

**PALMIERI, TYLER, WIENER
WILHELM & WALDRON LLP**
2603 Main St
Suite 1300
Irvine, CA 92614-9712
(949) 851-9400
(949) 757-1225 (fax)
dfisher@ptwww.com
*(Creditor)*

representing

Creditor

**Marc C Forsythe**
18101 Von Karman Avenue Ste 510
Irvine, CA 92612
949-798-2460
949-955-9437 (fax)
kmurphy@goeforlaw.com
 *Assigned: 05/26/2009*

representing

**Point Center Financial Inc**
Point Center Financial, Inc.
660 Newport Center Drive
Suite 320
Newport Beach, CA 92660
(949) 467-3780
rgoe@goeforlaw.com
*(Creditor)*

Exhibit _____ 9
Page _____ 115

1  David C. Grant (SBN 053635)
   Catherine Convy (SBN 178208)
2  Amanda R. Breneman (SBN 252810)
   GRANT, GENOVESE & BARATTA, LLP
3  2030 Main Street, Suite 1600
   Irvine, CA 92614
4  Telephone: (949) 660-1600
   Facsimile: (949) 660-6060
5  Email: dcg@ggb-law.com
          catherine@ggb-law.com
6          arb@ggb-law.com

7  Attorneys for Real Parties in Interest

8              UNITED STATES BANKRUPTCY COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10                    RIVERSIDE DIVISION

11

12  In re                              Case No. 6:08-bk-23006BB
                                       Chapter 11 Proceeding
13
    THE PRESERVE, LLC, a California Limited
14  Liability Company,                 **DECLARATION OF PAUL KRASNER,**
                                       **M.D. IN SUPPORT OF OPPOSITION TO**
15           Debtor and               **MOTION FOR RELIEF FROM STAY**
             Debtor-in Possession
16
                                       DATE    :    July 14, 2009
17                                     TIME    :    10:00 a.m.
                                       CRTRM. :    303
18

19       I, PAUL KRASNER, M.D., DECLARE AND STATE AS FOLLOWS:

20

21       1.   I am a Real Party in Interest/ Investor in the project known as The Preserve, LLC.  The

22  matters stated herein are true and correct and are within my personal knowledge.  If called upon to

23  testify as a witness I could and would competently testify thereto.

24

25       2.   As Trustee of The Paul Krasner M.D. Defined Benefit Pension Plan and Trust I

26  invested approximately $150,000 in the Point Center offered direct trust deed, known as The Preserve,

27  LLC.; and as Trustee of the Nephrology Medical Group of Orange County Profit Sharing Plan

28

Exhibit ___ 10
Page ___ 116

1

1   Retiremen Trust I invested approximately $50,000 in the Point Center offered direct trust deed, known

2   as The Preserve, LLC.

3

4        3. Point Center Financial is the manager of my investment. I depend on Point Center

5   Financial to keep me informed of the status of my investment.

6

7        4. At no time has the investment manager, Point Center Financial, informed me that the

8   borrower, The Preserve, LLC, ever sought to contact investors, who are the real parties in interest, to

9   discuss a possible reorganization plan.

10

11        5. As a real party in interest, I need and would like to be kept informed of all proceedings

12   which take place concerning my investment's security.

13

14        6. As a real party in interest, I object to any actions being taken with respect to the land

15   asset, which secures my indebtedness, without proper notice being provided to me and without my

16   prior authorization. I need due process.

17

18        7. At this time, as I have not been provided with any information. I object to any

19   foreclosure as not in the best interest of the real parties in interest—the investors and me.

20

21        I declare under penalty of perjury under the laws of the State of California and the United

22   States of America that the foregoing is true and correct and that this Declaration was executed this 9th

23   day of July  2009 at _Dana Point_, California.

24

25

26                  PAUL KRASNER, M.D.

27

28

Exhibit ___ 10
Page ___ 117

| In re: The Preserve, LLC, a California Limited Liability Company | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER 6:08-bk-23006BB |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 2030 Main Street, Irvine, CA  92614

A true and correct copy of the foregoing document described <u>DECLARATION OF PAUL KRASNER, M.D. IN SUPPORT OF OPPOSITION OF REAL PARTIES IN INTEREST TO MOTION BY POINT CENTER FINANCIAL, INC. TO MOTION FOR RELIEF FROM STAY</u> will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II.  SERVED BY OVERNIGHT MAIL**(indicate method for each person or entity served)**:** On <u>July 20, 2009</u> _____ I served  the  following  person(s)  and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

See Attachment.

☒ Service information continued on attached page

**III.  SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served)**:** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____I served  the  following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge <u>will be</u> completed no later than 24 hours after the document is filed.

