Case 2:10-bk-18429-BB    Doc 176    Filed 10/22/09    Entered 10/22/09 07:35:43    Desc
Main Document    Page 1 of 4

1  MARK C. SCHNITZER, State Bar No. 48628
   mschnitzer@rhlaw.com
2  **REID & HELLYER**
   A Professional Corporation
3  3880 Lemon Street, Fifth Floor
   Post Office Box 1300
4  Riverside, California 92502-1300
   Telephone: (951) 682-1771
5  Facsimile: (951) 686-2415

6  Attorneys for Deep Canyon Holdings, Inc.
REID & HELLYER APC
3880 LEMON STREET, FIFTH FLOOR
RIVERSIDE, CALIFORNIA 92502-1300
TELEPHONE (951) 682-1771

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

RIVERSIDE DIVISION

| | |
|---|---|
| In re<br><br>THE PRESERVE, LLC, a California Limited Liability Company,<br><br>Debtor and<br>Debtor-in Possession | CASE NO. 6:08-bk-23006BB<br>Chapter 11 Proceeding<br><br>**NON-OPPOSITION OF DEEP CANYON HOLDINGS, INC., TO DEBTOR'S MOTION FOR ORDER AUTHORIZING THIRD EXTENSION OF (1) DEADLINE TO FILE A PLAN AND DISCLOSURE STATEMENT; AND (2) EXCLUSIVITY PERIOD REGARDING SOLICITATION OF ACCEPTANCES AND REJECTION TO PLAN**<br><br>DATE: November 4, 2009<br>TIME: 11:00 p.m.<br>CRTRM.: 303, Third Floor |

**TO THE HONORABLE SHERI BLUEBOND, UNITED STATES BANKRUPTCY JUDGE; THE OFFICE OF THE UNITED STATES TRUSTEE; CREDITORS AND PARTIES IN INTEREST:**

Deep Canyon Holdings, Inc. ("Deep Canyon"), files this Non-Opposition to The Preserve's ("Debtor") MOTION FOR ORDER AUTHORIZING THIRD EXTENSION OF (1) DEADLINE TO FILE A PLAN AND DISCLOSURE STATEMENT; AND (2) EXCLUSIVITY PERIOD REGARDING SOLICITATION OF ACCEPTANCES AND REJECTION TO PLAN ("Motion"), and respectfully represents:

-1-

Deep Canyon is the largest fractional, non Point Center related, investor in the Point Center loan with the Debtor ("Loan"). Deep Canyon is scheduled by the Debtor as having a secured claim in the original amount of $1,341,600, representing its fractional investment in the Loan ("Secured Claim"). The Secured Claim is not indicated to be disputed, contingent or unliquidated.

In addition, Deep Canyon is scheduled by the Debtor as having an unsecured claim in the original amount of $4,302,000 ("Unsecured Claim"). The Unsecured claim is the largest scheduled unsecured claim and is not indicated to be disputed, contingent or unliquidated.

Deep Canyon has previously filed pleadings in this case supporting the Debtor's efforts to reorganize and opposing Point Center's efforts to terminate the automatic stay. Deep Canyon has reviewed the Motion and the opposition filed by Point Center to the Motion. Deep Canyon does not oppose the Motion.

DATED: October 22, 2009

Respectfully submitted,

REID & HELLYER
A PROFESSIONAL CORPORATION

By: _____
MARK C. SCHNITZER
Attorneys for Deep Canyon Holdings, Inc.

| In re:<br>The Preserve, LLC, a California Limited Liability Company          Debtor(s). | CHAPTER 11<br>CASE NUMBER 6:09-bk-23006BB |
|---|---|

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

3880 Lemon Street, 5th Floor, Riverside, CA 92501
Mailing Address: P.O. Box 1300, Riverside, CA 92502-1300

The foregoing document described as **NON-OPPOSITION OF DEEP CANYON HOLDINGS, INC., TO DEBTOR'S MOTION FOR ORDER AUTHORIZING THIRD EXTENSION OF (1) DEADLINE TO FILE A PLAN AND DISCLOSURE STATEMENT; AND (2) EXCLUSIVITY PERIOD REGARDING SOLICITATION OF ACCEPTANCES AND REJECTION TO PLAN** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On 10/21/09 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- Jeffrey W Broker    jbroker@brokerlaw.biz
- Don Fisher    dfisher@ptwww.com
- Marc C Forsythe    kmurphy@goeforlaw.com
- Robert P Goe    kmurphy@goeforlaw.com, rgoe@goeforlaw.com;mforsythe@goeforlaw.com
- Richard A Harvey    dickatlaw@cox.net
- United States Trustee (RS)    ustpregion16.rs.ecf@usdoj.gov
- David R Zaro    dzaro@allenmatkins.com
- Joshua del Castillo    jdelcastillo@allenmatkins.com

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL(indicate method for each person or entity served):**
On 10/22/09 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*
Honorable Sheri Bluebond, United States Bankruptcy Judge, Chambers Service Copy, Edward R. Roybal Federal Building and courthouse, 255 E. Temple Street, Suite 1482, Los Angeles, CA 90012 – Regular Mail

☐ Service information continued on attached page

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                                    F 9013-3.1

| In re:<br>The Preserve, LLC, a California Limited Liability Company<br>Debtor(s). | CHAPTER 11<br><br>CASE NUMBER 6:09-bk-23006BB |
|---|---|

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 10/22/09 | Wendy M. Patrick | [signature] |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                              **F 9013-3.1**