PUBLIC RECORD

# THE PRESERVE $39,000,000 LOAN

RIVERSIDE COUNTY

## 2006-0776838 PAGE 1 OF 7
### DEED OF TRUST
### October 23, 2006

| NAME | SHARE | AMOUNT | NUMBER | CASH DUE INVESTORS |
|------|-------|--------|--------|--------------------|
| Abraham | 0.127 | $49,530 | 1 | |
| Aiden | 0.128 | $49,920 | 1 | |
| Markus | 0.128 | $49,920 | 1 | |
| Aplanalp | 0.127 | $49,530 | 1 | |
| Bell | 0.128 | $49,920 | 1 | |
| Benecke | 0.128 | $49,920 | 1 | |
| BreeneX | 0.128 | $49,920 | 1 | |
| Hechinger | 0.259 | $101,010 | 1 | |
| BrucknerA | 0.128 | $49,920 | 1 | |
| BrucknerR | 0.333 | $129,870 | 1 | |
| Burgess | 0.128 | $49,920 | 1 | |
| Carlson | 0.192 | $74,880 | 1 | |
| Castro | 0.127 | $49,530 | 1 | |
| Chasin1 | 0.385 | $150,150 | 1 | |
| Chin | 0.128 | $49,920 | 1 | |
| Chang | 0.259 | $101,010 | 1 | |
| ColburnX | 0.128 | $49,920 | 1 | |
| Page 1 Total = 17 | 2.961 | $1,154,790 | 17 | |

### CONTROL

| PRIOR PUBLIC BALANCE | | | |
|------|-------|--------|---|
| TOTAL NAMES | 0.000 | $0 | 0 |
| NfiLLC | 0.000 | $0 | 0 |
| Pcf1 | 0.000 | $0 | 0 |
| PcfU | 0.000 | $0 | 0 |
| PCMFILLC | 0.000 | $0 | 0 |
| TOTAL HARKEY | 0.000 | $0 | 0 |
| GRAND TOTAL | 0.000 | $0 | 0 |

| CUMULATIVE PUBLIC BALANCE | | | |
|------|-------|--------|---|
| TOTAL NAMES | 2.961 | $1,154,790 | 17 |
| NfiLLC | 0.000 | $0 | 0 |
| Pcf1 | 0.000 | $0 | 0 |
| PcfU | 0.000 | $0 | 0 |
| PCMFILLC | 0.000 | $0 | 0 |
| TOTAL HARKEY | 0.000 | $0 | 0 |
| GRAND TOTAL | 2.961 | $1,154,790 | 17 |

Exhibit B
Page 243

Exhibit K
Page 19

PUBLIC RECORD

# THE PRESERVE $39,000,000 LOAN

RIVERSIDE COUNTY

**2006-0776838 PAGE 2 OF 7**
**DEED OF TRUST**
**October 23, 2006**

| NAME | SHARE | AMOUNT | NUMBER | CASH DUE INVESTORS |
|------|-------|--------|--------|--------------------|
| ConnorS | 0.385 | $150,150 | 1 | |
| Costa | 0.128 | $49,920 | 1 | |
| Davis | 0.512 | $199,680 | 1 | |
| Duncan | 0.127 | $49,530 | 1 | |
| Delgandon | 0.259 | $101,010 | 1 | |
| Dulburg | 0.127 | $49,530 | 1 | |
| DuMoulin1 | 0.243 | $94,770 | 1 | |
| DuMoulin2 | 0.127 | $49,530 | 1 | |
| Emrani | 0.513 | $200,070 | 1 | |
| Farrell | 0.128 | $49,920 | 1 | |
| Fisher | 0.127 | $49,530 | 1 | |
| FriedmanD | 0.128 | $49,920 | 1 | |
| Freeman | 0.259 | $101,010 | 1 | |
| Goodin | 0.127 | $49,530 | 1 | |
| Graham | 0.259 | $101,010 | 1 | |
| Hartley | 0.256 | $99,840 | 1 | |
| | | | | |
| Page 2 Total = 16 | 3.705 | $1,444,950 | 16 | |

**CONTROL**

| PRIOR PUBLIC BALANCE | | | |
|------|-------|--------|-----|
| TOTAL NAMES | 2.961 | $1,154,790 | 17 |
| NfiLLC | 0.000 | $0 | 0 |
| Pcf1 | 0.000 | $0 | 0 |
| PcfU | 0.000 | $0 | 0 |
| PCMFILLC | 0.000 | $0 | 0 |
| TOTAL HARKEY | 0.000 | $0 | 0 |
| GRAND TOTAL | 2.961 | $1,154,790 | 17 |

| CUMULATIVE PUBLIC BALANCE | | | |
|------|-------|--------|-----|
| TOTAL NAMES | 6.666 | $2,599,740 | 33 |
| NfiLLC | 0.000 | $0 | 0 |
| Pcf1 | 0.000 | $0 | 0 |
| PcfU | 0.000 | $0 | 0 |
| PCMFILLC | 0.000 | $0 | 0 |
| TOTAL HARKEY | 0.000 | $0 | 0 |
| GRAND TOTAL | 6.666 | $2,599,740 | 33 |

Exhibit B
Page 244

Exhibit K
Page 20

PUBLIC RECORD

RIVERSIDE COUNTY

# THE PRESERVE $39,000,000 LOAN

## 2006-0776838 PAGE 3 OF 7 — DEED OF TRUST — October 23, 2006

| NAME | SHARE | AMOUNT | NUMBER | CASH DUE INVESTORS |
|---|---|---|---|---|
| Hartley | | | 0 | |
| Harrell | 0.512 | $199,680 | 1 | |
| Holdt | 0.128 | $49,920 | 1 | |
| Harding | 0.128 | $49,920 | 1 | |
| Hribar | 0.063 | $24,570 | 1 | |
| Hughes | 0.385 | $150,150 | 1 | |
| Contugno | 0.127 | $49,530 | 1 | |
| Ghelfi | 0.156 | $60,840 | 1 | |
| Peppercorn | 0.127 | $49,530 | 1 | |
| Strickland | 0.127 | $49,530 | 1 | |
| Johnson | 0.256 | $99,840 | 1 | |
| Kinsman | 0.128 | $49,920 | 1 | |
| Kleist | 0.128 | $49,920 | 1 | |
| Krasner2 | 0.385 | $150,150 | 1 | |
| Lang | 0.259 | $101,010 | 1 | |
| Ling | 0.128 | $49,920 | 1 | |
| Page 3 Total = 15 | 3.037 | $1,184,430 | 15 | |

## CONTROL

### PRIOR PUBLIC BALANCE

| | SHARE | AMOUNT | NUMBER |
|---|---|---|---|
| TOTAL NAMES | 6.666 | $2,599,740 | 33 |
| NAILLC | 0.000 | $0 | 0 |
| Pcf1 | 0.000 | $0 | 0 |
| PcfU | 0.000 | $0 | 0 |
| PCMFILLC | 0.000 | $0 | 0 |
| TOTAL HARKEY | 0.000 | $0 | 0 |
| GRAND TOTAL | 6.666 | $2,599,740 | 33 |

### CUMULATIVE PUBLIC BALANCE

| | SHARE | AMOUNT | NUMBER |
|---|---|---|---|
| TOTAL NAMES | 9.703 | $3,784,170 | 48 |
| NAILLC | 0.000 | $0 | 0 |
| Pcf1 | 0.000 | $0 | 0 |
| PcfU | 0.000 | $0 | 0 |
| PCMFILLC | 0.000 | $0 | 0 |
| TOTAL HARKEY | 0.000 | $0 | 0 |
| GRAND TOTAL | 9.703 | $3,784,170 | 48 |

Exhibit B
Page 245

Exhibit K
Page 21

PUBLIC RECORD

THE PRESERVE $39,000,000 LOAN

RIVERSIDE COUNTY

**2006-0776838 PAGE 4 OF 7**

**DEED OF TRUST October 23, 2006**

| NAME | SHARE | AMOUNT | NUMBER | CASH DUE INVESTORS |
|---|---|---|---|---|
| Little | 0.192 | $74,880 | 1 | |
| Lovell | 0.128 | $49,920 | 1 | |
| Lucero | 0.190 | $74,100 | 1 | |
| Madden | 0.154 | $60,060 | 1 | |
| Mamo | 0.128 | $49,920 | 1 | |
| Maruca | 0.128 | $49,920 | 1 | |
| McClory | 0.128 | $49,920 | 1 | |
| Medina | 0.128 | $49,920 | 1 | |
| Morehart | 0.128 | $49,920 | 1 | |
| Morse | 0.127 | $49,530 | 1 | |
| Church | 0.259 | $101,010 | 1 | |
| Murchiso | 0.192 | $74,880 | 1 | |
| Naber | 0.127 | $49,530 | 1 | |
| Krasner1X | 0.128 | $49,920 | 1 | |
| NfILLC | 24.223 | $9,446,970 | 1 | |
| | | | | |
| Page 4 Total = 15 | 26.360 | $10,280,400 | 15 | |

**CONTROL**

**PRIOR PUBLIC BALANCE**

| | | | |
|---|---|---|---|
| TOTAL NAMES | 9.703 | $3,784,170 | 48 |
| NfILLC | 0.000 | $0 | 0 |
| Pcf1 | 0.000 | $0 | 0 |
| PcfU | 0.000 | $0 | 0 |
| PCMFILLC | 0.000 | $0 | 0 |
| TOTAL HARKEY | 0.000 | $0 | 0 |
| GRAND TOTAL | 9.703 | $3,784,170 | 48 |

