RECORDING REQUESTED BY
AND WHEN RECORDED MAIL TO

DOC #   2007-0025510
01/11/2007 08:00A Fee:12.00
Page 1 of 2
Recorded in Official Records
County of Riverside
Larry W. Ward
Assessor, County Clerk & Recorder

| NAME | Point Center Financial, Inc. |
| ADDRESS | 30900 Rancho Viejo Road, #100 |
| CITY & | San Juan Capistrano, CA 92675 |
| STATE | |
| Attn: | Loan Servicing Department |

Loan #206070/The Preserve, LLC

Svc# 31911250T1

| S | R | U | PAGE | SIZE | DA | MISC | LONG | RFD | COPY |
|---|---|---|---|---|---|---|---|---|---|
| M | A | L | 465 | 426 | PCOR | NCOR | SMF | NCHG | EXAM |

B

## CORPORATION ASSIGNMENT OF DEED OF TRUST

M 006

FOR VALUE RECEIVED, the undersigned grants, assigns and transfers to:

Vahe Hacopian & Armine G. Hacopian, Trustees of the Hacopian Living Trust dated January 15, 1990 as to an undivided 0.128% interest.

All of Assignor's undivided right, title and beneficial interest of the undersigned, without recourse or warranty, in and to that certain Deed of Trust dated **September 21, 2006** executed by **The Preserve, LLC, a California limited liability company,** as Trustor to National Financial Lending, Inc., a California corporation, as Trustee and recorded on **October 23, 2006** as instrument no. **2006-776838** of Official Records in the office of the County Recorder of **Riverside** County, State of **California**, describing land therein.

TOGETHER with the note or notes therein described or referred to, the money due and to become due thereon with interest, and all rights accrued or to accrue under said Deed of Trust.

Dated: 8 December 2006

Point Center Financial, Inc.
a California corporation

Dan J. Harkey, President

STATE OF CALIFORNIA
COUNTY OF ORANGE

On 12/8/06 , before me, _M. Courtney Hagee_ , a Notary Public in and for said County, and State, personally appeared **Dan J. Harkey**, known to me (or proven to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument and acknowledged that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

Witness my hand and official seal.

M. COURTNEY HAGEE
COMM. #1663368
Notary Public-California
ORANGE COUNTY
My Comm. Exp. May 2, 2010

Place Notary Seal Above

RIVERSIDE,CA   DOCUMENT: AS 2007.25510

Page 1 of 2

Printed on 1/15/2009 10:04:15 AM   Provided by DataTrace System

Exhibit B
Page 284

**Loan #206070/The Preserve, LLC**

## CORPORATION ASSIGNMENT OF PROMISSORY NOTE

Dated: 8 December 2006

FOR VALUABLE CONSIDERATION, RECEIPT OF WHICH IS HEREBY ACKNOWLEDGED, THE UNDERSIGNED HEREBY ASSIGNS AND TRANSFERS TO:

Vahe Hacopian & Armine G. Hacopian, Trustees of the Hacopian Living Trust dated January 15, 1990 as to an undivided 0.128% interest.

ALL OF ASSIGNOR'S UNDIVIDED BENEFICIAL INTEREST, <u>AS STATED</u>, IN AND TO THIS NOTE FOR **$39,000,000.00** TOGETHER WITH ALL INTEREST ACCRUED OR TO ACCRUE THEREFROM.

Point Center Financial, Inc.
a California corporation

Dan J. Harkey, President

RIVERSIDE,CA    DOCUMENT: AS 2007.25510                    Page 2 of 2

Printed on 1/15/2009 10:04:15 AM        Provided by DataTrace System

Exhibit **B**
Page **285**

DOC #  2007-0081917
02/02/2007 08:00A Fee:15.00
Page 1 of 3
Recorded in Official Records
County of Riverside
Larry W. Ward
Assessor, County Clerk & Recorder

RECORDING REQUESTED BY
AND WHEN RECORDED MAIL TO

NAME      Point Center Financial, Inc.
ADDRESS  30900 Rancho Viejo Road, #100
CITY &     San Juan Capistrano, CA 92675
STATE
Attn:        Loan Servicing Department

Loan #206070/The Preserve, LLC

SVC# 3191125DT8

| S | R | U | PAGE | SIZE | DA | MISC | LONG | RFD | COPY |
|---|---|---|------|------|-----|------|------|-----|------|
| M | A | L | 465 | 426 | PCOR | NCOR | SMF | NCHG | |

## ASSIGNMENT OF DEED OF TRUST

16    M
      002

FOR VALUE RECEIVED, the undersigned grants, assigns and transfers to:

Mary Kathryn Thee, Trustee of the Thee Family Trust B dated 10/08/80 as to an undivided 0.128% interest.

All of Assignor's undivided right, title and beneficial interest of the undersigned, without recourse or warranty, in and to that certain Deed of Trust dated **September 21, 2006** executed by **The Preserve, LLC, a California limited liability company**, as Trustor to National Financial Lending, Inc., a California corporation, as Trustee and recorded on **October 23, 2006** as instrument no. **2006-776838** of Official Records in the office of the County Recorder of **Riverside** County, State of **California**, describing land therein.

TOGETHER with the note or notes therein described or referred to, the money due and to become due thereon with interest, and all rights accrued or to accrue under said Deed of Trust.

Dated: 18 December 2006                    The Second Restated Thee Revocable Family Trust
                                                          dated October 8th, 1980

                                                          *Mary Kathryn Thee Trustee*
                                                          Mary Kathryn Thee, Trustee

STATE OF California
COUNTY OF Orange

On December 22, 2006 before me, Rebecca A. Davis, NOTARY PUBLIC, personally appeared Mary Kathryn Thee, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s) or the entity upon behalf of which the person(s) acted, executed this instrument.

WITNESS my hand and official seal.

*Rebecca A. Davis*



REBECCA A. DAVIS
Commission # 1581663
Notary Public - California
Orange County
My Comm. Expires Jun 17, 2009

Place Notary Seal Above

Exhibit B
Page 286

**Loan #206070/The Preserve, LLC**

## ASSIGNMENT OF PROMISSORY NOTE

Dated: 18 December 2006

FOR VALUABLE CONSIDERATION, RECEIPT OF WHICH IS HEREBY ACKNOWLEDGED, THE UNDERSIGNED HEREBY ASSIGNS AND TRANSFERS TO:

Mary Kathryn Thee, Trustee of the Thee Family Trust B dated 10/08/80 as to an undivided 0.128% interest.

ALL OF ASSIGNOR'S UNDIVIDED BENEFICIAL INTEREST, <u>AS STATED</u>, IN AND TO THIS NOTE FOR **$39,000,000.00** TOGETHER WITH ALL INTEREST ACCRUED OR TO ACCRUE THEREFROM.

The Second Restated Thee Revocable Family Trust dated October 8th, 1980

Mary Kathryn Thee, Trustee

# ILLEGIBLE NOTARY SEAL DECLARATION
## (GOVERNMENT CODE 27361.7)

**I certify under penalty of perjury that the notary seal on the document to which this statement is attached reads as follows:**

Name of Notary:  **Rebecca A Davis**

Commission No.:  **1581683**

Date Commission Expires:  **June 17, 2009**

Vendor I.D. No.:  **NNA1**

Date and Place of Notary Execution:  **December 22, 2006**    **Orange County**

Date and Place of This Declaration:  **January 29, 2007**    **Orange County**

**Signature**

**T.D. SERVICE COMPANY**
**Firm Name (if any)**

RIVERSIDE,CA    DOCUMENT: AS 2007.81917                    Page 3 of 3

Printed on 1/15/2009 10:04:15 AM        Provided by DataTrace System

Exhibit _____ B
Page _____ 288



RECORDING REQUESTED BY
AND WHEN RECORDED MAIL TO

NAME       Point Center Financial, Inc.
ADDRESS    30900 Rancho Viejo Road, #100
CITY &     San Juan Capistrano, CA 92675
STATE
Attn:      Loan Servicing Department

Loan #206070/The Preserve, LLC

Service # 3228383 DT2

DOC # 2007-0111357
02/16/2007 08:00A Fee:12.00
Page 1 of 2
Recorded in Official Records
County of Riverside
Larry W. Ward
Assessor, County Clerk & Recorder

| S | R | U | PAGE | SIZE | DA | MISC | LONG | RFD | COPY |
|---|---|---|------|------|----|------|------|-----|------|
|   |   |   |      |      |    |      |      |     |      |
| M | A | L | 465 | 426 | PCOR | NCOR | SMF | NCHG | EXAM |
|   |   |   |      |      |      |      |     |      | 049 |

## CORPORATION ASSIGNMENT OF DEED OF TRUST

M
049

FOR VALUE RECEIVED, the undersigned grants, assigns and transfers to:

National Financial Lending, LLC, a California limited liability company as to an undivided 2.750% interest.

