DOC # 2007-0665891
10/30/2007 08:00A Fee:15.00
Page 1 of 3
Recorded in Official Records
County of Riverside
Larry W. Ward
Assessor, County Clerk & Recorder

PLEASE COMPLETE THIS INFORMATION
RECORDING REQUESTED BY:

TD Service Company

AND WHEN RECORDED MAIL TO:

TD Service Company
1820 E First Street
Suite 300
Santa Ana CA 92705

| S | R | U | PAGE | SIZE | DA | MISC | LONG | RFD | COPY |
|---|---|---|------|------|-----|------|------|-----|------|
|   |   |   | 465  | 426  |    |      |      |     |      |
| M | A | L |      |      | PCOR | NCOR | SMF | NCHG | EXAM |
|   |   |   |      |      | T:   |      | CTY | UNI  |      |

Space above this line for recorder's use only

TRA:
DTT:   CORPORATION ASSIGNMENT OF DEED OF TRUST

M 025

Title of Document

# THIS AREA FOR RECORDER'S USE ONLY

THIS PAGE ADDED TO PROVIDE ADEQUATE SPACE FOR RECORDING INFORMATION
($3:00 Additional Recording Fee Applies)

ACR 238P-AS4RE0 (Rev. 06/2007)

RIVERSIDE,CA   DOCUMENT: AS 2007.665891                    Page 1 of 3

Printed on 1/15/2009 10:04:18 AM       Provided by DataTrace System

Exhibit B
Page 325

Exhibit 4
Page 101

RECORDING REQUESTED BY
AND WHEN RECORDED MAIL TO

NAME        Point Center Financial, Inc.
ADDRESS     30900 Rancho Viejo Road, #100
CITY &      San Juan Capistrano, CA 92675
STATE
Attn:       Loan Servicing Department

Loan #206070/The Preserve, LLC  3323746 DT4

## CORPORATION ASSIGNMENT OF DEED OF TRUST

**M**
061

FOR VALUE RECEIVED, the undersigned grants, assigns and transfers to:

George J. Grupp and Babette O. Grupp, Co-Trustees of the Grupp Living Trust dated April 10, 2007 as to an undivided 0.256% interest.

All of Assignor's undivided right, title and beneficial interest of the undersigned, without recourse or warranty, in and to that certain Deed of Trust dated **September 21, 2006** executed by **The Preserve, LLC, a California limited liability company**, as Trustor to National Financial Lending, Inc., a California corporation, as Trustee and recorded on **October 23, 2006** as instrument no. **2006-776838** of Official Records in the office of the County Recorder of **Riverside** County, State of **California**, describing land therein.

TOGETHER with the note or notes therein described or referred to, the money due and to become due thereon with interest, and all rights accrued or to accrue under said Deed of Trust.

Dated: 1 August 2007

Point Center Financial, Inc.
a California corporation

Dan J. Harkey, President

STATE OF CALIFORNIA
COUNTY OF ORANGE

On 8/1/07 , before me, M Courtney Hagee , a Notary Public in and for said County, and State, personally appeared **Dan J. Harkey**, known to me (or proven to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument and acknowledged that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

Witness my hand and official seal.

M. COURTNEY HAGEE
COMM. #1663368
Notary Public-California
ORANGE COUNTY
My Comm. Exp. May 2, 2010

Place Notary Seal Above

RIVERSIDE,CA     DOCUMENT: AS 2007.665891                          Page 2 of 3

Printed on 1/15/2009 10:04:18 AM        Provided by DataTrace System

Exhibit B
Page 326

Exhibit
Page 102

**Loan #206070/The Preserve, LLC**

## CORPORATION ASSIGNMENT OF PROMISSORY NOTE

Dated: 1 August 2007

FOR VALUABLE CONSIDERATION, RECEIPT OF WHICH IS HEREBY ACKNOWLEDGED, THE UNDERSIGNED HEREBY ASSIGNS AND TRANSFERS TO:

George J. Grupp and Babette O. Grupp, Co-Trustees of the Grupp Living Trust dated April 10, 2007 as to an undivided 0.256% interest.

ALL OF ASSIGNOR'S UNDIVIDED BENEFICIAL INTEREST, <u>AS STATED</u>, IN AND TO THIS NOTE FOR **$39,000,000.00** TOGETHER WITH ALL INTEREST ACCRUED OR TO ACCRUE THEREFROM.

Point Center Financial, Inc.
a California corporation

Dan J. Harkey, President

RIVERSIDE,CA    DOCUMENT: AS 2007.665891    **Page 3 of 3**

Printed on 1/15/2009 10:04:19 AM    **Provided by DataTrace System**

Exhibit  B
Page  327

Exhibit  L
Page  103

PLEASE COMPLETE THIS INFORMATION
RECORDING REQUESTED BY:

TD Service Company

AND WHEN RECORDED MAIL TO:

TD Service Company
1820 E First Street
Suite 300
Santa Ana CA 92705

DOC # 2007-0665892
10/30/2007 08:00A Fee:15.00
Page 1 of 3
Recorded in Official Records
County of Riverside
Larry W. Ward
Assessor, County Clerk & Recorder

| S | R | U | PAGE | SIZE | DA | MISC | LONG | RFD | COPY |
|---|---|---|------|------|----|------|------|-----|------|
|   |   |   | 3    |      |    |      |      |     |      |
| M | A | L | 465  | 426  | PCOR | NCOR | SMF | NCHG | EXAM |
|   |   |   |      |      | T:   |      | CTY | UNI  |      |

*Space above this line for recorder's use only*

TRA:
DTT:    CORPORATION ASSIGNMENT OF DEED OF TRUST

16  M 025

Title of Document

# THIS AREA FOR RECORDER'S USE ONLY

THIS PAGE ADDED TO PROVIDE ADEQUATE SPACE FOR RECORDING INFORMATION
($3:00 Additional Recording Fee Applies)

ACR 238P-AS4RE0 (Rev. 06/2007)

RIVERSIDE,CA    DOCUMENT: AS 2007.665892                                        Page 1 of 3

Printed on 1/15/2009 10:04:19 AM          Provided by DataTrace System

Exhibit B
Page 378

Exhibit L
Page 104

RECORDING REQUESTED BY
AND WHEN RECORDED MAIL TO

NAME        Point Center Financial, Inc.
ADDRESS     30900 Rancho Viejo Road, #100
CITY &      San Juan Capistrano, CA 92675
STATE
Attn:       Loan Servicing Department

Loan #206070/The Preserve, LLC   3323746 DT.5

## CORPORATION ASSIGNMENT OF DEED OF TRUST

M
061

FOR VALUE RECEIVED, the undersigned grants, assigns and transfers to:

Robert A. Levin and Mary B. Levin, Trustees of The Levin Family Revocable Trust dated
February 22, 2007 as to an undivided 0.064% interest.

All of Assignor's undivided right, title and beneficial interest of the undersigned, without recourse
or warranty, in and to that certain Deed of Trust dated **September 21, 2006** executed by **The
Preserve, LLC, a California limited liability company,** as Trustor to National Financial Lending,
Inc., a California corporation, as Trustee and recorded on **October 23, 2006** as instrument no.
**2006-776838** of Official Records in the office of the County Recorder of **Riverside** County, State of
**California,** describing land therein.

TOGETHER with the note or notes therein described or referred to, the money due and to become
due thereon with interest, and all rights accrued or to accrue under said Deed of Trust.

Dated: 15 August 2007

Point Center Financial, Inc.
a California corporation

Dan J. Harkey, President

STATE OF CALIFORNIA
COUNTY OF ORANGE

On 8/15/07 , before me, M. Courtney Hagee _____, a Notary Public in and for said
County, and State, personally appeared **Dan J. Harkey,** known to me (or proven to me on the basis of
satisfactory evidence) to be the person whose name is subscribed to the within instrument and
acknowledged that he executed the same in his authorized capacity, and that by his signature on the
instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

Witness my hand and official seal.

M. COURTNEY HAGEE
COMM. #1663368
Notary Public-California
ORANGE COUNTY
My Comm. Exp. May 2, 2010

Place Notary Seal Above

RIVERSIDE,CA    DOCUMENT: AS 2007.665892                              Page 2 of 3

Printed on 1/15/2009 10:04:19 AM        Provided by DataTrace System

Exhibit B
Page 329

Exhibit L
Page 105

**Loan #206070/The Preserve, LLC**

## CORPORATION ASSIGNMENT OF PROMISSORY NOTE

Dated: 15 August 2007

FOR VALUABLE CONSIDERATION, RECEIPT OF WHICH IS HEREBY
ACKNOWLEDGED, THE UNDERSIGNED HEREBY ASSIGNS AND TRANSFERS TO:

Robert A. Levin and Mary B. Levin, Trustees of The Levin Family Revocable Trust
dated February 22, 2007 as to an undivided 0.064% interest.

ALL OF ASSIGNOR'S UNDIVIDED BENEFICIAL INTEREST, <u>AS STATED</u>, IN AND TO
THIS NOTE FOR **$39,000,000.00** TOGETHER WITH ALL INTEREST ACCRUED OR TO
ACCRUE THEREFROM.

Point Center Financial, Inc.
a California corporation

Dan J. Harkey, President

RIVERSIDE,CA    DOCUMENT: AS 2007.665892                     Page 3 of 3

Printed on 1/15/2009 10:04:19 AM          Provided by DataTrace System

Exhibit B
Page 330

Exhibit L
Page 106

DOC # 2007-0665893
10/30/2007 08:00A Fee:15.00
Page 1 of 3
Recorded in Official Records
County of Riverside
Larry W. Ward
Assessor, County Clerk & Recorder

PLEASE COMPLETE THIS INFORMATION
RECORDING REQUESTED BY:

TD Service Company

AND WHEN RECORDED MAIL TO:

TD Service Company
1820 E First Street
Suite 300
Santa Ana CA 92705

| S | R | U | PAGE | SIZE | DA | MISC | LONG | RFD | COPY |
|---|---|---|------|------|-----|------|------|-----|------|
|   |   |   |      |      |     |      |      |     |      |
| M | A | L | 465 | 426 | PCOR | NCOR | SMF | NCHG | EXAM |
|   |   |   |     |     |     |      | T: |     | CTY | UNI |

Space above this line for recorder's use only

TRA:
DTT:                ASSIGNMENT OF DEED OF TRUST

M
025

Title of Document


# THIS AREA FOR
# RECORDER'S
# USE ONLY


THIS PAGE ADDED TO PROVIDE ADEQUATE SPACE FOR RECORDING INFORMATION
($3:00 Additional Recording Fee Applies)

ACR 238P-AS4RE0 (Rev. 06/2007)

RIVERSIDE,CA    DOCUMENT: AS 2007.665893                    Page 1 of 3

Printed on 1/15/2009 10:04:19 AM        Provided by DataTrace System

Exhibit B
Page 331

Exhibit L
Page 107

RECORDING REQUESTED BY
AND WHEN RECORDED MAIL TO

NAME        Point Center Financial, Inc.
ADDRESS     30900 Rancho Viejo Road, #100
CITY &      San Juan Capistrano, CA 92675
STATE
Attn:       Loan Servicing Department

Loan #206070/The Preserve, LLC  3323746DT3

---

M
061

## ASSIGNMENT OF DEED OF TRUST

FOR VALUE RECEIVED, the undersigned grants, assigns and transfers to:

Robert A. Levin and Mary B. Levin, Trustees of the Levin Family Revocable Trust dated
February 22, 2007 as to an undivided 0.128% interest.

