JEFFREY W. BROKER – State Bar No. 53226
BROKER & ASSOCIATES PROFESSIONAL CORPORATION
18191 Von Karman Avenue, Suite 470
Irvine, CA 92612-7114

Telephone: (949) 222-2000
Facsimile: (949) 222-2022
email: *jbroker@brokerlaw.biz*

General Reorganization Counsel
for Debtor and Debtor-in-Possession

```
FILED & ENTERED

MAR 04 2010

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY  wesley    DEPUTY CLERK
```

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# RIVERSIDE DIVISION

| | |
|---|---|
| In re<br><br>The Preserve, LLC, a California Limited Liability Company,<br><br>Debtor and<br>Debtor-in-Possession | Case No. 6:08-bk-23006-BB<br><br>Chapter 11 Proceeding<br><br>**ORDER GRANTING MOTION OF DEBTOR AND DEBTOR-IN-POSSESSION AUTHORIZING FOURTH EXTENSION OF (1) DEADLINE TO FILE A PLAN AND DISCLOSURE STATEMENT; AND (2) EXCLUSIVITY PERIOD REGARDING SOLICITATION OF ACCEPTANCES AND REJECTIONS TO PLAN**<br><br>Date:     March 3, 2010<br>Time     11:00 a.m.<br>Ctrm:    303 |

The matter of the hearing on the *MOTION OF DEBTOR AND DEBTOR-IN-POSSESSION AUTHORIZING FOURTH EXTENSION OF (1) DEADLINE TO FILE A PLAN AND DISCLOSURE STATEMENT; AND (2) EXCLUSIVITY PERIOD REGARDING SOLICITATION OF ACCEPTANCES AND REJECTIONS TO PLAN* (the "Motion") came on regularly for hearing before the undersigned United States Bankruptcy Judge on March 3, 2010 at the hour of 11:00 a.m. Jeffrey W. Broker, Esq., of Broker & Associates Professional Corporation appeared as general reorganization counsel to the Debtor.  Mark C. Schnitzer, Esq., of Reid & Hellyer APC appeared on

1  behalf of creditor Deep Canyon Holdings, Inc. in support of the Motion.  Robert P. Goe, Esq., of
2  Goe & Forsythe, LLP appeared on behalf of objecting party Point Center Financial, Inc.  Other
3  appearances are as noted in the record of the hearing
4       After hearing argument from counsel, and after reviewing the pleadings on file in the case
5  in connection with the Motion, and for the reasons stated on the record at the hearing, and good
6  cause appearing, it is hereby:
7       ORDERED that the objection is overruled and that the Motion is granted; and it is
8       FURTHER ORDERED that the time within which the Debtor has the exclusive right to file a
9  Plan is extended to and including March 25, 2010; and it is
10      FURTHER ORDERED that the time within which the Debtor has the exclusive right to
11 solicit acceptances and rejections to a Plan is extended to and including May 25, 2010.

    ###

26 DATED: March 4, 2010

    United States Bankruptcy Judge

-2-

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 18191 Von Karman Ave., Suite 470, Irvine, CA 92612.

A true and correct copy of the foregoing document described *ORDER GRANTING MOTION OF DEBTOR AND DEBTOR-IN-POSSESSION AUTHORIZING THIRD EXTENSION OF (1) DEADLINE TO FILE A PLAN AND DISCLOSURE STATEMENT; AND (2) EXCLUSIVITY PERIOD REGARDING SOLICITATION OF ACCEPTANCES AND REJECTIONS TO PLAN* will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On March 3, 2009 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, **first class, postage prepaid**, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

The Honorable Sheri Bluebond 255 East Temple Street, Suite 1482, Los Angeles, CA 90012
Robert Goe, Goe & Forsythe, LLP, 18101 Von Karman, Suite 510, Irvine, CA 92612

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| March 3, 2010 | Barbara Jean Little-Raphael | s/s Barbara Jean Little-Raphael |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

**NOTE TO USERS OF THIS FORM**:

**1)** Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
**4) Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) *ORDER GRANTING MOTION OF DEBTOR AND DEBTOR-IN-POSSESSION AUTHORIZING FOURTH EXTENSION OF (1) DEADLINE TO FILE A PLAN AND DISCLOSURE STATEMENT; AND (2) EXCLUSIVITY PERIOD REGARDING SOLICITATION OF ACCEPTANCES AND REJECTIONS TO PLAN* was entered on the date indicated as Entered on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)** Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order.  As of _____ the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

jbroker@brokerlaw.biz (Jeffrey Broker)
jsb@jeffreybenice.com (Jeffrey Benice)
dfisher@ptwww.com ( Don Fisher at Palmieri Tyler et al.)
kmurphy@goeforlaw.com (Mark Forsythe at Goe & Forsythe)
kmurphy@goeforlaw.com; rgoe@goeforlaw.com; mforsythe@goeforlaw.com (Robert P. Goe at Goe & Forsythe)
ustregion16.rs.ecf@usdoj.gov (United States Trustee)
everett.l.green@usdoj.gov (Everett L. Green at Office of the United States Trustee)
dickatlaw@cox.net (Richard Harvey)
mcschnitzer@rhlaw.com (Mark Schnitzer at Reid & Hellyer)
dzaro@allenmatkins.com (David R. Zaro at Allen Matkins
jdelcastillo@allenmatkins.com (Joshua del Castillo at Allen Matkins)

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:**  A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐ Service information continued on attached page

**III.  TO BE SERVED BY THE LODGING PARTY**:  Within 72 hours after receipt of a copy of this judgment or order which bears an Entered stamp, the party lodging the judgment or order will serve a complete copy bearing an Entered stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

☐ Service information continued on attached page

-4-