JEFFREY W. BROKER – State Bar No. 53226
PAMELA JAN ZYLSTRA – State Bar No. 147977
BROKER & ASSOCIATES PROFESSIONAL CORPORATION
18111 Von Karman Avenue, Suite 460
Irvine, CA 92612-7152
jbroker@brokerlaw.biz/pzylstra@brokerlaw.biz
Telephone: (949) 222-2000
Facsimile: (949) 222-2022

Counsel for Chapter 11 Debtor

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# LOS ANGELES DIVISION

| In re | Case No. 2:10-bk-18429 BB |
|---|---|
| THE PRESERVE, LLC, a California Limited Liability Company, | Chapter 7 Case |
| Debtor. | **SCHEDULE OF UNPAID DEBTS INCURRED AFTER FILING OF PETITION AND BEFORE CONVERSION OF CHAPTER 11 CASE** |
| | [Fed R. Bankr. P. 1019(5)(A)(i) and (C)(ii)] |
| | [NO HEARING REQUIRED] |

**TO THE HONORABLE SHERI BLUEBOND, UNITED STATES BANKRUPTCY JUDGE, THE OFFICE OF THE U.S. TRUSTEE, AND PARTIES IN INTEREST:**

THE PRESERVE, LLC, a California Limited Liability Company,, the Debtor in the within Chapter 7 case (the "Debtor"), hereby provides the following schedule of unpaid debts incurred after the filing of its Chapter 11 case on September 25, 2008 and before its conversion to a case under Chapter 7 on November 7, 2012:

A.   <u>No Secured Claims</u>.

The Debtor is aware of no secured claims against the estate incurred after the filing of its Chapter 11 case on September 25, 2008 and before the conversion of its case pursuant to an Order entered on November 7, 2012, other than the granting of junior liens on the real property

referred to in this case as the "112 Acres" and the "Office Building" and a senior lien only on the real property that has been referred to in this case as the "Residential Lot" as security for the repayment of a Court-approved post-petition Loan Agreement and Promissory Note between the Debtor and Scott Krentel pursuant to the Court's Order entered on November 26, 2008, a copy of which is attached hereto as Exhibit 1.

B. <u>Outstanding Administrative Claims Against the Estate</u>.

The following debts were incurred by the Debtor after the filing of its Chapter 11 case on September 25, 2008 and before the conversion of its case pursuant to an Order entered on November 7, 2012, and are Chapter 11 Administrative Claims:

1. <u>Courts costs and quarterly fees</u>:

   No court costs or United States Trustee quarterly fees are owing by the Debtor.

2. <u>Claims of Chapter 11 professionals for fees and costs</u>:

   Marshall & Stevens – estimate $25,000.00.

3. <u>Claim for unpaid administrative priority Chapter 11 credit facility</u>:

   Scott Krentel – estimated principal balance of $2 million and unpaid interest thereon, pursuant to post-petition loans to the Debtor authorized by Court Order previously entered on November 26, 2008 (Exhibit 1 hereto). There have been no payments made to this administrative priority creditor by the Debtor.

C. <u>Conclusion</u>.

The Debtor has no other unpaid debts incurred by the Debtor after the filing of its Chapter 11 case on September 25, 2008 and before the conversion of its case pursuant to an Order entered on November 7, 2012.

//
//

```
 1  Dated: December 7, 2012
                                         The Preserve LLC,
 2                                       a California Limited Liability Company

 3                                       By:  Beaumont 1600, LLC,
                                              a California Limited Liability Company
 4                                            Its: Manager

 5
                                              _____
 6                                            By: Scott H. Krentel
                                              Its: Manager
 7

 8
     Presented by:
 9
     BROKER & ASSOCIATES
10   PROFESSIONAL CORPORATION

11

12   By: _____
         Jeffrey W. Broker
13       Counsel for Chapter 11 Debtor

14
```

-3-

# EXHIBIT 1

1  JEFFREY W. BROKER – State Bar No. 53226
   BROKER & ASSOCIATES PROFESSIONAL CORPORATION
2  18191 Von Karman Avenue, Suite 470
   Irvine, CA 92612-7114
3
   Telephone: (949) 222-2000
4  Facsimile:  (949) 222-2022
   email:    jbroker@brokerlaw.biz
5
   General Reorganization Counsel
6  for Debtor and Debtor-in-Possession

> FILED & ENTERED
>
> NOV 26 2008
>
> CLERK U.S. BANKRUPTCY COURT
> Central District of California
> BY cargill    DEPUTY CLERK