Honorable Sheri Bluebond, 225 E. Temple St., Room 940, Los Angeles, CA  90012

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| July 10, 2009 | Gerry Lynn Gauden | |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

F 9013-3.1

**Robert P Goe**
Goe & Forsythe, LLP
660 Newport Center Drive, Suite 320
Newport Beach, Ca 92660
(949) 467-3780
(949) 721-0409 (fax)
kmurphy@goeforlaw.com
*Assigned: 10/08/2008*

representing

**Point Center Financial Inc**
Point Center Financial, Inc.
660 Newport Center Drive
Suite 320
Newport Beach, CA 92660
(949) 467-3780
rgoe@goeforlaw.com

**Elizabeth A Lossing**
3685 Main St Ste 300
Riverside, CA 92501
951-276-6354
951-276-6973 (fax)
elizabeth.lossing@usdoj.gov
*Assigned: 10/02/2008*

representing

**United States Trustee (RS)**
3685 Main Street, Suite 300
Riverside, CA 92501
ustpregion16.rs.ecf@usdoj.gov
*(U.S. Trustee)*

**Mark C Schnitzer**
Reid & Hellyer APC
P O Box 1300
Riverside, CA 92502-1300
951-682-1771
mschnitzer@rhlaw.com
*Assigned: 10/27/2008*
*Assigned: 11/14/2008*

representing

**Courtesy NEF**
*(Interested Party)*

representing

**Deep Canyon Holdings, Inc.**
*(Creditor)*

**David R Zaro**
515 S Figueroa St 7th Fl
Los Angeles, CA 90071-3398
213-622-5555
213-620-8816 (fax)
dzaro@allenmatkins.com
*Assigned: 11/07/2008*

representing

**Courtesy NEF**
*(Interested Party)*

**Joshua del Castillo**
515 S Figueroa St
7th Fl
Los Angeles, CA 90071
213-622-5555
213-620-8816 (fax)
jdelcastillo@allenmatkins.com
*Assigned: 11/07/2008*

representing

**Courtesy NEF**
*(Interested Party)*

Exhibit ____ 10
Page ____ 119

| | | |
|---|---|---|
| **Jeffrey W Broker**<br>18191 Von Karman Ave Ste 470<br>Irvine, CA 92612-7114<br>949-222-2000<br>949-222-2022 (fax)<br>jbroker@brokerlaw.biz<br>*Assigned: 09/25/2008* | representing | **The Preserve, LLC**<br>7006 Magnolia Ave<br>PMB No 309<br>Riverside, CA 92506<br>*(Debtor)* |
| **Don Fisher**<br>2603 Main St E Tower Ste1300<br>Irvine, CA 92614-6228<br>949-851-9400<br>949-757-1225 (fax)<br>dfisher@ptwww.com<br>*Assigned: 11/12/2008* | representing | **Courtesy NEF**<br>*(Interested Party)* |
| **PALMIERI, TYLER, WIENER WILHELM & WALDRON LLP**<br>2603 Main St<br>Suite 1300<br>Irvine, CA 92614-9712<br>(949) 851-9400<br>(949) 757-1225 (fax)<br>dfisher@ptwww.com<br>*(Creditor)* | representing | Creditor |
| **Marc C Forsythe**<br>18101 Von Karman Avenue Ste 510<br>Irvine, CA 92612<br>949-798-2460<br>949-955-9437 (fax)<br>kmurphy@goeforlaw.com<br>*Assigned: 05/26/2009* | representing | **Point Center Financial Inc**<br>Point Center Financial, Inc.<br>660 Newport Center Drive<br>Suite 320<br>Newport Beach, CA 92660<br>(949) 467-3780<br>rgoe@goeforlaw.com<br>*(Creditor)* |

Exhibit 10
Page 120

David C. Grant (SBN 053635)
Catherine Convy (SBN 178208)
Amanda R. Breneman (SBN 252810)
GRANT, GENOVESE & BARATTA, LLP
2030 Main Street, Suite 1600
Irvine, CA  92614
Telephone:  (949) 660-1600
Facsimile:  (949) 660-6060
Email:  dcg@ggb-law.com
         catherine@ggb-law.com
         arb@ggb-law.com

Attorneys for Real Parties in Interest

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## RIVERSIDE DIVISION

In re

THE PRESERVE, LLC, a California Limited
Liability Company,

       Debtor and
       Debtor-in Possession

Case No. 6:08-bk-23006BB
Chapter 11 Proceeding

**DECLARATION OF TERRY N. HOLDT
IN SUPPORT OF OPPOSITION TO
MOTION FOR RELIEF FROM STAY**

DATE    :   July 14, 2009
TIME    :   10:00 a.m.
CRTRM. :   303

    I, TERRY N. HOLDT, DECLARE AND STATE AS FOLLOWS:

    1.   I am a Real Party in Interest/ Investor in the project known as The Preserve, LLC.  The matters stated herein are true and correct and are within my personal knowledge.  If called upon to testify as a witness I could and would competently testify thereto.

    2.   As co-trustee of the Holdt Living Trust I invested approximately $49,000, in the Point Center offered direct trust deed, known as The Preserve, LLC.

Exhibit ____ *11*
Page _____ *121*

1

3.   Point Center Financial is the manager of my investment.  I depend on Point Center Financial to keep me informed of the status of my investment.