**CUMULATIVE PUBLIC BALANCE**

| | | | |
|---|---|---|---|
| TOTAL NAMES | 11.840 | $4,617,600 | 62 |
| NfILLC | 24.223 | $9,446,970 | 1 |
| Pcf1 | 0.000 | $0 | 0 |
| PcfU | 0.000 | $0 | 0 |
| PCMFILLC | 0.000 | $0 | 0 |
| TOTAL HARKEY | 24.223 | $9,446,970 | 1 |
| GRAND TOTAL | 36.063 | $14,064,570 | 63 |

Exhibit B
Page 246

Exhibit K
Page 22

THE PRESERVE $39,000,000 LOAN

RIVERSIDE COUNTY

PUBLIC RECORD

## 2006-0776838 PAGE 5 OF 7 — DEED OF TRUST — October 23, 2006

| NAME | SHARE | AMOUNT | NUMBER | CASH DUE INVESTORS |
|---|---|---|---|---|
| NfiLLC | | | 0 | |
| Norris | 0.156 | $60,840 | 1 | |
| Norman | 0.128 | $49,920 | 1 | |
| Oconner | 0.128 | $49,920 | 1 | |
| Ogeltree | 0.259 | $101,010 | 1 | |
| Oliver | 0.128 | $49,920 | 1 | |
| Parks | 0.259 | $101,010 | 1 | |
| Pasquini | 0.256 | $99,840 | 1 | |
| Payne | 0.307 | $119,730 | 1 | |
| Pcf1 | 27.856 | $10,863,840 | 1 | |
| PcfU | 24.168 | $9,425,520 | 1 | |
| Poidmore | 0.192 | $74,880 | 1 | |
| Perry | 0.256 | $99,840 | 1 | |
| Phelps | 0.190 | $74,100 | 1 | |
| Pittenger | 0.231 | $90,090 | 1 | |
| Prinzing | 0.229 | $89,310 | 1 | |
| Ramirez | 0.128 | $49,920 | 1 | |
| Richardson | 0.128 | $49,920 | 1 | |
| Page 5 Total = 17 | 54.999 | $21,449,610 | 17 | |

## CONTROL

| | PRIOR PUBLIC BALANCE | | |
|---|---|---|---|
| TOTAL NAMES | 11.840 | $4,617,600 | 62 |
| NfiLLC | 24.223 | $9,446,970 | 1 |
| Pcf1 | 0.000 | $0 | 0 |
| PcfU | 0.000 | $0 | 0 |
| PCMFILLC | 0.000 | $0 | 0 |
| TOTAL HARKEY | 24.223 | $9,446,970 | 1 |
| GRAND TOTAL | 36.063 | $14,064,570 | 63 |

| | CUMULATIVE PUBLIC BALANCE | | |
|---|---|---|---|
| TOTAL NAMES | 14.815 | $5,777,850 | 77 |
| NfiLLC | 24.223 | $9,446,970 | 1 |
| Pcf1 | 27.856 | $10,863,840 | 1 |
| PcfU | 24.168 | $9,425,520 | 1 |
| PCMFILLC | 0.000 | $0 | 0 |
| TOTAL HARKEY | 76.247 | $29,736,330 | 3 |
| GRAND TOTAL | 91.062 | $35,514,180 | 80 |

Exhibit B
Page 247

Exhibit K
Page 23

PUBLIC RECORD

RIVERSIDE COUNTY

# THE PRESERVE $39,000,000 LOAN

## 2006-0776838 PAGE 6 OF 7
### DEED OF TRUST October 23, 2006

| NAME | SHARE | AMOUNT | NUMBER | CASH DUE INVESTORS |
|---|---|---|---|---|
| Richardson | | | 0 | |
| RittenbachX | 0.128 | $49,920 | 1 | |
| Kamranfar | 0.128 | $49,920 | 1 | |
| Roberto | 0.127 | $49,530 | 1 | |
| StruksmaM | 0.385 | $150,150 | 1 | |
| Rodgers | 0.128 | $49,920 | 1 | |
| Wells | 0.512 | $199,680 | 1 | |
| WhiteR | 0.127 | $49,530 | 1 | |
| Saroyan1 | 0.256 | $99,840 | 1 | |
| Schleede | 0.128 | $49,920 | 1 | |
| Schubert | 0.259 | $101,010 | 1 | |
| Schell | 0.128 | $49,920 | 1 | |
| Shing | 0.128 | $49,920 | 1 | |
| Hoffman | 0.128 | $49,920 | 1 | |
| Sklar | 0.190 | $74,100 | 1 | |
| Small | 0.127 | $49,530 | 1 | |
| Fletcher | 0.127 | $49,530 | 1 | |
| Page 6 Total = 16 | 3.006 | $1,172,340 | 16 | |

### CONTROL
#### PRIOR PUBLIC BALANCE

| | SHARE | AMOUNT | NUMBER |
|---|---|---|---|
| TOTAL NAMES | 14.815 | $5,777,850 | 77 |
| NfILLC | 24.223 | $9,446,970 | 1 |
| Pcf1 | 27.856 | $10,863,840 | 1 |
| PcfU | 24.168 | $9,425,520 | 1 |
| PCMFILLC | 0.000 | $0 | 0 |
| TOTAL HARKEY | 76.247 | $29,736,330 | 3 |
| GRAND TOTAL | 91.062 | $35,514,180 | 80 |

#### CUMULATIVE PUBLIC BALANCE

| | SHARE | AMOUNT | NUMBER |
|---|---|---|---|
| TOTAL NAMES | 17.821 | $6,950,190 | 93 |
| NfILLC | 24.223 | $9,446,970 | 1 |
| Pcf1 | 27.856 | $10,863,840 | 1 |
| PcfU | 24.168 | $9,425,520 | 1 |
| PCMFILLC | 0.000 | $0 | 0 |
| TOTAL HARKEY | 76.247 | $29,736,330 | 3 |
| GRAND TOTAL | 94.068 | $36,686,520 | 96 |

Exhibit B
Page 248

Exhibit K
Page 24

PUBLIC RECORD

RIVERSIDE COUNTY

# THE PRESERVE $39,000,000 LOAN

## 2006-0776838 PAGE 7 OF 7
### DEED OF TRUST — October 23, 2006

| NAME | SHARE | AMOUNT | NUMBER | CASH DUE INVESTORS |
|------|-------|--------|--------|---------------------|
| Fletcher | | | 0 | |
| Steere | 1.282 | $499,980 | 1 | |
| Suddarth | 0.128 | $49,920 | 1 | |
| Hall | 0.385 | $150,150 | 1 | |
| Tanklage | 1.925 | $750,750 | 1 | |
| TheeHacopian1 | 0.128 | $49,920 | 1 | |
| Gottfried | 0.128 | $49,920 | 1 | |
| Wassef | 0.192 | $74,880 | 1 | |
| WhiteM | 0.127 | $49,530 | 1 | |
| Wilbur | 0.127 | $49,530 | 1 | |
| WilsonK | 0.127 | $49,530 | 1 | |
| WilsonT | 0.359 | $140,010 | 1 | |
| WisemanS | 0.128 | $49,920 | 1 | |
| WhiteW | 0.256 | $99,840 | 1 | |
| YorbaMV | 0.127 | $49,530 | 1 | |
| YorbaMC | 0.385 | $150,150 | 1 | |
| Yudovin | 0.128 | $49,920 | 1 | |
| Page 7 Total = 16 | 5.932 | $2,313,480 | 16 | |
| Grand Total | 100.000 | $39,000,000 | 112 | |

## CONTROL

| PRIOR PUBLIC BALANCE | SHARE | AMOUNT | NUMBER |
|------|-------|--------|--------|
| TOTAL NAMES | 17.821 | $6,950,190 | 93 |
| NfiLLC | 24.223 | $9,446,970 | 1 |
| Pcf1 | 27.856 | $10,863,840 | 1 |
| PcfU | 24.168 | $9,425,520 | 1 |
| PCMFILLC | 0.000 | $0 | 0 |
| TOTAL HARKEY | 76.247 | $29,736,330 | 3 |
| GRAND TOTAL | 94.068 | $36,686,520 | 96 |

| CUMULATIVE PUBLIC BALANCE | SHARE | AMOUNT | NUMBER |
|------|-------|--------|--------|
| TOTAL NAMES | 23.753 | $9,263,670 | 109 |
| NfiLLC | 24.223 | $9,446,970 | 1 |
| Pcf1 | 27.856 | $10,863,840 | 1 |
| PcfU | 24.168 | $9,425,520 | 1 |
| PCMFILLC | 0.000 | $0 | 0 |
| TOTAL HARKEY | 76.247 | $29,736,330 | 3 |
| GRAND TOTAL | 100.000 | $39,000,000 | 112 |