All of Assignor's undivided right, title and beneficial interest of the undersigned, without recourse or warranty, in and to that certain Deed of Trust dated **September 21, 2006** executed by **The Preserve, LLC, a California limited liability company,** as Trustor to National Financial Lending, Inc., a California corporation, as Trustee and recorded on **October 23, 2006** as instrument no. **2006-776838** of Official Records in the office of the County Recorder of **Riverside** County, State of **California**, describing land therein.

TOGETHER with the note or notes therein described or referred to, the money due and to become due thereon with interest, and all rights accrued or to accrue under said Deed of Trust.

Dated: 5 January 2007

Point Center Financial, Inc.
a California corporation

Dan J. Harkey, President

STATE OF CALIFORNIA
COUNTY OF ORANGE

On 1/5/07, before me, M. Courtney Hagee _____, a Notary Public in and for said County, and State, personally appeared **Dan J. Harkey**, known to me (or proven to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument and acknowledged that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

Witness my hand and official seal.

M. COURTNEY HAGEE
COMM. #1663368
Notary Public-California
ORANGE COUNTY
My Comm. Exp. May 2, 2010

Place Notary Seal Above

RIVERSIDE,CA    DOCUMENT: AS 2007.111357                                Page 1 of 2

Printed on 1/15/2009 10:04:15 AM       Provided by DataTrace System

Exhibit B
Page 284

**Loan #206070/The Preserve, LLC**

## CORPORATION ASSIGNMENT OF PROMISSORY NOTE

Dated: 5 January 2007

FOR VALUABLE CONSIDERATION, RECEIPT OF WHICH IS HEREBY ACKNOWLEDGED, THE UNDERSIGNED HEREBY ASSIGNS AND TRANSFERS TO:

National Financial Lending, LLC, a California limited liability company as to an undivided 2.750% interest.

ALL OF ASSIGNOR'S UNDIVIDED BENEFICIAL INTEREST, AS STATED, IN AND TO THIS NOTE FOR **$39,000,000.00** TOGETHER WITH ALL INTEREST ACCRUED OR TO ACCRUE THEREFROM.

Point Center Financial, Inc.
a California corporation

Dan J. Harkey, President

Exhibit **B**
Page **290**

RECORDING REQUESTED BY
AND WHEN RECORDED MAIL TO

NAME      Point Center Financial, Inc.
ADDRESS   30900 Rancho Viejo Road, #100
CITY &    San Juan Capistrano, CA 92675
STATE
Attn:     Loan Servicing Department

Loan #206070/The Preserve, LLC

Service # 3228383 DT3

DOC # 2007-0111358
02/16/2007 08:00A Fee:12.00
Page 1 of 2
Recorded in Official Records
County of Riverside
Larry W. Ward
Assessor, County Clerk & Recorder

| S | R | U | PA... | ... | ... | MISC | LONG | RFD | COPY |
|---|---|---|---|---|---|---|---|---|---|
| I | | | 2 | | | | | | |
| M | A | L | 465 | 426 | PCOR | NCOR | SMF | NCHG | EXAM 049 |

## CORPORATION ASSIGNMENT OF DEED OF TRUST

M
049

FOR VALUE RECEIVED, the undersigned grants, assigns and transfers to:

Roger Kamranfar and Rosie Parivash, husband and wife as community property with right of
survivorship as to an undivided 0.123% interest.

All of Assignor's undivided right, title and beneficial interest of the undersigned, without recourse or
warranty, in and to that certain Deed of Trust dated **September 21, 2006** executed by **The Preserve, LLC,
a California limited liability company,** as Trustor to National Financial Lending, Inc., a California
corporation, as Trustee and recorded on **October 23, 2006** as instrument no. **2006-776838** of Official
Records in the office of the County Recorder of **Riverside** County, State of **California**, describing land
therein.

TOGETHER with the note or notes therein described or referred to, the money due and to become due
thereon with interest, and all rights accrued or to accrue under said Deed of Trust.

Dated: 3 January 2007

Point Center Financial, Inc.
a California corporation

Dan J. Harkey, President

STATE OF CALIFORNIA
COUNTY OF ORANGE

On 1/3/07, before me, M. Courtney Hagee, a Notary Public in and for said County, and
State, personally appeared **Dan J. Harkey**, known to me (or proven to me on the basis of satisfactory evidence) to
be the person whose name is subscribed to the within instrument and acknowledged that he executed the same in
his authorized capacity, and that by his signature on the instrument the person, or the entity upon behalf of which the
person acted, executed the instrument.

Witness my hand and official seal.

M. COURTNEY HAGEE
COMM. #1663368
Notary Public-California
ORANGE COUNTY
My Comm. Exp. May 2, 2010

Place Notary Seal Above

RIVERSIDE,CA     DOCUMENT: AS 2007.111358                          Page 1 of 2

Printed on 1/15/2009 10:04:16 AM          Provided by DataTrace System

Exhibit  B
Page  291

**Loan #206070/The Preserve, LLC**

## CORPORATION ASSIGNMENT OF PROMISSORY NOTE

Dated: 3 January 2007

FOR VALUABLE CONSIDERATION, RECEIPT OF WHICH IS HEREBY
ACKNOWLEDGED, THE UNDERSIGNED HEREBY ASSIGNS AND TRANSFERS TO:

Roger Kamranfar and Rosie Parivash, husband and wife as community property with
right of survivorship as to an undivided 0.123% interest.

ALL OF ASSIGNOR'S UNDIVIDED BENEFICIAL INTEREST, AS STATED, IN AND TO
THIS NOTE FOR **$39,000,000.00** TOGETHER WITH ALL INTEREST ACCRUED OR TO
ACCRUE THEREFROM.

Point Center Financial, Inc.
a California corporation

X _____
Dan J. Harkey, President

Exhibit __B__
Page __292__

RECORDING REQUESTED BY
AND WHEN RECORDED MAIL TO

NAME      Point Center Financial, Inc.
ADDRESS   30900 Rancho Viejo Road, #100
CITY &    San Juan Capistrano, CA 92675
STATE
Attn:     Loan Servicing Department

Loan #206070/The Preserve, LLC

Service# 3228383 DTI

DOC # 2007-0111359
02/16/2007 08:00A Fee:12.00
Page 1 of 2
Recorded in Official Records
County of Riverside
Larry W. Ward
Assessor, County Clerk & Recorder

| S | R | U | PAGE | SIZE | DA | MISC | LONG | RFD | COPY |
|---|---|---|------|------|-----|------|------|-----|------|
| 1 |   |   | 2    |      |     |      |      |     |      |
| M | A | L | 465  | 426  | PCOR| NCOR | SMF  | NCHG| EXAM |

049

## CORPORATION ASSIGNMENT OF DEED OF TRUST

M
049

FOR VALUE RECEIVED, the undersigned grants, assigns and transfers to:

Doris I. and Gary C. Lucas, L.P., a Nevada family limited partnership company as to an undivided
0.128% interest.