All of Assignor's undivided right, title and beneficial interest of the undersigned, without recourse
or warranty, in and to that certain Deed of Trust dated **September 21, 2006** executed by **The
Preserve, LLC, a California limited liability company,** as Trustor to National Financial Lending,
Inc., a California corporation, as Trustee and recorded on **October 23, 2006** as instrument no.
**2006-776838** of Official Records in the office of the County Recorder of **Riverside** County, State of
**California**, describing land therein.

TOGETHER with the note or notes therein described or referred to, the money due and to become
due thereon with interest, and all rights accrued or to accrue under said Deed of Trust.

Dated: 1 August 2007

*Robert A. Levin*
Robert A. Levin

*Mary B. Levin*
Mary B. Levin

STATE OF _CALIFORNIA_
COUNTY OF _ORANGE_

On _August 10, 2007_ before me, _C. Bollig_ , a Notary
Public in and for said County, and State, personally appeared _Robert A. Levin & Mary B. Levin,_
known to me (or proven to me on the basis of satisfactory evidence) to be the person(s) whose name(s)
is/are subscribed to the within instrument and acknowledged that he/she/they, executed the same in
his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s),
or the entity upon behalf of which the person(s) acted, executed the instrument.

Witness my hand and official seal.

_C. Bollig_

C. BOLLIG
COMM. 81455697
Notary Public-California
ORANGE COUNTY
My Comm. Exp. Dec 9, 2007

Place Notary Seal Above

---

**RIVERSIDE,CA     DOCUMENT: AS 2007.665893**

**Page 2 of 3**

**Printed on 1/15/2009 10:04:19 AM     Provided by DataTrace System**

Exhibit _B_
Page _332_

Exhibit _L_
Page _108_

**Loan #206070/The Preserve, LLC**

## ASSIGNMENT OF PROMISSORY NOTE

Dated: 1 August 2007

FOR VALUABLE CONSIDERATION, RECEIPT OF WHICH IS HEREBY ACKNOWLEDGED, THE UNDERSIGNED HEREBY ASSIGNS AND TRANSFERS TO:

Robert A. Levin and Mary B. Levin, Trustees of the Levin Family Revocable Trust dated February 22, 2007 as to an undivided 0.128% interest.

ALL OF ASSIGNOR'S UNDIVIDED BENEFICIAL INTEREST, <u>AS STATED</u>, IN AND TO THIS NOTE FOR **$39,000,000.00** TOGETHER WITH ALL INTEREST ACCRUED OR TO ACCRUE THEREFROM.

_____
Robert A. Levin

_____
Mary B. Levin

RIVERSIDE,CA    DOCUMENT: AS 2007.665893                     Page 3 of 3

Printed on 1/15/2009 10:04:19 AM        Provided by DataTrace System

Exhibit ___B___
Page ___333___

Exhibit ___L___
Page ___109___

DOC #   2008-0096211
02/27/2008 08:00A Fee:9.00
Page 1 of 1
Recorded in Official Records
County of Riverside
Larry W. Ward
Assessor, County Clerk & Recorder

RECORDING REQUESTED BY
AND WHEN RECORDED MAIL TO

NAME       Point Center Financial, Inc.
ADDRESS    30900 Rancho Viejo Road, #100
CITY &     San Juan Capistrano, CA 92675
STATE
Attn:      Loan Servicing Department
*336-7122DT1*
Loan #206070/The Preserve, LLC

| S | R | U | PAGE | SIZE | DA | MISC | LONG | RFD | COPY |
|---|---|---|------|------|----|----|------|-----|------|
| M | A | L | 465 | 428 | PCOR | NCOR | SMF | NCHG | EXAM |
|   |   |   |      |      | T: |    | CTY | UNI | 044 |

## ASSIGNMENT OF DEED OF TRUST

10

M
044

FOR VALUE RECEIVED, the undersigned grants, assigns and transfers to:

Arnie Garcia and Josephine Garcia, Co-Trustees of the John A. Garcia and Josephine Garcia
Living Trust as to an undivided 0.128% interest.

All of Assignor's undivided right, title and beneficial interest of the undersigned, without recourse
or warranty, in and to that certain Deed of Trust dated **September 21, 2006** executed by **The
Preserve, LLC, a California limited liability company**, as Trustor to National Financial Lending,
Inc., a California corporation, as Trustee and recorded on **October 23, 2006** as instrument no.
**2006-776838** of Official Records in the office of the County Recorder of **Riverside** County, State of
**California**, describing land therein.

TOGETHER with the note or notes therein described or referred to, the money due and to become
due thereon with interest, and all rights accrued or to accrue under said Deed of Trust.

Dated: 1 October 2007

_signature_
Arnie Garcia

_signature_
Kristina Garcia

C. E. ROBINSON
COMM. #1553157
Notary Public - California
San Diego County
My Comm. Expires Feb. 17, 2009

STATE OF California
COUNTY OF San Diego

On November 15, 2007 before me, C.E. Robinson, a Notary
Public in and for said County, and State, personally appeared Arnie and Kristina Garcia,
known to me (or proven to me on the basis of satisfactory evidence) to be the person(s) whose name(s)
is/are subscribed to the within instrument and acknowledged that he/she/they, executed the same in
his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s),
or the entity upon behalf of which the person(s) acted, executed the instrument.

Witness my hand and official seal.

C. E. ROBINSON
COMM. #1553157
Notary Public - California
San Diego County
My Comm. Expires Feb. 17, 2009

_signature_ CE Robinson

Place Notary Seal Above

RIVERSIDE,CA   DOCUMENT: AS 2008.96211                                    Page 1 of 1

Printed on 1/15/2009 10:04:19 AM        Provided by DataTrace System

Exhibit
B
334
Page

Exhibit L
Page 110

DOC # 2008-0096212
02/27/2008 08:00A Fee:9.00
Page 1 of 1
Recorded in Official Records
County of Riverside
Larry W. Ward
Assessor, County Clerk & Recorder

RECORDING REQUESTED BY
AND WHEN RECORDED MAIL TO

NAME        Point Center Financial, Inc.
ADDRESS     30900 Rancho Viejo Road, #100
CITY &      San Juan Capistrano, CA 92675
STATE
Attn:       Loan Servicing Department

Loan #206070/The Preserve, LLC
_3367124DTI_

| S | R | U | PAGE | SIZE | DA | MISC | LONG | RFD | COPY |
|---|---|---|------|------|----|------|------|-----|------|
|   |   |   |      |      |    |      |      |     |      |
| M | A | L | 465  | 426  | PCOR | NCOR | SMF | NCHG | EXAM |
|   |   |   |      |      |   T: |      | CTY | UNI | 044 |

M
044

## ASSIGNMENT OF DEED OF TRUST

10

FOR VALUE RECEIVED, the undersigned grants, assigns and transfers to:

Pauline Mary Schell, Trustor and Sole Trustee The Schell Living Trust, as to an undivided
0.128% interest.

All of Assignor's undivided right, title and beneficial interest of the undersigned, without recourse
or warranty, in and to that certain Deed of Trust dated **September 21, 2006** executed by **The
Preserve, LLC, a California limited liability company,** as Trustor to National Financial Lending,
Inc., a California corporation, as Trustee and recorded on **October 23, 2006** as instrument no.
**2006-776838** of Official Records in the office of the County Recorder of **Riverside** County, State of
**California**, describing land therein.

TOGETHER with the note or notes therein described or referred to, the money due and to become
due thereon with interest, and all rights accrued or to accrue under said Deed of Trust.

Dated: December 11, 2007

_Pauline Mary Schell_
Pauline Mary Schell

STATE OF _California_
COUNTY OF _Orange_

On _December 20_ before me, _CAROL A. CLINE_, a Notary Public in
and for said County, and State, personally appeared **Pauline Mary Schell**, known to me (or proven to me on the
basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and
acknowledged that he/she/they, executed the same in his/her/their authorized capacity(ies), and that by his/her/their
signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the
instrument.

Witness my hand and official seal.

_Carol A. Cline_

CAROL A. CLINE
Commission # 1680668
Notary Public - California
Orange County
My Comm. Expires Aug 10, 2010

Place Notary Seal Above

Exhibit __B__
Page __335__

Exhibit __L__
Page __111__

DOC # 2008-0096213
02/27/2008 08:00A Fee:9.00
Page 1 of 1
Recorded in Official Records
County of Riverside
Larry W. Ward
Assessor, County Clerk & Recorder

RECORDING REQUESTED BY
AND WHEN RECORDED MAIL TO

NAME        Point Center Financial, Inc.
ADDRESS   30900 Rancho Viejo Road, #100
CITY &      San Juan Capistrano, CA 92675
STATE
Attn:         Loan Servicing Department
*3367125DT)*
Loan #206070/The Preserve, LLC

| S | R | U | PAGE | SIZE | DA | MISC | LONG | RFD | COPY |
|---|---|---|------|------|-----|------|------|-----|------|
|   |   |   |      |      |     |      |      |     |      |
| M | A | L | 465  | 426  | PCOR | NCOR | SMF | NCHG | EXAM |
|   |   |   |      |      | T: |      | CTY  | UNI | 044  |

10

M
044

## ASSIGNMENT OF DEED OF TRUST

FOR VALUE RECEIVED, the undersigned grants, assigns and transfers to:

Phyllis Morgenstern, Trustee of The Morgenstern Intervivos Trust Agreement Dated August 14, 1986, as to an undivided 0.128% interest.

All of Assignor's undivided right, title and beneficial interest of the undersigned, without recourse or warranty, in and to that certain Deed of Trust dated **September 21, 2006** executed by **The Preserve, LLC, a California limited liability company**, as Trustor to National Financial Lending, Inc., a California corporation, as Trustee and recorded on **October 23, 2006** as instrument no. **2006-776838** of Official Records in the office of the County Recorder of **Riverside** County, State of **California**, describing land therein.

TOGETHER with the note or notes therein described or referred to, the money due and to become due thereon with interest, and all rights accrued or to accrue under said Deed of Trust.

Dated: December 10, 2007

_Phyllis Morgenstern_
/Phyllis Morgenstern

STATE OF __California__
COUNTY OF __Los Angeles__

On __December 11, 2007__ before me, __Jung M. Pak__ , a Notary Public in and for said County, and State, personally appeared **Phyllis Morgenstern**, known to me (or proven to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged that he/she/they, executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

Witness my hand and official seal.

_Jung M. Pak_

JUNG M. PAK
Commission # 1518036
Notary Public - California
Los Angeles County
My Comm. Expires Oct 7, 2008

Place Notary Seal Above

Exhibit __B__
Page __336__

Exhibit __L__
Page __112__

DOC # 2008-0096214

02/27/2008 08:00A Fee:9.00
Page 1 of 1
Recorded in Official Records
County of Riverside
Larry W. Ward
Assessor, County Clerk & Recorder

RECORDING REQUESTED BY
AND WHEN RECORDED MAIL TO

NAME        Point Center Financial, Inc.
ADDRESS   30900 Rancho Viejo Road, #100
CITY &      San Juan Capistrano, CA 92675
STATE
Attn:         Loan Servicing Department

Loan #206070/The Preserve, LLC

3367/26DT1

| S | R | U | PAGE | SIZE | DA | MISC | LONG | RFD | COPY |
|---|---|---|------|------|-----|------|------|-----|------|
| | | | | | | | | | |
| M | A | L | 465 | 426 | PCOR | NCOR | SMF | NCHG | EXAM |
| | | | | | T: | | CTY | UNI | 044 |

## CORPORATION ASSIGNMENT OF DEED OF TRUST

10

M
044

FOR VALUE RECEIVED, the undersigned grants, assigns and transfers to:

**Deep Canyon Holdings, Inc., a Nevada corporation, as to an undivided 2.5641% interest.**

All of Assignor's undivided right, title and beneficial interest of the undersigned, without recourse or
warranty, in and to that certain Deed of Trust dated **September 21, 2006** executed by **The Preserve, LLC,
a California limited liability company**, as Trustor to National Financial Lending, Inc., a California
corporation, as Trustee and recorded on **October 23, 2006** as instrument no. 2006-776838 of Official
Records in the office of the County Recorder of **Riverside** County, State of **California**, describing land
therein.