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## RIVERSIDE DIVISION

In re

THE PRESERVE, LLC, a California Limited
Liability Company,

          Debtor and
          Debtor-in-Possession

Case No. 6:08-bk-23006-BB
Chapter 11 Proceeding

**ORDER GRANTING MOTION OF DEBTOR AND DEBTOR-IN-POSSESSION FOR AUTHORITY TO BORROW FUNDS FROM SCOTT KRENTEL**

Date: November 19, 2008
Time: 11:00 a.m.
Ctrm: 303

The matter of the hearing on the *MOTION OF DEBTOR AND DEBTOR-IN-POSSESSION FOR AUTHORITY TO BORROW FUNDS FROM SCOTT KRENTEL* (the "Motion") came on regularly for hearing before the undersigned United States Bankruptcy Judge on November 19, 2008 at the hour of 11:00 a.m. Jeffrey W. Broker, Esq., of Broker & Associates Professional Corporation appeared as general reorganization counsel to the Debtor. Robert P. Goe, Esq. of Goe & Forsythe, LLP appeared on behalf of objecting party Point Center Financial, Inc. Mark C. Schnitzer of Reid & Hellyer APC appeared on behalf of creditor Deep Canyon Holdings, Inc. in support of the Motion. Timothy Farris, Esq., appeared on behalf of The Office of the United States Trustee. Other appearances are as noted in the record of the hearing.

After hearing argument from counsel, and after reviewing the pleadings on file in the case, including the Reply filed by the Debtor setting forth modifications to the Motion, and the offer of proof made by counsel to the Debtor, and the Court having reviewed the Supplemental Declarations of Scott Krentel (the "Krentel Declaration") and Jeffrey W. Broker filed subsequent to the time of the hearing as requested by the Court, and good cause appearing, IT IS ORDERED:

1. The Motion is granted;

2. The Debtor has satisfied the requirements of Sections §§364(b) and (c) of the Bankruptcy Code in connection with the proposed loan from Mr. Krentel to the Debtor;

3. The Debtor is authorized to enter into and execute the Loan Agreement, a copy of which is attached as Exhibit "4" to the Krentel Declaration;

4. The Debtor is authorized to execute the Promissory Note in an amount not to exceed $2,000,000, a copy of which is attached as Exhibit "5" to the Krentel Declaration;

5. The Debtor is authorized to grant junior liens only on the real property that has been referred to in this case as the "112 Acres" and the "Office Building" and a senior lien only on the real property that has been referred to in this case as the "Residential Lot" as security for the repayment of the Promissory Note pursuant to the Loan Agreement;

6. To the extent that the security granted to Mr. Krentel is insufficient to fully secure the loan approved hereby, Mr. Krentel is granted a Section §503(b)(1) administrative expense, junior to any fees of professionals employed by the Debtor under Section 327;

7. The proposed lending transaction and Mr. Krentel as lender is to be subject to the good faith protections afforded under Section §364(e) of the Bankruptcy Code; and

//
//
//
//

DATED: November 26, 2008

_____
United States Bankruptcy Judge

-2-

Exhibit ___1___
Page ___5___

1     8.    The Debtor retains all rights to challenge any infirmity regarding the secured status of any pre-petition loans made to the Debtor by Mr. Krentel.

Approved as to form:

**GOE & FORSYTHE, LLP**

By: _____s/s_____
     Robert P. Goe
 Counsel for Point Center Financial, Inc.

###

-3-

Exhibit \_\_1\_\_
Page \_\_6\_\_

PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action and I am employed by Broker & Associates Professional Corporation. My business address is 18191 Von Karman Avenue, Suite 470, Irvine, CA 92612-7114.

On November 26, 2008, I served the foregoing document(s) described as: **ORDER GRANTING MOTION OF DEBTOR AND DEBTOR-IN-POSSESSION FOR AUTHORITY TO BORROW FUNDS FROM SCOTT KRENTEL** on the interested parties in this action addressed as follows:

☒      By placing true copies thereof enclosed in a sealed envelope(s) addressed as stated below.