4.   At no time has the investment manager, Point Center Financial, informed me that the borrower, The Preserve, LLC, ever sought to contact investors, who are the real parties in interest, to discuss a possible reorganization plan.

5.   As a real party in interest, I need and would like to be kept informed of all proceedings which take place concerning my investment's security.

6.   As a real party in interest, I object to any actions being taken with respect to the land asset, which secures my indebtedness, without proper notice being provided to me and without my prior authorization.  I need due process.

7.   At this time, as I have not been provided with any information.   I object to any foreclosure as not in the best interest of the real parties in interest—the investors and me.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct and that this Declaration was executed this 9th day of July, 2009 at San Juan Capistrano, California.

TERRY N. HOLDT

2

Exhibit    11
Page    122

| In re: The Preserve, LLC, a California Limited Liability Company | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER 6:08-bk-23006BB |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 2030 Main Street, Irvine, CA  92614

A true and correct copy of the foregoing document described <u>DECLARATION OF TERRY N. HOLDT IN SUPPORT OF  OPPOSITION OF  REAL  PARTIES  IN  INTEREST  TO  MOTION  BY  POINT  CENTER  FINANCIAL,  INC.  TO  MOTION  FOR  RELIEF  FROM  STAY</u> will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II.  SERVED BY OVERNIGHT MAIL**(indicate method for each person or entity served):
On <u>July 20, 2009</u>_____ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

See Attachment.

☒ Service information continued on attached page

**III.  SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge <u>will be</u> completed no later than 24 hours after the document is filed.

Honorable Sheri Bluebond, 225 E. Temple St., Room 940, Los Angeles, CA  90012

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| July 10, 2009 | Gerry Lynn Gauden | |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                 Page                     F 9013-3.1

**Robert P Goe**
Goe & Forsythe, LLP
660 Newport Center Drive, Suite 320
Newport Beach, Ca 92660
(949) 467-3780
(949) 721-0409 (fax)
kmurphy@goeforlaw.com
*Assigned: 10/08/2008*

representing

**Point Center Financial Inc**
Point Center Financial, Inc.
660 Newport Center Drive
Suite 320
Newport Beach, CA 92660
(949) 467-3780
rgoe@goeforlaw.com

**Elizabeth A Lossing**
3685 Main St Ste 300
Riverside, CA 92501
951-276-6354
951-276-6973 (fax)
elizabeth.lossing@usdoj.gov
*Assigned: 10/02/2008*

representing

**United States Trustee (RS)**
3685 Main Street, Suite 300
Riverside, CA 92501
ustpregion16.rs.ecf@usdoj.gov
*(U.S. Trustee)*

**Mark C Schnitzer**
Reid & Hellyer APC
P O Box 1300
Riverside, CA 92502-1300
951-682-1771
mschnitzer@rhlaw.com
*Assigned: 10/27/2008*
*Assigned: 11/14/2008*

representing

**Courtesy NEF**
*(Interested Party)*

representing

**Deep Canyon Holdings, Inc.**
*(Creditor)*

**David R Zaro**
515 S Figueroa St 7th Fl
Los Angeles, CA 90071-3398
213-622-5555
213-620-8816 (fax)
dzaro@allenmatkins.com
*Assigned: 11/07/2008*

representing

**Courtesy NEF**
*(Interested Party)*

**Joshua del Castillo**
515 S Figueroa St
7th Fl
Los Angeles, CA 90071
213-622-5555
213-620-8816 (fax)
jdelcastillo@allenmatkins.com
*Assigned: 11/07/2008*

representing

**Courtesy NEF**
*(Interested Party)*

Exhibit _ 11
Page ___ 124

**Jeffrey W Broker**
18191 Von Karman Ave Ste 470
Irvine, CA 92612-7114
949-222-2000
949-222-2022 (fax)
jbroker@brokerlaw.biz
*Assigned: 09/25/2008*

representing

**The Preserve, LLC**
7006 Magnolia Ave
PMB No 309
Riverside, CA 92506
*(Debtor)*

**Don Fisher**
2603 Main St E Tower Ste1300
Irvine, CA 92614-6228
949-851-9400
949-757-1225 (fax)
dfisher@ptwww.com
*Assigned: 11/12/2008*

representing

**Courtesy NEF**
*(Interested Party)*

**PALMIERI, TYLER, WIENER
WILHELM & WALDRON LLP**
2603 Main St
Suite 1300
Irvine, CA 92614-9712
(949) 851-9400
(949) 757-1225 (fax)
dfisher@ptwww.com
*(Creditor)*

representing

Creditor

**Marc C Forsythe**
18101 Von Karman Avenue Ste 510
Irvine, CA 92612
949-798-2460
949-955-9437 (fax)
kmurphy@goeforlaw.com
*Assigned: 05/26/2009*

representing

**Point Center Financial Inc**
Point Center Financial, Inc.
660 Newport Center Drive
Suite 320
Newport Beach, CA 92660
(949) 467-3780
rgoe@goeforlaw.com
*(Creditor)*