Exhibit B
Page 249

Exhibit K
Page 25

PUBLIC RECORD

RIVERSIDE COUNTY

THE PRESERVE $39,000,000 LOAN

| 2006-0776838 TOTAL ALL PAGES | | | | |
|---|---|---|---|---|
| DEED OF TRUST October 23, 2006 | | | | CASH DUE INVESTORS |
| NAME | SHARE | AMOUNT | NUMBER | |
| TOTAL NAMES | 23.753 | $9,263,670 | 109 | |
| | | | | |
| NfILLC | 24.223 | $9,446,970 | 1 | |
| Pcf1 | 27.856 | $10,863,840 | 1 | |
| PcfU | 24.168 | $9,425,520 | 1 | |
| PCMFILLC | 0.000 | $0 | 0 | |
| TOTAL HARKEY | 76.247 | $29,736,330 | 3 | |
| | | | | |
| GRAND TOTAL | 100.000 | $39,000,000 | 112 | |

| CONTROL | | | |
|---|---|---|---|
| CUMULATIVE PUBLIC BALANCE | | | |
| TOTAL NAMES | 23.753 | $9,263,670 | 109 |
| | | | |
| NfILLC | 24.223 | $9,446,970 | 1 |
| Pcf1 | 27.856 | $10,863,840 | 1 |
| PcfU | 24.168 | $9,425,520 | 1 |
| PCMFILLC | 0.000 | $0 | 0 |
| TOTAL HARKEY | 76.247 | $29,736,330 | 3 |
| | | | |
| GRAND TOTAL | 100.000 | $39,000,000 | 112 |

Exhibit __B__
Page __250__

Exhibit __K__
Page __26__

RECORDING REQUESTED BY

AND WHEN RECORDED MAIL TO

| NAME | Point Center Financial, Inc. |
|------|------------------------------|
| ADDRESS | 30900 Rancho Viejo Road, #100 |
| CITY & STATE | San Juan Capistrano, CA 92675 |

Attn: Loan Servicing Department
Loan #206070/PRESERVE

*SN# 3191109DT3*

DOC # 2006-0897643
12/07/2006 08:00A Fee:14.00
Page 1 of 2
Recorded in Official Records
County of Riverside
Larry W. Ward
Assessor, County Clerk & Recorder

| S | R | U | PAGE | SIZE | DA | MISC | LONG | RFD | COPY |
|---|---|---|------|------|----|----|------|-----|------|
| | | | 2 | | 1 | 2 | | | 1 |
| M | A | L | 465 | 426 | PCOR | NCOR | SMF | NCHG | EXAM |
| | | | | | | | | | 044 |

## CORPORATION ASSIGNMENT OF DEED OF TRUST

15

M
044

FOR VALUE RECEIVED, the undersigned grants, assigns and transfers to:

### SEE EXHIBIT "A" ATTACHED HERETO AND MADE A PART HEREOF.

all of Assignor's undivided right, title and beneficial interest, without recourse or warranty, in and to that certain Deed of Trust dated **September 21, 2006**, executed by **The Preserve, LLC, a California limited liability company,** as Trustor, to National Financial Lending, Inc., a California Corporation, as Trustee and recorded on **October 23, 2006** as instrument No. **#06-776838** Official Records in the office of the County Recorder of **Riverside**, California, secured by the real property described therein:

TOGETHER with the note or notes therein described or referred to, the money due and to become due thereon with interest, and all rights accrued or to accrue under said Deed of Trust.

Dated: October 27, 2006

Point Center Financial, Inc., a California corporation

By: _____
Dan J. Harkey, President

STATE OF CALIFORNIA
COUNTY OF ORANGE

On ___October 27, 2006___ before me, ___M. Gwen Melanson___ , Notary Public, personally appeared ___Dan J. Harkey___ , personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s) or the entity upon behalf of which the person(s) acted, executed this instrument.

WITNESS my hand and official seal.

Signature _M. Gwen Melanson_

M. GWEN MELANSON
COMM. #1683382
Notary Public-California
ORANGE COUNTY
My Comm. Exp. May 1, 2010

(This area for official notarial seal)

Exhibit B
Page 251

Exhibit L
Page 27

# EXHIBIT "A"
## Assignees

Donald D. Clay and Linda S. Clay, Husband and Wife as Community Property with Rights of Survivorship as to an undivided 0.128% interest;

William E. Dennison and/or Teresa J. Dennison, Trustees of The Dennison Family Trust as to an undivided 0.259% interest;

Hearth & Home Investments, Inc., a California corporation as to an undivided 0.512% interest;

Frances M. Keller, Trustee of The Keller Family QTIP Trust as to an undivided 0.128% interest;

Susan Jane Kenyon, Trustee of the SJ Kenyon Living Trust as to an undivided 0.154% interest;

Janice D. Mick, an unmarried woman as to an undivided 0.128% interest;

Barry L. Monblatt and Ellen C. Monblatt, Trustees of the Monblatt Trust dated September 3, 1987 as to an undivided 0.128% interest;

Lizanne B. Monahan, Trustee of The Dennis P. Monahan 1995 Irrevocable Trust as to an undivided 0.230% interest;

Jerald B. Russ and Margaret A. Russ, Trustees of The Russ Family Trust dated 26 February 1991 as to an undivided 0.128% interest;

Bruce R. Schwartz, an unmarried man as to an undivided 0.128% interest;

David Shore, a married man as his sole and separate property as to an undivided 0.128% interest.

Exhibit __B__
Page __252__

Exhibit __L__
Page __28__

DOC # 2006-0897644
12/07/2006 08:00A Fee:18.00
Page 1 of 3
Recorded in Official Records
County of Riverside
Larry W. Ward
Assessor, County Clerk & Recorder

RECORDING REQUESTED BY
AND WHEN RECORDED MAIL TO:

NAME      **Point Center Financial, Inc.**
ADDRESS   **30900 Rancho Viejo Road, #100**
CITY &    **San Juan Capistrano, CA 92675**
STATE
Attn:     Kelly Altringer
~~xxx~~ 3191109DTP
Loan #206070/PRESERVE

| S | R | U | PAGE | SIZE | DA | MISC | LONG | RFD | COPY |
|---|---|---|------|------|----|----|------|-----|------|
| 1 |   |   | 3 |   | 1 | 3 |   |   | 1 |
| M | A | L | 465 | 426 | PCOR | NCOR | SMF | NCHG | EXAM |
|   |   |   |   |   |   |   |   |   | 044 |

19

## CORPORATION ASSIGNMENT OF DEED OF TRUST

M
044

FOR VALUE RECEIVED, the undersigned grants, assigns and transfers to:

**SEE EXHIBIT "A" ATTACHED HERETO AND MADE A PART HEREOF.**

all of Assignor's undivided right, title and beneficial interest of the undersigned, without recourse or warranty, in and to that certain Deed of Trust dated **September 21, 2006** executed by **The Preserve, LLC, a California limited liability company,** as trustor to National Financial Lending, Inc., a California corporation, as Trustee and recorded on **October 23, 2006** as instrument No. **06-776838** of Official Records in the office of the County Recorder of **Riverside** State of **California**, describing land therein:

TOGETHER with the note or notes therein described or referred to, the money due and to become due thereon with interest, and all rights accrued or to accrue under said Deed of Trust.

Dated: October 25, 2006

Point Center Financial, Inc.
a California corporation

Dan J. Harkey, President

Exhibit __B__
Page __253__

Exhibit __L__
Page __29__

## EXHIBIT "A"

Bruce R. Ahlvin and Judith L. Ahlvin, Trustees of The Revocable Trust for Community Property and Separate Property as to an undivided 0.128% interest;

David I. Clough and Betty L. Clough, husband and wife as community property with right of survivorship as to an undivided 0.128% interest;

The Quentin A. Edwards Family L. P., a California limited partnership as to an undivided 0.128% interest;

Roy E. Futter and Betty L. Futter, Trustees of The Futter Living Trust dated October 28, 1994 as to an undivided 0.128% interest;

Harold W. Garvin and Vlasta V. Garvin, Co-Trustees of The Harold and Vlasta Garvin Family Trust as to an undivided 0.128% interest:

Dana Halsted, a married woman as her sole and separate property as to an undivided 0.128% interest;

Doreen T. Keith, a widow as to an undivided 0.128% interest;

Harry W. Levy and Joan T. Levy, Trustees of The Levy Family Trust dated October 22, 1978 as to an undivided 0.385% interest;

James R. Mitchell and Shelley A. Mitchell, Co-Trustees of The Mitchell Family Trust dated June 6, 1996 as to an undivided 0.256% interest;

David R. Monson and Carol E. Monson, Trustees of The Monson Family Living Trust dated November 18, 1999 as to an undivided 0.128% interest;

Manju A. Parekhji and Ashit B. Parekhji, husband and wife as joint tenants with rights of survivorship as to an undivided 0.128% interest;

Reill Homes, Inc., a California corporation as to an undivided 0.282% interest;

Normandie S. Reill, Trustee of The Normandie S. Reill Trust dated May 6, 2003 as to an undivided 0.128% interest;

Sherwood L. Simpson and Jean C. Simpson as co-trustees of The Simpson Family Trust Dated September 6, 1967 as to an undivided 0.128% interest;

Patricia M. Waddell, a widow as to an undivided 0.128% interest.