12

All of Assignor's undivided right, title and beneficial interest of the undersigned, without recourse or
warranty, in and to that certain Deed of Trust dated **September 21, 2006** executed by **The Preserve, LLC,
a California limited liability company**, as Trustor to National Financial Lending, Inc., a California
corporation, as Trustee and recorded on **October 23, 2006** as instrument no. **2006-776838** of Official
Records in the office of the County Recorder of **Riverside** County, State of **California**, describing land
therein.

TOGETHER with the note or notes therein described or referred to, the money due and to become due
thereon with interest, and all rights accrued or to accrue under said Deed of Trust.

Dated: 16 January 2007

Point Center Financial, Inc.
a California corporation

Dan J. Harkey, President

STATE OF CALIFORNIA
COUNTY OF ORANGE

On 1/16/07, before me, M. Courtney Hagee_____, a Notary Public in and for said County, and
State, personally appeared **Dan J. Harkey**, known to me (or proven to me on the basis of satisfactory evidence) to
be the person whose name is subscribed to the within instrument and acknowledged that he executed the same in
his authorized capacity, and that by his signature on the instrument the person, or the entity upon behalf of which the
person acted, executed the instrument.

Witness my hand and official seal.

M. COURTNEY HAGEE
COMM. #1663368
Notary Public-California
ORANGE COUNTY
My Comm. Exp. May 2, 2010

Place Notary Seal Above

**RIVERSIDE,CA      DOCUMENT: AS 2007.111359**

**Page 1 of 2**

**Printed on 1/15/2009 10:04:16 AM      Provided by DataTrace System**

Exhibit B
Page 293

**Loan #206070/The Preserve, LLC**

## CORPORATION ASSIGNMENT OF PROMISSORY NOTE

Dated: 16 January 2007

FOR VALUABLE CONSIDERATION, RECEIPT OF WHICH IS HEREBY ACKNOWLEDGED, THE UNDERSIGNED HEREBY ASSIGNS AND TRANSFERS TO:

Doris I. and Gary C. Lucas, L.P., a Nevada family limited partnership company as to an undivided 0.128% interest.

ALL OF ASSIGNOR'S UNDIVIDED BENEFICIAL INTEREST, AS STATED, IN AND TO THIS NOTE FOR **$39,000,000.00** TOGETHER WITH ALL INTEREST ACCRUED OR TO ACCRUE THEREFROM.

Point Center Financial, Inc.
a California corporation

Dan J. Harkey, President

Exhibit B
Page 294

L
70

DOC # 2007-0111360
02/16/2007 08:00A Fee:15.00
Page 1 of 3
Recorded in Official Records
County of Riverside
Larry W. Ward
Assessor, County Clerk & Recorder

RECORDING REQUESTED BY
AND WHEN RECORDED MAIL TO

NAME        Point Center Financial, Inc.
ADDRESS     30900 Rancho Viejo Road, #100
CITY &      San Juan Capistrano, CA 92675
STATE
Attn:       Loan Servicing Department

Loan #206070/The Preserve, LLC

Service #3191125 DT9

| S | R | U | PAGE | SIZE | DA | MISC | LONG | RFD | COPY |
|---|---|---|------|------|----|------|------|-----|------|
| 1 |   |   | 3    |      | 1  |      |      |     |      |
| M | A | L | 465  | 426  | PCOR | NCOR | SMF | NCHG | EXAM 049 |

## CORPORATION ASSIGNMENT OF DEED OF TRUST

M
049

FOR VALUE RECEIVED, the undersigned grants, assigns and transfers to:

**SEE EXHIBIT 'A' ATTACHED THERETO**

15-

All of Assignor's undivided right, title and beneficial interest of the undersigned, without recourse or warranty, in and to that certain Deed of Trust dated **September 21, 2006** executed by **The Preserve, LLC, a California limited liability company**, as Trustor to National Financial Lending, Inc., a California corporation, as Trustee and recorded on **October 23, 2006** as instrument no. **2006-776838** of Official Records in the office of the County Recorder of **Riverside** County, State of **California**, describing land therein.

TOGETHER with the note or notes therein described or referred to, the money due and to become due thereon with interest, and all rights accrued or to accrue under said Deed of Trust.

Dated: 18 December 2006

Point Center Financial, Inc.
a California corporation

Dan J. Harkey, President

STATE OF CALIFORNIA
COUNTY OF ORANGE

On 12/18/06, before me, _M. Courtney Hagee_, a Notary Public in and for said County, and State, personally appeared **Dan J. Harkey**, known to me (or proven to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument and acknowledged that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

Witness my hand and official seal.

M. COURTNEY HAGEE
COMM. #1663368
Notary Public-California
ORANGE COUNTY
My Comm. Exp. May 2, 2010

Place Notary Seal Above

RIVERSIDE,CA     DOCUMENT: AS 2007.111360                          Page 1 of 3

Printed on 1/15/2009 10:04:16 AM        Provided by DataTrace System

Exhibit B
Page 295

Exhibit 1
Page 71

The Preserve, LLC/206070

Exhibit 'A'

**Raymond E. Brown, a single man as to an undivided 0.128% interest;**

**John Iagjian and Adrienne Iagjian, husband and wife as community property as to an undivided 0.128% interest;**

**Dorothy Peterson LoCicero, Trustees of the LoCicero Family Trust as to an undivided 0.128% interest.**

Exhibit __B__
Page __29b__

Exhibit __
Page __72__

Loan #206070/The Preserve, LLC

## CORPORATION ASSIGNMENT OF PROMISSORY NOTE

Dated: 18 December 2006

FOR VALUABLE CONSIDERATION, RECEIPT OF WHICH IS HEREBY ACKNOWLEDGED, THE UNDERSIGNED HEREBY ASSIGNS AND TRANSFERS TO:

Raymond E. Brown, a single man as to an undivided 0.128% interest;

John Iagjian and Adrienne Iagjian, husband and wife as community property as to an undivided 0.128% interest;

Dorothy Peterson LoCicero, Trustees of the LoCicero Family Trust as to an undivided 0.128% interest.

ALL OF ASSIGNOR'S UNDIVIDED BENEFICIAL INTEREST, AS STATED, IN AND TO THIS NOTE FOR **$39,000,000.00** TOGETHER WITH ALL INTEREST ACCRUED OR TO ACCRUE THEREFROM.

Point Center Financial, Inc.
a California corporation

Dan J. Harkey, President

RIVERSIDE,CA    DOCUMENT: AS 2007.111360

Printed on 1/15/2009 10:04:16 AM    Provided by DataTrace System

Page 3 of 3

Exhibit __B__
Page __297__

Exhibit __L__
Page __73__

RECORDING REQUESTED BY
AND WHEN RECORDED MAIL TO

Page 1 of 3
Recorded in Official Records
County of Riverside
Larry W. Ward
Assessor, County Clerk & Recorder

| NAME | Point Center Financial, Inc. |
| ADDRESS | 30900 Rancho Viejo Road, #100 |
| CITY & STATE | San Juan Capistrano, CA 92675 |
| Attn: | Loan Servicing Department |

Loan #206070/The Preserve, LLC

Service # 3097623 DTB

| S | R | U | PAGE | SIZE | DA | MISC | LONG | RFD | COPY |
|---|---|---|---|---|---|---|---|---|---|
| | | | 3 | | | | | | |
| M | A | L | 465 | 426 | PCOR | NCOR | SMF | NCHG | EXAM |
| | | | | | | | | | 039 |

## CORPORATION ASSIGNMENT OF DEED OF TRUST

FOR VALUE RECEIVED, the undersigned grants, assigns and transfers to:

**SEE EXHIBIT 'A' ATTACHED THERETO**

All of Assignor's undivided right, title and beneficial interest of the undersigned, without recourse or warranty, in and to that certain Deed of Trust dated **September 21, 2006** executed by **The Preserve, LLC, a California limited liability company,** as Trustor to National Financial Lending, Inc., a California corporation, as Trustee and recorded on **October 23, 2006** as instrument no. **2006-776838** of Official Records in the office of the County Recorder of **Riverside** County, State of **California,** describing land therein.