TOGETHER with the note or notes therein described or referred to, the money due and to become due
thereon with interest, and all rights accrued or to accrue under said Deed of Trust.

Dated: December 12, 2007

Point Center Financial, Inc.
a California corporation

By: _____
Dan J. Harkey, President

STATE OF CALIFORNIA
COUNTY OF ORANGE

On 12-12-07 , before me, M-Courtney Hagee , a Notary Public in and for said
County, and State, personally appeared **Dan J. Harkey**, personally known to me or proven to me on the basis of
satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged that
he executed the same in his authorized capacity, and that by his signature on the instrument the person, or the entity
upon behalf of which the person acted, executed the instrument.

Witness my hand and official seal.

M. COURTNEY HAGEE
COMM. #1663368
Notary Public-California
ORANGE COUNTY
My Comm. Exp. May 2, 2010

Place Notary Seal Above

Exhibit B
Page 337

Exhibit L
Page 113

#2008-0170316
Page 1 of 1
Recorded in Official Records
County of Riverside
Larry W. Ward
Assessor, County Clerk & Recorder
/1/2008 08:00A Fee:11.00

RECORDING REQUESTED BY
AND WHEN RECORDED MAIL TO

NAME        Point Center Financial, Inc.
ADDRESS   30900 Rancho Viejo Road, #100
CITY &       San Juan Capistrano, CA 92675
STATE
Attn:        Loan Servicing Department
*3376789DTI*
Loan #206070/The Preserve, LLC

| S | R | U | PAGE | SIZE | DA | MISC | LONG | RFD | COPY |
|---|---|---|------|------|-----|------|------|-----|------|
| M | A | L | 465 | 426 | PCOR | NCOR | SMF | NCHG | EXAM |
|   |   |   |      |      |     | T:   | CTY | UNI |      |

12
M
025

## CORPORATION ASSIGNMENT OF DEED OF TRUST

FOR VALUE RECEIVED, the undersigned grants, assigns and transfers to:

Lida D. Fried, a Married Woman, as to an undivided 0.128%.

All of Assignor's undivided right, title and beneficial interest of the undersigned, without recourse or warranty, in and to that certain Deed of Trust dated **September 21, 2006** executed by **The Preserve, LLC, a California limited liability company,** as Trustor to National Financial Lending, Inc., a California corporation, as Trustee and recorded on **October 23, 2006** as instrument no. **2006-776838** of Official Records in the office of the County Recorder of **Riverside** County, State of **California**, describing land therein.

TOGETHER with the note or notes therein described or referred to, the money due and to become due thereon with interest, and all rights accrued or to accrue under said Deed of Trust.

Dated: February 18, 2008

L.D.'s Restaurants, Inc.,
a California corporation

David K. Fried, President

STATE OF CALIFORNIA
COUNTY OF ORANGE

On __2/21/2008__ before me, __Vincent L. Jordan__, a Notary Public personally appeared **David K. Fried**, who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct

Witness my hand and official seal.

VINCENT L. JORDAN
Commission # 1583764
Notary Public - California
Riverside County
My Comm. Expires May 30, 2009

Place Notary Seal Above

RIVERSIDE,CA    DOCUMENT: AS 2008.170316                         Page 1 of 1

Printed on 1/15/2009 10:04:19 AM          Provided by DataTrace System

Exhibit __B__
Page __338__

Exhibit __L__
Page __1/4__

04/../2008 08:00A Fee:14.00
Page 1 of 1
Recorded in Official Records
County of Riverside
Larry W. Ward
Assessor, County Clerk & Recorder

RECORDING REQUESTED BY
AND WHEN RECORDED MAIL TO

NAME      Point Center Financial, Inc.
ADDRESS   30900 Rancho Viejo Road, #100
CITY &    San Juan Capistrano, CA 92675
STATE
Attn:     Loan Servicing Department

Loan #206070/The Preserve, LLC

*3376801 DTT*

| S | R | U | PAGE | SIZE | DA | MISC | LONG | RFD | COPY |
|---|---|---|------|------|----|----|------|-----|------|
| M | A | L | 465 | 426 | PCOR | NCOR | SMF | NCHG | EXAM |
|   |   |   |     |     | T: |     | CTY | UNI | 025 |

15
M
025

## CORPORATION ASSIGNMENT OF DEED OF TRUST

FOR VALUE RECEIVED, the undersigned grants, assigns and transfers to:

**Deep Canyon Holdings, Inc., a Nevada corporation, as to an undivided 0.876% interest.**

All of Assignor's undivided right, title and beneficial interest of the undersigned, without recourse or warranty, in and to that certain Deed of Trust dated **September 21, 2006** executed by **The Preserve, LLC, a California limited liability company,** as Trustor to National Financial Lending, Inc., a California corporation, as Trustee and recorded on **October 23, 2006** as instrument no. **2006-776838** of Official Records in the office of the County Recorder of **Riverside** County, State of **California**, describing land therein.

TOGETHER with the note or notes therein described or referred to, the money due and to become due thereon with interest, and all rights accrued or to accrue under said Deed of Trust.

Dated: January 29, 2008

Point Center Financial, Inc.
a California corporation

By: _____
Dan J. Harkey, President

STATE OF CALIFORNIA
COUNTY OF ORANGE

On January 29, 2008 before me, M. Courtney Hagee, a Notary Public personally appeared Dan J. Harkey, who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct

Witness my hand and official seal.

_____

M. COURTNEY HAGEE
COMM. #1663368
Notary Public-California
ORANGE COUNTY
My Comm. Exp. May 2, 2010

Place Notary Seal Above

RIVERSIDE,CA    DOCUMENT: AS 2008.170319                          Page 1 of 1

Printed on 1/15/2009 10:04:19 AM        Provided by DataTrace System

Exhibit B
Page 339

Exhibit L
Page 115

DOC #2008-0373361
Page 1 of 1
Recorded in Official Records
County of Riverside
Larry W. Ward
Assessor, County Clerk & Recorder

07/1 2008 08:00A Fee:11.00

RECORDING REQUESTED BY
AND WHEN RECORDED MAIL TO

NAME        Point Center Financial, Inc.
ADDRESS     7 Argonaut
CITY &      Aliso Viejo, CA 92656
STATE
Attn:       Loan Servicing Department

Loan #206070/The Preserve, LLC

| S | R | U | PAGE | SIZE | DA | MISC | LONG | RFD | COPY |
|---|---|---|------|------|----|----|------|-----|------|
|   |   |   | 465  | 426  |    |    |      |     |      |
| M | A | L |      | PCOR | NCOR | SMF | NCHG | EXAM |     |
|   |   |   |      | T:   | CTY | UNI |     |     |      |

## ASSIGNMENT OF DEED OF TRUST

FOR VALUE RECEIVED, the undersigned grants, assigns and transfers to:

Tyler C. Anderson, a married man as his sole and separate property, as to an undivided 0.128%
interest.

All of Assignor's undivided right, title and beneficial interest of the undersigned, without recourse
or warranty, in and to that certain Deed of Trust dated **September 21, 2006** executed by **The
Preserve, LLC, a California limited liability company,** as Trustor to National Financial Lending,
Inc., a California corporation, as Trustee and recorded on **October 23, 2006** as instrument no.
**2006-776838** of Official Records in the office of the County Recorder of **Riverside** County, State of
**California**, describing land therein.

TOGETHER with the note or notes therein described or referred to, the money due and to become
due thereon with interest, and all rights accrued or to accrue under said Deed of Trust.

Dated: June 17, 2008

_Lida D. Fried_
Lida D. Fried

STATE OF _California_
COUNTY OF _Riverside_

On _6/20/2008_ before me, _Vincent L. Jordan_, a Notary Public
personally appeared **Lida D. Fried**, who proved to me on the basis of satisfactory evidence to be the person
whose name is subscribed to the within instrument and acknowledged that she executed the same in her
authorized capacity, and that by her signature on the instrument the person, or the entity upon behalf of
which the person acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing
paragraph is true and correct

Witness my hand and official seal.

_Vincent L. J_

VINCENT L. JORDAN
Commission # 1583754
Notary Public - California
Riverside County
My Comm. Expires May 30, 2009

Place Notary Seal Above

Exhibit B
Page 340

Exhibit L
Page 116

RIVERSIDE COUNTY

THE PRESERVE $39,000,000 LOAN

# RECORDED ASSIGNMENTS

PUBLIC RECORD

Exhibit __B__
Page __341__

Exhibit __m__
Page __117__

PUBLIC RECORD

THE PRESERVE $39,000,000 LOAN

RIVERSIDE COUNTY

### 2006-0897643
**ASSIGNMENT #1**
December 7, 2006

| NAME | SHARE | AMOUNT | NUMBER | CASH DUE INVESTORS |
|---|---|---|---|---|
| Clay | 0.128 | $49,920 | 1 | |
| Dennison | 0.259 | $101,010 | 1 | |
| Swann | 0.512 | $199,680 | 1 | |
| Keller | 0.128 | $49,920 | 1 | |
| Kenyon | 0.154 | $60,060 | 1 | |
| Mick | 0.128 | $49,920 | 1 | |
| Monblatt | 0.128 | $49,920 | 1 | |
| Monahan | 0.230 | $89,700 | 1 | |
| Russ | 0.128 | $49,920 | 1 | |
| Schwartz | 0.128 | $49,920 | 1 | |
| Shore1 | 0.128 | $49,920 | 1 | |
| Total | 2.051 | $799,890 | 11 | |
| PcfINC | | | | |
| CASH DUE INVESTORS | | | | $799,890 |

**ASSIGNMENT SUMMARY**

| | SHARE | AMOUNT | NUMBER | CASH DUE INVESTORS |
|---|---|---|---|---|
| TOTAL NAMES | 2.051 | $799,890 | 11 | |
| NfiLLC | 0.000 | $0 | 0 | |
| Pcf1 | 0.000 | $0 | 0 | |
| PcfU | 0.000 | $0 | 0 | |
| PCMFILLC | 0.000 | $0 | 0 | |
| TOTAL HARKEY | 0.000 | $0 | 0 | |
| GRAND TOTAL | 2.051 | $799,890 | 11 | $799,890 |

### CONTROL
**PRIOR PUBLIC BALANCE**

| | | | |
|---|---|---|---|
| TOTAL NAMES | 23.753 | $9,263,670 | 109 |
| NfiLLC | 24.223 | $9,446,970 | 1 |
| Pcf1 | 27.856 | $10,863,840 | 1 |
| PcfU | 24.168 | $9,425,520 | 1 |
| PCMFILLC | 0.000 | $0 | 0 |
| TOTAL HARKEY | 76.247 | $29,736,330 | 3 |
| GRAND TOTAL | 100.000 | $39,000,000 | 112 |