　　　☒      **BY MAIL:** I am readily familiar with the firm's practice of collection and processing correspondence for mailing with the U.S. Postal Service. Under that practice such envelope(s) is deposited with the U.S. postal service on the same day this declaration was executed, with postage thereon fully prepaid at 18191 Von Karman Avenue, Suite 470, Irvine, CA 92612-7114, in the ordinary course of business.

| | |
|---|---|
| The Preserve, LLC<br>7006 Magnolia Avenue<br>PMB No. 309<br>Riverside, CA 92506 | Debtor |
| Office of the United States Trustee<br>Attn: Elizabeth Lossing, Esq.<br>3685 Main Street, Suite 300<br>Riverside, CA 92501 | United States Trustee |
| Robert Goe, Esq.<br>Goe & Forsythe LLP<br>660 Newport Center Drive, Suite 320<br>Newport Beach, CA 92660 | Attorney for Point Center Financial |

Executed on November 26, 2008 at Irvine, California

☒      **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this Court, at whose direction this service is made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

　　　　　　　　　　　　　　　/s/Rebecca Kolodziej
　　　　　　　　　　　　　　　Rebecca Kolodziej

-4-

Exhibit  1
Page  7

In re THE PRESERVE, LLC, a California Limited Liability Company

SERVICE LIST FOR ENTERED ORDER

| SERVED ELECTRONICALLY | SERVED BY U.S. MAIL |
|---|---|
| **COUNSEL FOR DEBTOR**<br><br>Jeffrey W. Broker<br>Broker & Associates PC<br>18191 Von Karman, Suite 470<br>Irvine, CA 92612-7114 | **DEBTOR**<br><br>The Preserve, LLC<br>7006 Magnolia Avenue<br>PMB No. 309<br>Riverside, CA 92506 |
| **U.S. TRUSTEE**<br><br>Attn: Elizabeth Lossing, Esq.<br>3685 Main Street, Suite 300<br>Riverside, CA 92501 | **SPECIAL LITIGATION COUNSEL**<br><br>Gresham Savage Nolan & Tilden APC<br>3750 University Avenue, Suite 250<br>Riverside, CA 92501-3335<br>Attn: John Nolan, Esq. |
| **REQUEST FOR SPECIAL NOTICE/COURTESY NOTICE**<br><br>Robert Goe, Esq.<br>Goe & Forsythe LLP<br>660 Newport Center Drive, Suite 320<br>Newport Beach, CA 92660 | **SPECIAL LITIGATION COUNSEL**<br><br>Richard A. Harvey, Esq.<br>21076 Bake Parkway, Suite 106<br>Lake Forest, CA 92630 |

-5-

Exhibit 1
Page 8

| In re:<br>THE PRESERVE, LLC | Debtor. | CHAPTER 7<br>CASE NUMBER 2:10-bk-18429-BB |
|---|---|---|

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 18111 Von Karman Avenue, Suite 460, Irvine, CA 92612. A true and correct copy of the foregoing document entitled **SCHEDULE OF UNPAID DEBTS INCURRED AFTER FILING OF PETITION AND BEFORE CONVERSION OF CHAPTER 11 CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Orders and Local Bankruptcy Rules ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On December 7, 2012, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addresses indicated below:

- Jeffrey S Benice jsb@jeffreybenice.com
- Jeffrey W Broker jbroker@brokerlaw.biz
- Catherine Convy glg@ggb-law.com
- James R Felton jfelton@greenbass.com
- Don Fisher dfisher@ptwww.com
- Marc C Forsythe kmurphy@goeforlaw.com
- Cynthia Futter cfutter@futterwells.com
- Robert P Goe kmurphy@goeforlaw.com, rgoe@goeforlaw.com;mforsythe@goeforlaw.com
- Richard A Harvey dickatlaw@cox.net
- John Mark Jennings jjennings@shbllp.com
- Yi S Kim ykim@greenbass.com
- John J Menchaca (TR) igaeta@menchacacpa.com, ca87@ecfcbis.com;igaeta@menchacacpa.com
- Loraine L Pedowitz lpedowitz@allenmatkins.com
- Martha E Romero Romero@mromerolawfirm.com
- Mark C Schnitzer mschnitzer@rhlaw.com, mschnitzer@verizon.net
- Andrea Schoor aschoor@allenmatkins.com
- Melanie C Scott Melanie.Scott@usdoj.gov
- Leonard M Shulman lshulman@shbllp.com
- United States Trustee (LA) ustpregion16.la.ecf@usdoj.gov
- David R Zaro dzaro@allenmatkins.com
- Joshua del Castillo jdelcastillo@allenmatkins.com

☐ Service information continued on attached page

2. **SERVED BY U.S. MAIL:**
On December 7, 2012, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*
**U.S. TRUSTEE, 725 S. Figueroa St., 26TH Floor, Los Angeles, CA 90017**

☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, 2012, I served the following persons and/or entities by personal delivery, with an overnight mail service (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| December 7, 2012 | Myra Blunt | /s/ Myra Blunt |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    F 9013-3.1