Exhibit 11
Page 125

David C. Grant (SBN 053635)
Catherine Convy (SBN 178208)
Amanda R. Breneman (SBN 252810)
GRANT, GENOVESE & BARATTA, LLP
2030 Main Street, Suite 1600
Irvine, CA 92614
Telephone: (949) 660-1600
Facsimile: (949) 660-6060
Email: dcg@ggb-law.com
       catherine@ggb-law.com
       arb@ggb-law.com

Attorneys for Real Parties in Interest

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### RIVERSIDE DIVISION

| | |
|---|---|
| In re<br><br>THE PRESERVE, LLC, a California Limited Liability Company,<br><br>Debtor and<br>Debtor-in Possession | Case No. 6:08-bk-23006BB<br>Chapter 11 Proceeding<br><br>**DECLARATION OF ALBERT HECHINGER IN SUPPORT OF OPPOSITION TO MOTION FOR RELIEF FROM STAY**<br><br>DATE   :   July 14, 2009<br>TIME   :   10:00 a.m.<br>CRTRM. :   303 |

I, ALBERT HECHINGER, DECLARE AND STATE AS FOLLOWS:

1. I am a Real Party in Interest/ Investor in the project known as The Preserve, LLC. The matters stated herein are true and correct and are within my personal knowledge. If called upon to testify as a witness I could and would competently testify thereto.

2. As co-trustee of the Kathryn and Albert Family Trust I invested approximately $101,010, in the Point Center offered direct trust deed, known as The Preserve, LLC.

Exhibit *12*
Page *126*

1

3.  Point Center Financial is the manager of my investment.  I depend on Point Center Financial to keep me informed of the status of my investment.

4.  At no time has the investment manager, Point Center Financial, informed me that the borrower, The Preserve, LLC, ever sought to contact investors, who are the real parties in interest, to discuss a possible reorganization plan.

5.  As a real party in interest, I need and would like to be kept informed of all proceedings which take place concerning my investment's security.

6.  As a real party in interest, I object to any actions being taken with respect to the land asset, which secures my indebtedness, without proper notice being provided to me and without my prior authorization.  I need due process.

7.  At this time, as I have not been provided with any information.  I object to any foreclosure as not in the best interest of the real parties in interest—the investors and me.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct and that this Declaration was executed this 9th day of July , 2009 at _Los Angeles_ , California.

ALBERT HECHINGER

2

| In re: The Preserve, LLC, a California Limited Liability Company | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER 6:08-bk-23006BB |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I.
Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
2030 Main Street, Irvine, CA  92614

A true and correct copy of the foregoing document described <u>DECLARATION OF ALBERT HECHINGER IN SUPPORT OF</u>
<u>OPPOSITION OF REAL PARTIES IN INTEREST TO MOTION BY POINT CENTER FINANCIAL, INC. TO MOTION FOR RELIEF FROM STAY</u>
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in
the manner indicated below:

**I.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General
Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink
to the document. On _____I checked the CM/ECF docket for this bankruptcy case or adversary
proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission
at the email address(es) indicated below:

☐ Service information continued on attached page

**II.  SERVED BY OVERNIGHT MAIL** (indicate method for each person or entity served):
On July 20, 2009 _____I served the following person(s) and/or
entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct
copy thereof in a sealed envelope with an overnight mail service addressed as follows. Listing the judge here constitutes a
declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

See Attachment.

☒ Service information continued on attached page

**III.  SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL (indicate method for each person or**
entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____I served the following
person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by
facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on
the judge <u>will be</u> completed no later than 24 hours after the document is filed.

Honorable Sheri Bluebond, 225 E. Temple St., Room 940, Los Angeles, CA  90012

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| July 10, 2009 | Gerry Lynn Gauden | |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**Robert P Goe**
Goe & Forsythe, LLP
660 Newport Center Drive, Suite 320
Newport Beach, Ca 92660
(949) 467-3780
(949) 721-0409 (fax)
kmurphy@goeforlaw.com
*Assigned: 10/08/2008*

representing

**Point Center Financial Inc**
Point Center Financial, Inc.
660 Newport Center Drive
Suite 320
Newport Beach, CA 92660
(949) 467-3780
rgoe@goeforlaw.com

**Elizabeth A Lossing**
3685 Main St Ste 300
Riverside, CA 92501
951-276-6354
951-276-6973 (fax)
elizabeth.lossing@usdoj.gov
*Assigned: 10/02/2008*

representing

**United States Trustee (RS)**
3685 Main Street, Suite 300
Riverside, CA 92501
ustpregion16.rs.ecf@usdoj.gov
*(U.S. Trustee)*