Exhibit __B__
Page __254__

Exhibit __L__
Page __30__

# ACKNOWLEDGMENT

State of California
County of  _ORANGE_

On _10/25/06_ before me,  _M. Gwen Melanson, Notary Public._
(here insert name and title of the officer)

personally appeared  _Dan J. Harkey_

_____

_____

personally known to me (or proved to me on the basis of satisfactory evidence) to be

the person(s) whose name(s) is/are subscribed to the within instrument and

acknowledged to me that he/she/they executed the same in his/her/their authorized

capacity(ies), and that by his/her/their signature(s) on the instrument the person(s),

or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

Signature  _M. Gwen Melan_

M. GWEN MELANSON
COMM. #1663382
Notary Public-California
ORANGE COUNTY
My Comm. Exp. May 1, 2010

(Seal)

RIVERSIDE,CA      DOCUMENT: AS 2006.897644                     Page 3 of 3

Printed on 1/15/2009 10:04:13 AM        Provided by DataTrace System

Exhibit _B_
Page _255_

Exhibit _L_
Page _31_

RECORDING REQUESTED BY

DOC # 2006-0897645
12/07/2006 08:00A Fee:12.00
Page 1 of 2
Recorded in Official Records
County of Riverside
Larry W. Ward
Assessor, County Clerk & Recorder

AND WHEN RECORDED MAIL TO

NAME      Point Center Financial, Inc.
ADDRESS   30900 Rancho Viejo Road, #100
CITY &    San Juan Capistrano, CA 92675
STATE
Attn: Loan Servicing Department
Loan #206070/PRESERVE

*svc# 3191109DT*

| S | R | U | PAGE | SIZE | DA | MISC | LONG | RFD | COPY |
|---|---|---|------|------|-----|------|------|-----|------|
| 1 |   |   | 2 |   | 1 |   |   |   |   |
| M | A | L | 465 | 426 | PCOR | NCOR | SMF | NCHG | EXAM 044 |

**CORPORATION ASSIGNMENT OF DEED OF TRUST**

13

M
044

FOR VALUE RECEIVED, the undersigned grants, assigns and transfers to:

**Steve Goldstrom and Kimberly Davis, Trustees of The Goldstrom-Davis Family Trust Dated 7/8/94 as to an undivided 0.127% interest;**

**Rosendo L. Miranda and Cristina M. Miranda, Trustees , or their successors in trust, under The Miranda Living Trust Dated October 23, 1996, and any amendments thereto as to an undivided 0.205% interest;**

**Anneliese Schneider, Trustee of The Anneliese Schneider Revocable Trust-2001 as to an undivided 0.256% interest,**

all of Assignor's undivided right, title and beneficial interest, without recourse or warranty, in and to that certain Deed of Trust dated **September 21, 2006**, executed by **The Preserve, LLC, a California limited liability company**, as Trustor, to National Financial Lending, Inc., a California Corporation, as Trustee and recorded on **October 23, 2006** as instrument No. **#06-776838** Official Records in the office of the County Recorder of **Riverside**, California, secured by the real property described therein:

TOGETHER with the note or notes therein described or referred to, the money due and to become due thereon with interest, and all rights accrued or to accrue under said Deed of Trust.

Dated: October 24, 2006

Point Center Financial, Inc, a California corporation

By: _____
Dan J. Harkey, President

Exhibit __B__
Page __256__

Exhibit __L__
Page __32__

## ACKNOWLEDGMENT

State of California
County of _____ORANGE_____

On _10/24/06_ before me, _M. Gwen Melanson, Notary Public_
(here insert name and title of the officer)

personally appeared_____Dan J. Harkey_____

_____

_____,

personally known to me (or proved to me on the basis of satisfactory evidence) to be

the person(s) whose name(s) is/are subscribed to the within instrument and

acknowledged to me that he/she/they executed the same in his/her/their authorized

capacity(ies), and that by his/her/their signature(s) on the instrument the person(s),

or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

Signature _M. Gwen Melanson_

M. GWEN MELANSON
COMM. #1663382
Notary Public-California
ORANGE COUNTY
My Comm. Exp. May 1, 2010

(Seal)

RIVERSIDE,CA    DOCUMENT: AS 2006.897645                    Page 2 of 2

Printed on 1/15/2009 10:04:13 AM        Provided by DataTrace System

Exhibit ___B___
Page ___257___

Exhibit ___L___
Page ___33___

RECORDING REQUESTED BY
AND WHEN RECORDED MAIL TO:

NAME    **Point Center Financial, Inc.**
ADDRESS    **30900 Rancho Viejo Road, #100**
CITY &    **San Juan Capistrano, CA 92675**
STATE
Attn:    Kelly Altringer
_grt 3191109DT6_
Loan #206070/PRESERVE

DOC # 2006-0897646
12/07/2006 08:00A Fee:15.00
Page 1 of 3
Recorded in Official Records
County of Riverside
Larry W. Ward
Assessor, County Clerk & Recorder

| S | R | U | PAGE | SIZE | DA | MISC | LONG | RFD | COPY |
|---|---|---|------|------|-----|------|------|-----|------|
| 1 |   |   | 3    |      | 1   |      |      |     | 1    |
| M | A | L | 465  | 426  | PCOR | NCOR | SMF | NCHG | EXAM 044 |

## ASSIGNMENT OF DEED OF TRUST

16  M 044

FOR VALUE RECEIVED, the undersigned grants, assigns and transfers to:

**National Financial Lending, LLC, a California limited liability company as to an undivided 0.256% interest.**

all of Assignor's undivided right, title and beneficial interest of the undersigned, without recourse or warranty, in and to that certain Deed of Trust dated **September 21, 2006** executed by **The Preserve, LLC, a California limited liability company,** as trustor to National Financial Lending, Inc., a California corporation, as Trustee and recorded on **October 23, 2006** as instrument No. **06-776838** of Official Records in the office of the County Recorder of **Riverside** State of **California,** describing land therein:

TOGETHER with the note or notes therein described or referred to, the money due and to become due thereon with interest, and all rights accrued or to accrue under said Deed of Trust.

Dated: October 19, 2006

_Walter C. White_
Walter C. White

_Phyllis L. White_
Phyllis L. White

**RIVERSIDE,CA    DOCUMENT: AS 2006.897646**    Page 1 of 3

Printed on 1/15/2009 10:04:13 AM    Provided by DataTrace System

Exhibit    B
258

Exhibit    L
Page    34

# ACKNOWLEDGMENT

State of California
County of _Los Angeles_

On _11-9-06_ before me, _Jackie Hrapchak Notary Public_
(here insert name and title of the officer)

personally appeared _Walter C. White and_
_Phyllis L. White_

personally known to me (or proved to me on the basis of satisfactory evidence) to be

the person(s) whose name(s) is/are subscribed to the within instrument and

acknowledged to me that he/she/they executed the same in his/her/their authorized

capacity(ies), and that by his/her/their signature(s) on the instrument the person(s),

or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

Signature _____

JACKIE HRAPCHAK
Commission # 1488164
Notary Public — California
Los Angeles County
My Comm. Expires May 7, 2008

(Seal)

Exhibit _B_
Page _259_

Exhibit _L_
Page _35_

__LOAN #206070/PRESERVE__

## ASSIGNMENT OF PROMISSORY NOTE

Dated: October 19, 2006

FOR VALUABLE CONSIDERATION, RECEIPT OF WHICH IS HEREBY ACKNOWLEDGED, THE UNDERSIGNED HEREBY ASSIGNS AND TRANSFERS TO:

**National Financial Lending, LLC, a California limited liability company as to an undivided 0.256% interest.**

ALL OF ASSIGNOR'S UNDIVIDED BENEFICIAL INTEREST, __AS STATED__, IN AND TO THIS NOTE FOR **$39,000,000.00** TOGETHER WITH ALL INTEREST ACCRUED OR TO ACCRUE THEREFROM.


_____
Walter C. White


_____
Phyllis L. White

Exhibit __B__
Page __260__

Exhibit __L__
__36__

RECORDING REQUESTED BY
AND WHEN RECORDED MAIL TO:

NAME     . **Point Center Financial, Inc.**
ADDRESS    **30900 Rancho Viejo Road, #100**
CITY &     **San Juan Capistrano, CA 92675**
STATE
Attn:     Kelly Altringer
*SUC# 3191109DTT*
Loan #206070/PRESERVE

DOC # 2006-0897647
12/07/2006 08:00A Fee:15.00
Page 1 of 3
Recorded in Official Records
County of Riverside
Larry W. Ward
Assessor, County Clerk & Recorder

| S | R | U | PAGE | SIZE | DA | MISC | LONG | RFD | COPY |
|---|---|---|------|------|----|----|------|-----|------|
| 1 |   |   | 3 |   | 1 |   |   |   | 1 |
| M | A | L | 465 | 426 | PCOR | NCOR | SMF | NCHG | EXAM 044 |

## ASSIGNMENT OF DEED OF TRUST

16   M 044

FOR VALUE RECEIVED, the undersigned grants, assigns and transfers to:

**National Financial Lending, LLC, a California limited liability company as to an undivided 0.128% interest.**

all of Assignor's undivided right, title and beneficial interest of the undersigned, without recourse or warranty, in and to that certain Deed of Trust dated **September 21, 2006** executed by **The Preserve, LLC, a California limited liability company,** as trustor to National Financial Lending, Inc., a California corporation, as Trustee and recorded on **October 23, 2006** as instrument No. **06-776838** of Official Records in the office of the County Recorder of **Riverside** State of **California**, describing land therein:

TOGETHER with the note or notes therein described or referred to, the money due and to become due thereon with interest, and all rights accrued or to accrue under said Deed of Trust.

Dated: October 19, 2006

_Nicol J. Bell_
Nicol J. Bell

Exhibit  **B**
Page  **261**

L
37

# ACKNOWLEDGMENT

State of California
County of _ORANGE_

On _11/2/06_ before me, _M. Gwen Melanson, Notary Public_

(here insert name and title of the officer)

personally appeared _Nicol J. Bell_

_____

_____

personally known to me (or proved to me on the basis of satisfactory evidence) to be

the person(s) whose name(s) is/are subscribed to the within instrument and

acknowledged to me that he/she/they executed the same in his/her/their authorized

capacity(ies), and that by his/her/their signature(s) on the instrument the person(s),

or the entity upon behalf of which the person(s) acted, executed the instrument.


WITNESS my hand and official seal.