TOGETHER with the note or notes therein described or referred to, the money due and to become due thereon with interest, and all rights accrued or to accrue under said Deed of Trust.

Dated: 29 January 2007

Point Center Financial, Inc.
a California corporation

Dan J. Harkey, President

STATE OF CALIFORNIA
COUNTY OF ORANGE

On 1/29/07, before me, M. Courtney Hagee, a Notary Public in and for said County, and State, personally appeared **Dan J. Harkey,** known to me (or proven to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument and acknowledged that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

Witness my hand and official seal.

M. COURTNEY HAGEE
COMM. #1683368
Notary Public-California
ORANGE COUNTY
My Comm. Exp. May 2, 2010

Place Notary Seal Above

RIVERSIDE,CA   DOCUMENT: AS 2007.161938

Page 1 of 3

Printed on 1/15/2009 10:04:16 AM   Provided by DataTrace System

Exhibit B
Page 298

Exhibit L
Page 74

The Preserve, LLC/206070

Exhibit 'A'

**Edward Curtis Ball, an unmarried man as to an undivided 0.128% interest;**

**Marvin J. Struiksma and Carol E. Struiksma, husband and wife as community property as to an undivided 0.128% interest;**

**L.D.'s Restaurants, Inc., a California corporation as to an undivided 0.128% interest.**

RIVERSIDE,CA      DOCUMENT: AS 2007.161938                                          Page 2 of 3

Printed on 1/15/2009 10:04:16 AM            Provided by DataTrace System

Exhibit ___B___
Page ___299___

Exhibit ___L___
Page ___75___

**Loan #206070/The Preserve, LLC**

## CORPORATION ASSIGNMENT OF PROMISSORY NOTE

Dated: 29 January 2007

FOR VALUABLE CONSIDERATION, RECEIPT OF WHICH IS HEREBY ACKNOWLEDGED, THE UNDERSIGNED HEREBY ASSIGNS AND TRANSFERS TO:

Edward Curtis Ball, an unmarried man as to an undivided 0.128% interest;

Marvin J. Struiksma and Carol E. Struiksma, husband and wife as community property as to an undivided 0.128% interest;

L.D.'s Restaurants, Inc., a California corporation as to an undivided 0.128% interest.

ALL OF ASSIGNOR'S UNDIVIDED BENEFICIAL INTEREST, <u>AS STATED</u>, IN AND TO THIS NOTE FOR **$39,000,000.00** TOGETHER WITH ALL INTEREST ACCRUED OR TO ACCRUE THEREFROM.

Point Center Financial, Inc.
a California corporation

Dan J. Harkey, President

Exhibit  B
Page  300

Exhibit  L
Page  76

DOC #: 2007.172714
Page 1 of 3
03/10/2007 08:00:00 Fee:15.00
Recorded in Official Records
County of Riverside
Larry W. Ward
Assessor, County Clerk & Recorder

RECORDING REQUESTED BY
AND WHEN RECORDED MAIL TO

NAME       Point Center Financial, Inc.
ADDRESS    30900 Rancho Viejo Road, #100
CITY &     San Juan Capistrano, CA 92675
STATE
Attn:      Loan Servicing Department

Loan #206070/The Preserve, LLC

Service #3228383DT4

| S | R | U | PAGE | SIZE | DA | MISC | LONG | RFD | COPY |
|---|---|---|------|------|----|----|------|-----|------|
|   |   |   | 3    |      | 1  |    |      |     |      |
| M | A | L | 465  | 426  | PCOR | NCOR | SMF | NCHG | EXAM |
|   |   |   |      |      |      |      |     |      | 0.26 |

M 026

## CORPORATION ASSIGNMENT OF DEED OF TRUST

FOR VALUE RECEIVED, the undersigned grants, assigns and transfers to:

**SEE EXHIBIT 'A' ATTACHED THERETO**

All of Assignor's undivided right, title and beneficial interest of the undersigned, without recourse or warranty, in and to that certain Deed of Trust dated **September 21, 2006** executed by **The Preserve, LLC, a California limited liability company,** as Trustor to National Financial Lending, Inc., a California corporation, as Trustee and recorded on **October 23, 2006** as instrument no. **2006-776838** of Official Records in the office of the County Recorder of **Riverside** County, State of **California**, describing land therein.

TOGETHER with the note or notes therein described or referred to, the money due and to become due thereon with interest, and all rights accrued or to accrue under said Deed of Trust.

Dated: 9 February 2007

Point Center Financial, Inc.
a California corporation

Dan J. Harkey, President

STATE OF CALIFORNIA
COUNTY OF ORANGE

On 2/20/07, before me, M. Courtney Hagee, a Notary Public in and for said County, and State, personally appeared **Dan J. Harkey**, known to me (or proven to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument and acknowledged that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

Witness my hand and official seal.

M. COURTNEY HAGEE
COMM. #1663368
Notary Public-California
ORANGE COUNTY
My Comm. Exp. May 2, 2010

Place Notary Seal Above

Exhibit B
Page 301

Exhibit L
Page 77

The Preserve, LLC/206070

Exhibit 'A'

**National Financial Lending, LLC, a California limited liability company as to an undivided 0.572% interest;**

**Robert A. Levin and Mary B. Levin, husband and wife as community property with right of survivorship as to an undivided 0.128% interest;**

**Arthur P. Villa and Maria T. Enriquez, Trustees of the Villa Revocable Living Trust as to an undivided 0.128% interest.**

Exhibit __B__
Page __302__

Exhibit __L__
Page __78__

Loan #206070/The Preserve, LLC

## CORPORATION ASSIGNMENT OF PROMISSORY NOTE

Dated: 9 February 2007

FOR VALUABLE CONSIDERATION, RECEIPT OF WHICH IS HEREBY
ACKNOWLEDGED, THE UNDERSIGNED HEREBY ASSIGNS AND TRANSFERS TO:

National Financial Lending, LLC, a California limited liability company as to an
undivided 0.572% interest;

Robert A. Levin and Mary B. Levin, husband and wife as community property with right
of survivorship as to an undivided 0.128% interest;

Arthur P. Villa and Maria T. Enriquez, Trustees of the Villa Revocable Living Trust as to
an undivided 0.128% interest.

ALL OF ASSIGNOR'S UNDIVIDED BENEFICIAL INTEREST, AS STATED, IN AND TO
THIS NOTE FOR $39,000,000.00 TOGETHER WITH ALL INTEREST ACCRUED OR TO
ACCRUE THEREFROM.

Point Center Financial, Inc.
a California corporation

Dan J. Harkey, President

RIVERSIDE,CA    DOCUMENT: AS 2007.172714                          Page 3 of 3

Printed on 1/15/2009 10:04:17 AM        Provided by DataTrace System

Exhibit L
Page 79

Exhibit B
Page 303

DOC # 2007-0279301
04/12 2007 08:00A Fee:12.00
Page 1 of 2
Recorded in Official Records
County of Riverside
Larry W. Ward
Assessor, County Clerk & Recorder

RECORDING REQUESTED BY
AND WHEN RECORDED MAIL TO

NAME      Point Center Financial, Inc.
ADDRESS   30900 Rancho Viejo Road, #100
CITY &    San Juan Capistrano, CA 92675
STATE
Attn:     Loan Servicing Department

Loan #206070/The Preserve, LLC

Service # 3228383 DTS

| S | R | U | PAGE | SIZE | DA | MISC | LONG | RFD | COPY |
|---|---|---|------|------|-----|------|------|-----|------|
| M | A | L | 465  | 426  | PCOR | NCOR | SMF | NCHG | EXAM |

## CORPORATION ASSIGNMENT OF DEED OF TRUST

M
013

FOR VALUE RECEIVED, the undersigned grants, assigns and transfers to:

Saul Izen, a widower and Phyllis Morgenstern, a widow as joint tenants as to an undivided 0.128% interest;

Richard Schachter, an unmarried man as to an undivided 0.128% interest.