**CUMULATIVE PUBLIC BALANCE**

| | | | |
|---|---|---|---|
| TOTAL NAMES | 25.804 | $10,063,560 | 120 |
| NfiLLC | 24.223 | $9,446,970 | 1 |
| Pcf1 | 27.856 | $10,863,840 | 1 |
| PcfU | 24.168 | $9,425,520 | 1 |
| PCMFILLC | 0.000 | $0 | 0 |
| TOTAL HARKEY | 76.247 | $29,736,330 | 3 |
| GRAND TOTAL | 102.051 | $39,799,890 | 123 |

Exhibit B
Page 342

Exhibit m
Page 118

PUBLIC RECORD

THE PRESERVE $39,000,000 LOAN

RIVERSIDE COUNTY

**2006-0897644**
**ASSIGNMENT #2**
**December 7, 2006**

| NAME | SHARE | AMOUNT | NUMBER | CASH DUE INVESTORS |
|---|---|---|---|---|
| Ahlvin | 0.128 | $49,920 | 1 | |
| Clough | 0.128 | $49,920 | 1 | |
| Edwards | 0.128 | $49,920 | 1 | |
| Futter | 0.128 | $49,920 | 1 | |
| Garvin | 0.128 | $49,920 | 1 | |
| Halsted | 0.128 | $49,920 | 1 | |
| Keith | 0.128 | $49,920 | 1 | |
| Levy | 0.385 | $150,150 | 1 | |
| Mitchell | 0.256 | $99,840 | 1 | |
| Monson | 0.128 | $49,920 | 1 | |
| Parekhji | 0.128 | $49,920 | 1 | |
| Reill1 | 0.282 | $109,980 | 1 | |
| Reill2 | 0.128 | $49,920 | 1 | |
| Simpson | 0.128 | $49,920 | 1 | |
| Waddell | 0.128 | $49,920 | 1 | |
| Total | 2.459 | $959,010 | 15 | |
| PcfINC | | CASH DUE INVESTORS | | $959,010 |

**ASSIGNMENT SUMMARY**

| | SHARE | AMOUNT | NUMBER | CASH DUE INVESTORS |
|---|---|---|---|---|
| TOTAL NAMES | 2.459 | $959,010 | 15 | |
| NfiLLC | 0.000 | $0 | 0 | |
| Pcf1 | 0.000 | $0 | 0 | |
| PcfU | 0.000 | $0 | 0 | |
| PCMFILLC | 0.000 | $0 | 0 | |
| TOTAL HARKEY | 0.000 | $0 | 0 | |
| GRAND TOTAL | 2.459 | $959,010 | 15 | $959,010 |

**CONTROL**
**PRIOR PUBLIC BALANCE**

| | | PRIOR PUBLIC BALANCE | |
|---|---|---|---|
| TOTAL NAMES | 25.804 | $10,063,560 | 120 |
| NfiLLC | 24.223 | $9,446,970 | 1 |
| Pcf1 | 27.856 | $10,863,840 | 1 |
| PcfU | 24.168 | $9,425,520 | 1 |
| PCMFILLC | 0.000 | $0 | 0 |
| TOTAL HARKEY | 76.247 | $29,736,330 | 3 |
| GRAND TOTAL | 102.051 | $39,799,890 | 123 |

**CUMULATIVE PUBLIC BALANCE**

| | | | |
|---|---|---|---|
| TOTAL NAMES | 28.263 | $11,022,570 | 135 |
| NfiLLC | 24.223 | $9,446,970 | 1 |
| Pcf1 | 27.856 | $10,863,840 | 1 |
| PcfU | 24.168 | $9,425,520 | 1 |
| PCMFILLC | 0.000 | $0 | 0 |
| TOTAL HARKEY | 76.247 | $29,736,330 | 3 |
| GRAND TOTAL | 104.510 | $40,758,900 | 138 |

PUBLIC RECORD

THE PRESERVE $39,000,000 LOAN

RIVERSIDE COUNTY

### 2006-0897645 — ASSIGNMENT #3 — December 7, 2006

| NAME | SHARE | AMOUNT | NUMBER | CASH DUE INVESTORS |
|---|---|---|---|---|
| Goldstrom | 0.127 | $49,530 | 1 | |
| Miranda | 0.205 | $79,950 | 1 | |
| Schneider | 0.256 | $99,840 | 1 | |
| Total | 0.588 | $229,320 | 3 | |
| PcfINC | CASH DUE INVESTORS | | | $229,320 |

#### ASSIGNMENT SUMMARY

| | SHARE | AMOUNT | NUMBER | |
|---|---|---|---|---|
| TOTAL NAMES | 0.588 | $229,320 | 3 | |
| NfiLLC | 0.000 | $0 | 0 | |
| Pcf1 | 0.000 | $0 | 0 | |
| PcfU | 0.000 | $0 | 0 | |
| PCMFILLC | 0.000 | $0 | 0 | |
| TOTAL HARKEY | 0.000 | $0 | 0 | |
| GRAND TOTAL | 0.588 | $229,320 | 3 | |

### CONTROL — PRIOR PUBLIC BALANCE

| | SHARE | BALANCE | NUMBER |
|---|---|---|---|
| TOTAL NAMES | 28.263 | $11,022,570 | 135 |
| NfiLLC | 24.223 | $9,446,970 | 1 |
| Pcf1 | 27.856 | $10,863,840 | 1 |
| PcfU | 24.168 | $9,425,520 | 1 |
| PCMFILLC | 0.000 | $0 | 0 |
| TOTAL HARKEY | 76.247 | $29,736,330 | 3 |
| GRAND TOTAL | 104.510 | $40,758,900 | 138 |

### CUMULATIVE PUBLIC BALANCE

| | SHARE | BALANCE | NUMBER |
|---|---|---|---|
| TOTAL NAMES | 28.851 | $11,251,890 | 138 |
| NfiLLC | 24.223 | $9,446,970 | 1 |
| Pcf1 | 27.856 | $10,863,840 | 1 |
| PcfU | 24.168 | $9,425,520 | 1 |
| PCMFILLC | 0.000 | $0 | 0 |
| TOTAL HARKEY | 76.247 | $29,736,330 | 3 |
| GRAND TOTAL | 105.098 | $40,988,220 | 141 |

Exhibit B
Page 344

Exhibit M
Page 120

PUBLIC RECORD

THE PRESERVE $39,000,000 LOAN

RIVERSIDE COUNTY

**2006-0897646 — ASSIGNMENT #4 — December 7, 2006**

| NAME | SHARE | AMOUNT | NUMBER | CASH DUE INVESTORS |
|---|---|---|---|---|
| NfiLLC | 0.256 | $99,840 | 1 | |
| Total | 0.256 | $99,840 | 1 | |
| WhiteW | | | -1 | |

**ASSIGNMENT SUMMARY**

| | SHARE | AMOUNT | NUMBER | |
|---|---|---|---|---|
| TOTAL NAMES | 0.000 | $0 | -1 | |
| NfiLLC | 0.256 | $99,840 | 1 | |
| Pcf1 | 0.000 | $0 | 0 | |
| PcfU | 0.000 | $0 | 0 | |
| PCMFILLC | 0.000 | $0 | 0 | |
| TOTAL HARKEY | 0.256 | $99,840 | 1 | |
| GRAND TOTAL | 0.256 | $99,840 | 0 | |

**CONTROL — PRIOR PUBLIC BALANCE**

| | | | |
|---|---|---|---|
| TOTAL NAMES | 28.851 | $11,251,890 | 138 |
| NfiLLC | 24.223 | $9,446,970 | 1 |
| Pcf1 | 27.856 | $10,863,840 | 1 |
| PcfU | 24.168 | $9,425,520 | 1 |
| PCMFILLC | 0.000 | $0 | 0 |
| TOTAL HARKEY | 76.247 | $29,736,330 | 3 |
| GRAND TOTAL | 105.098 | $40,988,220 | 141 |

**CUMULATIVE PUBLIC BALANCE**

| | | | |
|---|---|---|---|
| TOTAL NAMES | 28.595 | $11,152,050 | 137 |
| NfiLLC | 24.479 | $9,546,810 | 2 |
| Pcf1 | 27.856 | $10,863,840 | 1 |
| PcfU | 24.168 | $9,425,520 | 1 |
| PCMFILLC | 0.000 | $0 | 0 |
| TOTAL HARKEY | 76.503 | $29,836,170 | 4 |
| GRAND TOTAL | 105.098 | $40,988,220 | 141 |

Exhibit B
Page 345

Exhibit m
Page 121

PUBLIC RECORD

THE PRESERVE $39,000,000 LOAN

RIVERSIDE COUNTY

**2006-0897647**
**ASSIGNMENT #5**
**December 7, 2006**

| NAME | SHARE | AMOUNT | NUMBER | CASH DUE INVESTORS |
|---|---|---|---|---|
| NfILLC | 0.128 | $49,920.00 | 1 | |
| Total | 0.128 | $49,920.00 | 1 | |
| Bell | | | -1 | |

**ASSIGNMENT SUMMARY**

| | SHARE | AMOUNT | NUMBER | |
|---|---|---|---|---|
| TOTAL NAMES | 0.000 | $0 | -1 | |
| NfILLC | 0.128 | $49,920 | 1 | |
| Pcf1 | 0.000 | $0 | 0 | |
| PcfU | 0.000 | $0 | 0 | |
| PCMFILLC | 0.000 | $0 | 0 | |
| TOTAL HARKEY | 0.128 | $49,920 | 1 | |
| GRAND TOTAL | 0.128 | $49,920 | 0 | |

**CONTROL**
**PRIOR PUBLIC BALANCE**

| | | | |
|---|---|---|---|
| TOTAL NAMES | 28.595 | $11,152,050 | 137 |
| NfILLC | 24.479 | $9,546,810 | 2 |
| Pcf1 | 27.856 | $10,863,840 | 1 |
| PcfU | 24.168 | $9,425,520 | 1 |
| PCMFILLC | 0.000 | $0 | 0 |
| TOTAL HARKEY | 76.503 | $29,836,170 | 4 |
| GRAND TOTAL | 105.098 | $40,988,220 | 141 |

**CUMULATIVE PUBLIC BALANCE**

| | | | |
|---|---|---|---|
| TOTAL NAMES | 28.467 | $11,102,130 | 136 |
| NfILLC | 24.607 | $9,596,730 | 3 |
| Pcf1 | 27.856 | $10,863,840 | 1 |
| PcfU | 24.168 | $9,425,520 | 1 |
| PCMFILLC | 0.000 | $0 | 0 |
| TOTAL HARKEY | 76.631 | $29,886,090 | 5 |
| GRAND TOTAL | 105.098 | $40,988,220 | 141 |

Exhibit B
Page 346

Exhibit m
Page 122

RIVERSIDE COUNTY

THE PRESERVE $39,000,000 LOAN

PUBLIC RECORD

## 2006-0897648 — ASSIGNMENT #6 — December 7, 2006

| NAME | SHARE | AMOUNT | NUMBER | CASH DUE INVESTORS |
|---|---|---|---|---|
| Bowden | 0.128 | $49,920 | 1 | |
| Carter | 0.256 | $99,840 | 1 | |
| Kratka | 0.154 | $60,060 | 1 | |
| Stewart | 0.513 | $200,070 | 1 | |
| Pooley | 0.128 | $49,920 | 1 | |
| Shore2 | 0.170 | $66,300 | 1 | |
| Vicars | 0.192 | $74,880 | 1 | |
| Wallace | 0.128 | $49,920 | 1 | |
| Total | 1.669 | $650,910 | 8 | |
| PcfNC | CASH DUE INVESTORS | | | $650,910 |