**Mark C Schnitzer**
Reid & Hellyer APC
P O Box 1300
Riverside, CA 92502-1300
951-682-1771
mschnitzer@rhlaw.com
*Assigned: 10/27/2008*
*Assigned: 11/14/2008*

representing

**Courtesy NEF**
*(Interested Party)*

representing

**Deep Canyon Holdings, Inc.**
*(Creditor)*

**David R Zaro**
515 S Figueroa St 7th Fl
Los Angeles, CA 90071-3398
213-622-5555
213-620-8816 (fax)
dzaro@allenmatkins.com
*Assigned: 11/07/2008*

representing

**Courtesy NEF**
*(Interested Party)*

**Joshua del Castillo**
515 S Figueroa St
7th Fl
Los Angeles, CA 90071
213-622-5555
213-620-8816 (fax)
jdelcastillo@allenmatkins.com
*Assigned: 11/07/2008*

representing

**Courtesy NEF**
*(Interested Party)*

Exhibit 12
Page 129

| | | |
|---|---|---|
| **Jeffrey W Broker**<br>18191 Von Karman Ave Ste 470<br>Irvine, CA 92612-7114<br>949-222-2000<br>949-222-2022 (fax)<br>jbroker@brokerlaw.biz<br>*Assigned: 09/25/2008* | representing | **The Preserve, LLC**<br>7006 Magnolia Ave<br>PMB No 309<br>Riverside, CA 92506<br>*(Debtor)* |
| **Don Fisher**<br>2603 Main St E Tower Ste1300<br>Irvine, CA 92614-6228<br>949-851-9400<br>949-757-1225 (fax)<br>dfisher@ptwww.com<br>*Assigned: 11/12/2008* | representing | **Courtesy NEF**<br>*(Interested Party)* |
| **PALMIERI, TYLER, WIENER<br>WILHELM & WALDRON LLP**<br>2603 Main St<br>Suite 1300<br>Irvine, CA 92614-9712<br>(949) 851-9400<br>(949) 757-1225 (fax)<br>dfisher@ptwww.com<br>*(Creditor)* | representing | Creditor |
| **Marc C Forsythe**<br>18101 Von Karman Avenue Ste 510<br>Irvine, CA 92612<br>949-798-2460<br>949-955-9437 (fax)<br>kmurphy@goeforlaw.com<br>*Assigned: 05/26/2009* | representing | **Point Center Financial Inc**<br>Point Center Financial, Inc.<br>660 Newport Center Drive<br>Suite 320<br>Newport Beach, CA 92660<br>(949) 467-3780<br>rgoe@goeforlaw.com<br>*(Creditor)* |

Exhibit 12
Page 130

1  | David C. Grant (SBN 053635)
Catherine Convy (SBN 178208)
2  | Amanda R. Breneman (SBN 252810)
GRANT, GENOVESE & BARATTA, LLP
3  | 2030 Main Street, Suite 1600
Irvine, CA  92614
4  | Telephone:  (949) 660-1600
Facsimile:  (949) 660-6060
5  | Email: dcg@ggb-law.com
          catherine@ggb-law.com
6  |        arb@ggb-law.com

7  | Attorneys for Real Parties in Interest

8  | ## UNITED STATES BANKRUPTCY COURT

9  | ## CENTRAL DISTRICT OF CALIFORNIA

10 | ## RIVERSIDE DIVISION

11

12 | In re                                          Case No. 6:08-bk-23006BB
                                                    Chapter 11 Proceeding
13 | THE PRESERVE, LLC, a California Limited
Liability Company,
14 |                                                **DECLARATION OF ROBERT M.
                                                    PEPPERCORN, M.D. IN SUPPORT OF
15 |          Debtor and                            OPPOSITION TO MOTION FOR
             Debtor-in Possession                   RELIEF FROM STAY**
16

17 |                                                DATE      :   July 14, 2009
                                                    TIME      :   10:00 a.m.
18 |                                                CRTRM.   :    303

19

20 |        I, ROBERT M. PEPPERCORN, M.D., DECLARE AND STATE AS FOLLOWS:

21 |        1.   I am a Real Party in Interest/ Investor in the project known as The Preserve, LLC.  The

22 | matters stated herein are true and correct and are within my personal knowledge.  If called upon to

23 | testify as a witness I could and would competently testify thereto.

24

25 |        2.   As Authorized Agent for Pensco Trust Company as Custodian of IRA #PE1DY FBO

26 | Robert M. Peppercorn I invested approximately $50,000, in the Point Center offered direct trust deed,

27 | known as The Preserve, LLC.

28

Exhibit ___13___

Page ___131___

1

3.   Point Center Financial is the manager of my investment.  I depend on Point Center Financial to keep me informed of the status of my investment.

4.   At no time has the investment manager, Point Center Financial, informed me that the borrower, The Preserve, LLC, ever sought to contact investors, who are the real parties in interest, to discuss a possible reorganization plan.

5.   As a real party in interest, I need and would like to be kept informed of all proceedings which take place concerning my investment's security.

6.   As a real party in interest, I object to any actions being taken with respect to the land asset, which secures my indebtedness, without proper notice being provided to me and without my prior authorization.  I need due process.

7.   At this time, as I have not been provided with any information.   I object to any foreclosure as not in the best interest of the real parties in interest—the investors and me.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct and that this Declaration was executed this 9th day of July , 2009 at _____YUBA CITY_____ , California.