Signature _M. Gwen Melanson_

M. GWEN MELANSON
COMM. #1663382
Notary Public-California
ORANGE COUNTY
My Comm. Exp. May 1, 2010

(Seal)

RIVERSIDE,CA     DOCUMENT: AS 2006.897647                     Page 2 of 3

Printed on 1/15/2009 10:04:14 AM          Provided by DataTrace System

Exhibit _B_

Page _262_

L
38

LOAN #206070/PRESERVE

## ASSIGNMENT OF PROMISSORY NOTE

Dated: October 19, 2006

FOR VALUABLE CONSIDERATION, RECEIPT OF WHICH IS HEREBY ACKNOWLEDGED, THE UNDERSIGNED HEREBY ASSIGNS AND TRANSFERS TO:

**National Financial Lending, LLC, a California limited liability company as to an undivided 0.128% interest.**

ALL OF ASSIGNOR'S UNDIVIDED BENEFICIAL INTEREST, <u>AS STATED</u>, IN AND TO THIS NOTE FOR **$39,000,000.00** TOGETHER WITH ALL INTEREST ACCRUED OR TO ACCRUE THEREFROM.

_____
Nicol J. Bell

Exhibit ___B___

Page ___263___

L
39

RECORDING REQUESTED BY
AND WHEN RECORDED MAIL TO

DOC # 2006 0897648
12/07/2006 08:00A Fee:16.00
Page 1 of 3
Recorded in Official Records
County of Riverside
Larry W. Ward
Assessor, County Clerk & Recorder

NAME        Point Center Financial, Inc.
ADDRESS     30900 Rancho Viejo Road, #100
CITY &      San Juan Capistrano, CA 92675
STATE
Attn:       Loan Servicing Department

Loan #206070/The Preserve, LLC

SNC# 3191125DTR

| S | R | U | PAGE | SIZE | DA | MISC | LONG | RFD | COPY |
|---|---|---|------|------|-----|------|------|-----|------|
|   |   |   | 3    |      |    |      |      |     |      |
|   |   |   | 465  | 426  | PCOR | NCOR | SMF | NCHG |      |
| M | A | L |      |      |    |      |      | EXAM |      |
|   |   |   |      |      |    |      |      | 044  |      |

## CORPORATION ASSIGNMENT OF DEED OF TRUST

17      M 044

FOR VALUE RECEIVED, the undersigned grants, assigns and transfers to:

**SEE EXHIBIT 'A' ATTACHED THERETO**

All of Assignor's undivided right, title and beneficial interest of the undersigned, without recourse or warranty, in and to that certain Deed of Trust dated **September 21, 2006** executed by **The Preserve, LLC, a California limited liability company,** as Trustor to National Financial Lending, Inc., a California corporation, as Trustee and recorded on **October 23, 2006** as instrument no. **2006-776838** of Official Records in the office of the County Recorder of **Riverside** County, State of **California,** describing land therein.

TOGETHER with the note or notes therein described or referred to, the money due and to become due thereon with interest, and all rights accrued or to accrue under said Deed of Trust.

Dated: 10 November 2006

Point Center Financial, Inc.
a California corporation

Dan J. Harkey, President

STATE OF CALIFORNIA
COUNTY OF ORANGE

On Nov 21, 2006, before me, _M. Courtney Hagee_ , a Notary Public in and for said County, and State, personally appeared **Dan J. Harkey**, known to me (or proven to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument and acknowledged that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

Witness my hand and official seal.

M. COURTNEY HAGEE
COMM. #1663368
Notary Public-California
ORANGE COUNTY
My Comm. Exp. May 2, 2010

Place Notary Seal Above

RIVERSIDE,CA   DOCUMENT: AS 2006.897648

Page 1 of 3

Printed on 1/15/2009 10:04:14 AM        Provided by DataTrace System

Exhibit _B_
Page _264_

L
40

The Preserve, LLC/206070

Exhibit 'A'

**Virgil Bowden and Alicia N. Bowden, Trustees of the Virgil and Alicia Bowden Family Trust dated January 7, 1997 as to an undivided 0.128% interest;**

**Daniel James Carter, Trustee of the Daniel J. Carter Trust as to an undivided 0.256% interest;**

**Paul C. Kratka, an unmarried man as to an undivided 0.154% interest;**

**Michael D. Stewart and Mary Jude Stewart, Trustees of the Living Trust of Michael D. Stewart and Mary Jude Stewart as to an undivided 0.513% interest;**

**Jeffrey H. Pooley and Reita Gail Pooley, Trustees of the Pooley Living Trust, u/a 04-12-06 as to an undivided 0.128% interest;**

**David Shore, O.D.,Trustee of the David and Florence Shore Charitable Remainder Unitrust as to an undivided 0.170% interest;**

**Jon A. Vicars and Nobuko Mukai Vicars, husband and wife joint tenants with right of survivorship as to an undivided 0.192% interest;**

**Mary Aubrey Wallace, Trustee of the Aubrey Wallace Trust as to an undivided 0.128% interest.**

Exhibit B
Page 265

L
41

**Loan #206070/The Preserve, LLC**

## CORPORATION ASSIGNMENT OF PROMISSORY NOTE

Dated: 10 November 2006

FOR VALUABLE CONSIDERATION, RECEIPT OF WHICH IS HEREBY
ACKNOWLEDGED, THE UNDERSIGNED HEREBY ASSIGNS AND TRANSFERS TO:

Virgil Bowden and Alicia N. Bowden, Trustees of the Virgil and Alicia Bowden Family
Trust dated January 7, 1997 as to an undivided 0.128% interest;

Daniel James Carter, Trustee of the Daniel J. Carter Trust as to an undivided 0.256%
interest;

Paul C. Kratka, an unmarried man as to an undivided 0.154% interest;

Michael D. Stewart and Mary Jude Stewart, Trustees of the Living Trust of Michael D.
Stewart and Mary Jude Stewart as to an undivided 0.513% interest;

Jeffrey H. Pooley and Reita Gail Pooley, Trustees of the Pooley Living Trust, u/a 04-12-
06 as to an undivided 0.128% interest;

David Shore, O.D.,Trustee of the David and Florence Shore Charitable Remainder
Unitrust as to an undivided 0.170% interest;

Jon A. Vicars and Nobuko Mukai Vicars, husband and wife joint tenants with right of
survivorship as to an undivided 0.192% interest;

Mary Aubrey Wallace, Trustee of the Aubrey Wallace Trust as to an undivided 0.128%
interest.

ALL OF ASSIGNOR' S UNDIVIDED BENEFICIAL INTEREST, AS STATED, IN AND TO
THIS NOTE FOR **$39,000,000.00** TOGETHER WITH ALL INTEREST ACCRUED OR TO
ACCRUE THEREFROM.

Point Center Financial, Inc.
a California corporation

Dan J. Harkey, President

Exhibit ___**B**___

Page ___**266**___

DOC # 2006-0897649
12/07/2006 08:00A Fee:12.00
Page 1 of 2
Recorded in Official Records
County of Riverside
Larry W. Ward
Assessor, County Clerk & Recorder

RECORDING REQUESTED BY
AND WHEN RECORDED MAIL TO

NAME       Point Center Financial, Inc.
ADDRESS    30900 Rancho Viejo Road, #100
CITY &     San Juan Capistrano, CA 92675
STATE
Attn:      Loan Servicing Department

Loan #206070/The Preserve, LLC

*SVC# 3191125 DT-3*

| S | R | U | PAGE | SIZE | DA | MISC | LONG | RFD | COPY |
|---|---|---|------|------|----|------|------|-----|------|
|   |   |   | 2    |      |    |      |      |     |      |
| M | A | L | 465  | 426  | PCOR | NCOR | SMF | NCHG | EXAM |
|   |   |   |      |      |    |      |      |     | 044  |

## CORPORATION ASSIGNMENT OF DEED OF TRUST

13   M 044

FOR VALUE RECEIVED, the undersigned grants, assigns and transfers to:

**Pensco Trust Company as Custodian of IRA #OL0AA FBO Gordon H. Olson as to an undivided 0.259% interest.**

All of Assignor's undivided right, title and beneficial interest of the undersigned, without recourse or warranty, in and to that certain Deed of Trust dated **September 21, 2006** executed by **The Preserve, LLC, a California limited liability company,** as Trustor to National Financial Lending, Inc., a California corporation, as Trustee and recorded on **October 23, 2006** as instrument no. **2006-776838** of Official Records in the office of the County Recorder of **Riverside** County, State of **California**, describing land therein.

TOGETHER with the note or notes therein described or referred to, the money due and to become due thereon with interest, and all rights accrued or to accrue under said Deed of Trust.

Dated: 10 November 2006

National Financial Lending, LLC
a California limited liability company
By: Point Center Financial, Inc.
a California corporation, its Manager

By: _____
Dan J. Harkey, President

STATE OF CALIFORNIA
COUNTY OF ORANGE

On Nov 21, 2006, before me, ____M. Courtney Hagee____, a Notary Public in and for said County, and State, personally appeared **Dan J. Harkey**, known to me (or proven to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument and acknowledged that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

Witness my hand and official seal.

_____

M. COURTNEY HAGEE
COMM. #1663368
Notary Public-California
ORANGE COUNTY
My Comm. Exp. May 2, 2010

Place Notary Seal Above

**RIVERSIDE,CA       DOCUMENT: AS 2006.897649**                    Page 1 of 2

Printed on 1/15/2009 10:04:14 AM        Provided by DataTrace System

Exhibit   B
          267
Page

L
43

Loan #206070/The Preserve, LLC

## CORPORATION ASSIGNMENT OF PROMISSORY NOTE

Dated: 10 November 2006

FOR VALUABLE CONSIDERATION, RECEIPT OF WHICH IS HEREBY ACKNOWLEDGED, THE UNDERSIGNED HEREBY ASSIGNS AND TRANSFERS TO:

Pensco Trust Company as Custodian of IRA #OL0AA FBO Gordon H. Olson as to an undivided 0.259% interest.