All of Assignor's undivided right, title and beneficial interest of the undersigned, without recourse or warranty, in and to that certain Deed of Trust dated **September 21, 2006** executed by **The Preserve, LLC, a California limited liability company,** as Trustor to National Financial Lending, Inc., a California corporation, as Trustee and recorded on **October 23, 2006** as instrument no. **2006-776838** of Official Records in the office of the County Recorder of **Riverside** County, State of **California,** describing land therein.

TOGETHER with the note or notes therein described or referred to, the money due and to become due thereon with interest, and all rights accrued or to accrue under said Deed of Trust.

Dated: 12 March 2007

Point Center Financial, Inc.
a California corporation

Dan J. Harkey, President

STATE OF CALIFORNIA
COUNTY OF ORANGE

On 3/12/07, before me, M. Courtney Hagee, a Notary Public in and for said County, and State, personally appeared **Dan J. Harkey,** known to me (or proven to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument and acknowledged that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

Witness my hand and official seal.

M. COURTNEY HAGEE
COMM. #1663368
Notary Public-California
ORANGE COUNTY
My Comm. Exp. May 2, 2010

Place Notary Seal Above

**RIVERSIDE,CA      DOCUMENT: AS 2007.279301**                    Page 1 of 2

Printed on 1/15/2009 10:04:17 AM        Provided by DataTrace System

Exhibit 8
304
Page

Exhibit L
Page 80

**Loan #206070/The Preserve, LLC**

## CORPORATION ASSIGNMENT OF PROMISSORY NOTE

Dated: 12 March 2007

FOR VALUABLE CONSIDERATION, RECEIPT OF WHICH IS HEREBY
ACKNOWLEDGED, THE UNDERSIGNED HEREBY ASSIGNS AND TRANSFERS TO:

Saul Izen, a widower and Phyllis Morgenstern, a widow as joint tenants as to an
undivided 0.128% interest;

Richard Schachter, an unmarried man as to an undivided 0.128% interest.

ALL OF ASSIGNOR'S UNDIVIDED BENEFICIAL INTEREST, <u>AS STATED</u>, IN AND TO
THIS NOTE FOR **$39,000,000.00** TOGETHER WITH ALL INTEREST ACCRUED OR TO
ACCRUE THEREFROM.

Point Center Financial, Inc.
a California corporation

Dan J. Harkey, President

RIVERSIDE,CA    DOCUMENT: AS 2007.279301

**Page 2 of 2**

Printed on 1/15/2009 10:04:17 AM        Provided by DataTrace System

Exhibit __B__
Page __305__

Exhibit __L__
Page __81__

DOC # 2007-0279302
04/11/2007 08:00A Fee:15.00
Page 1 of 3
Recorded in Official Records
County of Riverside
Larry W. Ward
Assessor, County Clerk & Recorder

RECORDING REQUESTED BY
AND WHEN RECORDED MAIL TO

NAME        Point Center Financial, Inc.
ADDRESS     30900 Rancho Viejo Road, #100
CITY &      San Juan Capistrano, CA 92675
STATE
Attn:       Loan Servicing Department

Loan #206070/The Preserve, LLC

Service# 3228383DT6

| S | R | U | PAGE | SIZE | DA | MISC | LONG | RFD | COPY |
|---|---|---|------|------|-----|------|------|-----|------|
|   |   |   | 3    |      |     |      |      |     |      |
| M | A | L | 465  | 426  | PCOR | NCOR | SMF | NCHG | EXAM |

## CORPORATION ASSIGNMENT OF DEED OF TRUST

FOR VALUE RECEIVED, the undersigned grants, assigns and transfers to:

M
013

**SEE EXHIBIT 'A' ATTACHED THERETO**

All of Assignor's undivided right, title and beneficial interest of the undersigned, without recourse or warranty, in and to that certain Deed of Trust dated **September 21, 2006** executed by **The Preserve, LLC, a California limited liability company,** as Trustor to National Financial Lending, Inc., a California corporation, as Trustee and recorded on **October 23, 2006** as instrument no. **2006-776838** of Official Records in the office of the County Recorder of **Riverside** County, State of **California**, describing land therein.

TOGETHER with the note or notes therein described or referred to, the money due and to become due thereon with interest, and all rights accrued or to accrue under said Deed of Trust.

Dated: 2 April 2007

Point Center Financial, Inc.
a California corporation

Dan J. Harkey, President

STATE OF CALIFORNIA
COUNTY OF ORANGE

On 4/2/07, before me, M. Courtney Hagee, a Notary Public in and for said County, and State, personally appeared **Dan J. Harkey,** known to me (or proven to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument and acknowledged that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

Witness my hand and official seal.

M. COURTNEY HAGEE
COMM. #1663368
Notary Public-California
ORANGE COUNTY
My Comm. Exp. May 2, 2010

Place Notary Seal Above

**RIVERSIDE,CA    DOCUMENT: AS 2007.279302**

Page 1 of 3

Printed on 1/15/2009 10:04:17 AM        Provided by DataTrace System

Exhibit B
Page 506

Exhibit L
Page 82

The Preserve, LLC/206070

Exhibit 'A'

**Harry A. Friedman, Trustee of the Friedman Revocable Declaration of Trust dated April 4, 2005 as to an undivided 0.128% interest;**

**Michael Praiswater and Beverly Praiswater, husband and wife as community property with right of survivorship as to an undivided 0.128% interest;**

**Reill Homes, Inc., a California Corporation as to an undivided 0.436% interest.**

Exhibit B
Page 37

Exhibit L
Page 83

**Loan #206070/The Preserve, LLC**

## CORPORATION ASSIGNMENT OF PROMISSORY NOTE

Dated: 2 April 2007

FOR VALUABLE CONSIDERATION, RECEIPT OF WHICH IS HEREBY ACKNOWLEDGED, THE UNDERSIGNED HEREBY ASSIGNS AND TRANSFERS TO:

Harry A. Friedman, Trustee of the Friedman Revocable Declaration of Trust dated April 4, 2005 as to an undivided 0.128% interest;

Michael Praiswater and Beverly Praiswater, husband and wife as community property with right of survivorship as to an undivided 0.128% interest;

Reill Homes, Inc., a California Corporation as to an undivided 0.436% interest.

ALL OF ASSIGNOR'S UNDIVIDED BENEFICIAL INTEREST, <u>AS STATED</u>, IN AND TO THIS NOTE FOR **$39,000,000.00** TOGETHER WITH ALL INTEREST ACCRUED OR TO ACCRUE THEREFROM.

Point Center Financial, Inc.
a California corporation

Dan J. Harkey, President

Exhibit _B_
Page _308_

Exhibit _L_
Page _84_

RECORDING REQUESTED BY
AND WHEN RECORDED MAIL TO

NAME      Point Center Financial, Inc.
ADDRESS   30900 Rancho Viejo Road, #100
CITY &    San Juan Capistrano, CA 92675
STATE
Attn:        Loan Servicing Department

Loan #206070/The Preserve, LLC
Ser. #3228383DT7

Page 1 of 2
Recorded in Official Records
County of Riverside
Larry W. Ward
Assessor, County Clerk & Recorder

| S | R | U | PAGE | SIZE | DA | MISC | LONG | RFD | COPY |
|---|---|---|---|---|---|---|---|---|---|
| M | A | L | 465 | 426 | PCOR | NCOR | SMF | NCHG | EXAM |

## CORPORATION ASSIGNMENT OF DEED OF TRUST

M 056

FOR VALUE RECEIVED, the undersigned grants, assigns and transfers to:

Scott E. McDaniel and Catherine M. McDaniel, Trustees of the McDaniel Trust dated March 16, 1999 as to an undivided 0.128% interest;

Reva Saeta, Trustee of the E.M. and R. Saeta Family Trust - Credit Shelter Trust as to an undivided 0.205% interest.