### ASSIGNMENT SUMMARY

| | SHARE | AMOUNT | NUMBER | CASH DUE INVESTORS |
|---|---|---|---|---|
| TOTAL NAMES | 1.669 | $650,910 | 8 | |
| NfiLLC | 0.000 | $0 | 0 | |
| Pcf1 | 0.000 | $0 | 0 | |
| PcfU | 0.000 | $0 | 0 | |
| PCMFILLC | 0.000 | $0 | 0 | |
| TOTAL HARKEY | 0.000 | $0 | 0 | |
| GRAND TOTAL | 1.669 | $650,910 | 8 | $650,910 |

## CONTROL

### PRIOR PUBLIC BALANCE

| | SHARE | PRIOR PUBLIC BALANCE | NUMBER |
|---|---|---|---|
| TOTAL NAMES | 28.467 | $11,102,130 | 136 |
| NfiLLC | 24.607 | $9,596,730 | 3 |
| Pcf1 | 27.856 | $10,863,840 | 1 |
| PcfU | 24.168 | $9,425,520 | 1 |
| PCMFILLC | 0.000 | $0 | 0 |
| TOTAL HARKEY | 76.631 | $29,886,090 | 5 |
| GRAND TOTAL | 105.098 | $40,988,220 | 141 |

### CUMULATIVE PUBLIC BALANCE

| | SHARE | CUMULATIVE PUBLIC BALANCE | NUMBER |
|---|---|---|---|
| TOTAL NAMES | 30.136 | $11,753,040 | 144 |
| NfiLLC | 24.607 | $9,596,730 | 3 |
| Pcf1 | 27.856 | $10,863,840 | 1 |
| PcfU | 24.168 | $9,425,520 | 1 |
| PCMFILLC | 0.000 | $0 | 0 |
| TOTAL HARKEY | 76.631 | $29,886,090 | 5 |
| GRAND TOTAL | 106.767 | $41,639,130 | 149 |

Exhibit B
Page 347

Exhibit m
Page 123

PUBLIC RECORD

THE PRESERVE $39,000,000 LOAN

RIVERSIDE COUNTY

**2006-0897649**

**ASSIGNMENT #7**

December 7, 2006

| NAME | SHARE | AMOUNT | NUMBER | CASH DUE INVESTORS |
|---|---|---|---|---|
| Olson | 0.259 | $101,010 | 1 | |
| Total | 0.259 | $101,010 | 1 | |
| NAILLC | -0.259 | -$101,010 | -1 | |
| Net | 0 | 0 | 0 | |
| | | | | |
| CASH DUE INVESTORS | | | | $101,010 |
| NAILLC | | | | |
| | | | | |
| ASSIGNMENT SUMMARY | | | | |
| | | | | |
| TOTAL NAMES | 0.259 | $101,010 | 1 | |
| NAILLC | -0.259 | -$101,010 | -1 | |
| Pcf1 | 0.000 | $0 | 0 | |
| PcfU | 0.000 | $0 | 0 | |
| PCMFILLC | 0.000 | $0 | 0 | |
| TOTAL HARKEY | -0.259 | -$101,010 | -1 | |
| GRAND TOTAL | 0.000 | 0.000 | 0 | $101,010 |

**CONTROL**

**PRIOR PUBLIC BALANCE**

| | | | |
|---|---|---|---|
| TOTAL NAMES | 30.136 | $11,753,040 | 144 |
| NAILLC | 24.607 | $9,596,730 | 3 |
| Pcf1 | 27.856 | $10,863,840 | 1 |
| PcfU | 24.168 | $9,425,520 | 1 |
| PCMFILLC | 0.000 | $0 | 0 |
| TOTAL HARKEY | 76.631 | $29,886,090 | 5 |
| GRAND TOTAL | 106.767 | $41,639,130 | 149 |

**CUMULATIVE PUBLIC BALANCE**

| | | | |
|---|---|---|---|
| TOTAL NAMES | 30.395 | $11,854,050 | 145 |
| NAILLC | 24.348 | $9,495,720 | 2 |
| Pcf1 | 27.856 | $10,863,840 | 1 |
| PcfU | 24.168 | $9,425,520 | 1 |
| PCMFILLC | 0.000 | $0 | 0 |
| TOTAL HARKEY | 76.372 | $29,785,080 | 4 |
| GRAND TOTAL | 106.767 | $41,639,130 | 149 |

Exhibit B
Page 348

Exhibit M
Page 124

PUBLIC RECORD

## THE PRESERVE $39,000,000 LOAN

RIVERSIDE COUNTY

### 2006-0897650 — ASSIGNMENT #8 — December 7, 2006

| NAME | SHARE | AMOUNT | NUMBER | CASH DUE INVESTORS |
|---|---|---|---|---|
| Barton | 0.179 | $69,810 | 1 | |
| Bauerlein | 0.127 | $49,530 | 1 | |
| WisemanD | 0.385 | $150,150 | 1 | |
| DourbetasN | 0.154 | $60,060 | 1 | |
| DourbetasA | 0.641 | $249,990 | 1 | |
| Garcia1 | 0.128 | $49,920 | 1 | |
| NfiLLC | 6.470 | $2,523,300 | 1 | |
| PCMFILLC | 2.160 | $842,400 | 1 | |
| Probst | 0.128 | $49,920 | 1 | |
| Seldeen | 0.128 | $49,920 | 1 | |
| Spaeth | 0.127 | $49,530 | 1 | |
| Viera | 0.128 | $49,920 | 1 | |
| Total | 10.755 | $4,194,450 | 12 | |
| PcfINC | CASH DUE INVESTORS | | | $4,194,450 |

### ASSIGNMENT SUMMARY

| NAME | SHARE | AMOUNT | NUMBER | CASH DUE INVESTORS |
|---|---|---|---|---|
| TOTAL NAMES | 2.125 | $828,750 | 10 | |
| NfiLLC | 6.470 | $2,523,300 | 1 | |
| Pcf1 | 0.000 | $0 | 0 | |
| PcfU | 0.000 | $0 | 0 | |
| PCMFILLC | 2.160 | $842,400 | 1 | |
| TOTAL HARKEY | 8.630 | $3,365,700 | 2 | |
| GRAND TOTAL | 10.755 | $4,194,450 | 12 | $4,194,450 |

### CONTROL

#### PRIOR PUBLIC BALANCE

| | SHARE | BALANCE | NUMBER |
|---|---|---|---|
| TOTAL NAMES | 30.395 | $11,854,050 | 145 |
| NfiLLC | 24.348 | $9,495,720 | 2 |
| Pcf1 | 27.856 | $10,863,840 | 1 |
| PcfU | 24.168 | $9,425,520 | 1 |
| PCMFILLC | 0.000 | $0 | 0 |
| TOTAL HARKEY | 76.372 | $29,785,080 | 4 |
| GRAND TOTAL | 106.767 | $41,639,130 | 149 |

#### CUMULATIVE PUBLIC BALANCE

| | SHARE | BALANCE | NUMBER |
|---|---|---|---|
| TOTAL NAMES | 32.520 | $12,682,800 | 155 |
| NfiLLC | 30.818 | $12,019,020 | 3 |
| Pcf1 | 27.856 | $10,863,840 | 1 |
| PcfU | 24.168 | $9,425,520 | 1 |
| PCMFILLC | 2.160 | $842,400 | 1 |
| TOTAL HARKEY | 85.002 | $33,150,780 | 6 |
| GRAND TOTAL | 117.522 | $45,833,580 | 161 |

Exhibit B
Page 349

Exhibit M
Page 125

PUBLIC RECORD

RIVERSIDE COUNTY

# THE PRESERVE $39,000,000 LOAN

**2006-0897651**
**ASSIGNMENT #9**
**December 7, 2006**

| NAME | SHARE | AMOUNT | NUMBER | CASH DUE INVESTORS |
|---|---|---|---|---|
| Chasin2 | 0.385 | $150,150 | 1 | |
| Total | 0.385 | $150,150 | 1 | |
| (Chasin1) | -0.385 | -$150,150 | -1 | |
| NET | 0.000 | $0 | 0 | $0 |

**ASSIGNMENT SUMMARY**

| | SHARE | AMOUNT | NUMBER | CASH DUE INVESTORS |
|---|---|---|---|---|
| TOTAL NAMES | 0.000 | $0 | 0 | |
| NfiLLC | 0.000 | $0 | 0 | |
| Pcf1 | 0.000 | $0 | 0 | |
| PcfU | 0.000 | $0 | 0 | |
| PCMFILLC | 0.000 | $0 | 0 | |
| TOTAL HARKEY | 0.000 | $0 | 0 | |
| GRAND TOTAL | 0.000 | $0 | 0 | $0 |

**CONTROL**
**PRIOR PUBLIC BALANCE**

| | | PRIOR PUBLIC BALANCE | |
|---|---|---|---|
| TOTAL NAMES | 32.520 | $12,682,800 | 155 |
| NfiLLC | 30.818 | $12,019,020 | 3 |
| Pcf1 | 27.856 | $10,863,840 | 1 |
| PcfU | 24.168 | $9,425,520 | 1 |
| PCMFILLC | 2.160 | $842,400 | 1 |
| TOTAL HARKEY | 85.002 | $33,150,780 | 6 |
| GRAND TOTAL | 117.522 | $45,833,580 | 161 |

**CUMULATIVE PUBLIC BALANCE**

| | | | |
|---|---|---|---|
| TOTAL NAMES | 32.520 | $12,682,800 | 155 |
| NfiLLC | 30.818 | $12,019,020 | 3 |
| Pcf1 | 27.856 | $10,863,840 | 1 |
| PcfU | 24.168 | $9,425,520 | 1 |
| PCMFILLC | 2.160 | $842,400 | 1 |
| TOTAL HARKEY | 85.002 | $33,150,780 | 6 |
| GRAND TOTAL | 117.522 | $45,833,580 | 161 |

Exhibit B
Page 350

Exhibit M
Page 126

PUBLIC RECORD

RIVERSIDE COUNTY

**THE PRESERVE $39,000,000 LOAN**

### 2006-0897652 — ASSIGNMENT #10 — December 7, 2006

| NAME | SHARE | AMOUNT | NUMBER | CASH DUE INVESTORS |
|------|-------|--------|--------|--------------------|
| NfiLLC | 0.128 | $49,920 | 1 | |
| Total | 0.128 | $49,920 | 1 | |
| PcfNC | | | | |
| CASH DUE INVESTORS | | | | $49,920 |

**ASSIGNMENT SUMMARY**

| NAME | SHARE | AMOUNT | NUMBER | CASH DUE INVESTORS |
|------|-------|--------|--------|--------------------|
| TOTAL NAMES | 0.000 | $0 | 0 | |
| NfiLLC | 0.128 | $49,920 | 1 | |
| Pcf1 | 0.000 | $0 | 0 | |
| PcfU | 0.000 | $0 | 0 | |
| PCMFILLC | 0.000 | $0 | 0 | |
| TOTAL HARKEY | 0.128 | $49,920 | 1 | |
| GRAND TOTAL | 0.128 | $49,920 | 1 | $49,920 |