_____
ROBERT M. PEPPERCORN, M.D.

2

Exhibit ___13___
Page ___132___

| In re: The Preserve, LLC, a California Limited Liability Company | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER 6:08-bk-23006BB |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 2030 Main Street, Irvine, CA  92614

A true and correct copy of the foregoing document described <u>DECLARATION OF ROBERT M. PEPPERCORN, M.D. IN SUPPORT OF OPPOSITION OF REAL PARTIES IN INTEREST TO MOTION BY POINT CENTER FINANCIAL, INC. TO MOTION FOR RELIEF FROM STAY</u> will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II.  SERVED BY OVERNIGHT MAIL**(indicate method for each person or entity served):
On <u>July 20, 2009</u>_____I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

See Attachment.

☒ Service information continued on attached page

**III.  SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge <u>will be</u> completed no later than 24 hours after the document is filed.

Honorable Sheri Bluebond, 225 E. Temple St., Room 940, Los Angeles, CA  90012

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| July 10, 2009 | Gerry Lynn Gauden | _____ |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

| | | |
|---|---|---|
| **Robert P Goe**<br>Goe & Forsythe, LLP<br>660 Newport Center Drive, Suite 320<br>Newport Beach, Ca 92660<br>(949) 467-3780<br>(949) 721-0409 (fax)<br>kmurphy@goeforlaw.com<br>*Assigned: 10/08/2008* | representing | **Point Center Financial Inc**<br>Point Center Financial, Inc.<br>660 Newport Center Drive<br>Suite 320<br>Newport Beach, CA 92660<br>(949) 467-3780<br>rgoe@goeforlaw.com |
| **Elizabeth A Lossing**<br>3685 Main St Ste 300<br>Riverside, CA 92501<br>951-276-6354<br>951-276-6973 (fax)<br>elizabeth.lossing@usdoj.gov<br>*Assigned: 10/02/2008* | representing | **United States Trustee (RS)**<br>3685 Main Street, Suite 300<br>Riverside, CA 92501<br>ustpregion16.rs.ecf@usdoj.gov<br>*(U.S. Trustee)* |
| **Mark C Schnitzer**<br>Reid & Hellyer APC<br>P O Box 1300<br>Riverside, CA 92502-1300<br>951-682-1771<br>mschnitzer@rhlaw.com<br>*Assigned: 10/27/2008*<br>*Assigned: 11/14/2008* | representing<br><br>representing | **Courtesy NEF**<br>*(Interested Party)*<br><br>**Deep Canyon Holdings, Inc.**<br>*(Creditor)* |
| **David R Zaro**<br>515 S Figueroa St 7th Fl<br>Los Angeles, CA 90071-3398<br>213-622-5555<br>213-620-8816 (fax)<br>dzaro@allenmatkins.com<br>*Assigned: 11/07/2008* | representing | **Courtesy NEF**<br>*(Interested Party)* |
| **Joshua del Castillo**<br>515 S Figueroa St<br>7th Fl<br>Los Angeles, CA 90071<br>213-622-5555<br>213-620-8816 (fax)<br>jdelcastillo@allenmatkins.com<br>*Assigned: 11/07/2008* | representing | **Courtesy NEF**<br>*(Interested Party)* |

Exhibit ___13___

Page ___134___

**Jeffrey W Broker**
18191 Von Karman Ave Ste 470
Irvine, CA 92612-7114
949-222-2000
949-222-2022 (fax)
jbroker@brokerlaw.biz
 Assigned: 09/25/2008

representing

**The Preserve, LLC**
7006 Magnolia Ave
PMB No 309
Riverside, CA 92506
*(Debtor)*

**Don Fisher**
2603 Main St E Tower Ste1300
Irvine, CA 92614-6228
949-851-9400
949-757-1225 (fax)
dfisher@ptwww.com
 Assigned: 11/12/2008

representing

**Courtesy NEF**
*(Interested Party)*

**PALMIERI, TYLER, WIENER
WILHELM & WALDRON LLP**
2603 Main St
Suite 1300
Irvine, CA 92614-9712
(949) 851-9400
(949) 757-1225 (fax)
dfisher@ptwww.com
*(Creditor)*

representing

Creditor

**Marc C Forsythe**
18101 Von Karman Avenue Ste 510
Irvine, CA 92612
949-798-2460
949-955-9437 (fax)
kmurphy@goeforlaw.com
 Assigned: 05/26/2009

representing

**Point Center Financial Inc**
Point Center Financial, Inc.
660 Newport Center Drive
Suite 320
Newport Beach, CA 92660
(949) 467-3780
rgoe@goeforlaw.com
*(Creditor)*

Exhibit _13_
Page _135_

B10 (Official Form 10) (12/08) - Page 1

| UNITED STATES BANKRUPTCY COURT    CENTRAL DISTRICT OF CALIFORNIA | PROOF OF CLAIM |
|---|---|

Name of Debtor: **The Preserve, LLC, a California Limited Liability Company**

Case Number: **6:08-bk-23006-BB**

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

Name of Creditor (the person or other entity to whom the debtor owes money or property):
**Point Center Financial as designated agent**

☐ Check this box to indicate that this claim amends a previously filed claim.