ALL OF ASSIGNOR'S UNDIVIDED BENEFICIAL INTEREST, <u>AS STATED</u>, IN AND TO THIS NOTE FOR **$39,000,000.00** TOGETHER WITH ALL INTEREST ACCRUED OR TO ACCRUE THEREFROM.

National Financial Lending, LLC
a California limited liability company

By: Point Center Financial, Inc.
    a California corporation

By: _____
    Dan J. Harkey, its President

RIVERSIDE,CA    DOCUMENT: AS 2006.897649                    Page 2 of 2

Printed on 1/15/2009 10:04:14 AM        Provided by DataTrace System

Exhibit  **B**
Page  **268**

Exhibit  **L**
Page  **44**

RECORDING REQUESTED BY

AND WHEN RECORDED MAIL TO

NAME · Point Center Financial, Inc.
ADDRESS 30900 Rancho Viejo Road, #100
CITY & San Juan Capistrano, CA 92675
STATE
Attn: Loan Servicing Department
Loan #206070/PRESERVE

*SVC# 3/9//09 DT2*

DOC # 2006-0897650
12/07/2006 08:00A Fee:14.00
Page 1 of 2
Recorded in Official Records
County of Riverside
Larry W. Ward
Assessor, County Clerk & Recorder

| S | R | U | PAGE | SIZE | DA | MISC | LONG | RFD | COPY |
|---|---|---|------|------|-----|------|------|-----|------|
| 1 | | | 2 | | 1 | 2 | | | 1 |
| M | A | L | 465 | 426 | PCOR | NCOR | SMF | NCHG | EXAM |
| | | | | | | | | | 044 |

15

M
044

## CORPORATION ASSIGNMENT OF DEED OF TRUST

FOR VALUE RECEIVED, the undersigned grants, assigns and transfers to:

**SEE EXHIBIT "A" ATTACHED HERETO AND MADE A PART HEREOF.**

all of Assignor's undivided right, title and beneficial interest, without recourse or warranty, in and to that certain Deed of Trust dated **September 21, 2006**, executed by **The Preserve, LLC, a California limited liability company**, as Trustor, to National Financial Lending, Inc., a California Corporation, as Trustee and recorded on **October 23, 2006** as instrument No. #06-776838 Official Records in the office of the County Recorder of **Riverside**, California, secured by the real property described therein:

TOGETHER with the note or notes therein described or referred to, the money due and to become due thereon with interest, and all rights accrued or to accrue under said Deed of Trust.

Dated: November 1, 2006

Point Center Financial, Inc., a California corporation

By: _____
Dan J. Harkey, President

STATE OF CALIFORNIA
COUNTY OF ORANGE

On ___November 1, 2006___ before me, ___M. Gwen Melanson___ , Notary Public, personally appeared ___Dan J. Harkey___ , personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s) or the entity upon behalf of which the person(s) acted, executed this instrument.

WITNESS my hand and official seal.

Signature _____

(This area for official notarial seal)

M. GWEN MELANSON
COMM. #1663382
Notary Public-California
ORANGE COUNTY
My Comm. Exp. May 1, 2010

Exhibit **B**
Page **261**

L
45

## EXHIBIT "A"
## Assignees

James Anthony Barton, Trustee of The James Anthony Barton Revocable Trust as to an undivided 0.179% interest;

Vincent A. Bauerlein and Margaret E. Bauerlein, husband and wife as joint tenants with rights of survivorship as to an undivided 0.127% interest;

Daniel H. Wiseman, Trustee of The Daniel H. Wiseman, M.D. Sole Proprietor Profit Sharing Pension Plan as to an undivided 0.385% interest;

Nico A. Dourbetas and Niki Dourbetas, husband and wife as community property with rights of survivorship as to an undivided 0.154% interest;

Alex Dourbetas and Christy Dourbetas, husband and wife as joint tenants with rights of survivorship as to an undivided 0.641% interest;

Arnie Garcia and Kristina Garcia, husband and wife as joint tenants with rights of survivorship as to an undivided 0.128% interest;

National Financial Lending, LLC, a California limited liability company as to an undivided 6.47% interest;

Point Center Mortgage Fund I, LLC, a Delaware limited liability company as to an undivided 2.16% interest;

Roger D. Probst and Judith A. Probst, husband and wife as community property with rights of survivorship as to an undivided 0.128% interest;

Bruce Seldeen, a widower as to an undivided 0.128% interest;

Timothy J. Spaeth and Andrea N. Spaeth, Trustees of The Timothy J. Spaeth and Andrea N. Spaeth Living Trust Dated May 25, 2000 as to an undivided 0.127% interest.

Alice Viera, a married woman as her sole and separate property as to an undivided 0.128% interest;

Exhibit ___B___
Page ___270___

___L___
___46___

RECORDING REQUESTED BY
AND WHEN RECORDED MAIL TO:

NAME        Point Center Financial, Inc.
ADDRESS     30900 Rancho Viejo Road, #100
CITY &      San Juan Capistrano, CA 92675
STATE
Attn:       Susan Cobb
svc# 319 11 09 DT1
Loan #206070/PRESERVE

DOC # 2006-0897651
12/07/2006 08:00A Fee:12.00
Page 1 of 2
Recorded in Official Records
County of Riverside
Larry W. Ward
Assessor, County Clerk & Recorder

| S | R | U | PAGE | SIZE | DA | MISC | LONG | RFD | COPY |
|---|---|---|------|------|-----|------|------|-----|------|
| 1 |   |   | 2 |   | 1 |   |   |   | 1 |
| M | A | L | 465 | 426 | PCOR | NCOR | SMF | NCHG | EXAM 044 |

13

M
044

## CORPORATION ASSIGNMENT OF DEED OF TRUST

FOR VALUE RECEIVED, the undersigned grants, assigns and transfers to:

### Gilbar Investment Co., a California general partnership

all of Assignor's undivided right, title and beneficial interest of the undersigned, without recourse or warranty, in and to that certain Deed of Trust dated **September 21, 2006** executed by **The Preserve, LLC, a California limited liability company**, as trustor to National Financial Lending, Inc., a California corporation, as Trustee and recorded on **October 23, 2006** as instrument No. **06-776838** of Official Records in the office of the County Recorder of **Riverside** State of **California**, describing land therein:

TOGETHER with the note or notes therein described or referred to, the money due and to become due thereon with interest, and all rights accrued or to accrue under said Deed of Trust.

Dated: November 8, 2006

The Milton J. and Doris H. Chasin Trust

_____ TTEE
Milton J. Chasin, Trustee

_____ Trustee
Doris H. Chasin, Trustee

RIVERSIDE,CA        DOCUMENT: AS 2006.897651                                Page 1 of 2

Printed on 1/15/2009 10:04:14 AM        Provided by DataTrace System

Exhibit    B
Page       271

L
47

STATE OF CALIFORNIA
COUNTY OF _Orange_

On _Nov. 8, 2006_ before me, _M. Courtney Hagee, Notary Public_, personally
appeared _Milton J. Chasin_, personally known to me (or proved to
me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within
instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and
that by his/her/their signature(s) on the instrument the person(s) or the entity upon behalf of which the person(s)
acted, executed this instrument.

WITNESS my hand and official seal.

Signature _M Courtney Hagee_

M. COURTNEY HAGEE
COMM. #1663388
Notary Public-California
ORANGE COUNTY
My Comm. Exp. May 2, 2010

(This area for official notarial seal)


STATE OF CALIFORNIA
COUNTY OF _ORANGE_

On _11/9/06_ before me, _BRANDON VICTOR TURONEK, Notary Public_, personally
appeared _DONIS H. CHASIN_, personally known to me (or proved to
me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within
instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and
that by his/her/their signature(s) on the instrument the person(s) or the entity upon behalf of which the person(s)
acted, executed this instrument.

WITNESS my hand and official seal.

Signature _____

BRANDON VICTOR TURONEK
Commission # 1542048
Notary Public - California
Orange County
My Comm. Expires Jan 7, 2009

(This area for official notarial seal)

Exhibit _B_
Page _272_

_L_
_48_

RECORDING REQUESTED BY

DOC # 2006-0897652
12/07/2006 08:00A Fee:9.00
Page 1 of 1
Recorded in Official Records
County of Riverside
Larry W. Ward
Assessor, County Clerk & Recorder

AND WHEN RECORDED MAIL TO

NAME         Point Center Financial, Inc.
ADDRESS      30900 Rancho Viejo Road, #100
CITY &       San Juan Capistrano, CA 92675
STATE
Attn:  Loan Servicing Department
Loan #206070/PRESERVE

*SE# 3191109DT8*

| S | R | U | PAGE | SIZE | DA | MISC | LONG | RFD | COPY |
|---|---|---|------|------|-----|------|------|-----|------|
|   |   |   |      |      |     |      |      |     |      |
| M | A | L | 465 | 426 | PCOR | NCOR | SMF | NCHG | EXAM |
|   |   |   |      |      |     |      |      |     | 044 |

## CORPORATION ASSIGNMENT OF DEED OF TRUST

10

M
044

FOR VALUE RECEIVED, the undersigned grants, assigns and transfers to:

**National Financial Lending, LLC, a California limited liability company as to an undivided 0.128% interest;**

all of Assignor's undivided right, title and beneficial interest, without recourse or warranty, in and to that certain Deed of Trust dated **September 21, 2006**, executed by **The Preserve, LLC, a California limited liability company**, as Trustor, to National Financial Lending, Inc., a California Corporation, as Trustee and recorded on **October 23, 2006** as instrument No. **#06-776838** Official Records in the office of the County Recorder of Riverside, California, secured by the real property described therein:

TOGETHER with the note or notes therein described or referred to, the money due and to become due thereon with interest, and all rights accrued or to accrue under said Deed of Trust.