All of Assignor's undivided right, title and beneficial interest of the undersigned, without recourse or warranty, in and to that certain Deed of Trust dated **September 21, 2006** executed by **The Preserve, LLC, a California limited liability company,** as Trustor to National Financial Lending, Inc., a California corporation, as Trustee and recorded on October 23, 2006 as instrument no. 2006-776838 of Official Records in the office of the County Recorder of **Riverside** County, State of **California**, describing land therein.

TOGETHER with the note or notes therein described or referred to, the money due and to become due thereon with interest, and all rights accrued or to accrue under said Deed of Trust.

Dated: 2 May 2007

Point Center Financial, Inc.
a California corporation

Dan J. Harkey/President

STATE OF CALIFORNIA
COUNTY OF ORANGE

On 5/2/07, before me, M. Courtney Hagee, a Notary Public in and for said County, and State, personally appeared **Dan J. Harkey**, known to me (or proven to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument and acknowledged that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

Witness my hand and official seal.

M. COURTNEY HAGEE
COMM. #1663368
Notary Public-California
ORANGE COUNTY
My Comm. Exp. May 2, 2010

Place Notary Seal Above

RIVERSIDE,CA     DOCUMENT: AS 2007.361198

Page 1 of 2

Printed on 1/15/2009 10:04:17 AM          Provided by DataTrace System

Exhibit
B
Page 309

Exhibit L
Page 85

Loan #206070/The Preserve, LLC

## CORPORATION ASSIGNMENT OF PROMISSORY NOTE

Dated: 2 May 2007

FOR  VALUABLE  CONSIDERATION,  RECEIPT  OF  WHICH  IS  HEREBY
ACKNOWLEDGED, THE UNDERSIGNED HEREBY ASSIGNS AND TRANSFERS TO:

Scott E. McDaniel and Catherine M. McDaniel, Trustees of the McDaniel Trust dated
March 16, 1999 as to an undivided 0.128% interest;

Reva Saeta, Trustee of the E.M. and R. Saeta Family Trust - Credit Shelter Trust as to
an undivided 0.205% interest.

ALL OF ASSIGNOR'S UNDIVIDED BENEFICIAL INTEREST, AS STATED, IN AND TO
THIS NOTE FOR $39,000,000.00 TOGETHER WITH ALL INTEREST ACCRUED OR TO
ACCRUE THEREFROM.

Point Center Financial, Inc.
a California corporation,

Dan J. Harkey, President

RIVERSIDE,CA    DOCUMENT: AS 2007.361198                              Page 2 of 2

Printed on 1/15/2009 10:04:17 AM        Provided by DataTrace System

Exhibit  B
Page  310

Exhibit  L
Page  86

DOC ) 2007-0448841
07/10/2007 08:00A Fee:15.00
Page 1 of 3
Recorded in Official Records
County of Riverside
Larry W. Ward
Assessor, County Clerk & Recorder

**WHEN RECORDED MAIL TO:**
T.D. SERVICE COMPANY
1820 E. FIRST STREET, STE# 210
SANTA ANA, CA 92705 _
3298670DT1

| S | R | U | PAGE | SIZE | DA | MISC | LONG | RFD | COPY |
|---|---|---|---|---|---|---|---|---|---|
|  |  |  | 3 |  |  |  |  |  |  |
| M | A | L | 465 | 426 | PCOR | NCOR | SMF | NCHG | EXAM 010 |
|  |  |  |  |  | T: |  | CTY | UNI |  |

## CORPORATION ASSIGNMENT OF DEED OF TRUST
TITLE OF DOCUMENT

16  | M 010 |

**RIVERSIDE,CA    DOCUMENT: AS 2007.448841**                              **Page 1 of 3**

Printed on 1/15/2009 10:04:17 AM          **Provided by DataTrace System**

Exhibit B
Page 311

Exhibit L
Page 87

RECORDING REQUESTED BY
AND WHEN RECORDED MAIL TO

NAME      Point Center Financial, Inc.
ADDRESS   30900 Rancho Viejo Road, #100
CITY &    San Juan Capistrano, CA 92675
STATE
Attn:     Loan Servicing Department

Loan #206070/The Preserve, LLC

---

## CORPORATION ASSIGNMENT OF DEED OF TRUST

FOR VALUE RECEIVED, the undersigned grants, assigns and transfers to:

Gerardo D. Escobedo, Trustee of the Gerardo D. Escobedo Trust dated October 28, 1986 as to an undivided 0.128% interest;

Raymond George MacLean and Judith Anne MacLean, Trustees of the Irrevocable Trust for Judith and Ray Established Pursuant to the terms of The Pollyanna B. Golding Revocable Trust dated May 30, 1998 as to an undivided 0.128% interest.

All of Assignor's undivided right, title and beneficial interest of the undersigned, without  recourse or warranty, in and to that certain Deed of Trust dated **September 21, 2006** executed by **The Preserve, LLC, a California limited liability company**, as Trustor to National Financial Lending, Inc., a California corporation, as Trustee and recorded on **October 23, 2006** as instrument  no. **2006-776838** of Official Records in the office of the County Recorder of **Riverside** County, State of **California**, describing land therein.

TOGETHER with the note or notes therein described or referred to, the money due and to become due thereon with interest, and all rights accrued or to accrue under said Deed of Trust.

Dated: 1 June 2007                    Point Center Financial, Inc.
                                      a California corporation


                                      X _____
                                      Dan J. Harkey, President


STATE OF CALIFORNIA
COUNTY OF ORANGE

On 6/1/07 , before me,  M. Courtney Hagee _____ , a Notary Public in and for said County, and State, personally appeared **Dan J. Harkey**, known to me (or proven to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument and acknowledged that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

Witness my hand and official seal.

M. COURTNEY HAGEE
COMM. #1663368
Notary Public-California
ORANGE COUNTY
My Comm. Exp. May 2, 2010

Place Notary Seal Above

---

Exhibit B
Page 312

Exhibit L
Page 88

<u>Loan #206070/The Preserve, LLC</u>

## CORPORATION ASSIGNMENT OF PROMISSORY NOTE

Dated: 1 June 2007

FOR VALUABLE CONSIDERATION, RECEIPT OF WHICH IS HEREBY ACKNOWLEDGED, THE UNDERSIGNED HEREBY ASSIGNS AND TRANSFERS TO:

Gerardo D. Escobedo, Trustee of the Gerardo D. Escobedo Trust dated October 28, 1986 as to an undivided 0.128% interest;

Raymond George MacLean and Judith Anne MacLean, Trustees of the Irrevocable Trust for Judith and Ray  Established Pursuant to the terms of The Pollyanna B. Golding Revocable Trust dated May 30, 1998 as to an undivided 0.128% interest.

ALL OF ASSIGNOR'S UNDIVIDED BENEFICIAL INTEREST, <u>AS STATED</u>, IN AND TO THIS NOTE FOR **$39,000,000.00** TOGETHER WITH ALL INTEREST ACCRUED OR TO ACCRUE THEREFROM.

Point Center Financial, Inc.
a California corporation

Dan J. Harkey, President

RIVERSIDE,CA    DOCUMENT: AS 2007.448841                                Page 3 of 3

Printed on 1/15/2009 10:04:17 AM          Provided by DataTrace System

Exhibit  B
Page  313

Exhibit  L
Page  89

DOC # 2007-0459931
07/16/2007 08:00A Fee:15.00
Page 1 of 3
Recorded in Official Records
County of Riverside
Larry W. Ward
Assessor, County Clerk & Recorder

AND WHEN RECORDED MAIL TO:
T.D. SERVICE COMPANY
1820 E. FIRST STREET, STE# 300
SANTA ANA   CA 92705
Service # 3228383DT8

| S | R | U | PAGE | SIZE | DA | MISC | LONG | RFD | COPY |
|---|---|---|------|------|----|----|------|-----|------|
| 1 |   |   | 3 |  |  | 1 |  |  | 1 |
| M | A | L | 465 | 426 | PCOR | NCOR | SMF | NCHG | EXAM 050 |
|  |  |  |  |  | T: |  | CTY | UNI |  |

SPACE ABOVE THIS LINE FOR RECORDER'S ONLY

16

M
050

**Assignment of Deed of Trust**
TITLE OF DOCUMENT

RECORD IN **RIVERSIDE, COUNTY**

RIVERSIDE,CA    DOCUMENT: AS 2007.459931                    Page 1 of 3

Printed on 1/15/2009 10:04:17 AM        Provided by DataTrace System

Exhibit B
Page 314

Exhibit
Page 90

RECORDING REQUESTED BY
AND WHEN RECORDED MAIL TO

NAME      Point Center Financial, Inc.
ADDRESS   30900 Rancho Viejo Road, #100
CITY &    San Juan Capistrano, CA 92675
STATE
Attn:     Loan Servicing Department

Loan #206070/The Preserve, LLC
Service# 3227383 08

## ASSIGNMENT OF DEED OF TRUST

FOR VALUE RECEIVED, the undersigned grants, assigns and transfers to:

Earl M. Saroyan, Trustee of the 1996 Earl M. Saroyan Family Trust as to an undivided 0.256% interest.