### CONTROL

**PRIOR PUBLIC BALANCE**

| | | | |
|------|--------|-------------|-----|
| TOTAL NAMES | 32.520 | $12,682,800 | 155 |
| NfiLLC | 30.818 | $12,019,020 | 3 |
| Pcf1 | 27.856 | $10,863,840 | 1 |
| PcfU | 24.168 | $9,425,520 | 1 |
| PCMFILLC | 2.160 | $842,400 | 1 |
| TOTAL HARKEY | 85.002 | $33,150,780 | 6 |
| GRAND TOTAL | 117.522 | $45,833,580 | 161 |

**CUMULATIVE PUBLIC BALANCE**

| | | | |
|------|--------|-------------|-----|
| TOTAL NAMES | 32.520 | $12,682,800 | 155 |
| NfiLLC | 30.946 | $12,068,940 | 4 |
| Pcf1 | 27.856 | $10,863,840 | 1 |
| PcfU | 24.168 | $9,425,520 | 1 |
| PCMFILLC | 2.160 | $842,400 | 1 |
| TOTAL HARKEY | 85.130 | $33,200,700 | 7 |
| GRAND TOTAL | 117.650 | $45,883,500 | 162 |

Exhibit B
Page 351

Exhibit M
Page 127

PUBLIC RECORD

THE PRESERVE $39,000,000 LOAN

RIVERSIDE COUNTY

## 2006-0897653 — ASSIGNMENT #11 — December 7, 2006

| NAME | SHARE | AMOUNT | NUMBER | CASH DUE INVESTORS |
|---|---|---|---|---|
| TOTAL NAMES | | | | |
| | | | | |
| NfiLLC | 2.330 | $908,700 | 1 | |
| Total | 2.330 | $908,700 | 1 | |
| PcfINC | CASH DUE INVESTORS | | | $908,700 |

### ASSIGNMENT SUMMARY

| NAME | SHARE | AMOUNT | NUMBER | CASH DUE INVESTORS |
|---|---|---|---|---|
| TOTAL NAMES | 0.000 | $0 | 0 | |
| NfiLLC | 2.330 | $908,700 | 1 | |
| Pcf1 | 0.000 | $0 | 0 | |
| PcfU | 0.000 | $0 | 0 | |
| PCMFILLC | 0.000 | $0 | 0 | |
| TOTAL HARKEY | 2.330 | $908,700 | 1 | |
| GRAND TOTAL | 2.330 | $908,700 | 1 | $908,700 |

## CONTROL — PRIOR PUBLIC BALANCE

| | | | |
|---|---|---|---|
| TOTAL NAMES | 32.520 | $12,682,800 | 155 |
| NfiLLC | 30.946 | $12,068,940 | 4 |
| Pcf1 | 27.856 | $10,863,840 | 1 |
| PcfU | 24.168 | $9,425,520 | 1 |
| PCMFILLC | 2.160 | $842,400 | 1 |
| TOTAL HARKEY | 85.130 | $33,200,700 | 7 |
| GRAND TOTAL | 117.650 | $45,883,500 | 162 |

### CUMULATIVE PUBLIC BALANCE

| | | | |
|---|---|---|---|
| TOTAL NAMES | 32.520 | $12,682,800 | 155 |
| NfiLLC | 33.276 | $12,977,640 | 5 |
| Pcf1 | 27.856 | $10,863,840 | 1 |
| PcfU | 24.168 | $9,425,520 | 1 |
| PCMFILLC | 2.160 | $842,400 | 1 |
| TOTAL HARKEY | 87.460 | $34,109,400 | 8 |
| GRAND TOTAL | 119.980 | $46,792,200 | 163 |

Exhibit Page B 352

Exhibit Page M 128

PUBLIC RECORD

THE PRESERVE $39,000,000 LOAN

RIVERSIDE COUNTY

## 2006-0897654 — ASSIGNMENT #12 — December 7, 2006

| NAME | SHARE | AMOUNT | NUMBER | CASH DUE INVESTORS |
|---|---|---|---|---|
| NfiLLC | 0.192 | $74,880 | 1 | |
| Total | 0.192 | $74,880 | 1 | |
| PcfINC | CASH DUE INVESTORS | | | $74,880 |
| **ASSIGNMENT SUMMARY** | | | | |
| TOTAL NAMES | 0.000 | $0 | 0 | |
| NfiLLC | 0.192 | $74,880 | 1 | |
| Pcf1 | 0.000 | $0 | 0 | |
| PcfU | 0.000 | $0 | 0 | |
| PCMFILLC | 0.000 | $0 | 0 | |
| TOTAL HARKEY | 0.192 | $74,880 | 1 | |
| GRAND TOTAL | 0.192 | $74,880 | 1 | $74,880 |

## CONTROL

### PRIOR PUBLIC BALANCE

| | | | |
|---|---|---|---|
| TOTAL NAMES | 32.520 | $12,682,800 | 155 |
| NfiLLC | 33.276 | $12,977,640 | 5 |
| Pcf1 | 27.856 | $10,863,840 | 1 |
| PcfU | 24.168 | $9,425,520 | 1 |
| PCMFILLC | 2.160 | $842,400 | 1 |
| TOTAL HARKEY | 87.460 | $34,109,400 | 8 |
| GRAND TOTAL | 119.980 | $46,792,200 | 163 |

### CUMULATIVE PUBLIC BALANCE

| | | | |
|---|---|---|---|
| TOTAL NAMES | 32.520 | $12,682,800 | 155 |
| NfiLLC | 33.468 | $13,052,520 | 6 |
| Pcf1 | 27.856 | $10,863,840 | 1 |
| PcfU | 24.168 | $9,425,520 | 1 |
| PCMFILLC | 2.160 | $842,400 | 1 |
| TOTAL HARKEY | 87.652 | $34,184,280 | 9 |
| GRAND TOTAL | 120.172 | $46,867,080 | 164 |

Exhibit B
Page 353

Exhibit M
Page 129

PUBLIC RECORD

THE PRESERVE $39,000,000 LOAN

RIVERSIDE COUNTY

## 2006-0932349 ASSIGNMENT #13 — December 21, 2006

| NAME | SHARE | AMOUNT | NUMBER | CASH DUE INVESTORS |
|---|---|---|---|---|
| Hermestroff | 0.128 | $49,920 | 1 | |
| Total | 0.128 | $49,920 | 1 | |
| PcfINC | CASH DUE INVESTORS | | | $49,920 |

### ASSIGNMENT SUMMARY

| | SHARE | AMOUNT | NUMBER | |
|---|---|---|---|---|
| TOTAL NAMES | 0.128 | $49,920 | 1 | |
| NfILLC | 0.000 | $0 | 0 | |
| Pcf1 | 0.000 | $0 | 0 | |
| PcfU | 0.000 | $0 | 0 | |
| PCMFILLC | 0.000 | $0 | 0 | |
| TOTAL HARKEY | 0.000 | $0 | 0 | |
| GRAND TOTAL | 0.128 | $49,920 | 1 | |

## CONTROL

### PRIOR PUBLIC BALANCE

| | SHARE | BALANCE | NUMBER |
|---|---|---|---|
| TOTAL NAMES | 32.520 | $12,682,800 | 155 |
| NfILLC | 33.468 | $13,052,520 | 6 |
| Pcf1 | 27.856 | $10,863,840 | 1 |
| PcfU | 24.168 | $9,425,520 | 1 |
| PCMFILLC | 2.160 | $842,400 | 1 |
| TOTAL HARKEY | 87.652 | $34,184,280 | 9 |
| GRAND TOTAL | 120.172 | $46,867,080 | 164 |

### CUMULATIVE PUBLIC BALANCE

| | SHARE | BALANCE | NUMBER |
|---|---|---|---|
| TOTAL NAMES | 32.648 | $12,732,720 | 156 |
| NfILLC | 33.468 | $13,052,520 | 6 |
| Pcf1 | 27.856 | $10,863,840 | 1 |
| PcfU | 24.168 | $9,425,520 | 1 |
| PCMFILLC | 2.160 | $842,400 | 1 |
| TOTAL HARKEY | 87.652 | $34,184,280 | 9 |
| GRAND TOTAL | 120.300 | $46,917,000 | 165 |

Exhibit B
Page 354

Exhibit M
Page 130

RIVERSIDE COUNTY

PUBLIC RECORD

THE PRESERVE $39,000,000 LOAN

## 2006-0932352 — ASSIGNMENT #14 — December 21, 2006

| NAME | SHARE | AMOUNT | NUMBER | CASH DUE INVESTORS |
|---|---|---|---|---|
| Foreman | 0.128 | $49,920 | 1 | |
| Louie | 0.128 | $49,920 | 1 | |
| Orgera | 0.128 | $49,920 | 1 | |
| Winans | 0.154 | $60,060 | 1 | |
| Total | 0.538 | $209,820 | 4 | |
| PcfNC CASH DUE INVESTORS | | | | $209,820 |

### ASSIGNMENT SUMMARY

| | SHARE | AMOUNT | NUMBER | CASH DUE INVESTORS |
|---|---|---|---|---|
| TOTAL NAMES | 0.538 | $209,820 | 4 | $209,820 |
| NfILLC | 0.000 | $0 | 0 | |
| Pcf1 | 0.000 | $0 | 0 | |
| PcfU | 0.000 | $0 | 0 | |
| PCMFILLC | 0.000 | $0 | 0 | |
| TOTAL HARKEY | 0.000 | $0 | 0 | |
| GRAND TOTAL | 0.538 | $209,820 | 4 | $209,820 |

## CONTROL — PRIOR PUBLIC BALANCE

| | | | |
|---|---|---|---|
| TOTAL NAMES | 32.648 | $12,732,720 | 156 |
| NfILLC | 33.468 | $13,052,520 | 6 |
| Pcf1 | 27.856 | $10,863,840 | 1 |
| PcfU | 24.168 | $9,425,520 | 1 |
| PCMFILLC | 2.160 | $842,400 | 1 |
| TOTAL HARKEY | 87.652 | $34,184,280 | 9 |
| GRAND TOTAL | 120.300 | $46,917,000 | 165 |

## CUMULATIVE PUBLIC BALANCE

| | | | |
|---|---|---|---|
| TOTAL NAMES | 33.186 | $12,942,540 | 160 |
| NfILLC | 33.468 | $13,052,520 | 6 |
| Pcf1 | 27.856 | $10,863,840 | 1 |
| PcfU | 24.168 | $9,425,520 | 1 |
| PCMFILLC | 2.160 | $842,400 | 1 |
| TOTAL HARKEY | 87.652 | $34,184,280 | 9 |
| GRAND TOTAL | 120.838 | $47,126,820 | 169 |



Exhibit B
Page 355

Exhibit M
Page 131

PUBLIC RECORD

THE PRESERVE $39,000,000 LOAN

RIVERSIDE COUNTY

**2006-0932353**
**ASSIGNMENT #15**
December 21, 2006

| NAME | SHARE | AMOUNT | NUMBER | CASH DUE INVESTORS |
|---|---|---|---|---|
| ConnorR | 0.128 | $49,920 | 1 | |
| Crossno | 0.128 | $49,920 | 1 | |
| Waters | 0.128 | $49,920 | 1 | |
| Weinstein | 0.128 | $49,920 | 1 | |
| Walker | 0.256 | $99,840 | 1 | |
| Total | 0.768 | $299,520 | 5 | |
| | | | | |
| PcfINC | CASH DUE INVESTORS | | | $299,520 |
| | | | | |
| ASSIGNMENT SUMMARY | | | | |
| TOTAL NAMES | 0.768 | $299,520 | 5 | |
| NfILLC | 0.000 | $0 | 0 | |
| Pcf1 | 0.000 | $0 | 0 | |
| PcfU | 0.000 | $0 | 0 | |
| PCMFILLC | 0.000 | $0 | 0 | |
| TOTAL HARKEY | 0.000 | $0 | 0 | |
| GRAND TOTAL | 0.768 | $299,520 | 5 | $299,520 |