Name and address where notices should be sent:
Point Center Financial
7 Argonaut
Aliso Viejo, CA 92656
Telephone number:

Court Claim Number: _____
(if known)

Filed on: _____

Name and address where payment should be sent (if different from above):

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

Telephone number:

**1. Amount of Claim as of Date Case Filed:** $38,200,489.64

If all or part of your claim is secured, complete Item 4 below; however, if all of your claim is unsecured, do not complete Item 4.

If all or part of your claim is entitled to priority, complete Item 5.

☒ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

**2. Basis for Claim:** Money loaned
(See instruction #2 on reverse side.)

**3. Last four digits of any number by which creditor identifies debtor:** 6070

3a. Debtor may have scheduled account as: _____
(See instruction #3a on reverse side.)

**4. Secured Claim (See instruction #4 on reverse side.)**
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

Nature of property or right of setoff: ☒ Real Estate   ☐ Motor Vehicle   ☐ Other
Describe:

Value of Property:$_____    Annual Interest Rate 12.50%

Amount of arrearage and other charges as of time case filed included in secured claim,

if any: $_____    Basis for perfection: _____

Amount of Secured Claim: $_____    Amount Unsecured: $_____

**5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5)

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(___).

Amount entitled to priority:

$_____

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

**6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (See Instruction 7 and definition of "redacted" on reverse side.)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

Date: 4-3-09

Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

Dan Harkey, President of
Point Center Financial, as designated agent

FOR COURT USE ONLY

*Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.*


Exhibit 14
Page 136

| | |
|---|---|
| In re:<br>THE PRESERVE, LLC<br><br>Debtor(s). | CHAPTER  11<br><br>CASE NUMBER 6:08-bk-23006-BB |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 18101 Von Karman Avenue, Suite 510, Irvine, CA 92612.

A true and correct copy of the foregoing document described <u>PROOF OF CLAIM</u> will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On <u>April 8, 2009</u>, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- Jeffrey W Broker    jbroker@brokerlaw.biz
- Don Fisher    dfisher@ptwww.com
- Robert P Goe    kmurphy@goeforlaw.com
- Elizabeth A Lossing    elizabeth.lossing@usdoj.gov
- Mark C Schnitzer    mschnitzer@rhlaw.com
- United States Trustee (RS)    ustpregion16.rs.ecf@usdoj.gov
- David R Zaro    dzaro@allenmatkins.com
- Joshua del Castillo    jdelcastillo@allenmatkins.com

☐ Service information continued on attached page

II.  **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On <u>April 8, 2009</u>, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

III.  **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on <u>April 8, 2009</u>, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge <u>will be</u> completed no later than 24 hours after the document is filed.

The Honorable Sheri Bluebond, USBC, 3420 Twelfth Street, Riverside, CA 92501

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| | | |
|---|---|---|
| April 8, 2009 | Kerry A. Murphy | _(signature)_ |
| Date | Type Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

Exhibit ___ *14*
Page ___ *137*

The Preserve, LLC
Loan #206070

## THE PRESERVE POC FIGURES 09-25-2008

| | |
|---|---:|
| Principal Balance | $32,665,620.00 |
| Interest 12.50% from 01/29/08 to 09/25/08: 240 Days @ $11,186.86 per diem | $2,684,846.40 |
| Interest 12.50% from 01/01/08 to 01/29/08: 28 Days @ $11,069.87 per diem (on UPB of $32,324,020.00) | $309,956.36 |
| Default Int. 10.00% 02/01/08 to 09/25/08: 237 Days @ $8,949.48 per diem | $2,121,026.76 |
| Late Fees 9 @ $34,026.69 | $306,240.21 |
| Less Impounded Funds | -$409.14 |
| Palmieri, Tyler Attorney Fees from 11/30/07-2/29/08 | $7,005.99 |
| TD Services Fees and Costs thru 9/25/2008 | $106,203.06 |
| **TOTAL** | **$38,200,489.64 *** |

Does not include post-petition attorneys' fees, interest and other costs

Exhibit ___14___

Page _____138_____

*NoTE + Addendum*

Loan No.206070

## PROMISSORY NOTE

$39,000,000.00

Date: September 21, 2006
San Juan Capistrano, CA

FOR VALUE RECEIVED, the undersigned, THE PRESERVE, LLC, a California limited liability company ("Borrower"), whose address for purposes of this Promissory Note ("Note") is 7006 Magnolia Avenue, #309, Riverside, CA 92506, PROMISES TO PAY to the order of the lenders identified on Exhibit "A" (collectively, the "Lender"), at c/o Point Center Financial, Inc., 30900 Rancho Viejo Road, Suite 100, San Juan Capistrano, CA 92675, or such other place as the Lender may specify, the principal sum of Thirty-Nine Million and No/100 US Dollars, ($39,000,000.00), together with interest thereon, to be paid in lawful money of the United States of America.