Dated: October 19, 2006

Point Center Financial, Inc., a California corporation

By: _____
Dan J. Harkey, President

STATE OF CALIFORNIA
COUNTY OF ORANGE

On ___October 19, 2006___ before me, ___M. Gwen Melanson, Notary Public___ personally appeared ___Dan J. Harkey___, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s) or the entity upon behalf of which the person(s) acted, executed this instrument.

WITNESS my hand and official seal.

Signature _M. Gwen Melanson_

M. GWEN MELANSON
COMM. #1663382
Notary Public-California
ORANGE COUNTY
My Comm. Exp. May 1, 2010

(This area for official notarial seal)

RIVERSIDE,CA     DOCUMENT: AS 2006.897652

Printed on 1/15/2009 10:04:14 AM          Provided by DataTrace System

Page 1 of 1

Exhibit  B
Page    273

L
49

RECORDING REQUESTED BY

**DOC # 2006-0897653**
12/07/2006 08:00A Fee:9.00
Page 1 of 1
Recorded in Official Records
County of Riverside
Larry W. Ward
Assessor, County Clerk & Recorder

AND WHEN RECORDED MAIL TO

NAME      Point Center Financial, Inc.
ADDRESS   30900 Rancho Viejo Road, #100
CITY &    San Juan Capistrano, CA 92675
STATE
Attn: Loan Servicing Department
Loan #206070/PRESERVE

*SVC# 319110 9 DT9*

| S | R | U | PAGE | SIZE | DA | MISC | LONG | RFD | COPY |
|---|---|---|------|------|----|------|------|-----|------|
| 1 |   |   |      |      |    | 1    |      |     | 1    |
| M | A | L | 465  | 426  | PCOR | NCOR | SMF | NCHG | EXAM |
|   |   |   |      |      |      |      |     |      | 044  |

## CORPORATION ASSIGNMENT OF DEED OF TRUST

10

M
044

FOR VALUE RECEIVED, the undersigned grants, assigns and transfers to:

**National Financial Lending, LLC, a California limited liability company as to an undivided 2.33% interest;**

all of Assignor's undivided right, title and beneficial interest, without recourse or warranty, in and to that certain Deed of Trust dated **September 21, 2006**, executed by **The Preserve, LLC, a California limited liability company**, as Trustor, to National Financial Lending, Inc., a California Corporation, as Trustee and recorded on **October 23, 2006** as instrument No. **#06-776838** Official Records in the office of the County Recorder of **Riverside**, California, secured by the real property described therein:

TOGETHER with the note or notes therein described or referred to, the money due and to become due thereon with interest, and all rights accrued or to accrue under said Deed of Trust.

Dated: October 19, 2006

Point Center Financial, Inc., a California corporation

By: _____
Dan J. Harkey, President

STATE OF CALIFORNIA
COUNTY OF ORANGE

On ___October 19, 2006___ before me,___ M. Gwen Melanson, Notary Public ___ personally appeared ___ Dan J. Harkey ___, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s) or the entity upon behalf of which the person(s) acted, executed this instrument.

WITNESS my hand and official seal.

Signature _M. Gwen Melanson_

M. GWEN MELANSON
COMM. #1663382
Notary Public-California
ORANGE COUNTY
My Comm. Exp. May 1, 2010

(This area for official notarial seal)

RIVERSIDE,CA     DOCUMENT: AS 2006.897653                    Page 1 of 1

Printed on 1/15/2009 10:04:14 AM          Provided by DataTrace System

Exhibit
**B**
**274**

L
**SD**

RECORDING REQUESTED BY

DOC # 2006-0897654
12/07/2006 08:00A Fee:9.00
Page 1 of 1
Recorded in Official Records
County of Riverside
Larry W. Ward
Assessor, County Clerk & Recorder

AND WHEN RECORDED MAIL TO

NAME · Point Center Financial, Inc.
ADDRESS 30900 Rancho Viejo Road, #100
CITY & San Juan Capistrano, CA 92675
STATE
Attn: Loan Servicing Department
Loan #206070/PRESERVE

SUC# 3191625DTI

| S | R | U | PAGE | SIZE | DA | MISC | LONG | RFD | COPY |
|---|---|---|------|------|-----|------|------|-----|------|
| | | | ↓ | ↓ | ↓ | | | | ↓ |
| M | A | L | 465 | 426 | PCOR | NCOR | SMF | NCHG | EXAM |
| | | | | | | | | | 044 |

## CORPORATION ASSIGNMENT OF DEED OF TRUST

10

M
044

FOR VALUE RECEIVED, the undersigned grants, assigns and transfers to:

**National Financial Lending, LLC, a California limited liability company as to an undivided 0.192% interest;**

all of Assignor's undivided right, title and beneficial interest, without recourse or warranty, in and to that certain Deed of Trust dated **September 21, 2006**, executed by **The Preserve, LLC, a California limited liability company**, as Trustor, to National Financial Lending, Inc., a California Corporation, as Trustee and recorded on **October 23, 2006** as instrument No. #06-776838 Official Records in the office of the County Recorder of **Riverside**, California, secured by the real property described therein:

TOGETHER with the note or notes therein described or referred to, the money due and to become due thereon with interest, and all rights accrued or to accrue under said Deed of Trust.

Dated: October 19, 2006

Point Center Financial, Inc., a California corporation

By: _____
Dan J. Harkey, President

STATE OF CALIFORNIA
COUNTY OF ORANGE

On ___October 19, 2006___ before me, ___M. Gwen Melanson, Notary Public___ personally appeared ___Dan J. Harkey___, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s) or the entity upon behalf of which the person(s) acted, executed this instrument.

WITNESS my hand and official seal.

Signature _____

M. GWEN MELANSON
COMM. #1663382
Notary Public-California
ORANGE COUNTY
My Comm. Exp. May 1, 2010

(This area for official notarial seal)

Exhibit B
Page 275

L
51

RECORDING REQUESTED BY
AND WHEN RECORDED MAIL TO

| | |
|---|---|
| NAME | Point Center Financial, Inc. |
| ADDRESS | 30900 Rancho Viejo Road, #100 |
| CITY & STATE | San Juan Capistrano, CA 92675 |
| Attn: | Loan Servicing Department |

Loan #206070/The Preserve, LLC

*SVC# 3191125DT6*

**DOC #** 2006-0932349

12/21/2006 08:00A Fee:12.00
Page 1 of 2
Recorded in Official Records
County of Riverside
Larry W. Ward
Assessor, County Clerk & Recorder

| S | R | U | PAGE | SIZE | DA | MISC | LONG | RFD | COPY |
|---|---|---|---|---|---|---|---|---|---|
| / | | | 2 | / | / | | | | |
| M | A | L | 465 | 426 | PCOR | NCOR | SMF | NCHG | EXAM |
| | | | | | | | | | 042 |

M 042

## CORPORATION ASSIGNMENT OF DEED OF TRUST

FOR VALUE RECEIVED, the undersigned grants, assigns and transfers to:

George J. Hermestroff and Helen F. Hermestroff, Co-Trustees of the GHH Family Trust dated 4/18/94, as Amended and Restated on 12/31/00 as to an undivided 0.128% interest.

All of Assignor's undivided right, title and beneficial interest of the undersigned, without recourse or warranty, in and to that certain Deed of Trust dated **September 21, 2006** executed by **The Preserve, LLC, a California limited liability company**, as Trustor to National Financial Lending, Inc., a California corporation, as Trustee and recorded on **October 23, 2006** as instrument no. **2006-776838** of Official Records in the office of the County Recorder of **Riverside** County, State of **California**, describing land therein.

TOGETHER with the note or notes therein described or referred to, the money due and to become due thereon with interest, and all rights accrued or to accrue under said Deed of Trust.

Dated: 1 December 2006

Point Center Financial, Inc.
a California corporation

Dan J. Harkey, President

STATE OF CALIFORNIA
COUNTY OF ORANGE

On 12/4/06, before me, M Courtney Hagee, a Notary Public in and for said County, and State, personally appeared **Dan J. Harkey**, known to me (or proven to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument and acknowledged that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

Witness my hand and official seal.

M. COURTNEY HAGEE
COMM. #1663368
Notary Public-California
ORANGE COUNTY
My Comm. Exp. May 2, 2010

Place Notary Seal Above

Exhibit B
Page 276

L
52

Loan #206070/The Preserve, LLC

## CORPORATION ASSIGNMENT OF PROMISSORY NOTE

Dated: 1 December 2006

FOR VALUABLE CONSIDERATION, RECEIPT OF WHICH IS HEREBY
ACKNOWLEDGED, THE UNDERSIGNED HEREBY ASSIGNS AND TRANSFERS TO:

**Russell Connor, an unmarried man as to an undivided 0.128% interest;**

George J. Hermestroff and Helen F. Hermestroff, Co-Trustees of the GHH Family Trust
dated 4/18/94, as Amended and Restated on 12/31/00 as to an undivided 0.128%
interest.