All of Assignor's undivided right, title and beneficial interest of the undersigned, without recourse or warranty, in and to that certain Deed of Trust dated **September 21, 2006** executed by **The Preserve, LLC, a California limited liability company**, as Trustor to National Financial Lending, Inc., a California corporation, as Trustee and recorded on **October 23, 2006** as instrument no. **2006-776838** of Official Records in the office of the County Recorder of **Riverside** County, State of **California**, describing land therein.

TOGETHER with the note or notes therein described or referred to, the money due and to become due thereon with interest, and all rights accrued or to accrue under said Deed of Trust.

Dated: 25 June 2007

Earl M. Saroyan

STATE OF  California
COUNTY OF  Santa Clara

On June 20, 2007 before me, Andrew A. Nguyen, Notary Public, personally appeared Earl M. Saroyan, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s) or the entity upon behalf of which the person(s) acted, executed this instrument.

WITNESS my hand and official seal.

ANDREW A. NGUYEN
Commission # 1682125
Notary Public — California
Santa Clara County
My Comm. Expires Jul 18, 2010

Place Notary Seal Above

RIVERSIDE,CA    DOCUMENT: AS 2007.459931                Page 2 of 3

Printed on 1/15/2009 10:04:17 AM    Provided by DataTrace System

Exhibit  B
Page  315

Exhibit  L
Page  91

**Loan #206070/The Preserve, LLC**

## ASSIGNMENT OF PROMISSORY NOTE

Dated: 25 June 2007

FOR VALUABLE CONSIDERATION, RECEIPT OF WHICH IS HEREBY
ACKNOWLEDGED, THE UNDERSIGNED HEREBY ASSIGNS AND TRANSFERS TO:

Earl M. Saroyan, Trustee of the 1996 Earl M. Saroyan Family Trust as to an undivided
0.256% interest.

ALL OF ASSIGNOR'S UNDIVIDED BENEFICIAL INTEREST, <u>AS STATED</u>, IN AND TO
THIS NOTE FOR **$39,000,000.00** TOGETHER WITH ALL INTEREST ACCRUED OR TO
ACCRUE THEREFROM.

Earl M. Saroyan

**RIVERSIDE,CA    DOCUMENT: AS 2007.459931**                                   **Page 3 of 3**

Exhibit __B__
Page ___316___

Exhibit __L__
Page ___92___

DOC # 2007-0459932
07/16/2007 08:00A Fee:15.00
Page 1 of 3
Recorded in Official Records
County of Riverside
Larry W. Ward
Assessor, County Clerk & Recorder

**AND WHEN RECORDED MAIL TO:**
T.D. SERVICE COMPANY
1820 E. FIRST STREET, STE# 300
SANTA ANA   CA 92705
Service # 3228383dt9

| S | R | U | PAGE | SIZE | DA | MISC | LONG | RFD | COPY |
|---|---|---|------|------|----|----|------|-----|------|
|   |   |   | 3 |      |    |    |      |     |  |
| M | A | L | 465 | 426 | PCOR | NCOR | SMF | NCHG | EXAM |
|   |   |   |   |   |   | T: |   | CTY | UNI | 050 |

SPACE ABOVE THIS LINE FOR RECORDER'S ONLY

16

M
050

**Assignment of Deed of Trust**
TITLE OF DOCUMENT

RECORD IN **RIVERSIDE COUNTY**

Exhibit   B
Page     317

Exhibit   L
Page     93

RECORDING REQUESTED BY
AND WHEN RECORDED MAIL TO

NAME      Point Center Financial, Inc.
ADDRESS   30900 Rancho Viejo Road, #100
CITY &    San Juan Capistrano, CA 92675
STATE
Attn:     Loan Servicing Department

Loan #206070/The Preserve, LLC

_Service # 322 8383 DT9_

## ASSIGNMENT OF DEED OF TRUST

FOR VALUE RECEIVED, the undersigned grants, assigns and transfers to:

Michael D. Praiswater & Beverly J. McFadden Praiswater, Trustees of the 2007 Praiswater Family Trust as to an undivided 0.128% interest.

All of Assignor's undivided right, title and beneficial interest of the undersigned, without recourse or warranty, in and to that certain Deed of Trust dated **September 21, 2006** executed by **The Preserve, LLC, a California limited liability company,** as Trustor to National Financial Lending, Inc., a California corporation, as Trustee and recorded on **October 23, 2006** as instrument no. **2006-776838** of Official Records in the office of the County Recorder of **Riverside** County, State of **California**, describing land therein.

TOGETHER with the note or notes therein described or referred to, the money due and to become due thereon with interest, and all rights accrued or to accrue under said Deed of Trust.

Dated: 25 June 2007

_____
Michael Praiswater

_____
Beverly Praiswater

STATE OF _CALIFORNIA_
COUNTY OF _LOS ANGELES_

On _JUNE 23, 2007_ before me, _RON ROLEK_ , a Notary Public in and for said County, and State, personally appeared _MICHAEL PRAISWATER & BEVERLY PRAISWATER_, known to me (or proven to me on the basis of satisfactory evidence) to be the person(s) whose name(s) are subscribed to the within instrument and acknowledged that he/she/they, executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

Witness my hand and official seal.

_____

```
RON ROLEK
COMM. #1473342
NOTARY PUBLIC - CALIFORNIA
LOS ANGELES COUNTY
My Comm. Expires Feb. 29, 2008
```

Place Notary Seal Above

RIVERSIDE,CA   DOCUMENT: AS 2007.459932                      Page 2 of 3

Printed on 1/15/2009 10:04:18 AM        Provided by DataTrace System

Exhibit _B_
Page _318_

Exhibit _L_
Page _94_

Loan #206070/The Preserve, LLC

## ASSIGNMENT OF PROMISSORY NOTE

Dated: 25 June 2007

FOR VALUABLE CONSIDERATION, RECEIPT OF WHICH IS HEREBY ACKNOWLEDGED, THE UNDERSIGNED HEREBY ASSIGNS AND TRANSFERS TO:

Michael D. Praiswater & Beverly J. McFadden Praiswater, Trustees of the 2007 Praiswater Family Trust as to an undivided 0.128% interest.

ALL OF ASSIGNOR'S UNDIVIDED BENEFICIAL INTEREST, AS STATED, IN AND TO THIS NOTE FOR $39,000,000.00 TOGETHER WITH ALL INTEREST ACCRUED OR TO ACCRUE THEREFROM.