**CONTROL**

| PRIOR PUBLIC BALANCE | | | |
|---|---|---|---|
| TOTAL NAMES | 33.186 | $12,942,540 | 160 |
| NfILLC | 33.468 | $13,052,520 | 6 |
| Pcf1 | 27.856 | $10,863,840 | 1 |
| PcfU | 24.168 | $9,425,520 | 1 |
| PCMFILLC | 2.160 | $842,400 | 1 |
| TOTAL HARKEY | 87.652 | $34,184,280 | 9 |
| GRAND TOTAL | 120.838 | $47,126,820 | 169 |
| | | | |
| CUMULATIVE PUBLIC BALANCE | | | |
| TOTAL NAMES | 33.954 | $13,242,060 | 165 |
| NfILLC | 33.468 | $13,052,520 | 6 |
| Pcf1 | 27.856 | $10,863,840 | 1 |
| PcfU | 24.168 | $9,425,520 | 1 |
| PCMFILLC | 2.160 | $842,400 | 1 |
| TOTAL HARKEY | 87.652 | $34,184,280 | 9 |
| GRAND TOTAL | 121.606 | $47,426,340 | 174 |

Exhibit B
Page 356

Exhibit M
Page 132

PUBLIC RECORD

THE PRESERVE $39,000,000 LOAN

RIVERSIDE COUNTY

**2007-0025510**
**ASSIGNMENT #16**
**January 11, 2007**

| NAME | SHARE | AMOUNT | NUMBER | CASH DUE INVESTORS |
|---|---|---|---|---|
| TheeHacopian3 | 0.128 | $49,920 | 1 | |
| Total | 0.128 | $49,920 | 1 | |
| PcfNC | | CASH DUE INVESTORS | | $49,920 |
| **ASSIGNMENT SUMMARY** | | | | |
| TOTAL NAMES | 0.128 | $49,920 | 1 | |
| NfiLLC | 0.000 | $0 | 0 | |
| Pcf1 | 0.000 | $0 | 0 | |
| PcfU | 0.000 | $0 | 0 | |
| PCMFILLC | 0.000 | $0 | 0 | |
| TOTAL HARKEY | 0.000 | $0 | 0 | |
| GRAND TOTAL | 0.128 | $49,920 | 1 | $49,920 |

**CONTROL**

| PRIOR PUBLIC BALANCE | | |
|---|---|---|
| TOTAL NAMES | 33.954 | $13,242,060 | 165 |
| NfiLLC | 33.468 | $13,052,520 | 6 |
| Pcf1 | 27.856 | $10,863,840 | 1 |
| PcfU | 24.168 | $9,425,520 | 1 |
| PCMFILLC | 2.160 | $842,400 | 1 |
| TOTAL HARKEY | 87.652 | $34,184,280 | 9 |
| GRAND TOTAL | 121.606 | $47,426,340 | 174 |

| CUMULATIVE PUBLIC BALANCE | | |
|---|---|---|
| TOTAL NAMES | 34.082 | $13,291,980 | 166 |
| NfiLLC | 33.468 | $13,052,520 | 6 |
| Pcf1 | 27.856 | $10,863,840 | 1 |
| PcfU | 24.168 | $9,425,520 | 1 |
| PCMFILLC | 2.160 | $842,400 | 1 |
| TOTAL HARKEY | 87.652 | $34,184,280 | 9 |
| GRAND TOTAL | 121.734 | $47,476,260 | 175 |

RIVERSIDE COUNTY

THE PRESERVE $39,000,000 LOAN

PUBLIC RECORD

| CONTROL | | | |
|---|---|---|---|
| | PRIOR PUBLIC BALANCE | | |
| TOTAL NAMES | 34.082 | $13,291,980 | 166 |
| NfILLC | 33.468 | $13,052,520 | 6 |
| Pcf1 | 27.856 | $10,863,840 | 1 |
| PcfU | 24.168 | $9,425,520 | 1 |
| PCMFILLC | 2.160 | $842,400 | 1 |
| TOTAL HARKEY | 87.652 | $34,184,280 | 9 |
| GRAND TOTAL | 121.734 | $47,476,260 | 175 |
| | CUMULATIVE PUBLIC BALANCE | | |
| TOTAL NAMES | 34.082 | $13,291,980 | 166 |
| NfILLC | 33.468 | $13,052,520 | 6 |
| Pcf1 | 27.856 | $10,863,840 | 1 |
| PcfU | 24.168 | $9,425,520 | 1 |
| PCMFILLC | 2.160 | $842,400 | 1 |
| TOTAL HARKEY | 87.652 | $34,184,280 | 9 |
| GRAND TOTAL | 121.734 | $47,476,260 | 175 |

| 2007-0081917 | | | | |
|---|---|---|---|---|
| ASSIGNMENT #17 | | | | CASH DUE INVESTORS |
| February 2, 2007 | | | | |
| NAME | SHARE | AMOUNT | NUMBER | |
| TheeHacopian2 | 0.128 | $49,920 | 1 | |
| Total | 0.128 | $49,920 | 1 | |
| (TheeHacopian1) | -0.128 | -$49,920 | -1 | |
| Net Total | 0.000 | $0 | 0 | $0 |
| ASSIGNMENT SUMMARY | | | | |
| TOTAL NAMES | 0.000 | $0 | 0 | 0 |
| NfILLC | 0.000 | $0 | 0 | |
| Pcf1 | 0.000 | $0 | 0 | |
| PcfU | 0.000 | $0 | 0 | |
| PCMFILLC | 0.000 | $0 | 0 | |
| TOTAL HARKEY | 0.000 | $0 | 0 | |
| GRAND TOTAL | 0.000 | $0 | 0 | $0 |

Exhibit B
Page 358

Exhibit M
Page 134

PUBLIC RECORD

THE PRESERVE $39,000,000 LOAN

RIVERSIDE COUNTY

**2007-0111357**
**ASSIGNMENT #18**
**February 16, 2007**

| NAME | SHARE | AMOUNT | NUMBER | CASH DUE INVESTORS |
|---|---|---|---|---|
| NfiLLC | 2.750 | $1,072,500 | 1 | |
| Total | 2.750 | $1,072,500 | 1 | |
| PcfINC | CASH DUE INVESTORS | | | $1,072,500 |

**ASSIGNMENT SUMMARY**

| | SHARE | AMOUNT | NUMBER | |
|---|---|---|---|---|
| TOTAL NAMES | 0.000 | $0 | 0 | |
| NfiLLC | 2.750 | $1,072,500 | 1 | |
| Pcf1 | 0.000 | $0 | 0 | |
| PcfU | 0.000 | $0 | 0 | |
| PCMFILLC | 0.000 | $0 | 0 | |
| TOTAL HARKEY | 2.750 | $1,072,500 | 1 | |
| GRAND TOTAL | 2.750 | $1,072,500 | 1 | |

**CONTROL**

**PRIOR PUBLIC BALANCE**

| | | | |
|---|---|---|---|
| TOTAL NAMES | 34.082 | $13,291,980 | 166 |
| NfiLLC | 33.468 | $13,052,520 | 6 |
| Pcf1 | 27.856 | $10,863,840 | 1 |
| PcfU | 24.168 | $9,425,520 | 1 |
| PCMFILLC | 2.160 | $842,400 | 1 |
| TOTAL HARKEY | 87.652 | $34,184,280 | 9 |
| GRAND TOTAL | 121.734 | $47,476,260 | 175 |

**CUMULATIVE PUBLIC BALANCE**

| | | | |
|---|---|---|---|
| TOTAL NAMES | 34.082 | $13,291,980 | 166 |
| NfiLLC | 36.218 | $14,125,020 | 7 |
| Pcf1 | 27.856 | $10,863,840 | 1 |
| PcfU | 24.168 | $9,425,520 | 1 |
| PCMFILLC | 2.160 | $842,400 | 1 |
| TOTAL HARKEY | 90.402 | $35,256,780 | 10 |
| GRAND TOTAL | 124.484 | $48,548,760 | 176 |

Exhibit B
Page 359

Exhibit M
Page 135

PUBLIC RECORD

RIVERSIDE COUNTY

# THE PRESERVE $39,000,000 LOAN

## 2007-0111358 — ASSIGNMENT #19 — February 16, 2007

| NAME | SHARE | AMOUNT | NUMBER | CASH DUE INVESTORS |
|---|---|---|---|---|
| | | | | |
| Kamranfar | 0.123 | $47,970 | 1 | |
| Total | 0.123 | $47,970 | 1 | |
| PcfINC   CASH DUE INVESTORS | | | | $47,970 |
| | | | | |
| ASSIGNMENT SUMMARY | | | | |
| TOTAL NAMES | 0.123 | $47,970 | 1 | $47,970 |
| NfILLC | 0.000 | $0 | 0 | |
| Pcf1 | 0.000 | $0 | 0 | |
| PcfU | 0.000 | $0 | 0 | |
| PCMFILLC | 0.000 | $0 | 0 | |
| TOTAL HARKEY | 0.000 | $0 | 0 | |
| GRAND TOTAL | 0.123 | $47,970 | 1 | $47,970 |

## CONTROL

### PRIOR PUBLIC BALANCE

| | SHARE | AMOUNT | NUMBER |
|---|---|---|---|
| TOTAL NAMES | 34.082 | $13,291,980 | 166 |
| NfILLC | 36.218 | $14,125,020 | 7 |
| Pcf1 | 27.856 | $10,863,840 | 1 |
| PcfU | 24.168 | $9,425,520 | 1 |
| PCMFILLC | 2.160 | $842,400 | 1 |
| TOTAL HARKEY | 90.402 | $35,256,780 | 10 |
| GRAND TOTAL | 124.484 | $48,548,760 | 176 |

### CUMULATIVE PUBLIC BALANCE

| | SHARE | AMOUNT | NUMBER |
|---|---|---|---|
| TOTAL NAMES | 34.205 | $13,339,950 | 167 |
| NfILLC | 36.218 | $14,125,020 | 7 |
| Pcf1 | 27.856 | $10,863,840 | 1 |
| PcfU | 24.168 | $9,425,520 | 1 |
| PCMFILLC | 2.160 | $842,400 | 1 |
| TOTAL HARKEY | 90.402 | $35,256,780 | 10 |
| GRAND TOTAL | 124.607 | $48,596,730 | 177 |

Exhibit B
Page 360

Exhibit M
Page 136

PUBLIC RECORD

THE PRESERVE $39,000,000 LOAN

RIVERSIDE COUNTY

**2007-0111359**

**ASSIGNMENT #20**

**February 16, 2007**

| NAME | SHARE | AMOUNT | NUMBER | CASH DUE INVESTORS |
|---|---|---|---|---|
| | | | | |
| Lucas | 0.128 | $49,920 | 1 | |
| Total | 0.128 | $49,920 | 1 | |
| PcfINC | | | | |
| CASH DUE INVESTORS | | | | $49,920 |