1.  Security. This Note is secured, without limitation, by that certain Deed of Trust, Security Agreement and Fixture Filing with Assignment of Rents, dated as of even date of this Note by Borrower to and in favor of National Financial Lending, Inc., a California corporation, as trustee for the benefit of Lender (the "Security Document") for the benefit of Lender, on certain real property and personal property defined therein as the Trust Property. Capitalized terms used, but not defined, herein shall have the meanings set forth in the Security Document.

2.  Interest. Borrower promises to pay interest on the unpaid principal balance from the day upon which funds are deposited with the closing agent and/or when any proceeds of the Loan are advanced on behalf of Borrower in accordance with the separately executed Funding Agreement of even date herewith (the "Date of Disbursement") until repayment in full, at the rate per annum equal to the "Interest Rate," as defined below. The term "Interest Rate," as used herein, means the rate or rates of interest applicable to all or portions of the outstanding balance of the Loan, as set forth below. Interest on this Note shall be computed on the basis of a 365-day year.

(a) "Interest Rate." The "Interest Rate" shall mean a fixed rate of interest equal to Twelve and Fifty Hundredths percent (12.50%) per annum.

(b) "Default Rate." From and after the Maturity Date (as defined in Section 3 below), or an earlier date on which all sums owing under this Note become due by acceleration or otherwise, all sums owing, including outstanding interest and any fee, expense or other amount payable under this Note, the Security Document or any other Loan Documents (relating back to any applicable due date), will bear interest until paid in full at a rate equal to ten percent (10.00%) per annum in excess of the rate of interest specified above ("Default Rate"). All interest accrued at the Default Rate shall be immediately due and payable.

3.  Repayment Terms and Maturity Date. Payments shall be interest only with a balloon payment of all outstanding principal and interest due on the Maturity Date. Payments of interest in the amount of Four Hundred Six Thousand Two Hundred Fifty and No/100 US Dollars, $406,250.00 shall be due and payable on the first day of each month, commencing on the first day of December 1, 2006, and continuing on the first day of each month until the final payment of this Note, due on November 1, 2008 ("Maturity Date"). In the event any payment is not made when due, a late charge in the amount of ten percent (10%) of the late payment will be assessed in addition to any applicable Default Rate. The final payment shall be in an amount equal to the entire outstanding principal balance of this Note, together with all accrued and unpaid interest and all other amounts remaining outstanding under the Loan Documents.

1

Exhibit ___ 14
Page ___ 139

4. <u>Allocation of Payments</u>. All payments on this Note will be applied first to the payment of any costs, fees, late charges or other charges incurred in connection with the indebtedness evidenced by this Note; next, to the payment of accrued interest; then to the reduction of the principal balance; or in any other order that Lender reasonably requires.

5. <u>Acceleration</u>. If Borrower fails to pay when due any sums payable under this Note, or an Event of Default occurs or any other event or condition occurs that, under the terms of the Security Document or any other Loan Document, gives rise to a right of acceleration of sums owing under this Note, then Lender, at its sole option, will have the right to declare all sums owing under the Note immediately due.

6. <u>Prepayment</u>. Prepayment of principal in the first twelve (12) months from the interest accrual date, a prepayment penalty will apply. The penalty will be twelve (12) months interest upon 100% of the prepayment amount, less any interest already paid from the interest accrual date.

7. <u>No Offset</u>. Borrower will pay to Lender all sums owing under this Note without deduction, offset, or counterclaim of any kind. The relationship of Borrower and Lender under this Note is solely that of borrower and lender, and the loan evidenced by this Note and secured by the Security Document will in no manner make Lender the partner or joint venturer of Borrower. Borrower acknowledges that there is no fiduciary relationship between Borrower and Lender.

8. <u>No Assignment by Borrower or Assumption</u>. This Note may not be assumed. Any attempt to assign or assume Borrower's rights and/or obligations of this Note or of any of the Loan Documents shall constitute a material default of this Note and each of the Loan Documents, entitling Lender to exercise any and all remedies available to it, including, but not limited to, acceleration of all sums owed under the Note and foreclosure under the Security Document.

9. <u>No Transfers or Encumbrances</u>. This Promissory Note is the Note referred to in, and is entitled to the benefits of, the Security Document and the Other Security Documents. Among the provisions of the Security Document is the following paragraph 11:

11. <u>Encumbrance or Transfer of the Trust Property</u>.

(a) <u>Encumbrance</u>. Except for the liens securing the Indebtedness, Trustor will not create or permit to continue in existence any mortgage, pledge, encumbrance, lien, or charge of any kind (including purchase money and conditional sale liens) on any of the Trust Property except for:

(i) liens for taxes not yet delinquent, and

(ii) any other liens or charges that are specifically approved in writing by Beneficiary prior to the recordation of this Deed of Trust.

Any transaction in violation of this paragraph 11 will cause all Indebtedness, irrespective of the maturity dates, at the option of the holder and without demand or notice, to immediately become due, together with any prepayment premium in accordance with the terms of the Note.

(b) <u>Transfer</u>. Trustor acknowledges that Beneficiary has examined both the creditworthiness of Trustor and Trustor's experience in owning and operating properties such as the Trust Property in

2

Exhibit _____ 14
Page _____ 140