ALL OF ASSIGNOR'S UNDIVIDED BENEFICIAL INTEREST, AS STATED, IN AND TO
THIS NOTE FOR **$39,000,000.00** TOGETHER WITH ALL INTEREST ACCRUED OR TO
ACCRUE THEREFROM.

Point Center Financial, Inc.
a California corporation

Dan J. Harkey, President

Exhibit B
Page 277

L
53

DOC  2006-0932352
12/21/2006 08:00A Fee:15.00
Page 1 of 3
Recorded in Official Records
County of Riverside
Larry W. Ward
Assessor, County Clerk & Recorder

RECORDING REQUESTED BY
AND WHEN RECORDED MAIL TO

| NAME | Point Center Financial, Inc. |
| ADDRESS | 30900 Rancho Viejo Road, #100 |
| CITY & STATE | San Juan Capistrano, CA 92675 |
| Attn: | Loan Servicing Department |

Loan #206070/The Preserve, LLC

SVC# 3191125DT4

| S | R | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | 3 | | | | | |
| M | A | L | 465 | 426 | PCOR | NCOR | SMF | NCHG |
| | | | | | | | | EXAM 042 |

M 042

## CORPORATION ASSIGNMENT OF DEED OF TRUST

FOR VALUE RECEIVED, the undersigned grants, assigns and transfers to:

**SEE EXHIBIT 'A' ATTACHED THERETO**

All of Assignor's undivided right, title and beneficial interest of the undersigned, without recourse or warranty, in and to that certain Deed of Trust dated **September 21, 2006** executed by **The Preserve, LLC, a California limited liability company,** as Trustor to National Financial Lending, Inc., a California corporation, as Trustee and recorded on **October 23, 2006** as instrument no. **2006-776838** of Official Records in the office of the County Recorder of **Riverside** County, State of **California**, describing land therein.

TOGETHER with the note or notes therein described or referred to, the money due and to become due thereon with interest, and all rights accrued or to accrue under said Deed of Trust.

Dated: 17 November 2006

Point Center Financial, Inc.
a California corporation

Dan J. Harkey, President

STATE OF CALIFORNIA
COUNTY OF ORANGE

On Nov 17, 2006 before me, M Courtney Hagee, a Notary Public in and for said County, and State, personally appeared **Dan J. Harkey,** known to me (or proven to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument and acknowledged that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

Witness my hand and official seal.

M. COURTNEY HAGEE
COMM. #1663368
Notary Public-California
ORANGE COUNTY
My Comm. Exp. May 2, 2010
ES/1

Place Notary Seal Above

RIVERSIDE,CA    DOCUMENT: AS 2006.932352    Page 1 of 3

Printed on 1/15/2009 10:04:15 AM    Provided by DataTrace System

Exhibit B
278
Page



L
54

The Preserve, LLC/206070

Exhibit 'A'

Edwin L. Foreman and Dianne E. Foreman, trustees of the Edwin and Dianne Foreman Family
Trust as to an undivided 0.128% interest;

The Sid K. and Jessica M. Louie Family L.P., a California limited partnership as to an undivided
0.128% interest;

Winthrop B. Orgera and Sally L. Orgera, Trustees of the Orgera Family Trust dated February 14,
1996 as to an undivided 0.128% interest;

Frank E. Winans and Cynda D. Winans, husband and wife as community property with right of
survivorship as to an undivided 0.154% interest.

Loan #206070/The Preserve, LLC

## CORPORATION ASSIGNMENT OF PROMISSORY NOTE

Dated: 17 November 2006

FOR VALUABLE CONSIDERATION, RECEIPT OF WHICH IS HEREBY ACKNOWLEDGED, THE UNDERSIGNED HEREBY ASSIGNS AND TRANSFERS TO:

Edwin L. Foreman and Dianne E. Foreman, trustees of the Edwin and Dianne Foreman Family Trust as to an undivided 0.128% interest;

The Sid K. and Jessica M. Louie Family L.P., a California limited partnership as to an undivided 0.128% interest;

Winthrop B. Orgera and Sally L. Orgera, Trustees of the Orgera Family Trust dated February 14, 1996 as to an undivided 0.128% interest;

Frank E. Winans and Cynda D. Winans, husband and wife as community property with right of survivorship as to an undivided 0.154% interest.

ALL OF ASSIGNOR'S UNDIVIDED BENEFICIAL INTEREST, AS STATED, IN AND TO THIS NOTE FOR **$39,000,000.00** TOGETHER WITH ALL INTEREST ACCRUED OR TO ACCRUE THEREFROM.

Point Center Financial, Inc.
a California corporation

Dan J. Harkey, President

Exhibit _B_
Page _280_

56

RECORDING REQUESTED BY
AND WHEN RECORDED MAIL TO

DOC # 2006-0932353
12/21/2006 08:00A Fee:15.00
Page 1 of 3
Recorded in Official Records
County of Riverside
Larry W. Ward
Assessor, County Clerk & Recorder

NAME      Point Center Financial, Inc.
ADDRESS   30900 Rancho Viejo Road, #100
CITY &    San Juan Capistrano, CA 92675
STATE
Attn:     Loan Servicing Department

Loan #206070/The Preserve, LLC

~sur # 3 19 11 25 DT 5

| S | R | U | PAGE | SIZE | DA | MISC | LONG | RFD | COPY |
|---|---|---|------|------|-----|------|------|-----|------|
| / | / | / | 3 | | | / | | | / |
| M | A | L | 465 | 426 | PCOR | NCOR | SMF | NCHG | EXAM |
| | | | | | | | | | 042 - |

|M
042

## CORPORATION ASSIGNMENT OF DEED OF TRUST

FOR VALUE RECEIVED, the undersigned grants, assigns and transfers to:

**SEE EXHIBIT 'A' ATTACHED THERETO**

All of Assignor's undivided right, title and beneficial interest of the undersigned, without recourse or warranty, in and to that certain Deed of Trust dated **September 21, 2006** executed by **The Preserve, LLC, a California limited liability company,** as Trustor to National Financial Lending, Inc., a California corporation, as Trustee and recorded on **October 23, 2006** as instrument no. **2006-776838** of Official Records in the office of the County Recorder of **Riverside** County, State of **California**, describing land therein.

TOGETHER with the note or notes therein described or referred to, the money due and to become due thereon with interest, and all rights accrued or to accrue under said Deed of Trust.

Dated: 28 November 2006

Point Center Financial, Inc.
a California corporation

Dan J. Harkey, President

STATE OF CALIFORNIA
COUNTY OF ORANGE

On Nov 28, 2006 before me, _M Courtney Hagee_, a Notary Public in and for said County, and State, personally appeared **Dan J. Harkey**, known to me (or proven to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument and acknowledged that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

Witness my hand and official seal.

M. COURTNEY HAGEE
COMM. #1663368
Notary Public-California
ORANGE COUNTY
My Comm. Exp. May 2, 2010

Place Notary Seal Above

RIVERSIDE,CA    DOCUMENT: AS 2006.932353                    Page 1 of 3

Printed on 1/15/2009 10:04:15 AM        Provided by DataTrace System

Exhibit B
Page 281

L
57

The Preserve, LLC/206070

Exhibit 'A'

**Russell Connor, an unmarried man as to an undivided 0.128% interest;**

**Clemet L. Crossno & Suellen Crossno, Trustees of the Crossno Family Trust dated February 14, 2000 as to an undivided 0.128% interest;**

**Edwards V. Waters and/or Rose E. Waters, Trustees of the Waters Family Trust dated 10/26/89 as to an undivided 0.128% interest;**

**Bradley A. Weinstein, Trustee of the Bradley A. Weinstein 2005 Trust as to an undivided 0.128% interest;**

**Daniel H. Walker and Lucinda Berg Walker, husband and wife as joint tenants as to an undivided 0.256% interest.**

Exhibit ___B___
Page ___282___

L
58

Loan #206070/The Preserve, LLC

## CORPORATION ASSIGNMENT OF PROMISSORY NOTE

Dated: 28 November 2006

FOR VALUABLE CONSIDERATION, RECEIPT OF WHICH IS HEREBY
ACKNOWLEDGED, THE UNDERSIGNED HEREBY ASSIGNS AND TRANSFERS TO:

**Russell Connor, an unmarried man as to an undivided 0.128% interest;**

Clemet L. Crossno & Suellen Crossno, Trustees of the Crossno Family Trust dated
February 14, 2000 as to an undivided 0.128% interest;

Edwards V. Waters and/or Rose E. Waters, Trustees of the Waters Family Trust dated
10/26/89 as to an undivided 0.128% interest;

Bradley A. Weinstein, Trustee of the Bradley A. Weinstein 2005 Trust as to an
undivided 0.128% interest;

Daniel H. Walker and Lucinda Berg Walker, husband and wife as joint tenants as to an
undivided 0.256% interest.

ALL OF ASSIGNOR'S UNDIVIDED BENEFICIAL INTEREST, <u>AS STATED</u>, IN AND TO
THIS NOTE FOR **$39,000,000.00** TOGETHER WITH ALL INTEREST ACCRUED OR TO
ACCRUE THEREFROM.

Point Center Financial, Inc.
a California corporation

_Dan J. Harkey, President_

RIVERSIDE,CA     DOCUMENT: AS 2006.932353

Page 3 of 3

Printed on 1/15/2009 10:04:15 AM          Provided by DataTrace System

Exhibit __B__

Page __283__

L
59