_____
Michael Praiswater

_____
Beverly Praiswater

Exhibit __D__
Page __319__

Exhibit __L__
Page __95__

DOC 2007-0564495
09/05/2007 08:00A Fee:15.00
Page 1 of 3
Recorded in Official Records
County of Riverside
Larry W. Ward
Assessor, County Clerk & Recorder

RECORDING REQUESTED BY
AND WHEN RECORDED MAIL TO

| NAME | Point Center Financial, Inc. |
|------|------|
| ADDRESS | 30900 Rancho Viejo Road, #100 |
| CITY & STATE | San Juan Capistrano, CA 92675 |
| Attn: | Loan Servicing Department |

Loan #206070/The Preserve, LLC

SVC# 3323746DTI

| S | R | U | PAGE | SIZE | DA | MISC | LONG | RFD | COPY |
|---|---|---|------|------|----|----|------|-----|------|
|   |   |   | 3 |   |   |   |   |   |   |
| M | A | L | 465 | 426 | PCOR | NCOR | SMF | NCHG | EXAM |
|   |   |   |   |   | T: |   | CTY | UNI | 060 |

## CORPORATION ASSIGNMENT OF DEED OF TRUST

FOR VALUE RECEIVED, the undersigned grants, assigns and transfers to:    (16)    M 060

**SEE EXHIBIT 'A' ATTACHED THERETO**

All of Assignor's undivided right, title and beneficial interest of the undersigned, without recourse or warranty, in and to that certain Deed of Trust dated **September 21, 2006** executed by **The Preserve, LLC, a California limited liability company,** as Trustor to National Financial Lending, Inc., a California corporation, as Trustee and recorded on **October 23, 2006** as instrument no. **2006-776838** of Official Records in the office of the County Recorder of **Riverside** County, State of **California,** describing land therein.

TOGETHER with the note or notes therein described or referred to, the money due and to become due thereon with interest, and all rights accrued or to accrue under said Deed of Trust.

Dated: 17 July 2007

Point Center Financial, Inc.
a California corporation

_Dan J. Harkey, President_

STATE OF CALIFORNIA
COUNTY OF ORANGE

On 7/17/07 , before me, M. Courtney Hagee , a Notary Public in and for said County, and State, personally appeared **Dan J. Harkey,** known to me (or proven to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument and acknowledged that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

Witness my hand and official seal.

ES11    M. COURTNEY HAGEE
COMM. #1663368
Notary Public-California
ORANGE COUNTY
My Comm. Exp. May 2, 2010    ES11

Place Notary Seal Above

Exhibit B
Page 320

Exhibit L
Page 96

The Preserve, LLC/206070

Exhibit 'A'

**Gaye Reinhold, Trustee of the Benson W. Seidman Living Trust dated October 27, 2004 as to an undivided 0.256% interest;**

**Miguel E. Rodriguez and/or Altagracia A. Rodriguez, Trustees of the Rodriguez Family Trust dated November 22, 1994 as to an undivided 0.129% interest;**

**Earl M. Saroyan, Trustee of the 1996 Earl M. Saroyan Family Trust as to an undivided 0.129% interest.**

**RIVERSIDE,CA      DOCUMENT: AS 2007.564495**                                      **Page 2 of 3**

**Printed on 1/15/2009 10:04:18 AM**          **Provided by DataTrace System**

Exhibit ___B___
Page ___321___

Exhibit ___L___
Page ___97___

**Loan #206070/The Preserve, LLC**

## CORPORATION ASSIGNMENT OF PROMISSORY NOTE

Dated: 17 July 2007

FOR VALUABLE CONSIDERATION, RECEIPT OF WHICH IS HEREBY ACKNOWLEDGED, THE UNDERSIGNED HEREBY ASSIGNS AND TRANSFERS TO:

Gaye Reinhold, Trustee of the Benson W. Seidman Living Trust dated October 27, 2004 as to an undivided 0.256% interest;

Miguel E. Rodriguez and/or Altagracia A. Rodriguez, Trustees of the Rodriguez Family Trust dated November 22, 1994 as to an undivided 0.129% interest;

Earl M. Saroyan, Trustee of the 1996 Earl M. Saroyan Family Trust as to an undivided 0.129% interest.

ALL OF ASSIGNOR'S UNDIVIDED BENEFICIAL INTEREST, <u>AS STATED</u>, IN AND TO THIS NOTE FOR **$39,000,000.00** TOGETHER WITH ALL INTEREST ACCRUED OR TO ACCRUE THEREFROM.

Point Center Financial, Inc.
a California corporation

Dan J. Harkey, President

Exhibit _B_
Page _322_

Exhibit _L_
Page _98_

DOC #2007-0592487
09/1   2007 08:00A Fee:12.00
Page 1 of 2
Recorded in Official Records
County of Riverside
Larry W. Ward
Assessor, County Clerk & Recorder

RECORDING REQUESTED BY
AND WHEN RECORDED MAIL TO

NAME       Point Center Financial, Inc.
ADDRESS    30900 Rancho Viejo Road, #100
CITY &     San Juan Capistrano, CA 92675
STATE
Attn:      Loan Servicing Department

Loan #206070/The Preserve, LLC
SVC# 3323746 DT2

| S | R | U | PAGE | SIZE | DA | MISC | LONG | RFD | COPY |
|---|---|---|------|------|-----|------|------|-----|------|
|   |   |   | 2    |      |     |      |      |     |      |
| M | A | L | 465  | 426  | PCOR | NCOR | SMF | NCHG | EXAM |
|   |   |   |      |      | T:  |      | CTY | UNI | 043 |

## CORPORATION ASSIGNMENT OF DEED OF TRUST

(13)  [M 060]

FOR VALUE RECEIVED, the undersigned grants, assigns and transfers to:

Julie C. Potter-Edgett, Trustee of the Potter Trust dated December 12, 1996 as to an
undivided 0.128% interest.

All of Assignor's undivided right, title and beneficial interest of the undersigned, without recourse
or warranty, in and to that certain Deed of Trust dated **September 21, 2006** executed by **The
Preserve, LLC, a California limited liability company**, as Trustor to National Financial Lending,
Inc., a California corporation, as Trustee and recorded on **October 23, 2006** as instrument no.
**2006-776838** of Official Records in the office of the County Recorder of **Riverside** County, State of
**California**, describing land therein.

TOGETHER with the note or notes therein described or referred to, the money due and to become
due thereon with interest, and all rights accrued or to accrue under said Deed of Trust.

Dated: 2 July 2007

Point Center Financial, Inc.
a California corporation

Dan J. Harkey, President

STATE OF CALIFORNIA
COUNTY OF ORANGE

On 7/2/07, before me, M. Courtney Hagee, a Notary Public in and for said
County, and State, personally appeared **Dan J. Harkey**, known to me (or proven to me on the basis of
satisfactory evidence) to be the person whose name is subscribed to the within instrument and
acknowledged that he executed the same in his authorized capacity, and that by his signature on the
instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

Witness my hand and official seal.

M. COURTNEY HAGEE
COMM. #1663368
Notary Public-California
ORANGE COUNTY
My Comm. Exp. May 2, 2010

Place Notary Seal Above

RIVERSIDE,CA    DOCUMENT: AS 2007.592487

Page 1 of 2

Printed on 1/15/2009 10:04:18 AM       Provided by DataTrace System

Exhibit B
Page 393

Exhibit L
Page 99

**Loan #206070/The Preserve, LLC**

## CORPORATION ASSIGNMENT OF PROMISSORY NOTE

Dated: 2 July 2007

FOR VALUABLE CONSIDERATION, RECEIPT OF WHICH IS HEREBY
ACKNOWLEDGED, THE UNDERSIGNED HEREBY ASSIGNS AND TRANSFERS TO:

Julie C. Potter-Edgett, Trustee of the Potter Trust dated December 12, 1996 as to an
undivided 0.128% interest.

ALL OF ASSIGNOR'S UNDIVIDED BENEFICIAL INTEREST, <u>AS STATED</u>, IN AND TO
THIS NOTE FOR **$39,000,000.00** TOGETHER WITH ALL INTEREST ACCRUED OR TO
ACCRUE THEREFROM.

Point Center Financial, Inc.
a California corporation

Dan J. Harkey, President

RIVERSIDE,CA    DOCUMENT: AS 2007.592487                    **Page 2 of 2**

Printed on 1/15/2009 10:04:18 AM        Provided by DataTrace System

Exhibit __B__
Page __324__

Exhibit __L__
Page __100__