**ASSIGNMENT SUMMARY**

| | | | | |
|---|---|---|---|---|
| TOTAL NAMES | 0.128 | $49,920 | 1 | |
| NfiLLC | 0.000 | $0 | 0 | |
| Pcf1 | 0.000 | $0 | 0 | |
| PcfU | 0.000 | $0 | 0 | |
| PCMFILLC | 0.000 | $0 | 0 | |
| TOTAL HARKEY | 0.000 | $0 | 0 | |
| GRAND TOTAL | 0.128 | $49,920 | 1 | $49,920 |

**CONTROL**

**PRIOR PUBLIC BALANCE**

| | | | |
|---|---|---|---|
| TOTAL NAMES | 34.205 | $13,339,950 | 167 |
| NfiLLC | 36.218 | $14,125,020 | 7 |
| Pcf1 | 27.856 | $10,863,840 | 1 |
| PcfU | 24.168 | $9,425,520 | 1 |
| PCMFILLC | 2.160 | $842,400 | 1 |
| TOTAL HARKEY | 90.402 | $35,256,780 | 10 |
| GRAND TOTAL | 124.607 | $48,596,730 | 177 |

**CUMULATIVE PUBLIC BALANCE**

| | | | |
|---|---|---|---|
| TOTAL NAMES | 34.333 | $13,389,870 | 168 |
| NfiLLC | 36.218 | $14,125,020 | 7 |
| Pcf1 | 27.856 | $10,863,840 | 1 |
| PcfU | 24.168 | $9,425,520 | 1 |
| PCMFILLC | 2.160 | $842,400 | 1 |
| TOTAL HARKEY | 90.402 | $35,256,780 | 10 |
| GRAND TOTAL | 124.735 | $48,646,650 | 178 |

Exhibit B
Page 361

Exhibit m
Page 137

PUBLIC RECORD

RIVERSIDE COUNTY

# THE PRESERVE $39,000,000 LOAN

## 2007-0111360
### ASSIGNMENT #21
### February 16, 2007

| NAME | SHARE | AMOUNT | NUMBER | CASH DUE INVESTORS |
|------|-------|--------|--------|--------------------|
| Brown | 0.128 | $49,920 | 1 | |
| Iaglian | 0.128 | $49,920 | 1 | |
| LoCicero | 0.128 | $49,920 | 1 | |
| Total | 0.384 | $149,760 | 3 | |
| | | | | |
| PcfINC | CASH DUE INVESTORS | | | $149,760 |

### ASSIGNMENT SUMMARY

| | SHARE | AMOUNT | NUMBER | CASH DUE INVESTORS |
|------|-------|--------|--------|--------------------|
| TOTAL NAMES | 0.384 | $149,760 | 3 | $149,760 |
| NfiLLC | 0.000 | $0 | 0 | |
| Pcf1 | 0.000 | $0 | 0 | |
| PcfU | 0.000 | $0 | 0 | |
| PCMFILLC | 0.000 | $0 | 0 | |
| TOTAL HARKEY | 0.000 | $0 | 0 | |
| GRAND TOTAL | 0.384 | $149,760 | 3 | $149,760 |

## CONTROL

### PRIOR PUBLIC BALANCE

| | | | |
|------|-------|--------------|------|
| TOTAL NAMES | 34.333 | $13,389,870 | 168 |
| NfiLLC | 36.218 | $14,125,020 | 7 |
| Pcf1 | 27.856 | $10,863,840 | 1 |
| PcfU | 24.168 | $9,425,520 | 1 |
| PCMFILLC | 2.160 | $842,400 | 1 |
| TOTAL HARKEY | 90.402 | $35,256,780 | 10 |
| GRAND TOTAL | 124.735 | $48,646,650 | 178 |

### CUMULATIVE PUBLIC BALANCE

| | | | |
|------|-------|--------------|------|
| TOTAL NAMES | 34.717 | $13,539,630 | 171 |
| NfiLLC | 36.218 | $14,125,020 | 7 |
| Pcf1 | 27.856 | $10,863,840 | 1 |
| PcfU | 24.168 | $9,425,520 | 1 |
| PCMFILLC | 2.160 | $842,400 | 1 |
| TOTAL HARKEY | 90.402 | $35,256,780 | 10 |
| GRAND TOTAL | 125.119 | $48,796,410 | 181 |

Exhibit B
Page 362

Exhibit M
Page 138

PUBLIC RECORD

THE PRESERVE $39,000,000 LOAN

RIVERSIDE COUNTY

### 2007-0161938 — ASSIGNMENT #22 — March 9, 2007

| NAME | SHARE | AMOUNT | NUMBER | CASH DUE INVESTORS |
|---|---|---|---|---|
| Ball | 0.128 | $49,920 | 1 | |
| StruksmaM | 0.128 | $49,920 | 1 | |
| Fried1 | 0.128 | $49,920 | 1 | |
| Total | 0.384 | $149,760 | 3 | |
| PcfNC | CASH DUE INVESTORS | | | $149,760 |

#### ASSIGNMENT SUMMARY

| | SHARE | AMOUNT | NUMBER | CASH DUE INVESTORS |
|---|---|---|---|---|
| TOTAL NAMES | 0.384 | $149,760 | 3 | $149,760 |
| NfiLLC | 0.000 | $0 | 0 | |
| Pcf1 | 0.000 | $0 | 0 | |
| PcfU | 0.000 | $0 | 0 | |
| PCMFILLC | 0.000 | $0 | 0 | |
| TOTAL HARKEY | 0.000 | $0 | 0 | |
| GRAND TOTAL | 0.384 | $149,760 | 3 | $149,760 |

### CONTROL

| PRIOR PUBLIC BALANCE | | | |
|---|---|---|---|
| TOTAL NAMES | 34.717 | $13,539,630 | 171 |
| NfiLLC | 36.218 | $14,125,020 | 7 |
| Pcf1 | 27.856 | $10,863,840 | 1 |
| PcfU | 24.168 | $9,425,520 | 1 |
| PCMFILLC | 2.160 | $842,400 | 1 |
| TOTAL HARKEY | 90.402 | $35,256,780 | 10 |
| GRAND TOTAL | 125.119 | $48,796,410 | 181 |

| CUMULATIVE PUBLIC BALANCE | | | |
|---|---|---|---|
| TOTAL NAMES | 35.101 | $13,689,390 | 174 |
| NfiLLC | 36.218 | $14,125,020 | 7 |
| Pcf1 | 27.856 | $10,863,840 | 1 |
| PcfU | 24.168 | $9,425,520 | 1 |
| PCMFILLC | 2.160 | $842,400 | 1 |
| TOTAL HARKEY | 90.402 | $35,256,780 | 10 |
| GRAND TOTAL | 125.503 | $48,946,170 | 184 |

Exhibit B
Page 363

Exhibit M
Page 139

PUBLIC RECORD

RIVERSIDE COUNTY

## THE PRESERVE $39,000,000 LOAN

### 2007-0172714 — ASSIGNMENT #23 — March 14, 2007

| NAME | SHARE | AMOUNT | NUMBER | CASH DUE INVESTORS |
|---|---|---|---|---|
| NfiLLC | 0.572 | $223,080 | 1 | |
| Levin1 | 0.128 | $49,920 | 1 | |
| Villa | 0.128 | $49,920 | 1 | |
| Total | 0.828 | $322,920 | 3 | |
| PcfNC | | CASH DUE INVESTORS | | $322,920 |

#### ASSIGNMENT SUMMARY

| | SHARE | AMOUNT | NUMBER | CASH DUE INVESTORS |
|---|---|---|---|---|
| TOTAL NAMES | 0.256 | $99,840 | 2 | |
| NfiLLC | 0.572 | $223,080 | 1 | |
| Pcf1 | 0.000 | $0 | 0 | |
| PcfU | 0.000 | $0 | 0 | |
| PCMFILLC | 0.000 | $0 | 0 | |
| TOTAL HARKEY | 0.572 | $223,080 | 1 | |
| GRAND TOTAL | 0.828 | $322,920 | 3 | $322,920 |

### CONTROL — PRIOR PUBLIC BALANCE

| | | | |
|---|---|---|---|
| TOTAL NAMES | 35.101 | $13,689,390 | 174 |
| NfiLLC | 36.218 | $14,125,020 | 7 |
| Pcf1 | 27.856 | $10,863,840 | 1 |
| PcfU | 24.168 | $9,425,520 | 1 |
| PCMFILLC | 2.160 | $842,400 | 1 |
| TOTAL HARKEY | 90.402 | $35,256,780 | 10 |
| GRAND TOTAL | 125.503 | $48,946,170 | 184 |

### CUMULATIVE PUBLIC BALANCE

| | | | |
|---|---|---|---|
| TOTAL NAMES | 35.357 | $13,789,230 | 176 |
| NfiLLC | 36.790 | $14,348,100 | 8 |
| Pcf1 | 27.856 | $10,863,840 | 1 |
| PcfU | 24.168 | $9,425,520 | 1 |
| PCMFILLC | 2.160 | $842,400 | 1 |
| TOTAL HARKEY | 90.974 | $35,479,860 | 11 |
| GRAND TOTAL | 126.331 | $49,269,090 | 187 |

Exhibit B
Page 364

Exhibit M
Page 140

PUBLIC RECORD

THE PRESERVE $39,000,000 LOAN

RIVERSIDE COUNTY

**2007-0279301**
**ASSIGNMENT #24**
**April 26, 2007**

| NAME | SHARE | AMOUNT | NUMBER | CASH DUE INVESTORS |
|---|---|---|---|---|
| izenMorgen1 | 0.128 | $49,920 | 1 | |
| Schachter | 0.128 | $49,920 | 1 | |
| Total | 0.256 | $99,840 | 2 | |
| PcfNC | CASH DUE INVESTORS | | | $99,840 |

**ASSIGNMENT SUMMARY**

| | SHARE | AMOUNT | NUMBER | |
|---|---|---|---|---|
| TOTAL NAMES | 0.256 | $99,840 | 2 | |
| NfiLLC | 0.000 | $0 | 0 | |
| Pcf1 | 0.000 | $0 | 0 | |
| PcfU | 0.000 | $0 | 0 | |
| PCMFILLC | 0.000 | $0 | 0 | |
| TOTAL HARKEY | 0.000 | $0 | 0 | |
| GRAND TOTAL | 0.256 | $99,840 | 2 | $99,840 |

**CONTROL**
**PRIOR PUBLIC BALANCE**

| | | | |
|---|---|---|---|
| TOTAL NAMES | 35.357 | $13,789,230 | 176 |
| NfiLLC | 36.790 | $14,348,100 | 8 |
| Pcf1 | 27.856 | $10,863,840 | 1 |
| PcfU | 24.168 | $9,425,520 | 1 |
| PCMFILLC | 2.160 | $842,400 | 1 |
| TOTAL HARKEY | 90.974 | $35,479,860 | 11 |
| GRAND TOTAL | 126.331 | $49,269,090 | 187 |

**CUMULATIVE PUBLIC BALANCE**

| | | | |
|---|---|---|---|
| TOTAL NAMES | 35.613 | $13,889,070 | 178 |
| NfiLLC | 36.790 | $14,348,100 | 8 |
| Pcf1 | 27.856 | $10,863,840 | 1 |
| PcfU | 24.168 | $9,425,520 | 1 |
| PCMFILLC | 2.160 | $842,400 | 1 |
| TOTAL HARKEY | 90.974 | $35,479,860 | 11 |
| GRAND TOTAL | 126.587 | $49,368,930 | 189 |

Exhibit B
Page 365

Exhibit M
Page 141